**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTCO HOLDINGS, INC., *et al.*,[1] | Case No. 19-11299 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND
DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS[2]**

SportCo Holdings, Inc. ("**SportCo**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Bonitz Brothers, Inc. (4441); Ellett Brothers, LLC (7069); Evans Sports, Inc. (2654); Jerry's Sports, Inc. (4289); Outdoor Sports Headquarters, Inc. (4548); Quality Boxes, Inc. (0287); Simmons Guns Specialties, Inc. (4364); SportCo Holdings, Inc. (0355); and United Sporting Companies, Inc. (5758).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 267 Columbia Ave., Chapin, SC 29036.

[2] A Statement of Financial Affairs or a Schedule of Assets and Liabilities for a particular Debtor begins immediately after these Global Notes (as defined below).

Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Dalton Edgecomb has signed each of the Schedules and Statements. Mr. Edgecomb is the Debtors' Chief Restructuring Officer and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Edgecomb necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Edgecomb has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule B, Schedule F or Statement 3(c)) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

- 2 -

2.    **Description of Cases and "as of" Information Date**. On June 10, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 11, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 38].  On June 17, 2019, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 58]. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the close of business on June 9, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on June 9, 2019.

3.    **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of June 9, 2019. Furthermore, assets that have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

4.    **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

5.    **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.    **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may

- 3 -

be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

**7.**     **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) executives; (c) equity holders holding in excess of 10% of the voting securities of one of the Debtor entities; (d) Debtor/non-Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**8.**     **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or by an affiliate. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**9.**     **Executory Contracts**. Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

**10.**     **Classifications**. Listing a Claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**11.**     **Claims Description**. Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the

Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.    **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      b.    <u>Totals</u>. All totals that are included in the Schedules and actual total may be different than the listed total.

      c.    <u>Paid Claims</u>. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various interim orders entered by the Bankruptcy Court on June 11, 2019. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

      d.    <u>Excluded Assets and Liabilities</u>. The Debtors have excluded certain accrued liabilities, including accrued salaries and employee benefits from the Schedules and Statements. Certain other immaterial assets and liabilities may also have been excluded.

e.      <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**14.**     **Estimates**. To prepare and file the Schedules in accordance with the deadline established in the Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**15.**     **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. Dollars.

**16.**     **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

**17.**     **Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<div align="center"><u>Specific Disclosures with Respect to the Debtors' Schedules</u></div>

<u>Schedules A/B</u>.

<u>Lines 2 and 3</u>. Cash values held in financial accounts are listed as of June 9, 2019.

<u>Line 15</u>. Ownership interests in subsidiaries, partnerships, and joint ventures have been listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>Line 60</u>. Patents, Trademarks, and other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>Line 63</u>. Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>Lines 64 and 65</u>. Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill, Non-Compete Agreements and Trade Names is dependent on

numerous variables and factors and may differ significantly from their net book value.

**Schedule D**. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

**Schedule E**. The Debtors have been authorized by order of the Bankruptcy Court to pay certain prepetition liabilities, including the authority to pay employee wages and other employee benefits in the ordinary course of business (the "*Final Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items*" [Docket No. 136]). As a result of this order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such amounts are not listed on Schedule E.

The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve their right to dispute the priority status of any claim on any basis. Moreover, the listing of any tax claim on Schedule E is not an admission or designation by the Debtors that such claim is a prepetition tax claim. The Debtors reserve their right to treat any of these claims as post-petition claims.

**Schedule F**. The Debtors have used best reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from

such creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as a contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F. Certain Debtors may pay Claims listed on Schedule F during this chapter 11 case pursuant to orders of the Bankruptcy Court and reserve all of their rights to update Schedule F to reflect such payments.

Schedule F contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative. Any information contained in Schedule F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule F reflects unsecured Claims that a Debtor may have against another Debtor on account of intercompany receivables and payables. To the extent a Debtor has a Claim against another Debtor on account of the Debtors' prepetition secured facilities, these Claims are not reflected on Schedule F.

**Schedule G**. The Debtors' businesses are complex. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such

rights, powers, duties and obligations are not set forth separately on Schedule G. Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, indemnity agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

<p align="center">**Specific Disclosures with Respect to the Debtors' Statements**</p>

**Question 1**.   The Debtors rely on consolidated financial statements, as required in accordance with GAAP, in the ordinary course of the Debtors' businesses. The Debtors' existing books, records and financial systems have been relied upon to identify the information requested, therefore, the Debtors have provided consolidated revenues for the last three years on the Statement filed by Ellett based on the Debtors' consolidated accounting.

<p align="center">*[Remainder of page intentionally left blank.]*</p>

**Fill in this information to identify the case and this filing:**

Debtor Name    Ellett Brothers, LLC

United States Bankruptcy Court for the: _____ District of   Delaware
                                                                (State)

Case number (*If known*):    19-11301

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☑ Amended *Schedule* E/F

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08 /14 / 2019      ✘ /s/ Dalton Edgecomb
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                               Dalton Edgecomb
                               Printed name

                               Chief Restructuring Officer
                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ Ellett Brothers, LLC _____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____19-11301_____

■ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

## Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................................

$   10,515,373.68

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .............................................................

$   80,288,339.67
Plus Unknown

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................

$   90,803,713.35
Plus Unknown

---

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................................

$   272,856,876.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................................

$   900,605.91

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................................

+ $   31,063,298.33
Plus Unknown

4. **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b

$   304,820,780.24
Plus Unknown

---

**Fill in this information to identify the case:**

Debtor name ___Ellett Brothers, LLC_____

United States Bankruptcy Court for the:_____ District of ___Delaware___
(State)

Case number (If known): ___19-11301_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                 $_____6,759.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _See attached_____ | _____ | ____ ____ ____ ____ | $_____2,061,129.39 |
| 3.2._____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____      $_____
4.2. _____      $_____

5. **Total of Part 1**                                                              $_____2,067,888.39

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _Prepaid deposits_____      $_____3,000.00
7.2._____      $_____

**Case Name: Ellett Brothers, LLC**                                    **Case Number: 19-11301**

| Part 1 | Schedule A/B:  Assets - Real and Personal Property |
|---|---|

Cash and cash equivalents

3. Checking, savings, money market, or financial brokerage accounts

|   | Name of Institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | Bank of America | Operating Account | 1342 | $321,775.03 |
| 3.2 | Bank of America | Collection Account | 6652 | $794,054.95 |
| 3.3 | Bank of America | Concentration Account | 6759 | $607,628.49 |
| 3.4 | Regions Bank | Payroll Account | 3409 | $156,332.29 |
| 3.5 | Wells Fargo | Office Checking Account | 1962 | $181,338.63 |

TOTAL                    $2,061,129.39

Debtor   Ellett Brothers, LLC
_____
         Name

Case number *(if known)* 19-11301
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See attached _____   $_____742,462.39

   8.2. _____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                        $_____745,462.39

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    | --- | --- |

11. **Accounts receivable**

    11a. 90 days old or less:   $16,440,581.27 − $2,466,087.19 = ........ → $_____13,974,494.08
                                face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:   $1,278,509.97 − $831,031.48 = ........ → $_____447,478.49
                             face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____14,421,972.57

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1. See attached _____   _____%   _____   $_____Unknown

    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $_____Unknown

**Case Name: Ellett Brothers, LLC**                    **Case Number: 19-11301**

**Part 2** **Schedule A/B:  Assets - Real and Personal Property**
Deposits and Prepayments

8.  Prepayments

| | DESCRIPTION | NAME OF HOLDER OF PAYMENT | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| 8.8 | Prepaid maintenance | AvatierCorp | $1,350.00 |
| 8.9 | Prepaid maintenance | AvatierCorp | $94.50 |
| 8.10 | Prepaid maintenance | CDW | $1,713.55 |
| 8.11 | Prepaid maintenance | DatacomSystems | $13,305.60 |
| 8.12 | Prepaid maintenance | Digicert | $316.67 |
| 8.13 | Prepaid maintenance | Digicert | $22.17 |
| 8.14 | Prepaid maintenance | Digicert | $403.67 |
| 8.15 | Prepaid maintenance | Digicert | $28.26 |
| 8.16 | Prepaid maintenance | Digicert | $267.51 |
| 8.17 | Prepaid maintenance | Digicert | $18.73 |
| 8.18 | Prepaid maintenance | Digicert | $21.48 |
| 8.19 | Prepaid maintenance | Duo | $625.00 |
| 8.20 | Prepaid maintenance | Duo | $43.75 |
| 8.21 | Prepaid maintenance | Dynamix | $17,217.75 |
| 8.22 | Prepaid maintenance | Dynamix | $1,205.24 |
| 8.23 | Prepaid maintenance | HelpSystems | $1,231.50 |
| 8.24 | Prepaid maintenance | HelpSystems | $86.21 |
| 8.25 | Prepaid maintenance | Infor | $52,122.76 |
| 8.26 | Prepaid maintenance | InformationBuilder | $21,319.59 |
| 8.27 | Prepaid maintenance | InformationBuilder | $1,492.37 |
| 8.28 | Prepaid maintenance | Lansa | $2,500.00 |
| 8.29 | Prepaid maintenance | Lansa | $175.00 |
| 8.30 | Prepaid maintenance | Lansa | $8,516.67 |
| 8.31 | Prepaid maintenance | Lansa | $596.17 |
| 8.32 | Prepaid maintenance | Lansa | $10,406.20 |
| 8.33 | Prepaid maintenance | Lansa | $728.40 |
| 8.34 | Prepaid maintenance | MicrosoftLicensing | $6,951.00 |
| 8.35 | Prepaid maintenance | MicrosoftLicensing | $486.50 |
| 8.36 | Prepaid maintenance | MicrosoftLicensing | $48,773.62 |
| 8.37 | Prepaid maintenance | MicrosoftLicensing | $3,414.15 |
| 8.38 | Prepaid maintenance | ProData | $180.00 |
| 8.39 | Prepaid maintenance | ProData | $12.60 |
| 8.40 | Prepaid maintenance | RocketSoftware | $1,028.41 |
| 8.41 | Prepaid maintenance | RocketSoftware | $61.71 |
| 8.42 | Prepaid maintenance | RocketSoftware | $514.20 |
| 8.43 | Prepaid maintenance | RocketSoftware | $35.99 |
| 8.44 | Prepaid maintenance | SHI | $693.26 |
| 8.45 | Prepaid maintenance | SHI | $48.53 |
| 8.46 | Prepaid maintenance | SHI | $325.44 |
| 8.47 | Prepaid maintenance | SHI | $22.78 |
| 8.48 | Prepaid maintenance | SHI | $339.17 |
| 8.49 | Prepaid maintenance | SHI | $23.74 |
| 8.50 | Prepaid maintenance | SHI | $854.63 |
| 8.51 | Prepaid maintenance | SHI | $59.82 |
| 8.52 | Prepaid maintenance | SHI | $2,055.11 |
| 8.53 | Prepaid maintenance | SHI | $3,852.35 |
| 8.54 | Prepaid maintenance | SHI | $269.67 |
| 8.55 | Prepaid maintenance | SHI | $17,923.61 |
| 8.56 | Prepaid maintenance | SHI | $1,254.65 |
| 8.57 | Prepaid maintenance | SHI | $1,559.84 |
| 8.58 | Prepaid maintenance | SHI | $109.19 |
| 8.59 | Prepaid maintenance | Sirius | $1,831.56 |
| 8.60 | Prepaid maintenance | Sirius | $109.89 |
| 8.61 | Prepaid maintenance | Sirius | $3,013.61 |

| 8.62 | Prepaid maintenance | Sirius | $210.95 |
| 8.63 | Prepaid maintenance | Sirius | $13,938.17 |
| 8.64 | Prepaid maintenance | Sirius | $975.67 |
| 8.65 | Prepaid maintenance | VisionSolutions | $2,895.80 |
| 8.66 | Prepaid maintenance | VisionSolutions | $173.75 |
| 8.67 | Prepaid maintenance | VisionSolutions | $7,350.00 |
| 8.68 | Prepaid maintenance | VisionSolutions | $514.50 |
| 8.69 | Prepaid maintenance | Vertiv | $1,662.00 |
| 8.70 | Prepaid maintenance | Vertiv | $116.34 |
| 8.71 | Prepaid maintenance | Qlik | $5,061.36 |
| 8.72 | Prepaid maintenance | Qlik | $354.30 |
| 8.73 | Prepaid maintenance | Qlik | $1,562.22 |
| 8.74 | Prepaid maintenance | TAA | $1,091.70 |
| 8.75 | Prepaid maintenance | VarsityLogistics | $66,378.73 |
| 8.76 | Prepaid maintenance | Dimension Data | $22,664.75 |
| 8.77 | Prepaid maintenance | Help Systems | $3,116.68 |
| 8.78 | Prepaid maintenance | Help Systems | $404.94 |
| 8.79 | Prepaid maintenance | Help Systems | $6,192.96 |
| 8.80 | Prepaid maintenance | Help Systems | $83.10 |
| 8.81 | Prepaid maintenance | Lansa | $1,984.13 |
| 8.82 | Prepaid maintenance | SHI | $68.32 |
| 8.83 | Prepaid maintenance | Presidio | $189.03 |
| 8.84 | Prepaid maintenance | Vanguard Systems | $1,735.00 |
| 8.85 | Prepaid maintenance | Vanguard Systems | $121.45 |
| 8.86 | Prepaid maintenance | Manhattan Associates | $69,384.78 |
| 8.87 | Prepaid Dues | NASGW | $1,166.69 |
| 8.88 | Prepaid Dues | Global Credit Services | $1,834.00 |
| 8.89 | Prepaid Dues | National Marine Distribtutors Assoc. | $402.50 |
| 8.90 | Prepaid Dues | Dun & Bradstreet | $5,818.30 |
| 8.91 | Prepaid Dues | NSSF | $299.50 |
| 8.92 | Prepaid Dues | Outdoor Wire Network | $1,600.02 |
| 8.93 | Prepaid Insurance | | $223,081.00 |
| 8.94 | Prepaid Legal | | $24,875.00 |
| 8.95 | Prepaid Postage | | $1,357.02 |
| 8.96 | Utility Deposit | Bellefontaine | $4,231.00 |
| 8.97 | Utility Deposit | Bellefontaine | $3,082.00 |
| 8.98 | Utility Deposit | Bellefontaine | $9,871.00 |
| 8.99 | Annual Agency Fee | Bank of America | $25,000.00 |

| | | **TOTAL** | $742,462.39 |

**Case Name: Ellett Brothers, LLC**                     **Case Number: 19-11301**

| Part 4: | Schedule A/B:  Assets - Real and Personal Property |
| Investments |

15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture

|      | Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|------|----------------|----------------|------------------------------------------|-------------------------------------|
| 15.1 | Bonitz Brothers, Inc. | 100.00% | | Unknown |
| 15.2 | Evans Sports, Inc. | 100.00% | | Unknown |
| 15.3 | Jerry's Sports, Inc. | 100.00% | | Unknown |
| 15.4 | Outdoor Sports Headquarters, Inc. | 100.00% | | Unknown |
| 15.5 | Quality Boxes, Inc. | 100.00% | | Unknown |
| 15.6 | Simmons Gun Specialties, Inc. | 100.00% | | Unknown |

                                                              **TOTAL**      **Unknown**

| Debtor | Ellett Brothers, LLC | Case number *(if known)* 19-11301 |
|---|---|---|
| | Name | |

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.

   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished goods | MM / DD / YYYY | $_____ | Average cost | $      59,535,273.00 |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5** $      59,535,273.00

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No
   ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Ellett Brothers, LLC | Case number *(if known)* | 19-11301 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.** $ \hspace{4cm} 0.00$

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____$   Valuation method _____   Current value $_____$

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture | $ 31,993.51 | _____ | $ 31,993.51 |
| 40. **Office fixtures** | | | |
| Fixtures | $ 156,418.27 | _____ | $ 156,418.27 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers | $ 1,287,453.94 | _____ | $ 1,287,453.94 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.** $ \hspace{2cm} 1,475,865.72$

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | Ellett Brothers, LLC | Case number *(if known)* 19-11301 |
|---|---|---|
| | Name | |

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Chevy Van | $ 0.00 | Book | $ 0.00 |
| 47.2 Evans Van | $ 0.00 | Book | $ 0.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Warehouse Equipment | $ 2,034,567.17 | Book | $ 2,034,567.17 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $ 2,034,567.17 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   Ellett Brothers, LLC
_____
Name

Case number *(if known)*   19-11301
_____

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Chapin Land | | $ 1,429,335.70 | Book | $ 1,429,335.70 |
| 55.2 Chapin Building | | $ 1,422,467.75 | Book | $ 1,422,467.75 |
| 55.3 Newberry Land | | $ 580,000.00 | Book | $ 580,000.00 |
| 55.4 Newbarry Building | | $ 819,902.72 | Book | $ 819,902.72 |
| 55.5 Bellefontaine Land | | $ 438,916.05 | Book | $ 438,916.05 |
| 55.6 Bellefontaine Building | | $ 5,824,751.46 | Book | $ 5,824,751.46 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 10,515,373.68

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trade Name | $ 0.00 | | $ Unknown |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer Relationships | $ 0.00 | | $ Unknown |
| 64. **Other intangibles, or intellectual property**<br>Intangible assets | $ 0.00 | | $ Unknown |
| 65. **Goodwill**<br>Goodwill | $ 0.00 | | $ Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Unknown

| Debtor | Ellett Brothers, LLC | Case number *(if known)* | 19-11301 |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ — _____ = ➜  $_____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

AR Credit Balance _____   $_____ 7,310.43

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____ 7,310.43

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor    Ellett Brothers, LLC _____    Case number *(if known)* ___19-11301_____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,067,888.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 745,462.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 14,421,972.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 59,535,273.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,475,865.72 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,034,567.17 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ................................ ➜ | | $ 10,515,373.68 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 7,310.43 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 80,288,339.67 Plus Unknown | + 91b. $ 10,515,373.68 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ $ 90,803,713.35 Plus Unknown

**Fill in this information to identify the case:**

Debtor name **Ellett Brothers, LLC**

United States Bankruptcy Court for the: _____ District of **Delaware**

(State)

Case number (If known): **19-11301**

Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of Claim** Do not deduct the value | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** **s3265** | **Creditor's name** BANK OF AMERICA, N A, AS AGENT | **Describe debtor's property that is subject to a lien** REVOLVING LINE OF CREDIT SECURED BY SUBSTANTIALLY ALL ASSETS | $23,056,471.00 | $78,387,847.20 |

**Creditor's Mailing Address**

ATTENTION: TODD TARRANCE
300 GALLERIA PARKWAY, SUITE 800
ATLANTA, GA  30339

**Creditor's email address, if known**

**Date debt was incurred**

2002

**Last 4 digts of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

REVOLVING CREDIT

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ellett Brothers, LLC | | 19-11301 |
|---|---|---|---|
| | Name | | Case Number (if known) |

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of Claim** Do not deduct the value | **Value of collateral that supports this claim** |

**2.2**

**s3274**

**Creditor's name**

PROSPECT CAPITAL CORPORATION, AS AGENT

**Creditor's Mailing Address**

ATTN: GENERAL COUNSEL
10 EAST 40TH STREET, 44TH FLOOR
NEW YORK, NY  10016

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digts of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SECOND LIEN LOAN
SECURED BY SUBSTANTIALLY ALL ASSETS

$249,800,405.00     $78,387,847.20

**Describe the lien**

SECURED DEBT

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **RICHARDS LAYTON & FINGER, PA**<br>**JOHN H KNIGHT & AMANDA R. STEELE**<br>**ONE RODNEY SQUARE**<br>**920 NORTH KING ST.**<br>**WILMINGTON, DE  19801** | s3265 | |
| **WINSTON & STRAWN LLP**<br>**CARRIE V. HARDMAN**<br>**GREGORY M. GARTLAND**<br>**200 PARK AVENUE**<br>**NEW YORK, NY  10166-4193** | s3265 | |
| **WINSTON & STRAWN LLP**<br>**DANIEL J. MCGUIRE**<br>**35 W WACKER DRIVE**<br>**CHICAGO, IL  60601-9703** | s3265 | |
| **BLANK ROME LLP**<br>**JOHN E. LUCIAN, ESQ**<br>**ONE LOGAN SQUARE**<br>**130 NORTH 18TH STREET**<br>**PHILADELPHIA, PA  19103-6998** | s3274 | |
| **BLANK ROME LLP**<br>**REGINA KELBON**<br>**VICTORIA A. GUILFOYLE**<br>**1201 N MARKET STREET, SUITE 800**<br>**WILMINGTON, DE  19801** | s3274 | |
| **OLSHAN FROME WOLOSKY LLP**<br>**JONATHAN T. KOEVARY**<br>**ADAM H FRIEDMAN**<br>**1325 AVENUE OF THE AMERICAS**<br>**NEW YORK, NY  10019** | s3274 | |

Debtor    **Ellett Brothers, LLC**                                                            **19-11301**

Name                                                                                   Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |
|---------|--------------------------------------------------|

| | **Total of Claim Amounts** |
|---|---|

**3a. Total of the dollar amounts from Part 1, Column A,
including the amounts from the Additional Page, if any.**    **3a.**    **$272,856,876.00**

**Fill in this information to identify the case:**

Debtor name    **Ellett Brothers, LLC**

United States Bankruptcy Court for the:    District of    **Delaware**

                                                             (State)

Case number (If known):    **19-11301**

Official Form 206E/F

☑ Check if this is an amended filing

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $862.80 | $862.80 |
|---|---|---|---|---|
| s4209 | ALLMON, ELIZABETH A<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $789.70 | $789.70 |
|---|---|---|---|---|
| s4210 | AMMONS, TERESA T<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $560.00 | $560.00 |
|---|---|---|---|---|
| s4211 | ANDERSON, JESSICA D<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor Name

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority Amount** |
|---|---|---|

**2.4**

s4212

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,077.09 | $1,077.09 |
|---|---|---|---|

ANDERSON, RUTH M
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.5**

s4213

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,292.34 | $2,292.34 |
|---|---|---|---|

ANDREWS, JOSHUA
8614 GAINES AVE
ORANGEVALE, CA 95662

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.6**

s4214

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,276.80 | $1,276.80 |
|---|---|---|---|

ARNOLD, DEBRA D
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.7**

s4215

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,710.14 | $1,710.14 |
|---|---|---|---|

ARROWOOD, TRACY L
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name | Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim** | **Priority Amount**

**2.8** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $897.38 | $897.38
s4216 ATKINSON, AUSTIN G
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**2.9** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.79 | $615.79
s4217 AUSTIN, ERIC
8432 STERLING ST.
SUITE 101
IRVING, TX  75063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**2.10** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,173.18 | $3,173.18
s4218 BAGSHAW, TALIA
413 WEST CHURCH ROAD
ERDA, UT  84074

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**2.11** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.86 | $1,834.86
s4219 BAKER, HEIDI
ONE HUNTER PLACE
BELLEFONTAINE, OH  43311

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.12**

**s4220**

Priority creditor's name and mailing address

BARNARD, JAMES R
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $6,850.38
Priority Amount: $6,850.38

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**2.13**

**s4221**

Priority creditor's name and mailing address

BARNWELL, ANGELA T
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $700.12
Priority Amount: $700.12

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**2.14**

**s4222**

Priority creditor's name and mailing address

BARRETT, TRACEY R
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $519.20
Priority Amount: $519.20

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**2.15**

**s4223**

Priority creditor's name and mailing address

BAUER, CRYSTAL M
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $576.92
Priority Amount: $576.92

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor Name

Case Number (if known)

**Part 1:    All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|---|

**2.16** Priority creditor's name and mailing address

s4224  BAUGHMAN, JOSHUA M
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$2,124.46**    **$2,124.46**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

s4225  BELKNAP, NICHOLE
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$1,906.06**    **$1,906.06**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

s4226  BENNETT, GREGORY H.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$2,592.25**    **$2,592.25**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.19** Priority creditor's name and mailing address

s4227  BLACK, JENNIFER A.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$1,920.38**    **$1,920.38**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 1: | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.20 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,043.68 | $1,043.68 |

s4228   BLAISDELL, AMBER K
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 2.21 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $742.68 | $742.68 |

s4229   BOATWRIGHT, LINDA H.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 2.22 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $852.72 | $852.72 |

s4230   BOTTS, BRANDON P.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 2.23 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $868.81 | $868.81 |

s4231   BOULWARE, BEVERLY H.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name                                                Case Number (if known)

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.24** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $650.78 / $650.78 |
| s4232 | BOWLING, BRUCE R<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | |
| | **Last 4 digts of account number** | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.25** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,309.08 / $2,309.08 |
| s4233 | BRANHAM, JUSTIN B.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | |
| | **Last 4 digts of account number** | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.26** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,702.19 / $1,702.19 |
| s4234 | BRANHAM, TROY<br>PO BOX 128<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | |
| | **Last 4 digts of account number** | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.27** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $660.66 / $660.66 |
| s4235 | BRAZELL JR , JOHNNIE R<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | |
| | **Last 4 digts of account number** | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 1: | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.28**   Priority creditor's name and mailing address

s4236

BRETTSCHNEIDER, BRIAN D.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    $1,105.69    $1,105.69

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured    Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (___4___)    ☑ No
☐ Yes

**2.29**   Priority creditor's name and mailing address

s4237

BRICKLE, GRACE W
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    $3,575.43    $3,575.43

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured    Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (___4___)    ☑ No
☐ Yes

**2.30**   Priority creditor's name and mailing address

s4238

BRIGHT, RICKY E
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    $440.00    $440.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured    Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (___4___)    ☑ No
☐ Yes

**2.31**   Priority creditor's name and mailing address

s4239

BROCK, KAITLYN M
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    $440.00    $440.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured    Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (___4___)    ☑ No
☐ Yes

<h1>Part 1:</h1> **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.32**
**s4240**

Priority creditor's name and mailing address

BROKOB, ROBIN S.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$2,234.79**   **$2,234.79**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.33**
**s4242**

Priority creditor's name and mailing address

BROWN, JANNA L.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$1,893.69**   **$1,893.69**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34**
**s4241**

Priority creditor's name and mailing address

BROWN-SCOTT, MERI A
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$827.45**   **$827.45**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.35**
**s4243**

Priority creditor's name and mailing address

BRUNK, DANIELLE M
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:    **$691.82**   **$691.82**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

---

**2.36**

s4244

Priority creditor's name and mailing address

BUNDRICK, AMY H
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $758.71   Priority Amount: $758.71

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37**

s4245

Priority creditor's name and mailing address

BURGESS, CINDY M
201 ACTON COURT
COLUMBIA, SC  29212

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,826.92   Priority Amount: $1,826.92

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38**

s4246

Priority creditor's name and mailing address

BURSON, PATRICK T
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,132.84   Priority Amount: $1,132.84

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39**

s4247

Priority creditor's name and mailing address

BUSH, JANICE F
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,306.62   Priority Amount: $1,306.62

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

**19-11301**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,531.91 | $1,531.91 |
|---|---|---|---|---|
| s4248 | BUTLER, HEATHER<br>4431 CR 55<br>BELLEFONTAINE, OH  43311 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.32 | $1,521.32 |
|---|---|---|---|---|
| s4249 | CALDWELL, GLORIA A.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 | $560.00 |
|---|---|---|---|---|
| s4250 | CALDWELL, PHYLLIS A<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.20 | $769.20 |
|---|---|---|---|---|
| s4251 | CALTON, MICHAEL<br>8432 STERLING ST.<br>SUITE 101<br>IRVING, TX  75063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 1:**</td><td>**All Creditors with PRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.44** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,636.46 | $2,636.46 |

**2.44**

**s4252**

Priority creditor's name and mailing address

CARMICHAEL, INGRID J
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $2,636.46    Priority Amount $2,636.46

---

**2.45**

**s4253**

Priority creditor's name and mailing address

CASTLE, DARYL A
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $1,043.83    Priority Amount $1,043.83

---

**2.46**

**s4254**

Priority creditor's name and mailing address

CIMOLI, DUSTIN
3356 ALEUTIAN ISLAND ST
W SACRAMENTO, CA  95691-5882

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $3,521.69    Priority Amount $3,521.69

---

**2.47**

**s4255**

Priority creditor's name and mailing address

COLLINGWOOD, PAUL H
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim $2,056.37    Priority Amount $2,056.37

---

Debtor Name

Case Number (if known)

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.48**

s4256

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.53 | $764.53 |
|---|---|---|---|

COLLINS, MELINDA S
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.49**

s4257

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.32 | $653.32 |
|---|---|---|---|

COMALANDER, LISA C
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.50**

s4258

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,812.08 | $4,812.08 |
|---|---|---|---|

COMPEAU, DANIEL
10123 JANAROY CT
GOODRICH, MI  48438

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.51**

s4259

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $655.63 | $655.63 |
|---|---|---|---|

COMPTON, JOHN E.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

**2.52**

s4260

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.04 | $907.04 |
|---|---|---|---|

COOK JR , MARK
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.53**

s4261

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,973.12 | $1,973.12 |
|---|---|---|---|

COOK, ELIZABETH L
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.54**

s4262

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,722.85 | $1,722.85 |
|---|---|---|---|

COON, SHEILA A
17861 BOERGER ROAD
MARYSVILLE, OH  43040

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.55**

s4263

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,421.27 | $1,421.27 |
|---|---|---|---|

COOPER, RACHEL J
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

## Part 1:   All Creditors with PRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total Claim | Priority Amount |
|---|---|---|

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.00 | $404.00 |

s4264   COPPLER, TIMOTHY T
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,118.27 | $2,118.27 |

s4265   CORBETT III, LOUIS
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.23 | $1,615.23 |

s4266   CORNS, JONATHAN
1908 COLDWATER LANE
ARLINGTON, TX  76006

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.00 | $407.00 |

s3806   COUNTY OF DALLAS
JOHN R AMES, CTA, TAX ASSESSOR/COLLECTOR
PO BOX 139066
DALLAS, TX  75313-9066

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Tax Period: 6/9/2019

**Basis for the claim:**
PERSONAL PROPERTY TAX

**Last 4 digts of account number**
1022

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.60** Priority creditor's name and mailing address

s4267 COYER, EMILY M
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim: $638.82    Priority Amount: $638.82

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.61** Priority creditor's name and mailing address

s4268 COYER, KEELY
1 HUNTER PLACE
BELLEFONTAINE`, OH 43311

Total Claim: $2,894.91    Priority Amount: $2,894.91

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.62** Priority creditor's name and mailing address

s4269 CRABTREE, JEREMY D
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim: $771.13    Priority Amount: $771.13

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.63** Priority creditor's name and mailing address

s4270 CROUCH, CHRISTOPHER J
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim: $1,062.19    Priority Amount: $1,062.19

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**Part 1:    All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Total Claim**            **Priority Amount**

| | | | |
|---|---|---|---|

**2.64** Priority creditor's name and mailing address

s4271  CULLEN, CORRINE K
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $568.00   $568.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured   Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (____4____)   ☑ No   ☐ Yes

**2.65** Priority creditor's name and mailing address

s4272  DALZELL, JUSTIN A
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $701.48   $701.48

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured   Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (____4____)   ☑ No   ☐ Yes

**2.66** Priority creditor's name and mailing address

s4273  DANQUE, DEBBIE S
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $1,003.74   $1,003.74

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured   Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (____4____)   ☑ No   ☐ Yes

**2.67** Priority creditor's name and mailing address

s4274  DAVIS, BRETT T.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $440.00   $440.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured   Is the claim subject to offset?
claim: 11 U.S.C. § 507(a) (____4____)   ☑ No   ☐ Yes

**Part 1:**   **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total Claim** | **Priority Amount** |
|---|---|---|

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,424.81 | $2,424.81 |
|---|---|---|---|---|

**s4275**

DAWE, KEVIN
PO BOX 132
ELLENBORO, WV 26346

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.21 | $944.21 |
|---|---|---|---|---|

**s4276**

DEARDURFF, JODI L
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,173.48 | $15,173.48 |
|---|---|---|---|---|

**s3801**

DEPARTMENT OF TAXATION
PO BOX 2678
COLUMBUS, OH 43216-2678

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Tax Period: 3/31/2019

Basis for the claim:
**COMMERCIAL ACTIVITY**

**Last 4 digts of account number**

9748

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,781.03 | $1,781.03 |
|---|---|---|---|---|

**s4277**

DEVRIENDT, MICHELE
539 EAGLES REST DR
CHAPIN, SC 29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Ellett Brothers, LLC**
19-11301

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,929.26 | $2,929.26 |
| **s4278** | DEVRIENDT, SEAN J<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.46 | $592.46 |
| **s4279** | DICKERT, ASHLEY G<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,518.28 | $4,518.28 |
| **s4280** | DIMMERY, MARK<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.75** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,196.68 | $1,196.68 |
| **s4281** | DIXON, DALLAS J<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**     **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.76** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $440.00 | $440.00 |
| **s4282** | DRIGGERS, AMBER N<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.77** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $937.35 | $937.35 |
| **s4283** | DUCKETT, MARELLA R<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.78** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $575.40 | $575.40 |
| **s4284** | DUNAWAY, GAYLAN T<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.79** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,522.80 | $2,522.80 |
| **s4285** | EACHUES, JOSHUA C.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

Debtor Name

Case Number (if known)

19-11301

**Part 1:     All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority Amount |
|---|---|---|

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $933.32 | $933.32 |
|---|---|---|---|---|

s4286  EASON, LISA M
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**       **Is the claim subject to offset?**
claim: 11 U.S.C. § 507(a) (___4___)     ☑ No
                                          ☐ Yes

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.46 | $592.46 |
|---|---|---|---|---|

s4287  EDWARDS, CHRISTOPHER J
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**       **Is the claim subject to offset?**
claim: 11 U.S.C. § 507(a) (___4___)     ☑ No
                                          ☐ Yes

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

s4288  EDWARDS, SHERRIE A
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**       **Is the claim subject to offset?**
claim: 11 U.S.C. § 507(a) (___4___)     ☑ No
                                          ☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,387.33 | $1,387.33 |
|---|---|---|---|---|

s4289  EDWARDS, STEPHEN B
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**       **Is the claim subject to offset?**
claim: 11 U.S.C. § 507(a) (___4___)     ☑ No
                                          ☐ Yes

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.00 | $492.00 |

s4290    EICHELBERGER, MARQUES T
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.63 | $795.63 |

s4291    EICHHORN, MELISSA F.
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,347.60 | $1,347.60 |

s4292    ELLENWOOD, MARK E
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,556.17 | $2,556.17 |

s4293    ELSON, PAMELA S
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.66 | $660.66 |
|---|---|---|---|---|
| s4294 | EPTING, LISA E<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.51 | $603.51 |
|---|---|---|---|---|
| s4295 | FANAFF, PATRICIA M<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,257.24 | $1,257.24 |
|---|---|---|---|---|
| s4296 | FULMER, DONNA S.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.02 | $813.02 |
|---|---|---|---|---|
| s4297 | FULMER, RHONDA L.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.92**

s4298

Priority creditor's name and mailing address

GALLMAN, AMANDA R.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
$919.95 / $919.95

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**2.93**

s4299

Priority creditor's name and mailing address

GALLMAN, ANGELIA T
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
$480.00 / $480.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**2.94**

s4300

Priority creditor's name and mailing address

GARICK-KELLY, KELLEY
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
$961.54 / $961.54

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**2.95**

s4301

Priority creditor's name and mailing address

GARROW, THOMAS M
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
$1,385.72 / $1,385.72

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.96** Priority creditor's name and mailing address

**s4302**

GEORGE, ROBERT
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $11,785.91   **Priority Amount** $11,785.91

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.97** Priority creditor's name and mailing address

**s4303**

GILLIARD, ALICE K
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $1,471.04   **Priority Amount** $1,471.04

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.98** Priority creditor's name and mailing address

**s4304**

GLASGOW, BETTY J
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $480.00   **Priority Amount** $480.00

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.99** Priority creditor's name and mailing address

**s4305**

GLASGOW, RANNETTA S
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $480.00   **Priority Amount** $480.00

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.100** Priority creditor's name and mailing address
**s4306** GODFREY, CRYSTAL R.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    $1,041.17    $1,041.17

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.101** Priority creditor's name and mailing address
**s4307** GOODYEAR, ANNETTE W
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    $832.48    $832.48

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.102** Priority creditor's name and mailing address
**s4308** GOVANS, RACHEL-MARIE K
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    $590.88    $590.88

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.103** Priority creditor's name and mailing address
**s4309** GRAU, SYDNEY A.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    $996.88    $996.88

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.104**
**s4310**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,742.57 | $1,742.57 |
|---|---|---|---|
| GRAUPP, JEFFREY T<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| **Last 4 digts of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.105**
**s4311**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $893.31 | $893.31 |
|---|---|---|---|
| GRIMES, CHRIS B<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| **Last 4 digts of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.106**
**s4312**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $702.78 | $702.78 |
|---|---|---|---|
| GRIMES, MEGAN R<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| **Last 4 digts of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**2.107**
**s4313**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $748.66 | $748.66 |
|---|---|---|---|
| GUY, DUSTIN Z<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| **Last 4 digts of account number** | | | |
| **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Part 1:**   **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

**2.108** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — $583.66 / $583.66

s4314
GUY, JUSTIN T
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.109** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — $3,877.45 / $3,877.45

s4315
HAMREN, BLAIR
116 PIMTOWN ROAD
WEST LIBERTY, OH 43357

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.110** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — $660.66 / $660.66

s4316
HAYDEN, JONATHAN L
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.111** Priority creditor's name and mailing address — As of the petition filing date, the claim is: — $3,748.56 / $3,748.56

s4317
HEFNER, KYLE
317 WILLOW RUN LANE
DELAWARE, OH 43015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.112** Priority creditor's name and mailing address

s4318 HICKS, MAMIE
8965 SHELTON DRIVE
CHANDLER, TX 75758

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $2,028.94   Priority Amount: $2,028.94

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**2.113** Priority creditor's name and mailing address

s4319 HITES, TIMOTHY E
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $601.20   Priority Amount: $601.20

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**2.114** Priority creditor's name and mailing address

s4320 HOGG, PEGGY E
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $480.00   Priority Amount: $480.00

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**2.115** Priority creditor's name and mailing address

s4321 HOWER, HARLEY A
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $707.85   Priority Amount: $707.85

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total Claim | Priority Amount |
|---|---|---|---|

**2.116** Priority creditor's name and mailing address

s4322

HUA, JOSEPH Y
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $2,127.45    Priority Amount: $2,127.45

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.117** Priority creditor's name and mailing address

s4323

HUFFMAN, REBECCA L
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $1,063.70    Priority Amount: $1,063.70

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.118** Priority creditor's name and mailing address

s4324

HYATT, SANDRA E
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $1,776.79    Priority Amount: $1,776.79

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.119** Priority creditor's name and mailing address

s4325

HYMAN, CHARLES E
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total Claim: $5,341.13    Priority Amount: $5,341.13

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

<span style="background:black;color:white">**Part 1:**</span>  **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.120** Priority creditor's name and mailing address

s4326   JACOBS, MATTHEW G
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $1,225.54   $1,225.54

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.121** Priority creditor's name and mailing address

s4327   JACOBS, YVONNE L
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $793.01   $793.01

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.122** Priority creditor's name and mailing address

s4328   JENKINS, PAMELA S
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $440.66   $440.66

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**2.123** Priority creditor's name and mailing address

s4329   JENNINGS, DERRICK R
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:   $480.00   $480.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

**Part 1:    All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.124**  s4330

Priority creditor's name and mailing address

JOHNSON, BRADLEY
9913 KINGSBRIDGE ROAD
RICHMOND, VA  23238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Total Claim: $13,650.00   Priority Amount: $13,650.00

**2.125**  s4331

JOHNSON, MARGIE S
267 COLUMBIA AVE
CHAPIN, SC  29036

Basis: WAGES, SALARIES, COMMISSIONS
☑ No   claim 11 U.S.C. § 507(a) (__4__)

$748.06   $748.06

**2.126**  s4332

JOHNSON, TALIB
267 COLUMBIA AVE
CHAPIN, SC  29036

WAGES, SALARIES, COMMISSIONS
☑ No   (__4__)

$572.66   $572.66

**2.127**  s4333

JOHNSTON, AUDRA B
267 COLUMBIA AVE
CHAPIN, SC  29036

WAGES, SALARIES, COMMISSIONS
☑ No   (__4__)

$514.47   $514.47

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 32 of 571

Debtor Name

**Part 1:     All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority Amount |
|---|---|---|---|
| **2.128** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.31 | $602.31 |
| s4334  JOINER, JONATHAN L.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.129** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,783.80 | $4,783.80 |
|---|---|---|---|
| s4335  KELLEY, LORI R<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.130** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $976.32 | $976.32 |
|---|---|---|---|
| s4336  KEMPLIN, MICHAEL H<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.131** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,446.86 | $3,446.86 |
|---|---|---|---|
| s4337  KERR, KARMON<br>8432 STERLING ST.<br>SUITE 101<br>IRVING, TX  75063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim**  **Priority Amount**

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.78 | $1,300.78 |
|---|---|---|---|---|

s4338 KESSLER, BRIAN J
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Basis for the claim: **WAGES, SALARIES, COMMISSIONS**

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

| 2.133 | Priority creditor's name and mailing address | | $1,104.35 | $1,104.35 |
|---|---|---|---|---|

s4339 KINARD, KRISTINA
267 COLUMBIA AVE
CHAPIN, SC 29036

Basis for the claim: **WAGES, SALARIES, COMMISSIONS**

Is the claim subject to offset? ☑ No ☐ Yes

11 U.S.C. § 507(a) ( 4 )

| 2.134 | Priority creditor's name and mailing address | | $4,034.82 | $4,034.82 |
|---|---|---|---|---|

s4340 KINCAID, WILLIAM T
267 COLUMBIA AVE
CHAPIN, SC 29036

Basis for the claim: **WAGES, SALARIES, COMMISSIONS**

Is the claim subject to offset? ☑ No ☐ Yes

11 U.S.C. § 507(a) ( 4 )

| 2.135 | Priority creditor's name and mailing address | | $1,688.21 | $1,688.21 |
|---|---|---|---|---|

s4341 KIRKPATRICK, DAN E
267 COLUMBIA AVE
CHAPIN, SC 29036

Basis for the claim: **WAGES, SALARIES, COMMISSIONS**

Is the claim subject to offset? ☑ No ☐ Yes

11 U.S.C. § 507(a) ( 4 )

**Ellett Brothers, LLC**                                                    **19-11301**

Debtor Name                                                    Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.92 | $875.92 |
|---|---|---|---|---|

s4342   **KITE, STACIE**
**267 COLUMBIA AVE**
**CHAPIN, SC  29036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.72 | $1,008.72 |
|---|---|---|---|---|

s4343   **KNUCKLES, JAMI K**
**267 COLUMBIA AVE**
**CHAPIN, SC  29036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.73 | $930.73 |
|---|---|---|---|---|

s4344   **KOON, CINDI L.**
**267 COLUMBIA AVE**
**CHAPIN, SC  29036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,035.73 | $7,035.73 |
|---|---|---|---|---|

s4345   **KUNN, GARY**
**1110 BLAZE CT**
**MIDLOTHIAN, TX  76065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.140**

s4346

Priority creditor's name and mailing address

LAPOINTE, RAYMOND A
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $440.00

Priority Amount: $440.00

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.141**

s4347

Priority creditor's name and mailing address

LEHMAN, AARON W
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $4,505.36

Priority Amount: $4,505.36

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.142**

s4348

Priority creditor's name and mailing address

LEONARD, JOEL M.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,564.52

Priority Amount: $1,564.52

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.143**

s4349

Priority creditor's name and mailing address

LERCH, GARY
150 E PENNSYLVANIA AVE
SUITE 530
DOWNINGTON, PA 19335

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,117.34

Priority Amount: $1,117.34

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured

claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

<span style="background:black;color:white">**Part 1:**</span>    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.144**   Priority creditor's name and mailing address

s4350   LEUGERS, AMY S
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim $1,281.28   Priority Amount $1,281.28

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.145**   Priority creditor's name and mailing address

s3802   LEXINGTON COUNTY TREASURER'S OFFICE
PO BOX 3000
LEXINGTON, SC 29071-3000

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$68,666.67   $68,666.67

Date or dates debt was incurred
Tax Period: 6/9/2019

Basis for the claim:
PROPERTY TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.146**   Priority creditor's name and mailing address

s4351   LIGONS, CAMILLA R
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,369.00   $1,369.00

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.147**   Priority creditor's name and mailing address

s4352   LINDBERG, CHRISTOPHER M
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,012.66   $1,012.66

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 1:</strong></td><td><strong>All Creditors with PRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority Amount |
|---|---|---|

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,356.00 | $3,356.00 |
|---|---|---|---|---|
| s4353 | LINDLER, AVIS B.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|
| s4354 | LINDLER, CHRISTOPHER D<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.64 | $1,152.64 |
|---|---|---|---|---|
| s4355 | LINDLER, JULIE C.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.66 | $484.66 |
|---|---|---|---|---|
| s4356 | LINDLER, KYDERA J<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

---

**2.152**

**s3804**

Priority creditor's name and mailing address

LOGAN COUNTY TREASURER
100 SOUTH MADRIVER ST
ROOM 104
BELLEFONTAINE, OH  43311

Date or dates debt was incurred
Tax Period: 6/9/2019

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____8____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PROPERTY TAX

Is the claim subject to offset?
☑ No
☐ Yes

$92,115.59          $92,115.59

---

**2.153**

**s4357**

Priority creditor's name and mailing address

LONG, KAYTLYN I
267 COLUMBIA AVE
CHAPIN, SC  29036

Date or dates debt was incurred

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

$846.56          $846.56

---

**2.154**

**s4358**

Priority creditor's name and mailing address

LONG, KELSEY R
267 COLUMBIA AVE
CHAPIN, SC  29036

Date or dates debt was incurred

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

$528.66          $528.66

---

**2.155**

**s4359**

Priority creditor's name and mailing address

LONG, SUSAN L
267 COLUMBIA AVE
CHAPIN, SC  29036

Date or dates debt was incurred

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

$927.36          $927.36

---

**Ellett Brothers, LLC**

Debtor Name

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.156**

s4360

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.00 | $564.00 |
|---|---|---|---|

LYONS, KYLE A
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.157**

s4361

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.05 | $1,271.05 |
|---|---|---|---|

MACK, SHIRLEY A.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.158**

s4362

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $656.24 | $656.24 |
|---|---|---|---|

MAJOR, MARY B
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.159**

s4363

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.60 | $782.60 |
|---|---|---|---|

MALLACH, MYRTIE E
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.87 | $714.87 |
|---|---|---|---|---|

**s4364**    MARKWELL, JOSEPH A
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,699.39 | $3,699.39 |
|---|---|---|---|---|

**s4365**    MARSHALL, AMY S
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.35 | $1,234.35 |
|---|---|---|---|---|

**s4366**    MARTIN, BOBBY R
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,199.40 | $4,199.40 |
|---|---|---|---|---|

**s4367**    MARVIN, MATTHEW A.
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

**2.164** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,602.05 | $3,602.05

**s4368** MASLOWSKI, CARL
ONE HUNTER PLACE
BELLEFONTAINE, OH 43311-3001

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.165** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.72 | $1,461.72

**s4369** MCCARLEY, JEANNE C
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.166** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.65 | $1,066.65

**s4370** MCCARTHA, KURT A.
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.167** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,565.32 | $13,565.32

**s4371** MCCARTHY, JOHN P
267 COLUMBIA AVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,431.73 | $13,650.00 |
|---|---|---|---|---|
| s4372 | MCCRUDDEN, JIM<br>115 BRIDGEPORT LANE<br>LEXINGTON, SC 29072 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.54 | $748.54 |
|---|---|---|---|---|
| s4373 | MCCULLEY, HENRY G<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,762.27 | $1,762.27 |
|---|---|---|---|---|
| s4374 | MCGEE, DOROTHY J.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.24 | $672.24 |
|---|---|---|---|---|
| s4375 | MCLINDEN, CHARLES E<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.172**    Priority creditor's name and mailing address

**s4376**    MEADOWS, ROSE D.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    **$1,313.98**    **$1,313.98**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.173**    Priority creditor's name and mailing address

**s4377**    MEGGETT, SUZETTE
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    **$480.00**    **$480.00**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.174**    Priority creditor's name and mailing address

**s4378**    MELLEN, WILLIAM A
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    **$816.06**    **$816.06**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.175**    Priority creditor's name and mailing address

**s4379**    MILES, AMANDA K
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    **$756.06**    **$756.06**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 | $5.00 |
|---|---|---|---|---|
| s3798 | MINNESOTA DEPARTMENT OF REVENUE<br>PO BOX 64439<br>ST. PAUL, MN  55164-0439 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>Tax Period: 5/31/2019 | Basis for the claim:<br>**SALES/USE TAX** | | |
| | Last 4 digts of account number<br>**5434** | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___8___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,386.90 | $4,386.90 |
|---|---|---|---|---|
| s4380 | MONTGOMERY, JOSEPH B.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.36 | $876.36 |
|---|---|---|---|---|
| s4381 | MOORE, BENJAMIN J<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.58 | $831.58 |
|---|---|---|---|---|
| s4382 | MORAN-ALLEY, JUNE M<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**WAGES, SALARIES, COMMISSIONS** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim**          **Priority Amount**

| | | | |
|---|---|---|---|
| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,206.79          $1,206.79 |
| s4383 | MORGAN, RYAN<br>COMMERCE PARK<br>8432 STERLING ST. SUITE 101<br>IRVING, TX 75063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $742.70          $742.70 |
| s4384 | MORRIS, DELISA D<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,356.53          $2,356.53 |
| s4385 | MURFIELD, CHRISTOPHER A<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.06          $983.06 |
| s4386 | MURPHY, STEPHANIE A<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | |
| | Last 4 digts of account number | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim**          **Priority Amount**

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,600.00 | $25,600.00 |
|---|---|---|---|---|

s3803
NEWBERRY COUNTY TREASURER
PO BOX 206
NEWBERRY, SC  29108-0206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Tax Period: 6/9/2019

Basis for the claim:
PROPERTY TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.30 | $670.30 |
|---|---|---|---|---|

s4391
NEWTON, KELLY L
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $631.60 | $631.60 |
|---|---|---|---|---|

s4392
NICHOLS, DANIEL N
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

s4393
NIEVES, EPHRAIM
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim**  **Priority Amount**

**2.192** Priority creditor's name and mailing address
s4394  NIEVES, JEREMIAH
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

$541.64   $541.64

**2.193** Priority creditor's name and mailing address
s4395  PAPPAS, STACY L.
267 COLUMBIA AVE
CHAPIN, SC  29036

$560.00   $560.00

**2.194** Priority creditor's name and mailing address
s4396  PARKS, MICHELLE E
267 COLUMBIA AVE
CHAPIN, SC  29036

$501.35   $501.35

**2.195** Priority creditor's name and mailing address
s4397  PATINO, SARAH L
267 COLUMBIA AVE
CHAPIN, SC  29036

$1,791.88   $1,791.88

(Each entry: As of the petition filing date, the claim is: Contingent/Unliquidated/Disputed unchecked; Basis: WAGES, SALARIES, COMMISSIONS; subject to offset? ☑ No; 507(a)(4))

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 1:</div> **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.196** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,912.87 | $4,912.87 |

s4398   PAUL, FRANCIS J
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.197** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |

s4399   PEARSON, DAVID F
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.198** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,038.39 | $2,038.39 |

s4400   POINT, JAMES F.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.199** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,158.60 | $1,158.60 |

s4401   RACINE, CATHERINE
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Part 1:**   **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.200** Priority creditor's name and mailing address — s4402 RAIMAN, THEODORE D, 267 COLUMBIA AVE, CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Total Claim $10,583.27  Priority Amount $10,583.27

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.201** Priority creditor's name and mailing address — s4403 REAL, ABEL, 267 COLUMBIA AVE, CHAPIN, SC 29036

As of the petition filing date, the claim is:
☐ Contingent ☐ Unliquidated ☐ Disputed

Total Claim $676.78  Priority Amount $676.78

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.202** Priority creditor's name and mailing address — s4404 REECE, JESSE O, 267 COLUMBIA AVE, CHAPIN, SC 29036

As of the petition filing date, the claim is:
☐ Contingent ☐ Unliquidated ☐ Disputed

Total Claim $640.00  Priority Amount $640.00

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.203** Priority creditor's name and mailing address — s4405 RENKERT, WHITNEY L, 267 COLUMBIA AVE, CHAPIN, SC 29036

As of the petition filing date, the claim is:
☐ Contingent ☐ Unliquidated ☐ Disputed

Total Claim $860.80  Priority Amount $860.80

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

<table>
<tr><td><b>Part 1:</b></td><td colspan="2"><b>All Creditors with PRIORITY Unsecured Claims</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.204**

s4406

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,127.52 | $6,127.52 |
|---|---|---|---|

RHODEN, MARK A
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.205**

s4407

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.74 | $795.74 |
|---|---|---|---|

RICHARDSON JR , PAUL A
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.206**

s4408

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,321.11 | $1,321.11 |
|---|---|---|---|

RICHARDSON, ROBIN S.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.207**

s4409

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.48 | $896.48 |
|---|---|---|---|

RIDENBAUGH, CHYNNA E
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.208**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $1,316.70    $1,316.70

**s4410**    **RIKARD, GEORGE S**
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**    **Is the claim subject to offset?**
**claim: 11 U.S.C. § 507(a) (___4___)**    ☑ No
   ☐ Yes

---

**2.209**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $1,868.95    $1,868.95

**s4411**    **RILEY, JEFF**
1199 E SANTA FE LOT 404
GARDNER, KS  66030

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**    **Is the claim subject to offset?**
**claim: 11 U.S.C. § 507(a) (___4___)**    ☑ No
   ☐ Yes

---

**2.210**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $670.95    $670.95

**s4412**    **RING, JACOB D.**
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**    **Is the claim subject to offset?**
**claim: 11 U.S.C. § 507(a) (___4___)**    ☑ No
   ☐ Yes

---

**2.211**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $360.00    $360.00

**s4413**    **RISER, KAYLEIGH A**
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured**    **Is the claim subject to offset?**
**claim: 11 U.S.C. § 507(a) (___4___)**    ☑ No
   ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.212** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,928.56 | $5,928.56 |

**2.212**

s4414

ROBINSON, OTIS
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $5,928.56    **Priority Amount** $5,928.56

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.213**

s4415

ROCKHOLD, JASON L
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $897.48    **Priority Amount** $897.48

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.214**

s4416

ROWELL, NOAH H
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $490.82    **Priority Amount** $490.82

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.215**

s4417

SACKS, SCOTT E
267 COLUMBIA AVE
CHAPIN, SC  29036

**As of the petition filing date, the claim is:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $595.78    **Priority Amount** $595.78

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |

---

**2.216** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.00 | $546.00

**s4418** | SALAAM-HILL, LAYTOIA C
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.69 | $669.69

**s4419** | SAMPLES, SANDRA K
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.94 | $943.94

**s4420** | SANTOPIETRO, ANTHONY
150 E PENNSYLVANIA AVE
SUITE 530
DOWINGTOWN, PA  19335

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.219** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,466.05 | $1,466.05

**s3794** | SC DEPARTMENT OF REVENUE & TAX
PO BOX 125
COLUMBIA, SC  29214-0101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Tax Period: 5/31/2019

Basis for the claim:
SALES/USE TAX

Last 4 digts of account number
1704

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____8____)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.220** Priority creditor's name and mailing address
**s4421** SCOTT, THERESA J.
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim $1,270.50   Priority Amount $1,270.50

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.221** Priority creditor's name and mailing address
**s4422** SEIGLER, TRACIE A
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim $1,478.79   Priority Amount $1,478.79

As of the petition filing date, the claim is:
☐ Contingent ☐ Unliquidated ☐ Disputed

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.222** Priority creditor's name and mailing address
**s4423** SENN, JESSICA G
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim $1,199.40   Priority Amount $1,199.40

As of the petition filing date, the claim is:
☐ Contingent ☐ Unliquidated ☐ Disputed

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**2.223** Priority creditor's name and mailing address
**s4424** SEXTON, HALEIGH M.
267 COLUMBIA AVE
CHAPIN, SC 29036

Total Claim $500.00   Priority Amount $500.00

As of the petition filing date, the claim is:
☐ Contingent ☐ Unliquidated ☐ Disputed

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,123.30 | $1,123.30 |
|---|---|---|---|---|

**s4425**  SHEALY, KANDI R
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.40 | $554.40 |
|---|---|---|---|---|

**s4426**  SHERIDAN, JEAN M.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.00 | $616.00 |
|---|---|---|---|---|

**s4427**  SHIELDS, CATHY J
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|---|

**s4428**  SHUBERT, SEBASTIAN E
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**WAGES, SALARIES, COMMISSIONS**

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total Claim | Priority Amount |
|---|---|---|---|

**2.228**

s4429

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.12 | $640.12 |
|---|---|---|---|

SICKLES, SONDREA Y
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.229**

s4430

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.66 | $440.66 |
|---|---|---|---|

SIMMS, SHAZERRIAN Y
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.230**

s4431

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|

SINGLETARY, ANNJENEA S
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.231**

s4432

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,533.15 | $2,533.15 |
|---|---|---|---|

SLIGH, JO A.
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total Claim** | **Priority Amount** |
| --- | --- | --- | --- |

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,129.27 | $4,129.27 |
| s4433 | SMITH III, ROY C<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,116.97 | $2,116.97 |
| s4434 | SMITH, DEBRA<br>12523 EAGLE RIDGE ROAD<br>HENRICO, VA 23233 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.72 | $1,200.72 |
| s4435 | SMITH, ELIZABETH B<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,579.61 | $1,579.61 |
| s4436 | SMITH, MELISSA A.<br>267 COLUMBIA AVE<br>CHAPIN, SC 29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor Name

**Part 1:**     **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.236** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,068.24 | $3,068.24 |
| s4437 | SMOAK, SPENCER P.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured**<br>**claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.237** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $852.57 | $852.57 |
| s4438 | SNELGROVE, RUSTY R.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured**<br>**claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.238** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,113.60 | $1,113.60 |
| s4439 | SPENCE, SHERRY L.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured**<br>**claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.239** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480.00 | $480.00 |
| s4440 | SPENCER, BRIAN M<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured**<br>**claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim**       **Priority Amount**

---

**2.240**
**s4441**

Priority creditor's name and mailing address
SPENCER, SANDRA H
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

$2,642.91       $2,642.91

---

**2.241**
**s4442**

Priority creditor's name and mailing address
SPICER, NAN L
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

$528.66       $528.66

---

**2.242**
**s4443**

Priority creditor's name and mailing address
STARNES, CHARLES A
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

$3,373.38       $3,373.38

---

**2.243**
**s4444**

Priority creditor's name and mailing address
STATON, CHARLES J
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

$2,235.11       $2,235.11

---

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total Claim | Priority Amount |
|---|---|---|

**2.244**   Priority creditor's name and mailing address

s4445   STEINHELFER II, JOHN T
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $1,370.51   Priority Amount: $1,370.51

**2.245**   Priority creditor's name and mailing address

s4446   STEVENS, PAUL J.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $4,105.53   Priority Amount: $4,105.53

**2.246**   Priority creditor's name and mailing address

s4447   STOCKMAN, TIMOTHY J
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $4,187.24   Priority Amount: $4,187.24

**2.247**   Priority creditor's name and mailing address

s4448   STOKES, MARANDA H.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

Total Claim: $1,380.90   Priority Amount: $1,380.90

| Part 1: | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total Claim**    **Priority Amount**

---

**2.248** Priority creditor's name and mailing address
s4449  STOUDEMIRE, GERALD D
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total Claim: $803.14    Priority Amount: $803.14

---

**2.249** Priority creditor's name and mailing address
s4450  STRIBBLE, LANDON B
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total Claim: $596.20    Priority Amount: $596.20

---

**2.250** Priority creditor's name and mailing address
s4451  STURKIE, REBEKAH L
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total Claim: $1,066.28    Priority Amount: $1,066.28

---

**2.251** Priority creditor's name and mailing address
s4452  SUTHERLY, MICHAEL
416 COUNTY ROAD 111 EAST
RUSHSYLVANIA, OH 43347

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Total Claim: $1,976.77    Priority Amount: $1,976.77

---

**Part 1:**    **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total Claim | Priority Amount |
|---|---|---|

**2.252**

s4453

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $440.00 |
|---|---|---|---|
| SUTTON, CYNTHIA M<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.253**

s4454

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,133.04 | $1,133.04 |
|---|---|---|---|
| TEAL, SHERRY B.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.254**

s4455

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.00 | $546.00 |
|---|---|---|---|
| TOMSEY, AMANDA B<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**2.255**

s4456

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.44 | $565.44 |
|---|---|---|---|
| TORRES, DONNA M.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| Last 4 digts of account number | | | |
| Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Part 1: | **All Creditors with PRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total Claim** | **Priority Amount** |
|---|---|---|

| 2.256 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $249,000.09 | $249,000.09 |
|---|---|---|---|---|
| s3795 | TOWN OF CHAPIN<br>PO BOX 183<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>Tax Period: 12/31/2019 | **Basis for the claim:**<br>BUSINESS LICENSE | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.257 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $440.00 | $440.00 |
|---|---|---|---|---|
| s4457 | TRAPP, TOSHAI M<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.258 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $520.00 | $520.00 |
|---|---|---|---|---|
| s4458 | TRUESDALE, NICOLE D.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| 2.259 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,363.62 | $2,363.62 |
|---|---|---|---|---|
| s4459 | TUCKER, JEFFERY L.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, COMMISSIONS | | |
| | **Last 4 digts of account number** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| **Part 1:** | **All Creditors with PRIORITY Unsecured Claims** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

| 2.260 | Priority creditor's name and mailing address | $1,295.49 | $1,295.49 |
|---|---|---|---|

s4460  TUCKER, KRISTINE W.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.261 | Priority creditor's name and mailing address | $1,443.03 | $1,443.03 |
|---|---|---|---|

s4461  TUCKER, WILLIAM R
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.262 | Priority creditor's name and mailing address | $850.75 | $850.75 |
|---|---|---|---|

s4462  UPCHURCH, REBECCA B
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.263 | Priority creditor's name and mailing address | $3,511.72 | $3,511.72 |
|---|---|---|---|

s4463  VINCE, MARTIN J
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---------|----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

**2.264** Priority creditor's name and mailing address

s3797   VIRGINIA DEPARTMENT OF TAXATION
PO BOX 1777
RICHMOND, VA 23218-1777

As of the petition filing date, the claim is:    **$17.78**    **$17.78**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Tax Period: 5/31/2019

Basis for the claim:
SALES TAX

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.265** Priority creditor's name and mailing address

s4464   WARNER, MEGAN
1336 HONEYSUCKLE LN
METAMORA, IL 61548-7724

As of the petition filing date, the claim is:    **$969.23**    **$969.23**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.266** Priority creditor's name and mailing address

s3800   WASHINGTON STATE DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA, WA 98504-7464

As of the petition filing date, the claim is:    **$1,582.89**    **$1,582.89**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Tax Period: 5/31/2019

Basis for the claim:
EXCISE TAX

Last 4 digts of account number
-345

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___8___)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.267** Priority creditor's name and mailing address

s4465   WEBB, BRENDA B.
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:    **$594.89**    **$594.89**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | Total Claim | Priority Amount |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.268**   s4466
Priority creditor's name and mailing address
WESSINGER, DEBORAH D
267 COLUMBIA AVE
CHAPIN, SC 29036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent ☐ Unliquidated ☐ Disputed

Basis for the claim: WAGES, SALARIES, COMMISSIONS

Is the claim subject to offset? ☑ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Total Claim: $1,574.66   Priority Amount: $1,574.66

**2.269**   s4467
WESSINGER, MICHAEL D
267 COLUMBIA AVE
CHAPIN, SC 29036
WAGES, SALARIES, COMMISSIONS
☑ No   11 U.S.C. § 507(a) (4)
Total: $744.92   Priority: $744.92

**2.270**   s4468
WEST, JEREMY R
267 COLUMBIA AVE
CHAPIN, SC 29036
WAGES, SALARIES, COMMISSIONS
☑ No   11 U.S.C. § 507(a) (4)
Total: $534.38   Priority: $534.38

**2.271**   s4469
WICKER, BETH
267 COLUMBIA AVE
CHAPIN, SC 29036
WAGES, SALARIES, COMMISSIONS
☑ No   11 U.S.C. § 507(a) (4)
Total: $1,376.55   Priority: $1,376.55

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 1: | All Creditors with PRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.272** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
| s4470 | WICKER, SAMANTHA B<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.273** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.36 | $778.36 |
| s4471 | WICKER, SUSAN S.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.274** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.92 | $1,441.92 |
| s4472 | WICKER, WADE P<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| **2.275** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,904.38 | $1,904.38 |
| s4473 | WILKIE, RYAN T.<br>267 COLUMBIA AVE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>WAGES, SALARIES, COMMISSIONS | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured<br>claim: 11 U.S.C. § 507(a) (___4___) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 1:  All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.276**  Priority creditor's name and mailing address

s4474   WILLIAMS, ADONNIS T
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $592.46        **Priority Amount** $592.46

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.277**  Priority creditor's name and mailing address

s4475   WILLIAMS, JENNIFER W
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $480.00        **Priority Amount** $480.00

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.278**  Priority creditor's name and mailing address

s4476   WILLIAMS, JONATHAN C
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $1,268.34        **Priority Amount** $1,268.34

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.279**  Priority creditor's name and mailing address

s4477   WILLIAMS, JULIE S.
267 COLUMBIA AVE
CHAPIN, SC  29036

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total Claim** $753.23        **Priority Amount** $753.23

Date or dates debt was incurred

Basis for the claim:
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____4____)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.280** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $440.00 | $440.00

s4478   WILLIAMS, MICHAEL J
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.281** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $810.86 | $810.86

s4479   WILSON, JENIFER
9260 CASTLEMONT CIRCLE
ORANGEVALE, CA  95662

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.282** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $440.00 | $440.00

s4480   WILSON, SHANA K
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.283** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,707.06 | $2,707.06

s4481   WOLFE, LINDA B
267 COLUMBIA AVE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 1: | All Creditors with PRIORITY Unsecured Claims | | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.284**　Priority creditor's name and mailing address

**s4482**　WOODWARD, WAYNE E
　　267 COLUMBIA AVE
　　CHAPIN, SC  29036

**As of the petition filing date, the claim is:**　$3,073.22　　$3,073.22

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.285**　Priority creditor's name and mailing address

**s4483**　YODER, ANTHONY S
　　267 COLUMBIA AVE
　　CHAPIN, SC  29036

**As of the petition filing date, the claim is:**　$821.36　　$821.36

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.286**　Priority creditor's name and mailing address

**s4484**　ZOBEL, RONDA R
　　267 COLUMBIA AVE
　　CHAPIN, SC  29036

**As of the petition filing date, the claim is:**　$2,418.02　　$2,418.02

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS

Last 4 digts of account number

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___4___)**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

<table>
<tr><td>
<div style="background:black;color:white">**Part 2:**</div> **All Creditors with NONPRIORITY Unsecured Claims**
</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12.90 |
| s2841 | **29 OUTDOOR GEAR LLC**<br>**3421 BROADWAY**<br>**AMERICAN CANYON, CA  94503** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $812.88 |
| s3046 | **2-K PAWN & GUN**<br>**PO BOX 716**<br>**DECATUR, TX  76234** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $44,571.88 |
| s3782 | **2ND AMENDMENT 1791**<br>**DBA 1791 GUNLEATHER**<br>**1724 NW 31ST STREET**<br>**MIAMI, FL  33142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $191.27 |
| s2177 | **2ND AMENDMENT ARMORY**<br>**764 W LUMSDEN RD**<br>**BRANDON, FL  33511** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**    **Amount of Claim**

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $127.82 |

**s3027**

**3FIVE7 ARMS**
**406 W GRAND PARKWAY S STE 320**
**KATY, TX 77494**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119,560.62 |

**s3634**

**3M**
**PO BOX 371227**
**PITTSBURGH, PA 15250-7227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.38 |

**s2885**

**3YA/EAST COAST GUN SHOP**
**166 DELLA LN**
**DORCHESTER, SC 29437**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70.40 |

**s3245**

**5013 TACTICAL LLC**
**2683 PATTERSON RD STE #6**
**GRAND JUNCTION, CO 81506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

19-11301

Debtor Name                                                        Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:          $35.33 |
| **s3219** | **782 CUSTOM GUNWORKS LTD**<br>**1545 A2 OCEAN AVE**<br>**BOHEMIA, NY 11716** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:          $58.16 |
| **s1806** | **A & C FIREARMS**<br>**5819 EAST US HWY 190**<br>**HEIDENHEIMER, TX 76533** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:          $21.29 |
| **s1681** | **A & R SPORTING GOODS**<br>**118 OLD MILL RD**<br>**MAINESBURG, PA 16932-9441** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:          $9.29 |
| **s2114** | **A & S INDOOR PISTOL RANGE**<br>**617 OVERHEAD BRIDGE ROAD**<br>**YOUNGWOOD, PA 15697** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**Ellett Brothers, LLC**
19-11301

Debtor Name
Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |

| | | |
|---|---|---|
| s2264 | A BOATER`S PARADISE<br>6004 COMMERCE BLVD<br>GARDEN CITY, GA 31408 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.76 |

| | | |
|---|---|---|
| s2157 | A G ENTERPRISE<br>308 BRIDLE WAY<br>YAKIMA, WA 98901 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.84 |

| | | |
|---|---|---|
| s2946 | A PAWN USA<br>811 EAST HWY 50<br>CLERMONT, FL 34711 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.61 |

| | | |
|---|---|---|
| s1723 | A SPORTSMANS LODGE<br>1824 DINKINS BOTTOM ROAD<br>YADKINVILLE, NC 27055 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.39 |

s2402   A TEXAS GIRL`S GUNS
PO BOX 868
LIBERTY HILL, TX  78642

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,563.80 |

s3110   A-1 AUTO SERVICE INC
PO BOX 641
QUINCY, FL  32353

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.96 |

s2845   A1 GUN
6704 DIXIE HWY
FLORENCE, KY  41042

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.39 |

s3117   A-1 MARINE PRODUCTS
13423 BREAKWATER PATH LOOP
HOUSTON, TX  77044

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.83 |
|---|---|---|---|
| s3257 | **A-1 MARINE PRODUCTS**<br>**13423 BREAKWATER PATH LOOP**<br>**HOUSTON, TX 77044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.48 |
|---|---|---|---|
| s1714 | **A-1 TACTICAL ORDNANCE**<br>**3601 54TH AVE N**<br>**SAINT PETERSBURG, FL 33714-2346** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.01 |
|---|---|---|---|
| s2452 | **AAA PAWN SHOP**<br>**5910 MCCLELLAN BLVD**<br>**ANNISTON, AL 36206** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.72 |
|---|---|---|---|
| s2329 | **AAA PAWNBROKERS OF N MIAMI**<br>**14010-14020 W DIXIE HWY**<br>**N MIAMI, FL 33161** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.32 |

s2134    AB SEAS MARINE INC
7016C FISH HATCHERY ROAD
FREDERICK, MD  21701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.26    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $85.08

s2956    ABERDEEN GROCERY
PO BOX 144
ABERDEEN, KY  42201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.27    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $77.22

s2296    ABINGDON EQUIPMENT CO INC
19138 LEE HWY
ABINGDON, VA  24210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.28    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $193.00

s2262    ABOVE AND BELOW OUTDOORS
PO BOX 92
SHERIDAN, AR  72150

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**
_____
Debtor Name

19-11301
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,605.58 |
|---|---|---|---|

s3680   ABSOLUTE OUTDOORS, INC.
L-3225
COLUMBUS, OH 43260

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.95 |
|---|---|---|---|

s2862   ACCESS AMMO
801 DOW RD STE A
CAROLINA BEACH, NC 28428

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $932.55 |
|---|---|---|---|

s1713   ACCURACY GUN SHOP
5903 BOULDER HWY
LAS VEGAS, NV 89122-7403

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.81 |
|---|---|---|---|

s3763   ACE RECYCLING & DISPOSAL
PO BOX 2608
SALT LAKE CITY, UT 84110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 80 of 571

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.93 |

**s2514   ACES & EIGHTS**
114 S HUDSON
ALTUS, OK 73521

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.34   Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is:   $1,066.29

**s2738   ACME AMMO LLC**
10 DERRICK RD
BRADFORD, PA 16701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.35   Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is:   $6.58

**s1869   ACTION ARMS**
316 NORTH MILL ST
ELDON, MO 65026-1733

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.36   Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is:   $5.52

**s2465   ACTION BLADES**
1128 MAIN ST
CANON CITY, CO 81212

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                                              Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of Claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,890.91 |
|---|---|---|---|

**s2267**    **ACTION IMPACT**
             **25992 W 8 MILE RD**
             **SOUTH FIELD, MI  48033**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.05 |
|---|---|---|---|

**s2095**    **ACTION PAWN INC**
             **603 W 4TH STREET**
             **ADEL, GA  31620**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.45 |
|---|---|---|---|

**s1997**    **ACTION PAWN**
             **221 E 3RD ST**
             **TIFTON, GA  31794-4846**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,889.23 |
|---|---|---|---|

**s3011**    **ADAM`S ARMORY**
             **25269 THE OLD ROAD UNIT C**
             **STEVENSON RANCH, CA  91381**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.55 |
|---|---|---|---|

s3175    **ADDAX TACTICAL**
**1431 TRUMAN ST UNIT E**
**SAN FERNANDO, CA  91340**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.05 |
|---|---|---|---|

s1913    **ADDISONS GUN SHOP INC**
**4764 S ORANGE BLOSSOM TRL**
**KISSIMMEE, FL  34746-4278**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

s2627    **ADVANCED ARMAMENT SERVICES INC**
**1010 SYCAMORE**
**LAKE JACKSON, TX  77566**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.02 |
|---|---|---|---|

s2807    **ADVANCED FIREARM SYSTEMS LLC**
**1203 LIGONIER ST**
**LATROBE, PA  15650**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,038.90 |
|---|---|---|---|

**s2331**  ADVENTURE ACCESSORIES
736 GODDARD AVE
CHESTERFIELD, MO 63005

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.29 |
|---|---|---|---|

**s2458**  ADVENTURE INTERNATIONAL MARINE
710 LUMBERTON RD
HAINESPORT, NJ 08036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.81 |
|---|---|---|---|

**s2942**  ADVENTURE SURVIVAL SHOP
75 MT HERMON RD STE G
SCOTTS VALLEY, CA 95066

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.30 |
|---|---|---|---|

**s1807**  ADVENTURES OUTFITTERS
3171 EAST FIRETOWER RD
GREENVILLE, NC 27858

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td colspan="2">**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 |
|---|---|---|---|
| s2135 | AG PRODUCERS CO-OP<br>PO BOX 430<br>SUNRAY, TX  79086-0430 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.73 |
|---|---|---|---|
| s2388 | AIKEN SILVER & GOLD LLC<br>1625 WHISKEY RD<br>AIKEN, SC  29803 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.28 |
|---|---|---|---|
| s2580 | AIM RITE<br>25719 S CHICAGO RD SUITE A<br>ELWOOD, IL  60421 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.94 |
|---|---|---|---|
| s2648 | AIRPORT LEJEUNE PAWN<br>831 NW 42ND AVE<br>MIAMI, FL  33126 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.63 |
|---|---|---|---|
| s1749 | AIRPORT MARINE<br>424 HWY 87<br>ALABASTER, AL  35007-5003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.28 |
|---|---|---|---|
| s2629 | AJ`S GUNS & AMMO<br>PO BOX 611<br>MT GILEAD, NC  27306 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.69 |
|---|---|---|---|
| s2930 | AJ`S PAWN & GUN<br>702 STATE HIGHWAY 30 E<br>NEW ALBANY, MS  38652 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.40 |
|---|---|---|---|
| s2462 | AKA THE BUNKER LLC<br>PO BOX 1<br>FARMINGTON, NM  87499 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |
|---|---|---|---|
| s2606 | AKS FIREARMS<br>PO BOX 180<br>LAFAYETTE, NY 13084 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.32 |
|---|---|---|---|
| s2020 | AL`S GUNS AND AMMO SUPPLY<br>1009 W MCNEESE STREET<br>LAKE CHARLES, LA 70605-5429 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.28 |
|---|---|---|---|
| s2497 | ALABAMA COAST<br>5925 HWY 90<br>THEODORE, AL 36582 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.46 |
|---|---|---|---|
| s3067 | ALABAMA FARMERS COOPERATIVE<br>81 GRAVES ST<br>PO BOX 958<br>CROSSVILLE, AL 35962 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.60 |
|---|---|---|---|

s2347  ALACHUA FARM & LUMBER
PO BOX 2290
ALACHUA, FL  32616

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.50 |
|---|---|---|---|

s2966  ALAMO SHOOTING SPORTS LLC
16111 SAN PEDRO AVE STE 103
HILL COUNTRY VILLAGE, TX  78232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.08 |
|---|---|---|---|

s1657  ALBERTSONS SPORT SHOP
3400 E US HIGHWAY 30
WARSAW, IN  46580-6713

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,279.96 |
|---|---|---|---|

s2702  ALEX CARLES C/O WELLSPRING CAP
390 PARK AVE.
NEW YORK, NY  10022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 |
|---|---|---|---|

**s2373**   ALEX SHAMBLEY
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.89 |
|---|---|---|---|

**s2341**   ALL CRAFT MARINE LLC
40047 COUNTY ROAD 54 EAST
ZEPHYRHILLS, FL  33540

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.30 |
|---|---|---|---|

**s2148**   ALL SEASONS BOAT REPAIR
13773 RT 36
PUNXSUTAWNEY, PA  15767

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.06 |
|---|---|---|---|

**s2212**   ALLATOONA LANDING MARINE RESRT
24 ALLATOONA LANDING RD
CARTERSVILLE, GA  30121

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.69**    Nonpriority creditor's name and mailing address

**s1911**   ALLEGHANY SPORTSMAN SUP
1023 S HIGHLAND AVE
COVINGTON, VA  24426-6123

As of the petition filing date, the claim is:    **$33.00**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.70**    Nonpriority creditor's name and mailing address

**s1689**   ALLEGHENY MARINA INC
350 THOMAS RD
MCMURRAY, PA  15317

As of the petition filing date, the claim is:    **$6.00**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.71**    Nonpriority creditor's name and mailing address

**s3478**   ALLEN CO INC
PO BOX 445
BROOMFIELD, CO  80038-0445

As of the petition filing date, the claim is:    **$65,193.10**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.72**    Nonpriority creditor's name and mailing address

**s2276**   ALLENS GENERAL STORE
417 WEST PASSAIC STREET
PEACHLAND, NC  28133

As of the petition filing date, the claim is:    **$5.81**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2378   ALLENS GUNS & LEATHER
        5125 B HWY 321 N
        LENOIR CITY, TN  37771

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.34 |
|---|---|---|---|

s3125   ALPHA BRAVO ARMORY
        41 MARIETTA ST
        ALPHARETTA, GA  30009

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,057.30 |
|---|---|---|---|

s3524   ALPHA GUARDIAN
        GUNVAULT
        820 WIGWAM PKWY # 130
        HENDERSON, NV  89014-6772

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.62 |
|---|---|---|---|

s1789   ALPHA/OMEGA WKS OR JOHN HANSEN
        PO BOX 463
        POMEROY, WA  99347

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

Debtor Name                                                 Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.19 |

**s1919**   **ALPINE RANGE SUPPLY CO**
PO BOX 2162
MANSFIELD, TX 76063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $209.52

**s2255**   **ALQUIST ARMS INC**
1400 FREITAS PARK
TURLOCK, CA 95380

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $45.61

**s2987**   **ALS MOTOR SERVICE AND SPORTING**
936 CENTRAL AVE
HORTON, KS 66439

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2,627.30

**s3086**   **ALS PAWN AND GUN INC**
5602 CLEVELAND BLVD
CALDWELL, ID 83607

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                 Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|------|--------------------------------------------------|------------------------------------------------|--------|

s1994    ALTAMAHA MARINE
359 YAWN RD
HAZLEHURST, GA  31539

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,667.84 |
|------|--------------------------------------------------|------------------------------------------------|-----------|

s3677    ALTUS BRANDS LLC
6893 SULLIVAN ROAD
GRAWN, MI  49637

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.50 |
|------|--------------------------------------------------|------------------------------------------------|--------|

s3074    ALUMARIVER BOATS
318 NORTH MAIN ST
BISHOPVILLE, SC  29010

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 |
|------|--------------------------------------------------|------------------------------------------------|-------|

s2739    AMENDMENT II ARMORY INC
2123 UNIVERSITY PKWY UNIT #108
SARASOTA, FL  34243

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.37 |
|------|--------------------------------------------------|------------------------------------------------|---------|

s2705   AMERICAN ARMORY & TACTICAL LLC
1038 NORTH FLOOD AVE
NORMAN, OK  73069

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.18 |
|------|--------------------------------------------------|------------------------------------------------|---------|

s2677   AMERICAN ARMOUR INC
5084 NW 74TH AVE
MIAMI, FL  33166

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,066.66 |
|------|--------------------------------------------------|------------------------------------------------|-----------|

s3732   AMERICAN BUILT ARMS COMPANY
PO BOX 221
GLEN ROCK, PA  17327

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.75 |
|------|--------------------------------------------------|------------------------------------------------|--------|

s2917   AMERICAN DEFENSE COMPANY
PO BOX 5154
CLEVELAND, TN  37320

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                  Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $36.35 |
| **s2790** | **AMERICAN GUNS & AMMO LLC**<br>**3691 S RIDGEWOOD AVE**<br>**EDGEWATER, FL  32141** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| **3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $1,123.89 |
| **s3241** | **AMERICAN HUNTER GUN & ARCHERY**<br>**2009 RONALD REAGAN HWY**<br>**COVINGTON, LA  70433** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| **3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $63.74 |
| **s2049** | **AMERICAN PAWN SHOPS INC**<br>**100B WEST JEFFERSON STREET**<br>**AMERICUS, GA  31709** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| **3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**      $11,984.51 |
| **s3498** | **AMERICAN SECURITY OF GREENVILLE, LLC**<br>**ATTN: JOY ROLLINS**<br>**PO BOX 486**<br>**GREENVILLE, SC  29602** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   TRADE PAYABLE** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,213.80 |

**s1976**

AMERICAN SHOOTING CENTER
16500 WESTHEIMER PARKWAY
HOUSTON, TX 77082-1608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.94   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $97,674.99

**s3668**

AMERICAN TACTICAL IMPORTS
P O, BOX 1139
BUFFALO, NY 14240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.95   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $298,052.00

**s3550**

AMERICAN TECH NETWORK CO
1341 SAN MATEO AVENUE
SO.SAN FRANCISCO, CA 94080

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.96   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2,102.85

**s3193**

AMERICAN TRADE AND GOODS INC
1213 LOUDON RD
COHOES, NY 12047

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,456.59 |

s3722    AMERICANA TIRE & WHEEL
614 MEMORY STREET
BLACKSHEAR, GA  31516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,109.00 |

s3685    AMERIGLO, LLC
PO BOX 657
BERWYN, PA  19312

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.17 |

s2479    AMHERST ARMS AND SUPPLY LLC
4811 SOUTH AMHERST HIGHWAY
MADISON HEIGHTS, VA  24572

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.32 |

s1978    AMMO DEPOT -2
2308 CR 2226
CADDO MILLS, TX  75135

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $97,524.06

s3755 | AMMO INC
7681 E GRAY RD
SCOTTSDALE, AZ  85260-3469

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31.60

s2838 | AMMOZONE CORPORATION
223 MARION COUNTY 7015
FLIPPIN, AR  72634

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $341.14

s2870 | AMPHIBIOUS AUDIO
21 D KITTIES LANDING RD
BLUFFTON, SC  29910

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.27

s2071 | ANDERSON MARINE SERVICE
1530 BLUFF DRIVE
LELAND, NC  28451

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.36 |
|---|---|---|---|

s2072  ANDY BOOMHOWER SALES INC
228 E ANN STREET
PUNTA GORDA, FL  33950

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.41 |
|---|---|---|---|

s3183  ANGEES GUNS
2824 WASHINGTON AVE
BEDFORD, IN  47421

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.75 |
|---|---|---|---|

s2533  ANGLERS ADVANTAGE LLC
2233 EVERETT RD
KNOXVILLE, TN  37932

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.45 |
|---|---|---|---|

s2067  ANGLERS MARINE INC
842 OCEAN WAY
SUPPLY, NC  28462

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                          Amount of Claim

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |

s1663   ANGLERS MARINE
3475 E LA PALMA AVE
ANAHEIM, CA 92806

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |

s1972   ANTHONY ARMS & ACCESSORIES
2980 A LEBANON CHURCH RD
WEST MIFFLIN, PA 15122

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.54 |

s2793   ANTHONY GASPAR MONTE
18148 HAMILTON RD
DADE CITY, FL 33523

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,636.39 |

s3748   AO COOLERS
AMERICAN OUTDOORS
1345 QUARRY ST.
SUITE 102.
CORONA, CA 92879

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.68 |
|-------|---------|---------|---------|

s2075    APEX MARINE
2300 NE 16TH STREET
POMPANO BEACH, FL  33062

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.86 |
|-------|---------|---------|---------|

s2592    APPOINTED GEAR
1200 N JEFFERSON ST STE P
ANAHEIM, CA  92807

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.50 |
|-------|---------|---------|---------|

s2182    AQUA MARINE SALES & SERVICE
2435 HWY 27/441
FRUITLAND PARK, FL  34731

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.92 |
|-------|---------|---------|---------|

s1949    AQUA SCAN
3336 SW SECOND AVE
FORT LAUDERDALE, FL  33315

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,503.32 |

3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,503.32

s3607 | ARCUS HUNTING LLC
TINKS
TINK`S HUNTING PRODUCTS, LLC
14161 LAKE FOREST DRIVE
COVINGTON, GA 30014

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.99

s2749 | AREA 15
4323 E BROADWAY RD SUITE 117
MESA, AZ 85206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.36

s1341 | AREA 419 FIREARMS
10110 YAWBERG RD
GRAND RAPIDS, OH 43522

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.20

s1683 | ARH SPORT SHOP
4174 ROUTE 40
CLAYSVILLE, PA 15323

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.121**   Nonpriority creditor's name and mailing address

s2059   ARIAS ARTIFACTS INC
132 BOCA LAGOON DR
PANAMA CITY BEACH, FL  32408

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35.69

---

**3.122**   Nonpriority creditor's name and mailing address

s2734   ARK TACTICAL
PO BOX 280747
LAKEWOOD, CO  80227

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27.96

---

**3.123**   Nonpriority creditor's name and mailing address

s2931   ARMAGEDDON ARMORY
2417 N MARINE BLVD
JACKSONVILLE, NC  28546

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11.73

---

**3.124**   Nonpriority creditor's name and mailing address

s3576   ARMALITE, INC.
PO BOX 299
GENESEO, IL  61254

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,490.00

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $472,567.63 |
|---|---|---|---|

**s3569**    ARMSCOR PRECISION, INC
ARMSCOR - FIREARMS
150 N SMART WAY
PAHRUMP, NV  89060

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 |
|---|---|---|---|

**s3667**    ARMSCOR PRECISION, INC. (AMMO)
ADDRESS UNAVAILABLE AT TIME OF FILING
PAHRUMP, NV  89060

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.98 |
|---|---|---|---|

**s2100**    ARMY SURPLUS & SPORTING GOODS
103 W MAIN ST
MOUNTAIN CITY, TN  37683

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,959.33 |
|---|---|---|---|

**s3639**    ASA ELECTRONICS, LLC
PO BOX 74008919
CHICAGO, IL  60674-8919

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.129** Nonpriority creditor's name and mailing address

s2302 ASHBURY INTERNATIONAL GROUP
PO BOX 8024
CHARLOTTESVILLE, VA 22906

As of the petition filing date, the claim is: $501.09

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

s1884 ASHMANS PIONEER MARKET INC
10 SOUTH MAIN ST
FILLMORE, UT 84631-5504

As of the petition filing date, the claim is: $61.99

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

s2359 ASSURANCE ARMS
4683 BOYLSTON HWY
MILLS RIVER, NC 28759

As of the petition filing date, the claim is: $482.59

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

s2733 ASTOR BAIT & TACKLE
23835 STATE RD 40 STE C
ASTOR, FL 32102

As of the petition filing date, the claim is: $344.04

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.133**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $538,619.00

s3597    ATK-VISTA
SDS 12-0312
PO BOX 86
MINNEAPOLIS, MN  55486-0312

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $39,064.63

s3598    ATK-VISTA
SDS 12-2268
PO BOX 86
MINNEAPOLIS, MN  55486-2268

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $5.00

s2771    ATL OUTDOORSMEN LLC
1182 OLD BOONES CREEK RD
JONESBOROUGH, TN  37659

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136**   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $48.21

s2353    ATLANTIC GAME AND TACKLE
675 B JOHNNIE DODDS BLVD
MT PLEASANT, SC  29464

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.10 |
| --- | --- | --- | --- |
| s3142 | ATLAS ARSENAL LLC<br>217 RT 6<br>MILFORD, PA 18337 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,907.26 |
| --- | --- | --- | --- |
| s1784 | ATP GUNSHOP & RANGE<br>1340 COLLEGE PARK RD<br>SUMMERVILLE, SC 29486 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
| --- | --- | --- | --- |
| s2974 | AUBURN ARMS<br>500 SOUTH GRANDSTAFF SUITE F<br>AUBURN, IN 46706 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.01 |
| --- | --- | --- | --- |
| s1669 | AUBURNDALE AUTO & MARINE<br>7114 SOUTHSIDE DR<br>LOUISVILLE, KY 40214-3612 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.07 |

s2119  AUSTINS PAWN & VARIETY INC
77 W CURRAHEE STREET
TOCCOA, GA  30577

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.64 |

s3239  AUTOPLICITY INC
1528 W ADAMS ST.
4A
CHICAGO, IL  60607

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.71 |

s3069  AVALANCHE MOTORSPORTS
2287 WEST 5TH ST
WASHINGTON, NC  27889

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.69 |

s1962  AVALON BOAT STAND INC
PO BOX 1536
AVALON, CA  90704-1536

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:** <u>All Creditors with NONPRIORITY Unsecured Claims</u></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.99 |
|---|---|---|---|

s3151   AVERAGE JOES PAWN AND GUN
PO BOX 866
BLACKSHEAR, GA  31516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.81 |
|---|---|---|---|

s2052   AVERY`S MARINE
806 JOHN STARK HWY
NEWPORT, NH  03773

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.88 |
|---|---|---|---|

s1666   AVON GUN AND HUNTING SUPPLY
259 E MAIN ST
AVON, NY  14414-1421

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|---|---|---|---|

s2306   AWESOME OUTDOORS
1989 WEST FIFTH ST
WASHINGTON, NC  27889

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,212.60 |
|---|---|---|---|

s2921   **AZ GUNS**
**MONEY SHOT LLC**
**961 WEST RAY RD STE 8**
**CHANDLER, AZ  85225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.36 |
|---|---|---|---|

s2784   **AZ-SECOND AMENDMENT SPORTS**
**2523 MOHAWK ST**
**BAKERSFIELD, CA  93308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.59 |
|---|---|---|---|

s2033   **B & B AUCTION & PAWN**
**13454 US HWY 33 W**
**ALUM BRIDGE, WV  26321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.90 |
|---|---|---|---|

s3171   **B & B GUN AND PAWN**
**PO BOX 105**
**RURAL RETREAT, VA  24368**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |

s1868    **B & B OUTDOORS INC**
**553584 US HWY 1**
**HILLIARD, FL  32046**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.14 |

s1712    **B & B STRAIGHT CREEK**
**775 STRAIGHT CREEK DOCK RD**
**NEW TAZEWELL, TN  37825-9801**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.01 |

s1861    **B & B WATERCRAFT**
**2063 HWY 36 EAST**
**JACKSON, GA  30233-3332**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 |

s2494    **B & D SERVICES**
**9303 LABELLE STREET**
**NEWPORT RICHEY, FL  34654**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.70 |
|---|---|---|---|

s1928  **B & E MARINE INC**
PO BOX M
MICHIGAN CITY, IN 46361-0330

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.61 |
|---|---|---|---|

s2954  **B & G GOODS**
506 E MAIN ST
FRONT ROYAL, VA 22630

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.28 |
|---|---|---|---|

s1699  **B & G PRO SHOP AND SPORTSMAN`S**
381 SPORTSMAN DRIVE
BLUEFIELD, WV 24701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.38 |
|---|---|---|---|

s1953  **B & J MARINE INC**
5910 POPLAR LEVEL RD
LOUISVILLE, KY 40228-1040

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.24 |
|---|---|---|---|

s2401  B & J POWERSPORTS
1334 WADE ST
LANCASTER, SC  29720

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.01 |
|---|---|---|---|

s1901  B BAR C STORE
PO BOX 668
MENARD, TX  76859-0668

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.97 |
|---|---|---|---|

s1746  B J SPORTING GOODS, INC
324 E FLORIDA AVE
HEMET, CA  92543-4208

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2808  B6UP GUN AND PAWN
720 COLVER ST
COMMERCE, TX  75428

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

**Part 2:**     All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.98 |

**3.165** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.98

s2383  **BACK ALLEY ARMS**
**2088 US HW 64 WEST**
**MURPHY, NC  28906**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.166** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.44

s2889  **BACKWATER OUTFITTERS**
**1066 E NEW CIRLE RD**
**LEXINGTON, KY  40505**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.167** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.76

s1875  **BACKWOODS OUTFITTERS**
**2421 IRONVILLE PIKE**
**COLUMBIA, PA  17512-9676**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.168** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.29

s2001  **BACKYARD BOATS**
**2380 RESEARCH CT**
**WOODBRIDGE, VA  22192-4632**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.75 |

s2510  **BAD INFLUENCE MARINE**
4742 E 30TH PL STE A
YUMA, AZ  85365

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|

s2957  **BADLANDS GUN RANGE LLC**
1600 W RUSSELL ST
SIOUX FALLS, SD  57104

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.40 |
|---|---|---|

s905  **BAILEY CROP SERVICE INC**
PO BOX 129
ANSLEY, NE  68814

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.24 |
|---|---|---|

s2507  **BAILEYS GUNS & AMMO**
5750 N MAYO TRAIL
PIKEVILLE, KY  41501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.93 |
|---|---|---|---|

s1887   BAIN & DAVIS GUN SHOP
267 S SAN GABRIEL BLVD A&B
SAN GABRIEL, CA  91776

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,568.66 |
|---|---|---|---|

s3204   BAIT SHACK MARINE
4780 DAWSONVILLE HWY
GAINESVILLE, GA  30506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.98 |
|---|---|---|---|

s2282   BAKER GUNS & GOLD PAWN INC
1159 S 6TH ST
MACCLENNY, FL  32063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

s2941   BAKER MARINE INSTRUMENTS
2425 SHELTER ISLAND DR
SAN DIEGO, CA  92106

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.17 |

s2939
**BALL PAWN LLC**
**5436 RIVERDALE RD STE F**
**COLLEGE PARK, GA 30349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.45 |

s2164
**BALTIMORES BEST PAWN INC**
**PO BOX 860**
**FINKSBURG, MD 21048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.06 |

s2732
**BARE ARMS LLC**
**10944 NE TRAIL ROAD**
**ELGIN, OK 73538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |

s2433
**BARGAIN HUNTERS 4 U**
**4685 FISHER RD**
**BURTCHVILLE, MI 48059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,373.38 |

s3621   BARNETT OUTDOORS/PLANO SYNERGY
BARNETT OUTDOORS
PO BOX 122370
DALLAS, TX  75312-2370

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.182   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $278.40

s1823   BARONS DEN, THE
86321 COLLEGE VIEW RD
EUGENE, OR  97405-9631

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.183   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $3,039.55

s2088   BARREN OUTDOORS
2433 SCOTTSVILLE RD
GLASGOW, KY  42141

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.184   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $521,195.50

s3671   BARRETT FIREARMS MFG
PO BOX 1077
MURFREESBORO, TN  37133

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,554.54 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|
| s3483 | BATTENFELD TECHNOLGIES<br>PO BOX 95000-5810<br>PHILADELPHIA, PA  19195-5810 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.84 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|
| s1826 | BAY RIDGE ROD & GUN CLUB<br>6718 FORT HAMILTON PKWY<br>BROOKLYN, NY  11219-5846 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.50 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|
| s3146 | BAYOU PRO TIRE & LUBE<br>3001 LAFITON LN<br>PORT ALLEN, LA  70767 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.74 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|
| s1675 | BAYSIDE HOME CENTER<br>4040 CRISFIELD HWY<br>CRISFIELD, MD  21817-0746 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 119 of 571

Debtor Name                                            Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                        Amount of Claim

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s2106    **BC SPENCER ENTERPRISES**
**4107 JACOBS CREEK DRIVE**
**SCOTTSVILLE, VA 24590**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,665.31 |
|---|---|---|---|

s3006    **BEAN ARMORY INC**
**310 E INTERLAKE BLVD**
**LAKE PLACID, FL 33852**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.66 |
|---|---|---|---|

s2879    **BEAR BULLETS**
**PO BOX 247**
**GARDNERVILLE, NV 89410**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 |
|---|---|---|---|

s3509    **BEARCAT CORP**
**2431 E KERCHER RD**
**PO BOX 613**
**GOSHEN, IN 46527-0613**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred        Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,512.97 |

s3645    **BEARING BUDDY,INC.**
**PO BOX 41**
**PATILLAS, PR  00723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   **TRADE PAYABLE**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.194    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $129.99

s2141    **BEARS TRADING POST**
**710 BERRYVILLE AVE**
**WINCHESTER, VA  22601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   **CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.195    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $242.71

s3102    **BEAVER FIREARMS AND GROCERY**
**24750 HWY 101 S**
**CLOVERDALE, OR  97112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   **CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.196    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $184.75

s1489    **BEGIN AGAINS LLC**
**116 W 5TH**
**HOLTON, KS  66436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:   **CUSTOMER DEPOSIT**

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name                                                                Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.50 |
|---|---|---|---|

s2187    BEL AIR GUN RANGE INC
         2137 NORTH FOUNTAIN GREEN RD
         BEL AIR, MD  21015

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,710.44 |
|---|---|---|---|

s3449    BELL LIFESTYLE PRODUCTS
         07090 68TH STREET
         SOUTH HAVEN, MI  49090

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.00 |
|---|---|---|---|

s3114    BELL PRECISION RIFLES
         3218 WEST COUNTY RD 650 NORTH
         GREENSBURG, IN  47240

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.65 |
|---|---|---|---|

s2209    BELLE`S MARINA/MUD CITY
         12907 OLD # 6 HWY
         EUTAWVILLE, SC  29048

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.29 |
|---|---|---|---|
| s1659 | BEND OF THE RIVER<br>2880 STANDING STONE STREET<br>COOKEVILLE, TN  38506 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.90 |
|---|---|---|---|
| s2239 | BENDERS PAWN<br>PO BOX 49<br>DANVILLE, WV  25053 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,494.75 |
|---|---|---|---|
| s3136 | BENNETTS FEED FARM & PET CTR<br>1014 W MACCLENNY AVE<br>MACCLENNY, FL  32063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.69 |
|---|---|---|---|
| s1991 | BENNETTS GUN EXCHANGE<br>36 PALMER STREET CIRCLE MALL<br>FRANKLIN, NC  28734 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 |
|---|---|---|---|

s2562  **BEST FIREARMS LLC
112 EAST DEPOT STREET
MOCKSVILLE, NC  27028**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.79 |
|---|---|---|---|

s3184  **BEST PAWN LLC
5530 PARKERTON LANE
ATLANTA, GA  30342**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,945.62 |
|---|---|---|---|

s2515  **BETTS FISHING CENTER
8926 126TH AVE N
LARGO, FL  33773**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.44 |
|---|---|---|---|

s1905  **BEVELL`S HARDWARE INC
PO BOX 426
BLACKSTONE, VA  23824-0426**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.50 |
|---|---|---|---|

s2087  **BIG ALS GUN SHACK & PAWN LLC**
760 W ANDREW JOHNSON HWY
GREENVILLE, TN  37745

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.99 |
|---|---|---|---|

s2916  **BIG BANG TRADING COMPANY LLC**
530 TATE ST
CORINTH, MS  38834

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.36 |
|---|---|---|---|

s2718  **BIG BOOM GUN AND PAWN**
11811 ASHEVILLE HWY
INMAN, SC  29349

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.33 |
|---|---|---|---|

s852  **BIG BORE OUTFITTER**
ROBERT EUGENE CHANDLER
412 CLINTON AVENUE EAST
BIG STONE GAP, VA  24219

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.14 |
|---|---|---|---|

s3091   BIG BULL SPORTS LLC
PO BOX 2442
THOMPSON FALLS, MT  59873

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.88 |
|---|---|---|---|

s2447   BIG D`S PAWN & GUN
134 SIMPSON HWY 149
MAGEE, MS  39111

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,196.71 |
|---|---|---|---|

s3228   BIG DADDY GUNS-ONLINE ORDERS
6933 NW 4TH BLVD
GAINESVILLE, FL  32607

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.63 |
|---|---|---|---|

s2576   BIG E`S GUN SHOP
5640 US HWY 70 EAST
GOLDSBORO, NC  27534

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.217    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $3,394.56 |

**s3447**    **BIG JON SPORTS INC**
**11455 US 31 SOUTH**
**INTERLOCHEN, MI  49643**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

3.218    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $5.66

**s2986**    **BIG ORANGE PAWN & LOAN INC**
**5746 WESTERN AVE**
**PHONE DISCONNECTED**
**KNOXVILLE, TN  37921**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

3.219    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $25.00

**s2681**    **BIG RIVER MARINE**
**2008 NORTH SERVICE ROAD**
**WEST MEMPHIS, AR  72301**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

3.220    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $375.83

**s2944**    **BIG ROCK POWERSPORTS & MARINE**
**2551 US HWY 70 E**
**NEW BERN, NC  28560**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |

s2201    BIG TALES FISHING TACKLE
1002 MAIN STREET
TELL CITY, IN 47586

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.00 |

s2198    BILL`S PAWN & GUN
351 EAST FRANKLIN BLVD
GASTONIA, NC 28054

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |

s1777    BILLS BOATS
PO BOX 512
CALHOUN, GA 30703

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.55 |

s2386    BILLS OUTPOST
169 N CALDERWOOD ST
ALCOA, TN 37701

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.33 |
|---|---|---|---|

s1618    **BILLS SPORTING GOODS INC**
PO BOX 270
LOMIRA, WI 53048

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.30 |
|---|---|---|---|

s2561    **BIRDS LANDING LLC**
2099 COLLINSVILLE RD
BIRDS LANDING, CA 94512

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2115    **BISHOP MARINE**
66 STAPLES ST
RDFORD, VA 24141

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.10 |
|---|---|---|---|

s2013    **BJ`S PAWN & GUN**
700 FLORIDA BLVD
DENHAM SPRINGS, LA 70726-0000

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.92 |
|---|---|---|---|
| s3064 | BLACK CREEK ARSENAL<br>PO BOX 129<br>FOUR OAKS, NC  27524 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 |
|---|---|---|---|
| s3189 | BLACK DOG ARMORY<br>40655 GRIMMER BLVD<br>FREMONT, CA  94538 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.99 |
|---|---|---|---|
| s2348 | BLACK GOLD GUNS AND AMMO LLC<br>2001 KARBACH STE F<br>HOUSTON, TX  77092 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.35 |
|---|---|---|---|
| s2933 | BLACK RIVER FIREARMS<br>PO BOX 556<br>FAIRLAND, OK  74343 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

3.233  Nonpriority creditor's name and mailing address

s1856  **BLACK RIVER MARINE INC**
362 JOHN C CALHOUN DR
ORANGEBURG, SC 29115

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$604.32

---

3.234  Nonpriority creditor's name and mailing address

s3491  **BLACK RIVER TOOLS INC.**
6509 HIGHWAY 260
MANNING, SC 29102-9240

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$44,890.18

---

3.235  Nonpriority creditor's name and mailing address

s1744  **BLACKBARRY ENTERPRISES**
4888 COASTAL DRIVE NE
SOUTHPORT, NC 28461

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$145.07

---

3.236  Nonpriority creditor's name and mailing address

s1693  **BLACKBIRD IND**
569 MAHOOD RD
WEST SUNBURY, PA 16061-2611

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$587.48

---

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.53 |

s2090  **BLACKFOOT MOTOR SPORTS**
**1615 WEST BRIDGE ROAD**
**BLACKFOOT, ID  83221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.238  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $414.98

s3108  **BLACKHAWK SHOOTING SPORTS LLC**
**24 N BUSINESS PARK DR**
**OOSTBURG, WI  53070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.239  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $118,003.80

s3730  **BLACKPOWDER PROD, INC BERGARA**
**BERGARA RIFLES**
**1270 PROGRESS CENTER AVE**
**SUITE 100**
**LAWRENCEVILLE, GA  30043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

3.240  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  $31,993.45

s3584  **BLACKPOWDER PRODUCTS INC CVA**
**1270 PROGRESS CENTER AVE**
**SUITE 100**
**LAWRENCEVILLE, GA  30043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.23 |
|-------|--------------------------------------------------|----------------------------------------------|-----------|

s2818     BLACKSTONE SHOOTING SPORTS LLC
2001 WILKINSON BLVD
CHARLOTTE, NC  28208

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|-------|--------------------------------------------------|----------------------------------------------|--------|

s2487     BLACKWATER MARINE REPAIR CNTR
10019 BROAD RIVER RD
IRMO, SC  29063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $436,842.97 |
|-------|--------------------------------------------------|----------------------------------------------|-------------|

s3752     BLASER USA, INC
403 EAST RAMSEY SUITE 301
SAN ANTONIO, TX  78216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.99 |
|-------|--------------------------------------------------|----------------------------------------------|--------|

s3036     BLOW`S GUN SHOP LLC
PO BOX 99
MCLEMORESVILLE, TN  38235

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.36 |
|---|---|---|---|

**s2489**    BLUCORE SHOOTING CENTER
7860 WEST JEWELL AVE
LAKEWOOD, CO  80232

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.65 |
|---|---|---|---|

**s1946**    BLUE CREEK MARINA
1151 COUNTY ROAD 546
VERBENA, AL  36091-3451

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.60 |
|---|---|---|---|

**s2475**    BLUE FINS GROUP
701 WISE AVE
BALTIMORE, MD  21222

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.01 |
|---|---|---|---|

**s3129**    BLUE MARSH OUTDOORS
1594 CUMBERLAND ST
AMB 165
LEBANON, PA  17042

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.249 | Nonpriority creditor's name and mailing address | $17.90 |

s2130 BLUE RIDGE SHOOTING SPORTS
301-E SOUTH BUNCOMBE RD
GREER, SC 29650

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.250   Nonpriority creditor's name and mailing address   $42.34

s1769 BLUE SPRINGS MARINA
1271 BLUE SPRINGS DR
BUCKHEAD, GA 30625-2026

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.251   Nonpriority creditor's name and mailing address   $304.00

s1877 BLUE TRAIL RANGE CORP
316 N BRANFORD RD
WALLINGFORD, CT 06492-2714

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.252   Nonpriority creditor's name and mailing address   $5.00

s2467 BLUEGRASS GUNS
410 WILLIAMS THOMASON BYWAY
LEITCHFIELD, KY 42754

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.51 |

s2178    BLUEWATER OUTRIGGERS
125 W HWY 98 BUILDING #121
PORT SAINT JOE, FL  32456

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.91 |

s2163    BOAT & RV WAREHOUSE
2475 WESTEL RD
ROCKWOOD, TN  37854

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.11 |

s1923    BOAT FISH & FUN SHOP
PO BOX 2370
MOUNT PLEASANT, PA  15666

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.91 |

s1968    BOAT HOUSE
2012 S STERLING ST
MORGANTON, NC  28655-4050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.99 |
|---|---|---|---|

s2760    **BOAT STORE USA**
**1052 DIXIE CUTOFF RD**
**STUART, FL  34994**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.75 |
|---|---|---|---|

s3104    **BOAT STORE USA**
**1052 S DIXIE CUTOFF ROAD**
**STUART, FL  34994**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s1731    **BOATERS MARINE**
**134A PEDRO ST**
**MONROE, NC  28110**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

s2727    **BOATERS REPUBLIC**
**3100 4TH STREET N**
**ST PETERSBURG, FL  33704**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 |
|---|---|---|---|
| s2591 | BOATERS WAREHOUSE<br>142 STUTTS RD<br>MOORESVILLE, NC  28117 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
|---|---|
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.26 |
|---|---|---|---|
| s2084 | BOATS N STUFF,LLC<br>787 PIT CT<br>LUXEMBURG, WI  54217 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
|---|---|
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.33 |
|---|---|---|---|
| s1742 | BOATS UNLIMITED<br>408 1ST ST<br>UTICA, NY  13501-2308 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
|---|---|
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.83 |
|---|---|---|---|
| s1756 | BOBS GUN STORE<br>19 BOBBYS DRIVE<br>CHARLESTON, WV  25312-9457 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
|---|---|
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.265**    Nonpriority creditor's name and mailing address

s3135    **BOE MARINE**
**325 CLEAT ST**
**STEVENSVILLE, MD  21666**

As of the petition filing date, the claim is:    $3.93

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.266**    Nonpriority creditor's name and mailing address

s3553    **BOND ARMS INC**
**1820 S MORGAN**
**PO BOX 1296**
**GRANBURY, TX  76048-8296**

As of the petition filing date, the claim is:    $244,967.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.267**    Nonpriority creditor's name and mailing address

s1948    **BONITA BOAT CENTER**
**27760 TAMIAMI TRAIL S W**
**BONITA SPRINGS, FL  34134**

As of the petition filing date, the claim is:    $240.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.268**    Nonpriority creditor's name and mailing address

s1853    **BONNE TERRE PAWN**
**624 BERRY RD**
**BONNE TERRE, MO  63628**

As of the petition filing date, the claim is:    $44.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.06 |
|---|---|---|---|

s2908      BOOKS MARKET
           PO BOX 13
           BLAIN, PA  17006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.07 |
|---|---|---|---|

s3099      BOOKS MARKET
           PO BOX 158
           BLAIN, PA  17006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.33 |
|---|---|---|---|

s2503      BOOM BOOMS LLC
           330 US 27 N
           SEBRING, FL  33870

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.48 |
|---|---|---|---|

s2852      BOOP`S SHOOTERS SUPPLIES
           1325 EAST AIRPORT ROAD
           GRAND ISLAND, NE  68801

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.69 |
|---|---|---|---|
| s2499 | BOOTS AND BUCKSHOT INC<br>75 DOUTHIT FERRY RD<br>CARTERSVILLE, GA 30120 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.71 |
|---|---|---|---|
| s2810 | BORDERTOWN GUNS INC<br>116 S GLADIOLUS ST<br>MOMENCE, IL 60954 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,596.69 |
|---|---|---|---|
| s3654 | BOSS AUDIO SYSTEMS<br>3451 LUNAR COURT<br>OXNARD, CA 93030 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.45 |
|---|---|---|---|
| s2500 | BOSS PRO SHOPS<br>4501 RACEWAY DR SW BLDG 1<br>CONCORD, NC 28027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.37 |

s1910  BOULEVARD PAWN SHOP
5301 BRAGG BLVD
FAYETTEVILLE, NC  28303-3558

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.44 |

s1866  BOUNDS TAXIDERMY & ARCHERY
3113 MILLS RD
CONEHATTA, MS  39057-9448

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,867.44 |

s2990  BOURBON CITY FIREARMS
103 S SALEM DR
BARDSTOWN, KY  40004

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.32 |

s2342  BOWDON PAWN AND GUN LLC
115 WEST COLLEGE ST
BOWDON, GA  30108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $703.52 |

s2796 BOWMAN GUN SHOP
3322 CEDAR CHURCH RD
DARLINGTON, MD 21034

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.81 |

s3047 BOWMAN OUTDOORS
2503B PLANT AVENUE
WAYCROSS, GA 31501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.07 |

s3018 BOYD`S BUNKER LLC
8302 HIGHWAY 5
HARTVILLE, MO 65667

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,231.09 |

s3574 BOYT CORPORATE OFFICES
PO BOX 483
OSCEOLA, IA 50213

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.285  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $858.53 |

s2181  **BP & F INC**
**SOUTHERN SPORTSMAN**
**PO BOX 30**
**WAYNESBORO, GA  30830**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| 3.286  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $1.00 |

s1874  **BP FIREARMS COMPANY,LLC**
**1270 PROGRESS CENTER AVE #100**
**LAWRENCEVILLE, GA  30043**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| 3.287  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $100.90 |

s2753  **BP OUTFITTERS LLC**
**6709 E 41ST ST**
**TULSA, OK  74145**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | |
|---|---|
| 3.288  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $14.62 |

s1880  **BRADBURYS GUN-N-TACKLE**
**1809 ROGUE RIVER HWY**
**GRANTS PASS, OR  97527-4752**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.16 |
|---|---|---|---|

s1616    BRANDONS GUN TRADING CO LLC
         321 E 20TH ST STE B
         JOPLIN, MO  64804-2104

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.66 |
|---|---|---|---|

s2345    BRANTLEY MARINE & GUNS INC
         2703 EAST FIRST STREET
         VIDALIA, GA  30474

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.91 |
|---|---|---|---|

s2321    BRANTLEYS MARINE & GUN SHOP
         2703 E 1ST STREET
         VIDALIA, GA  30474

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,609.40 |
|---|---|---|---|

s3710    BRAVO INNOVATIVE SOLUTIONS, IC
         1140 US HIGHWAY 22 STE 202
         BRIDGEWATER, NJ  08807-2958

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.03 |
|---|---|---|---|
| s2476 | BRAZOS FIREARMS & GUNSMITH<br>211 N SWENSON<br>STAMFORD, TX  79553 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,260.65 |
|---|---|---|---|
| s3558 | BRAZTECH INTERNATIONAL<br>PO BOX 863614<br>ORLANDO, FL  32886-3614 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|
| s1925 | BREMEN MARINE<br>8167 U S HIGHWAY 78<br>BREMEN, GA  30110-4129 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,289.90 |
|---|---|---|---|
| s3548 | BRENNEKE OF AMERICA LTD.<br>ATTN:ACCTS RECEIVABLE DEPT<br>P O.BOX 5404<br>WOODLAND PARK, CO  80866 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.58 |
|---|---|---|---|
| s2327 | BREVARD AMMO & SPORTING SUPPLY<br>1309 S WASHINGTON AVE<br>TITUSVILLE, FL 32780 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.42 |
|---|---|---|---|
| s2185 | BREW WEARS PAWN & GUN LLC<br>1000 E SHAWNTEL SMITH BLVD<br>MULDROW, OK 74948 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |
|---|---|---|---|
| s2936 | BRG GUN PARTS & AMMO<br>1731 INDUSTRIAL DR<br>RUSTON, LA 71270 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.96 |
|---|---|---|---|
| s2918 | BRICK HOUSE GUNS<br>1002 31ST AVE<br>GREELEY, CO 80634 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.301**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $16.45

s1794    **BRINSON MARINE**
**4553 W SENECA TPKE**
**SYRACUSE, NY  13215-9517**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.302**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $12.90

s2789    **BROAD RIVER GUNS & KNIVES**
**2518 COXE RD**
**RUTHERFORDTON, NC  28139**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.303**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $12.38

s2531    **BROTHERS IN ARMS PAWN**
**5941A CAROLINA BEACH RD**
**WILMINGTON, NC  28412**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.304**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $55.56

s2604    **BROTHERS N ARMS**
**PO BOX 850**
**GOOCHLAND, VA  23063**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.305** Nonpriority creditor's name and mailing address

s3474   **BROWNING FIREARMS**
**ONE BROWNING PLACE**
**MORGAN, UT 84050**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$152,475.42

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.306** Nonpriority creditor's name and mailing address

s3557   **BROWNING HAND GUNS**
**ONE BROWNING PLACE**
**MORGAN, UT 84050-9326**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$10,281.15

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.307** Nonpriority creditor's name and mailing address

s3592   **BROWNING SAFE**
**ONE BROWNING PLACE**
**MORGAN, UT 84050**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,272.76

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.308** Nonpriority creditor's name and mailing address

s1818   **BROWNS MARINE SERV & SALES**
**1825 ANTHONY RD**
**BURLINGTON, NC 27215**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$384.61

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.86 |
|---|---|---|---|

s3041     BROWNS RV
30049 HIGHWAY 151
MCBEE, SC 29101

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.04 |
|---|---|---|---|

s2219     BRUNSWICK TRAILERS & MARINE
5840 E OCEAN
WINNABOW, NC 28479

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.49 |
|---|---|---|---|

s3141     BRUSH CREEK COUNTRY STORE
9222 HWY 25/70
MARSHALL, NC 28753

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.84 |
|---|---|---|---|

s2069     BRUSH MOUNTAIN OUTFITTERS INC
2611 N GRANDVIEW AVE
ODESSA, TX 79761

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2455    BRUSHY CREEK OUTDOORS
521 EAST DAVIS ST
LULING, TX  78648

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.02 |
|---|---|---|---|

s2103    BRYANT & LAWRENCE INC
270 MAIN STREET
TILTON, NH  03276-5118

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2523    BRYANT BAIT & TACKLE
18154 WAYAH RD
AQUONE, NC  28781

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,744.93 |
|---|---|---|---|

s3563    BUCCANEER ROPE
22319 ALABAMA HIGHWAY 79
SCOTTSBORO, AL  35768

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

**3.317** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.77

s2442 BUCHHEIT CORPORATE OFFICE
33 PCR 540
PERRYVILLE, MO 63775

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**3.318** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.94

s2004 BUCK HOLLOW SPORTS SUPPLY
776 190TH AVE
PELLA, IA 50219-7510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**3.319** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.52

s3139 BUCKBASS, LLC
PO BOX 925
UNION LAKE, MI 48387

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**3.320** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.60

s3766 BUCKEYE BOXES, INC.
601 N HAGUE AVE
COLUMBUS, OH 43204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.65 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s2256     BUCKFINS N FEATHERS LLC
623 ALBERTSON PKWY
BROUSSARD, LA  70518

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s2470     BUCKS PAWN SHOP
411 MAXHAM RD STE 300
AUSTELL, GA  30168

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.38 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s1619     BUCKS SPORTING GOODS INC
47 INDIAN HILL RD
LEHIGHTON, PA  18235-9048

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.34 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s1873     BUCKSPORT SPORTING GOODS INC
3650 BROADWAY ST
EUREKA, CA  95503-3877

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $30.14 |
| s2619 | **BUCKSTOP OUTDOORS LLC**<br>**4629 CR 805**<br>**JOSHUA, TX 76058** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:    CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5.11 |
| s2709 | **BUCKSTOP PAWN**<br>**PO BOX 1967**<br>**JENA, LA 71342** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:    CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10.00 |
| s2391 | **BUDDYS MARINE LLC**<br>**3317 COLUMBIA HWY**<br>**LEESVILLE, SC 29070** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:    CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5.09 |
| s2285 | **BUFFALO BILLS SHOOTING STORE**<br>**1503 NORTH MILLS AVE**<br>**ORLANDO, FL 32803** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | Basis for the claim:    CUSTOMER DEPOSIT | |
| | **Last 4 digts of account number** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $55.90 |

s2676   **BUGGS ISLAND ARCHERY**
**11857 HWY 15 S**
**CLARKSVILLE, VA  23927**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3.03 |

s3235   **BUILDING MAINTENANCE & SUPPLY**
**716 BANK ST**
**WALLACE, ID  83873**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $28.60 |

s2869   **BULL MOOSE GUNS**
**7714 MATTHEWS-MINT HILL RD**
**SUITE A**
**MINT HILL, NC  28227**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $70,510.45 |

s3656   **BULLDOG CASES & VAULTS**
**830 BEAUREGARD STREET**
**DANVILLE, VA  24541**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   TRADE PAYABLE

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.25 |
|---|---|---|---|

s1945

**BULLDOG MARINE INC
2901 REYNOLDS WALK TRAIL
SUITE 201
GREENSBORO, GA  30642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.39 |
|---|---|---|---|

s3137

**BULLET AND BARREL
3252 LEEMAN FERRY RD
HUNTSVILLE, AL  35801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.98 |
|---|---|---|---|

s2824

**BULLETPROOF SKI & MARINE
PO BOX 37
CRYSTAL RIVER, FL  34423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.21 |
|---|---|---|---|

s3076

**BULLETS, BLADES & CONCEALMENT
111 1-45 SOUTH STE G-2
HUNTSVILLE, TX  77340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.14 |
|---|---|---|---|

s1987     **BULLOCKS GUNS-N-MORE INC**
G-5302 RICHFIELD RD
FLINT, MI  48506-2219

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.30 |
|---|---|---|---|

s2152     **BULLS EYE INDOOR RANGE**
414 B PUYALLUP AVE
TACOMA, WA  98421

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.80 |
|---|---|---|---|

s2797     **BULLS EYE OUTDOORS LLC**
275 EMPIRE LAKE DRIVE
PARKERSBURG, WV  26101

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.84 |
|---|---|---|---|

s3092     **BULWARK DEFENSE/BULWARK/BD**
1276 WEST 12600 SOUTH
RIVERTON, UT  84065

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 2:**</div>   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.85 |
|---|---|---|---|

s1716   **BUNA PAWN & LOAN**
PO BOX 1073
BUNA, TX  77612-1073

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.89 |
|---|---|---|---|

s1938   **BURNSVILLE DOCKS INC**
PO BOX 483
BURNSVILLE, WV  26335-0483

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.03 |
|---|---|---|---|

s1646   **BURR OAK MARINA**
PO BOX 291
SHAWNEE, OH  43782-0291

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $161,413.39 |
|---|---|---|---|

s3476   **BURRIS COMPANY INC**
1015 39TH AVE.
GREELEY, CO  80634

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred     Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375,883.49 |

s3636    **BUSHNELL-VISTA**
**PO BOX 860365**
**MINNEAPOLIS, MN  55486-0365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $764,159.74 |

s3586    **BUSHNELL-VISTA**
**SDS 12-0312**
**PO BOX 86**
**MINNEAPOLIS, MN  55486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.66 |

s2710    **BUZZ COSTA ENTERPRISES**
**PO BOX 493**
**WINCHESTER, TN  37398**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 |

s2878    **BYERS GUNS**
**7425 N ROYAL CENTER PIKE**
**ROYAL CENTER, IN  46978**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

<table>
<tr><td>**Part 2:**</td><td>**All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s3143 | **C & C AMMO INC**<br>**8287 ASHEVILLE HWY**<br>**BOILING SPRINGS, SC  29316** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$22.00

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?<br>☑ No<br>☐ Yes

---

| | | |
|---|---|---|
| **3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s2896 | **C & G GUNS**<br>**PO BOX 169**<br>**FIELDING, UT  84311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$5.00

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?<br>☑ No<br>☐ Yes

---

| | | |
|---|---|---|
| **3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s3535 | **C E SMITH COMPANY INC**<br>**PO BOX 9948**<br>**GREENSBORO, NC  27429** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$5,516.38

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?<br>☑ No<br>☐ Yes

---

| | | |
|---|---|---|
| **3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s2610 | **C&D MFG LLC**<br>**PO BOX 780507**<br>**ORLANDO, FL  32826** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$34.13

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?<br>☑ No<br>☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.353**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $19.26

**s2788**    **C3 SOLUTIONS LLC**
**2500 MEMORIAL BLVD STE C**
**KERRVILLE, TX  78028**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.354**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $61.36

**s2863**    **CAJUN GUNS & TACKLE INC**
**704 E ADMIRAL DOYLE DR**
**NEW IBERIA, LA  70560**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.355**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $2,003.04

**s3485**    **CAL JUNE CORP**
**5238 VINELAND AVE**
**PO BOX 9551**
**NORTH HOLLYWOOD, CA  91601-3221**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.356**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $529.23

**s3118**    **CALIBERS**
**1009 W MARKET ST**
**GREENSBORO, NC  27401**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.03 |
|---|---|---|---|
| s3178 | CALLIE KAYS GENERAL STORE<br>553027 HWY US 1<br>HILLIARD, FL  32046 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.91 |
|---|---|---|---|
| s2729 | CAL-TEX GUN BARN<br>2720 PEAR ORCHARD ROAD<br>GRANBURY, TX  76048 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,562.04 |
|---|---|---|---|
| s3610 | CAMCO MFG CO<br>PO BOX 741120<br>ATLANTA, GA  30384-1120 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.89 |
|---|---|---|---|
| s2525 | CAMDEN GOLD & SILVER<br>2 EAST DEKALB ST<br>CAMDEN, SC  29020 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,400.00 |
|---|---|---|---|
| s3787 | CAMO UNLIMITED<br>PO BOX<br>MARIETTA, GA  30065-1802 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.19 |
|---|---|---|---|
| s2713 | CANA GUN SHOP<br>166 FLAT RIDGE RD<br>CANA, VA  24317 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.00 |
|---|---|---|---|
| s1963 | CANON MARINE<br>PO BOX 1957<br>CANON CITY, CO  81215 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,506.91 |
|---|---|---|---|
| s3205 | CAPITAL MARINE<br>89 OAK ST<br>ROSWELL, GA  30075 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.90 |
|---|---|---|---|

s1964  CAPITAL PAWN SHOP
4359 TROY HWY
MONTGOMERY, AL  36116-4107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,138.21 |
|---|---|---|---|

s3446  CAPSTONE PRECISION GROUP,LLC
BERGER BULLETS
4051 N HIGLEY RD
MESA, AZ  85215-1210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.81 |
|---|---|---|---|

s2431  CAPTAIN MIKES MARINE LLC
830 SILVER POINT RD
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.98 |
|---|---|---|---|

s1942  CAPTAINS CHOICE
3216 HWY 378
LEESVILLE, SC  29070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.82 |
|---|---|---|---|

s1850    CARAWAY PAWN & SEWING CENTER
931 HWY 1 N
SWAINSBORO, GA  30401-5013

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

s1852    CARDIDA CORPORATION
1930 NORTH POPLAR STREET
SOUTHERN PINES, NC  28387

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.64 |
|---|---|---|---|

s2423    CAREY & SONS MARINE LLC
108 GATEWAY HILLS LANE
GRANBURY, TX  76049

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.28 |
|---|---|---|---|

s1687    CARLOS VALADES MARTINEZ
AVE PATRIA 86
JARDINES VALLARTA
ZAPOPAN JALISCO,   45027
MEXICO

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                     Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

**3.373** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $31,785.16

s3520 CARLSONS CHOKE TUBES LLC
720 S 2ND ST
PO BOX 162
ATWOOD, KS 67730-0162

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.374** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $345.82

s2624 CARNEYS ONE STOP
80 COUNTY RD 20
BUTLER, AL 36904

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.375** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $4,401.98

s3700 CAROLINA CONTAINER CO
PO BOX 734240
DALLAS, TX 75373-4240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.376** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $80.64

s2453 CAROLINA KING RETREAT & MARINA
2498 BELSER RD
SUMMERTON, SC 29148

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.22 |

s3148     CAROLINA SPORTSMAN OUTFITTERS
1030 S WILLIAMS ST
HENDERSON, NC  27536

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.18 |

s1739     CAROLS UPHOLSTERY
1394 DOUGLAS RD
LANCASTER, SC  29720-8102

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.31 |

s2773     CARRY ON FIREARMS LLC
7085 30TH AVE N
SAINT PETERSBURG, FL  33710

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.07 |

s2253     CART FIREARMS
PO BOX 639
ABIQUIU, NM  87510

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.96 |
|---|---|---|---|

s1846    CARTERS SHOOTING SUPPLY
PO BOX 308
HARRISON, TN  37341

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,323.69 |
|---|---|---|---|

s3566    CARVER INDUSTRIES, INC.
212 N LYLES AVE
PO BOX 399
LANDRUM, SC  29356

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.28 |
|---|---|---|---|

s1774    CAS ENT
16065 HWY 84
BISMARCK, AR  71929-6361

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.00 |
|---|---|---|---|

s2463    CASH FLOW JEWELRY & PAWN
11400 OVERSEAS HWY #121
MARATHON, FL  33050

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

**s2301**      CASH MUNNY LLC
1821 N YOUNG BLVD
CHIEFLAND, FL  32626

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.59 |
|---|---|---|---|

**s1799**      CASH QUICK OF DENBIGH PN
15503 WARWICK BLVD
NEWPORT NEWS, VA  23608-1507

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.29 |
|---|---|---|---|

**s2036**      CASHIERS TRADING POST & TAXID.
PO BOX 1948
CASHIERS, NC  28717

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.97 |
|---|---|---|---|

**s2392**      CASTLE KEEP ARMORY
20 MARCO LAKE DRIVE #6
MARCO ISLAND, FL  34145

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.389**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $623.52

s1969    **CASWELLS SHOOTING RANGE**
856 E ISABELLA AVE
MESA, AZ  85204-6641

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.390**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $143.84

s1958    **CATALINA MARINA**
2020 W GARDNER LANE
TUCSON, AZ  85705

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.391**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $26.45

s2836    **CATCH & RELEASE INC**
906 AXTELL DR
CAYCE, SC  29033

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number    Is the claim subject to offset?
☑ No
☐ Yes

---

**3.392**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $632.99

s2994    **CAVALRY FIREARMS**
1764 LINCOLN WAY EAST
CHAMBERSBURG, PA  17202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number    Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.393** Nonpriority creditor's name and mailing address

s3484   CAVINESS WOODWORKING CO
PO BOX 710
CALHOUN CITY, MS 38916

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,903.24

---

**3.394** Nonpriority creditor's name and mailing address

s2827   CBG INC
PO BOX 40
DERIDDER, LA 70634

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: CUSTOMER DEPOSIT

Date or dates debt was incurred

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,865.47

---

**3.395** Nonpriority creditor's name and mailing address

s2696   CCW PAWN
1600 HARRISON DR
EVANSTON, WY 82930

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: CUSTOMER DEPOSIT

Date or dates debt was incurred

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41.13

---

**3.396** Nonpriority creditor's name and mailing address

s3664   CDI ELECTRONICS, INC.
353 JAMES RECORD ROAD SW
HUNTSVILLE, AL 35824

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$65,529.97

---

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

| | | |
|---|---|---|
| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $137.71 |

s3215     **CENTER MASS FIREARMS**
**40 S SCOTT ST**
**CAMILLA, GA  31730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.398   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $51.62

s3238     **CENTER MASS SHOOTING SUPPLY**
**337 YOUNGSTOWN KINGSVILLE RD**
**VIENNA, OH  44473**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.399   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $624.67

s2195     **CENTERVILLE GUN & PAWN**
**327 S HOUSTON LAKE ROAD**
**WARNER ROBBINS, GA  31088**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.400   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $4.50

s1697     **CENTERVILLE SPECIALTY**
**1500 WHITEHALL RD**
**ANDERSON, SC  29625-1916**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:  CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Ellett Brothers, LLC**
_____
Debtor Name

19-11301
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $122.11 |

**s2645**   **CENTRAL FLORIDA ARMORY**
**11223 N WILLIAMS ST STE N**
**DUNNELLON, FL  34432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.402    **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $190.94

**s2742**   **CENTRAL POLICE SUPPLY LTD**
**1410 WASHINGTON AVE**
**HOUSTON, TX  77002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.403    **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $28.80

**s2534**   **CENTRAL VALLEY GUNS**
**1577 W FRONT ST STE A**
**SELMA, CA  93662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.404    **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       $5,000.00

**s3028**   **CENTURY ARMS INTL ARMS INC**
**236 BRYCE BLVD**
**FAIRFAX, VT  05454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**
Debtor Name

Case Number (if known)

---

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| | | |
|---|---|---|
| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103,800.00 |

s3731  **CENTURY ARMS**
**CANIK USA**
**FAIRFAX, VT  05454-0714**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |

s1733  **CHAMPION FIREARMS**
**1925 TEXAS AVE S STE C**
**COLLEGE STATION, TX  77840-4634**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 |

s2133  **CHAPMAN´S SPORTCENTER INC**
**5605 DAVISON RD**
**LAPEER, MI  48446**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119,810.00 |

s3512  **CHARTER ARMS**
**PO BOX 491**
**SHELTON, CT  06484-3177**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.98 |
|---|---|---|---|

**s3758**   CHARTER COMMUNICATIONS
PO BOX 3019
MILWAUKEE, WI 53201-3019

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.30 |
|---|---|---|---|

**s2280**   CHEROKEE GUN & PAWN
9430 KNOX BRIDGE HWY
CANTON, GA  30114

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.00 |
|---|---|---|---|

**s2183**   CHESAPEAKE GUNS INC
200 ISLAND PLAZA CT
STEVENSVILLE, MD  21666

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.99 |
|---|---|---|---|

**s2593**   CHESAPEAKE PAWNS INC
1011 EDEN WAY NORTH STE D
CHESAPEAKE, VA  23323

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $308,907.10 |
|---|---|---|---|
| s3708 | CHIAPPA FIREARMS USA, LTD<br>1415 STANLEY AVENUE<br>DAYTON, OH 45404 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|
| s2174 | CHIEFS GUNS<br>2647 COLONEL THOMSON HWY<br>SAINT MATTHEWS, SC 29135 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.76 |
|---|---|---|---|
| s2091 | CHILTONS GUN SHOP<br>18340 WHITLOCK ROAD<br>LICKING, MO 65542 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,575.62 |
|---|---|---|---|
| s3526 | CHIP MCCORMICK CUSTOM, LLC<br>CMC PRODUCTS<br>150 CR 4603<br>BOGATA, TX 75417 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.94 |
|---|---|---|---|
| s709 | CHIPS GUNWORKS<br>19731 211TH ST<br>TONGANOXIE, KS 66086 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.82 |
|---|---|---|---|
| s1908 | CHRIS INDOOR SHOOTING RANGE<br>2458 BOSTON POST RD<br>GUILFORD, CT 06437 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.89 |
|---|---|---|---|
| s2027 | CHRIS`S BAIT & TACKLE<br>9611 LONGSWAMP RD<br>MERTZTOWN, PA 19539-8800 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.30 |
|---|---|---|---|
| s3199 | CHRISTOPHER COIN GUN & PAWN<br>333 DERBY ST<br>PEKIN, IL 61554 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |

s1885  CHUCKS GUN & PAWN INC
603 WATSON BLVD
WARNER ROBINS, GA  31093

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.05 |

s2929  CHUNNS PAWN INC
196 HWY 15 NORTH
PONTOTOC, MS  38863

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,767.26 |

s3676  CIMARRON FIREARMS CO.
PO BOX 906
FREDERICKSBURG, TX  78624

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |

s1667  CIMINO GUNS & ARCHERY
PO BOX 855
MERRILL, WI  54452

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $502.40 |

**s3539**    **CINTAS**
**CINTAS CORPORATION #2**
**PO BOX 630803**
**CINCINNATI, OH  45263-0803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.426    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $267.16

**s3554**    **CIPA USA**
**PO BOX 610182**
**PORT HURON, MI  48061-0182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.427    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1.00

**s2271**    **CIRCLE L FARM SUPPLY**
**PO BOX 1053**
**BAY SPRINGS, MS  39422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.428    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $85.18

**s2859**    **CITY ARMS**
**90 EUREKA SQUARE STE D**
**PACIFICA, CA  94044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1694 | CITY JEWELRY & PAWN<br>405 E MAIN ST<br>PORTAGEVILLE, MO  63873-1617 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$561.06

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2371 | CITY PAWN SHOP<br>918 S JACKSON<br>JACKSONVILLE, TX  75766 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$64.48

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2372 | CIVIL ARMORY LLC<br>1330 ROUTE 44<br>PLEASANT VALLEY, NY  12569 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$792.80

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3754 | CLARION CORP OF AMERICA<br>6200 GATEWAY DRIVE<br>CYPRESS, CA  90630 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$19,284.04

Date or dates debt was incurred                    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of Claim**

| | | |
|---|---|---|
| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.75 |

**s1767**   CLARKS REPAIR SERVICE
PO BOX 61
MOOREHEAD CITY, NC  28557

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.434   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $543.60

**s2595**   CLARKSVILLE GUNS & ARCHERY
1690 GOLF CLUB LANE
CLARKSVILLE, TN  37043

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.435   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $180.54

**s2220**   CLASS TWO ENTERPRISES INC
2 CALDWELL DR
BELMONT, NC  28012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.436   Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $250.99

**s2615**   CLASSIC GUNS & LOAN CO INC
3026 CENTRAL AVE
HOT SPRINGS, AR  71913

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.08 |
|---|---|---|---|

s2026    CLASSIC PISTOL
1310 INDUSTRIAL BLVD 5&6
SOUTH HAMPTON, PA  18966

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

s2565    CLAYTON GUNS
5722 US 70 BUS HWY W
CLAYTON, NC  27520

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.95 |
|---|---|---|---|

s2136    CLAYTONS HUNTING & FISHING INC
660 EASTON ROAD
HORSHAM, PA  19044

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.50 |
|---|---|---|---|

s3120    CLEAR CREEK GUN RANGE
PO BOX 835
KEMAH, TX  77565

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.47 |
|---|---|---|---|

**s2208**   CLEAR WATER MARINE
PO BOX 629
PICKENS, SC  29671

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,107.44 |
|---|---|---|---|

**s3445**   CMP GROUP LTD
PO BOX 776769
CHICAGO, IL  60677-6769

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                  Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.00 |
|---|---|---|---|

**s2051**   COAST HARDWARE HANK
202 N THIRD STREET
KNOXVILLE, IA  50138-2503

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.58 |
|---|---|---|---|

**s2102**   COAST TO COAST
201 CLAIRBORNE ST
CAMDEN, AL  36726

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.445** Nonpriority creditor's name and mailing address

s2390 **COASTAL GUN WORKS LLC**
5003 ADMIRAL WRIGHT RD
VIRGINIA BEACH, VA  23462

As of the petition filing date, the claim is: $5.18

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.446** Nonpriority creditor's name and mailing address

s1718 **COASTAL MARINE SERVICES**
212 BULL RUN ROAD
SCHRIEVER, LA  70395

As of the petition filing date, the claim is: $10.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.447** Nonpriority creditor's name and mailing address

s1620 **COASTAL MARINE**
8553 HIGHWAY 544
MYRTLE BEACH, SC  29588

As of the petition filing date, the claim is: $147.06

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.448** Nonpriority creditor's name and mailing address

s1840 **COASTAL SPORTS**
PO BOX 567
MURRELLS INLET, SC  29576-0567

As of the petition filing date, the claim is: $344.90

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.25 |
|---|---|---|---|

**s2982**   COASTLINE RV & MARINE SALES
2340 HIGHWAY 17 S
MURRELLS INLET, SC 29576

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,861.60 |
|---|---|---|---|

**s3657**   COBRA ELECTRONICS CORPORATION
75 REMITTANCE DR DEPT 6722
CHICAGO, IL 60675-6722

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.01 |
|---|---|---|---|

**s1741**   COCHRAN AUTO & MARINE
230 WASHINGTON BLVD
FRANKLIN, PA 16323-9732

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.00 |
|---|---|---|---|

**s3105**   CODY WYOMING FIREARMS
4727 POWELL HWY
CODY, WY 82414

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.453** Nonpriority creditor's name and mailing address

s2798 **COFFEYVILLE GUN WERKZ**
**1510 S WALNUT**
**COFFEYVILLE, KS  67337**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $32.66

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.454** Nonpriority creditor's name and mailing address

s2832 **COINS & STUFF**
**1017 E LEXINGTON AVE**
**HIGH POINT, NC  27262**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $18.26

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.455** Nonpriority creditor's name and mailing address

s2655 **COLEMAN HARDWARE LLC**
**PO BOX 326**
**MOUND CITY, KS  66056**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $70.23

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.456** Nonpriority creditor's name and mailing address

s1830 **COLEMANS OUTDOORS**
**14 GLENFIELD LANE**
**SCOTTSVILLE, VA  24590**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $19.41

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,346.28 |
|---|---|---|---|

**s3807** | **COLFIN 2017-10**
**C/O COLONY NORTHSTAR**
**PO BOX 209263**
**AUSTIN, TX  78720-9263**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred   6/1/2019

Basis for the claim:   SALT LAKE CITY UT LEASE

Last 4 digts of account number   5247

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.09 |
|---|---|---|---|

**s1813** | **COLGARD MINE PROD**
**PO BOX 757**
**NORTON, VA  24273-0757**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.79 |
|---|---|---|---|

**s2802** | **COLORADO SPRINGS GUNS & AMMO E**
**15 MIRADA ROAD**
**COLORADO SPRINGS, CO  80906**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |
|---|---|---|---|

**s2412** | **COLT´S MANUFACTURING CO**
**DEVIN GREEN**
**545 NEW PARK AVENUE**
**WEST HARTFORD, CT  06110**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,691.10 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|
| s3599 | COLT'S<br>545 NEW PARK AVE<br>WEST HARTFORD, CT  06110 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.24 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|
| s3455 | COMCAST - CABLE<br>PO BOX 70219<br>PHILADELPHIA, PA  19176-0219 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.80 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|
| s2950 | COMMAND TACTICAL LLC<br>PO BOX 1067<br>ALBERTVILLE, AL  35950 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.99 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|
| s1717 | COMPLETE CUST. BOATLAND<br>PO BOX 31<br>DELEON SPRINGS, FL  32130 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.22 |
|---|---|---|---|

**s2440**

CONFEDERATE ORDINANCE CO
4069 A ROCKY FALLS RD
HAZLEHURST, MS  39083

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,400.00 |
|---|---|---|---|

**s3729**

CONNECTICUT SHOTGUN MFG CO
STANDARD MANUFACTURING CO. LLC
PO BOX 1692
NEW BRITAIN, CT  06053

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.18 |
|---|---|---|---|

**s3154**

CONNIE LYNN PERRY
175 SW 20TH WAY STE N-4
DANIA BEACH, FL  33004

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.39 |
|---|---|---|---|

**s2098**

CONWAY TRUE VALUE HARDWARE INC
PO BOX 250
CRANDON, WI  54520-8702

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.97 |
|---|---|---|---|
| s1980 | COOKS GUN SHOP<br>4515 POPPS FERRY RD<br>DIBERVILLE, MS 39540 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.44 |
|---|---|---|---|
| s2439 | COOPERS TRADING INC<br>1995 W US HWY 19E<br>BURNSVILLE, NC 28714 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.62 |
|---|---|---|---|
| s2884 | COPES DISTRIBUTING INC<br>640 MARKWITH AVE<br>GREENVILLE, OH 45331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|
| s2708 | COPPER STAR INDOOR SHOOTING<br>3535 W SHARP SHOOTER WAY<br>CAMP VERDE, AZ 86322 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

19-11301

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.76 |
|---|---|---|---|

s2600    **CORDELIA GUN EXCHANGE & MFG**
4733 CENTRAL WAY
FAIRFIELD, CA 94534

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.01 |
|---|---|---|---|

s2834    **CORDER`S CUSTOM CAMO**
30 PARK LANE
HOLLOW ROCK, TN 38342

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2899    **COREY`S PAWN & GUN**
3423 MARKET ST
PASCAGOULA, MS 39567

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 |
|---|---|---|---|

s2474    **COUNTRY GARDENS GARDEN CENTER**
590 BURLINGTON RD
ROXBORO, NC 27573

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.43 |
|---|---|---|---|

s2756    COUNTRY PLEASURES
177 N MAIN ST
PORTERVILLE, CA  93257

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.66 |
|---|---|---|---|

s2985    COUNTYLINE SHOOTING SPORTS
PO BOX 350
MC KENNA, WA  98558

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.80 |
|---|---|---|---|

s2636    COVINGTON TRADE AND PAWN SHOP
PO BOX 778
GENEVA, AL  36340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.16 |
|---|---|---|---|

s2923    COWART`S ARMS & AMMO LLC
2605 HIGHWAY 80 EAST
PEARL, MS  39208

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.51 |
|---|---|---|---|

**s2812**   COYOTE ARMORY
PO BOX 919
MENARD, TX 76859

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.21 |
|---|---|---|---|

**s3609**   CRC INDUSTRIES
CRC - SILOO - MARIKATE
LBX6150
PO BOX 8500
PHILADELPHIA, PA 19178-6150

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.04 |
|---|---|---|---|

**s2883**   CREEKSIDE MERCANTILE
9975 MOONWALK CT
RENO, NV 89511

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.92 |
|---|---|---|---|

**s2735**   CREEKSIDE SPORTS
PO BOX 749
CHANDLER, TX 75758

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.35 |
|---|---|---|---|
| s2839 | CROOKED HOOK OUTFITTERS INC<br>1102 S 6TH AVE UNIT 101<br>WAUCHULA, FL  33873 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.99 |
|---|---|---|---|
| s2656 | CROSSHAIRS USA TACTICAL-TORRAN<br>PO BOX 3728<br>TORRANCE, CA  90510 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|
| s2351 | CSD PAWN & GUN<br>1519 E MAIN<br>CUMBERLAND, KY  40823 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.18 |
|---|---|---|---|
| s3085 | CUMBERLAND MOUNTAIN OUTDOORS<br>11 AL HWY 146<br>SCOTTSBORO, AL  35768 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.97 |

s2528

**CURRAN FIREARMS**
2648 SANTA FE DR UNIT 7
PUEBLO, CO  81006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.490**    Nonpriority creditor's name and mailing address

s1988

**CURRITUCK SPORTS INC**
PO BOX 157
BARCO, NC  27917

As of the petition filing date, the claim is:    $215.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.491**    Nonpriority creditor's name and mailing address

s2785

**CUSHING MOTORSPORTS**
414 WILTON RD
FARMINGTON, ME  04938

As of the petition filing date, the claim is:    $53.02

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.492**    Nonpriority creditor's name and mailing address

s2249

**CUSTOM BILT BOATS & FISH PRODS**
820 HWY 27 S
GENEVA, AL  36340

As of the petition filing date, the claim is:    $203.11

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.80 |
|---|---|---|---|

s1745  **CUSTOM CANVAS & AWNINGS**
**PO BOX 250**
**NORTH WEBSTER, IN  46555-0250**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,593.61 |
|---|---|---|---|

s3709  **CUSTOM EDITIONS, LLC**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**NORTH AUGUSTA, SC  29860**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.69 |
|---|---|---|---|

s1622  **CUSTOM FIBERGLASS PRODUCT**
**8957 PACE RD**
**BAILEY, NC  27807**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.35 |
|---|---|---|---|

s2969  **CUSTOM GUNS OF ARKANSAS INC**
**240 KNIGHTHAVEN CIR**
**STAR CITY, AR  71667**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.99 |
|---|---|---|---|

s2640  CUT`EM DOWN WATERFOWL
116 BEACON STREET WY
WILSON, NC 27893

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.10 |
|---|---|---|---|

s2125  CUTHBERT JEWELRY & PAWN
18 EAST DAWSON ST
CUTHBERT, GA 39840

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.87 |
|---|---|---|---|

s2309  CWU INC
5402 W LAUREL ST UNIT 1B
TAMPA, FL 33607

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 |
|---|---|---|---|

s2498  CYCLE WERKZ
125 HIGHWAY 51 BYPASS S
DYERSBURG, TN 38024

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

| | | |
|---|---|---|
| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.14 |

**s2938**    **CZERKA ARMAMENTS RESEARCH**
**119 NORTH 19TH ST**
**TEMPLE, TX 76504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.502    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $89.64

**s2539**    **D & B JEWELRY & PAWN**
**20 N ROOSEVELT ST**
**YORK, SC 29745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.503    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $41.76

**s3001**    **D & D ARMAMENT**
**1214 BIG FOUR CORNERS RD**
**JEANERETTE, LA 70544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.504    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $73.87

**s2404**    **D & D SHOOTING SUPPLIES**
**56480 NEW CASTLE RD**
**JERUSALEM, OH 43747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2">**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.82 |
|---|---|---|---|
| s2335 | D & E HARDWARE COMPANY<br>2800 NORTH US HWY 1<br>MIMS, FL  32754 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.35 |
|---|---|---|---|
| s2722 | D & J SALES & SERVICES<br>990 RS COUNTY RD 1320<br>EMORY, TX  75440 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 |
|---|---|---|---|
| s1621 | D & L SHOOTING SUP INC<br>3314 W SHORE RD<br>WARWICK, RI  02886 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|
| s2608 | D ALAN FIREARMS LLC<br>6241 DEERHAVEN LANE<br>LOVELAND, OH  45140 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.70 |
|---|---|---|---|

s2124   D P MARINE
2150 WESSINGER RD
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.95 |
|---|---|---|---|

s2719   DAIGLE SPORT CENTER INC
363 MAIN STREET
MADAWASKA, ME  04756

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.30 |
|---|---|---|---|

s2238   DALTON GANG HIDE OUT
802 ADAMS
GREAT BEND, KS  67530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.13 |
|---|---|---|---|

s1762   DAN OS MARINE REPAIR
1900 9TH AVE SW
WATERTOWN, SD  57201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,398.00 |
|---|---|---|---|
| s3686 | DANIEL DEFENSE ARMAMENT<br>PO BOX 896056<br>CHARLOTTE, NC 28289-6056 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.00 |
|---|---|---|---|
| s3678 | DANIEL DEFENSE INC<br>PO BOX 896058<br>CHARLOTTE, NC 28289-6058 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.44 |
|---|---|---|---|
| s2673 | DANIEL JACKSON FEED MILL<br>1117 COUNTY RD 112<br>RANBURNE, AL 36273 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,551.53 |
|---|---|---|---|
| s2484 | DANS DISCOUNT JEWELRY<br>810 HUSTONVILLE RD<br>DANVILLE, KY 40422 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.517** Nonpriority creditor's name and mailing address

**s3096**   DANS FINE FIREARMS
649 MAIN ST SUITE C
RAMONA, CA 92065

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$191.98

---

**3.518** Nonpriority creditor's name and mailing address

**s1655**   DARDANELLE GUN & PAWN
15661 STTE HWY 22
DARDANELLE, AR 72834

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$60.00

---

**3.519** Nonpriority creditor's name and mailing address

**s1870**   DARYLS GUN SHOP
1267A 240TH ST
STATE CENTER, IA 50247

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$38.00

---

**3.520** Nonpriority creditor's name and mailing address

**s3034**   DAVES GUNSHOP LLC
924 KALISTE SALOOM RD STE B
LAFAYETTE, LA 70508

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,183.60

---

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |

**s1899**   DAVES HARBOR GUN WORKS
1389 SR 105
ABERDEEN, WA  98520-6219

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.90 |

**s2631**   DAVES TRADING COMPANY
PO BOX 1867
KILMARNOCK, VA  22482

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.74 |

**s2670**   DAVID PEARSON
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.50 |

**s2646**   DAVIE ROAD PAWN AND LOAN INC
4264 SW 64TH AVE
DAVIE, FL  33314

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,329.04 |
|---|---|---|---|

**s3522**

DAVIS INSTRUMENTS
3465 DIABLO AVE
HAYWARD, CA 94545-2778

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.46 |
|---|---|---|---|

**s3080**

DAVIS MARINE
3001 GILMORE ST
WAYCROSS, GA 31503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.00 |
|---|---|---|---|

**s2752**

DAYMEN LAUFF
861 BARNES STREET
NEW KENSINGTON, PA 15068

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.92 |
|---|---|---|---|

**s2767**

DC TACTICAL INC
512 PILE ST
CLOVIS, NM 88101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.90 |
|---|---|---|---|

s2697   DDK GUNS & SPORTING GOODS LLC
911 HICKORY FORK DRIVE
SEFFNER, FL  33584

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.88 |
|---|---|---|---|

s3670   DEAD DOWN WIND
14161 LAKE FOREST CT STE A
COVINGTON, GA  30014-4962

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.62 |
|---|---|---|---|

s3133   DEAD ON ARMS INC
6552 HWY 2
CLOQUET, MN  55720

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.36 |
|---|---|---|---|

s3084   DEADEYE GUN AND PAWN LLC
PO BOX 683
SPARTA, MO  65753

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.79 |
|---|---|---|---|
| s1724 | DEBBIE WESSINGER<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.90 |
|---|---|---|---|
| s3192 | DECKER CITY HARDWARE INC<br>PO BOX 2096<br>FORKS, WA  98331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.99 |
|---|---|---|---|
| s3225 | DEEP CREEK OUTFITTERS<br>1122 PERSON ST SUITE 100<br>FAYETTEVILLE, NC  28312 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|
| s2366 | DEGRE AUCTION SERVICE<br>960 LOOP RD<br>WESTFIELD, VT  05874 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

19-11301

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   <u>All Creditors with NONPRIORITY Unsecured Claims</u></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s2422 | **DELMARVA LAW ENFORCEMENT SPLY**<br>**31005 IRON BRANCH RD**<br>**DAGSBORO, DE  19939** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$992.21

Date or dates debt was incurred     Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s3698 | **DEL-TON**<br>**ADDRESS UNAVAILABLE AT TIME OF FILING**<br>**ELIZABETHTOWN, NC  28337** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$102,087.00

Date or dates debt was incurred     Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s3761 | **DEMATIC CORP**<br>**684125 NETWORK PLACE**<br>**CHICAGO, IL  60673-1684** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$18,458.75

Date or dates debt was incurred     Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
| s2323 | **DENMARA ARMS LLC**<br>**PO BOX 1408**<br>**EASTVILLE, VA  23347** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$39.90

Date or dates debt was incurred     Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.541** Nonpriority creditor's name and mailing address

**s2537**
DEPOT STREET PAWN INC
585 DEPOT ST
FRANKLIN, NC  28734

As of the petition filing date, the claim is:                    $620.09

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.542** Nonpriority creditor's name and mailing address

**s1822**
DESERT GUNS
PO BOX 3035
HOBBS, NM  88241-3035

As of the petition filing date, the claim is:                    $107.81

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.543** Nonpriority creditor's name and mailing address

**s3497**
DETROIT MARINE ENG
DETMAR CORP
PO BOX 8098
DETROIT, MI  48208

As of the petition filing date, the claim is:                    $1,663.10

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.544** Nonpriority creditor's name and mailing address

**s2028**
DEYTON CAMP & BOAT RENTALS
PO BOX 130
ROBBINSVILLE, NC  28771

As of the petition filing date, the claim is:                    $255.49

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                                              Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $68.75 |

**s2139**     **DF&G WILDLIFE SUPPLY**
            **350 SOUTH MAIN**
            **DILLEY, TX  78017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $46.89 |

**s2112**     **DFW GUN CLUB & TRAINING CENTER**
            **1607 W MOCKINGBIRD LANE**
            **DALLAS, TX  75235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $19.13 |

**s1982**     **DGW CO**
            **6125 E 1175 NORTH RD**
            **BLOOMINGTON, IL  61705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11.00 |

**s1785**     **DIAMOND PAWN**
            **8900 JENSEN DRIVE**
            **HOUSTON, TX  77093-6926**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.549** Nonpriority creditor's name and mailing address

s2144   DINGHY DICKS MARINE
1811 540 LOOP
LOGAN, NM 88426

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$81.00

---

**3.550** Nonpriority creditor's name and mailing address

s2505   DISCOUNT ENTERPRISES LLC
252 N 134TH ST
LINCOLN, NE 68527

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$1,847.61

---

**3.551** Nonpriority creditor's name and mailing address

s3081   DISCOUNT GUN AND PAWN
601A SOUTH LONG DR
ROCKINGHAM, NC 28379

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$44.24

---

**3.552** Nonpriority creditor's name and mailing address

s2030   DIXIE TROLLING MOTORS
1350 ORLEANS STREET
SUITE A
MANDEVILLE, LA 70448

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$50.00

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.55 |

s2779
DKMAGS INC
PO BOX 21413
COLUMBIA HEIGHTS, MN  55421

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,072.32 |

s3679
DLC TRADING COVERT SCOUTING
COVERT SCOUTING CAMERAS
4338 GREENRIDGE-SPA RD
LEWISBURG, KY  42256

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,132.05 |

s3665
DNZ PRODUCTS
DNZ PRODUCTS (DEDNUTZ)
2710 WILKINS DR
SANFORD, NC  27330

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,443.68 |

s3655
DO ALL TRAPS LLC
1305 8TH AVENUE SOUTH
NASHVILLE, TN  37203

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,951.59 |
|---|---|---|---|
| s1771 | DO IT BEST CORP<br>PO BOX 868<br>FORT WAYNE, IN  46801-0868 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.40 |
|---|---|---|---|
| s2218 | DOC NEELEYS COWBOY GUNS & GEAR<br>JAMES T ROGERS<br>105 E 8TH ST<br>PORT ANGELES, WA  98362 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|
| s2425 | DOC`S TACTICAL WEAPONS SYSTEMS<br>103 NORTH MAIN ST<br>BELTON, SC  29627 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|
| s3253 | DOCS GUNS & AMMO<br>531 ORCHARD LANE<br>EUREKA, MO  63025 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 |
|---|---|---|---|

**s1828**

**DODGE MARINE**
**2111 LONG LAKE PARK RD**
**ALPENA, MI  49707-8944**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.52 |
|---|---|---|---|

**s2279**

**DODSON & ASSOCIATES/THE ARMORY**
**628 S CUMBERLAND ST**
**LEBANON, TN  37087**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,805.81 |
|---|---|---|---|

**s3631**

**DOMETIC CORPORATION**
**DOMETIC - SEALAND**
**DEPT CH 19497**
**PALATINE, IL  60055-9497**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.80 |
|---|---|---|---|

**s3100**

**DOMINION FIREARMS LLC**
**PO BOX 2773**
**GLOBE, AZ  85502**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.19 |

**s1821**    DONNA FULMER
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.98 |

**s1837**    DONS PAWN SHOP
46 COURT SQ
ASHLAND, AL  36251

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.79 |

**s1839**    DORN PAINT & HARDWARE
1348 S MIDVALE BLVD
MADISON, WI  53711

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.07 |

**s3532**    DOTLINE DIVISION
DRIFTER MARINE, INC
28271 CEDAR PARK ROAD
PERRYSBURG, OH  43551

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.01 |

s2953  **DOUBLE BARREL GUN STORE**
6223 HWY 305 STE C
OLIVE BRANCH, MS 38654

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.10 |

s1917  **DOUBLE EAGLE PAWN SHOP**
3347 HIGHWAY 5
DOUGLASVILLE, GA 30135

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.93 |

s3030  **DOWN RANGE ARMS**
9542 NAVARRE PARKWAY
NAVARRE, FL 32566

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.38 |

s2445  **DOWN RANGE LLC**
109 N 11TH ST
NEODESHA, KS 66757

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.43 |
|---|---|---|---|

s2973    **DOWN RANGE SUPPLY**
**PO BOX 52**
**ROCKSPRINGS, TX 78880**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.55 |
|---|---|---|---|

s1765    **DOWNEYS GUN & PAWN**
**702 CAMPBELLSVILLE RD**
**COLUMBIA, KY 42728-2205**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,958.07 |
|---|---|---|---|

s3543    **DR SHRINK INC**
**315 WASHINGTON STREET**
**MANISTEE, MI 49660**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **TRADE PAYABLE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.02 |
|---|---|---|---|

s3126    **DRAKES FARM AND HOME**
**4224 DRAKES MAIN ST**
**BRAKES BRANCH, VA 23937**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: **CUSTOMER DEPOSIT**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |

s1708    DREAM MARINE
1001 N HWY 37 ICE RD
LIBBY, MT  59923

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.578    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $34.47

s3079    DREWS JEWELRY GUNS AND PAWN
11635 HUNTINGTON RD
GALLIPOLIS FERRY, WV  25515

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.579    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $5,820.20

s2743    DRIPSTREET MATRIX INC
175 FORRESTER COURT
SIMI VALLEY, CA  93065

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.580    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $29.11

s1894    DRUMRIGHT AUTO SUPPLY
421 E BROADWAY ST
DRUMRIGHT, OK  74030-3898

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.95 |
| s2311 | DRUMS WILDLIFE & HUNTING SUPPL<br>3531 STATE HWY 72<br>JACKSON, MO  63755 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.30 |
| s2570 | DRY RIDGE PAWN LLC<br>11 BROADWAY<br>DRY RIDGE, KY  41035 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.38 |
| s2228 | DRYES GUN SHOP<br>1425 BAHAMA RD<br>BAHAMA, NC  27503 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.62 |
| s1778 | DUCKYS BOATS<br>4001 VINE ST<br>MIDDLETOWN, PA  17057-3538 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                                          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

                                                                                    **Amount of Claim**

| | | |
|---|---|---|
| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.00 |

s1645  DUKE & PATS GUN SHOP INC
2564 ENON RD
OXFORD, NC 27565-5823

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.22 |

s2186  DUMAS SEED
PO BOX 67
DUMAS, AR 71639

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.89 |

s1926  DUNCAN MARINE
6694 HIGHWAY 25
BRANDON, MS 39047

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.46 |

s2590  DUTCHS OUTDOORS LLC
258 N MAIN ST
FOND DULAC, WI 54935

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,367.84 |
|---|---|---|---|

s3505   DUTTON-LAINSON
PO BOX 729
HASTINGS, NE 68902

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.72 |
|---|---|---|---|

s2787   DUTY FIREARMS LLC
818 BYPASS RD
WINCHESTER, KY 40391

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.00 |
|---|---|---|---|

s2806   DYNAMIC TACTICAL SOLUTIONS
504 N 10TH ST #10
MCALLEN, TX 78501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,450.00 |
|---|---|---|---|

s2415   E O TECH
1201 E ELLSWORTH ROAD
ANN ARBOR, MI 48108

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                  **Amount of Claim**

| | | |
|---|---|---|
| **3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.88 |

**s2612**   EAGLE EYE TACTICAL LLC
PO BOX 328
OXFORD, IA  52322

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.594**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:       $57.96

**s2286**   EAGLEYE
313 SOUTH MINERAL ST
KEYSER, WV  26726

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.595**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:       $141.38

**s2202**   EASOM HARDWARE
PO BOX 108
SEBASTOPOL, MS  39359

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.596**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:       $2,045.73

**s3208**   EAST COAST GUN STORE INC
190 NW 41ST STREET
MIAMI, FL  33127

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.17 |

| s1678 | EASTERN SALES COMPANY<br>1301 HWY 501 E<br>CONWAY, SC  29526 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |

| s2284 | EASY CASH PAWN & JEWELRY INC<br>525 N ST RD 7<br>MARGATE, FL  33063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |

| s2291 | EASY PAWN<br>25 KITCHEN ST<br>DEXTER, MO  63841 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |

| s2686 | EB MARINE LLC<br>127 RIVER ROAD<br>HENDERSONVILLE, TN  37075-3442 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,420.00 |
|---|---|---|---|
| s2245 | EB SILENT AUCTION<br>PO BOX 128<br>CHAPIN, SC  29036 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.71 |
|---|---|---|---|
| s3115 | ECHO 6 WEAPONS AND SURPLUS<br>1379 HORRY RD STE 300<br>AYNOR, SC  29511 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.15 |
|---|---|---|---|
| s3008 | ECLECTIC PAWN<br>25 MAIN ST<br>ECLECTIC, AL  36024 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.54 |
|---|---|---|---|
| s2821 | ED`S SPORTING GOODS<br>21325 CHESTNUT RD<br>KAPLAN, LA  70548 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.605** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.93 |

s1701
EDDIE HYMAN
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.606** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $5.00

s2225
EDGEWATER GUNSHOP
202 W PARK AVE
EDGEWATER, FL  32132

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.607** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $3.63

s2190
EDISTO MARINE
342 GRIFFITH ACRES RD
COTTAGEVILLE, SC  29435

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.608** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $66.62

s2332
EDS RELOADING BENCH
9937 RD 184
TERRA BELLA, CA  93270

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.609** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.18 |

**s2977**    EDWARDS TRAINING CENTER LLC
PO BOX 218
CULLODEN, WV 25510

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.610** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.49 |

**s3237**    ELITE FIREARMS & TRAINING
580 MAYOR STREET
BRIDGEVILLE, PA 15017

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.611** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.11 |

**s2223**    ELITE FIREARMS UNLIMITED
28142 CAMINO CAPISTRANO #104
LAGUNA NIGUEL, CA 92677

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.612** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.98 |

**s2799**    ELITE PAWN & GUN LLC
7539 GARNERS FERRY RD
COLUMBIA, SC 29209

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|

**3.613** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.37

s1902   ELK CO AMMO & ARMS INC
246 BRUSSELLES ST
SAINT MARYS, PA 15857-1502

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.614** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.53

s2093   ELMO`S
210 SECOND STREET
BROWNSVILLE, PA 15417

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.615** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00

s3071   ELSINORE PAWN
16655 LAKESHORE DR
LAKE ELSINORE, CA 92530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.616** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.01

s2617   EMERALD VALLEY ARMORY LLC
PO BOX 371
CRESWELL, OR 97426

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105,996.20 |
|---|---|---|---|
| s3779 | EMISSIVE ENERGY<br>INFORCE<br>135 CIRCUIT DR<br>NORTH KINGSTOWN, RI 02852 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.97 |
|---|---|---|---|
| s2361 | EMORY AUTO SUPPLY<br>PO BOX 160<br>EMORY, TX 75440 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.28 |
|---|---|---|---|
| s2871 | EMPOWERED FIREARMS AND TRAININ<br>249 S INDIANA AVE<br>VISTA, CA 92084 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|
| s2362 | ENCORE BOAT BUILDERS LLC<br>1650 TWO NOTCH RD<br>LEXINGTON, SC 29073 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.55 |
|---|---|---|---|

**s2555**    ENDURANCE FIREARMS LLC
1410 VALLEY VIEW DR #116
DELTA, CO 81416

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.95 |
|---|---|---|---|

**s1637**    ENDZONE SPORTS & OFFICE SUP
102 SOUTH 2ND AVE
NORTON, KS 67654-0401

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.17 |
|---|---|---|---|

**s3044**    ENFORCEMENT FIREARMS
475 E NELSON AVE
DEFUNIAK SPRINGS, FL 32433

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.90 |
|---|---|---|---|

**s2211**    ENGAGE ARMAMENT LLC
701 EAST GUDE DR SUITE 101
ROCKVILLE, MD 20850

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,924.76 |
|-------|------------------------------------------------|-----------------------------------------------|-----------|

**s3506**
EPCO INC
423 7TH ST.
PROSSER, WA 99350

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.89 |
|-------|------------------------------------------------|-----------------------------------------------|---------|

**s2407**
ERWIN PAWN INC
1506 E 10TH ST
AMARILLO, TX 79102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,567.50 |
|-------|------------------------------------------------|-----------------------------------------------|------------|

**s3783**
ESCA TECH, INC
3747 NORTH BOOTH STREET
MILWAUKEE, WI 53212

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.50 |
|-------|------------------------------------------------|-----------------------------------------------|---------|

**s2909**
ESCONDIDO POWERSPORTS
632 AERO WAY
ESCONDIDO, CA 92029

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.06 |

s2780    ESSENTIAL SHOOTING SUPPLIES
2766 BRANDYWEIN TRAIL
MOUNT HOREB, WI  53572

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $109,914.20 |
|---|---|---|---|

s3738    ETS GROUP
59683 MARKET ST
SOUTH BEND, IN  46614-4022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.90 |
|---|---|---|---|

s2653    EVERYTHING WEAPONS
7061 MOORES LANE SUITE B
BRENTWOOD, TN  37027

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,187.74 |
|---|---|---|---|

s1103    EXOTIC GUN SHOP
PO BOX 210
CHAPMAN, NE  68827

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

    **Amount of Claim**

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.52 |
|---|---|---|---|

**s3222**   **EXPERT OUTFITTERS INC**
**9074 MARKET ST**
**NORTH LIMA, OH 44452**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.72 |
|---|---|---|---|

**s2911**   **EXPRESS PAWN & GUN USA**
**3765 HWY 221**
**DOE RUN, MO 63637**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,058.62 |
|---|---|---|---|

**s2715**   **EXTREME GUNS & AMMO**
**1110 HWY 90 EAST STE C**
**RICHMOND, TX 77406**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,188.90 |
|---|---|---|---|

**s2325**   **EXTREME TACTICAL INC**
**5692 JOHN GIVENS RD STE B**
**CRESTVIEW, FL 32539**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 |
|---|---|---|---|

s2314     **EYMARD GUNS LLC**
          **17G32 WEST MAIN**
          **GALLIANO, LA  70354**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.57 |
|---|---|---|---|

s2196     **E-Z BAIT & TACKLE**
          **2049 HWY 117 SOUTH**
          **GOLDSBORO, NC  27530**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.00 |
|---|---|---|---|

s3087     **EZ PAWN & GUNS LLC**
          **1673 KY 1304**
          **BIMBLE, KY  40915**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,333.45 |
|---|---|---|---|

s3510     **EZY GLIDE INC**
          **715 7TH ST**
          **CHIPLEY, FL  32428-1932**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.641**  Nonpriority creditor's name and mailing address

s1867   **FACE IT BOAT RECONDITION**
6900 HAMILTON RD
MIDDLETOWN, OH  45044

As of the petition filing date, the claim is:  $37.25

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.642**  Nonpriority creditor's name and mailing address

s3626   **FALCON SAFETY PRODUCTS, INC.**
25 IMCLONE DRIVE
BRANCHBURG, NJ  08876

As of the petition filing date, the claim is:  $601.50

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.643**  Nonpriority creditor's name and mailing address

s2947   **FAMILY FIREARMS**
413B SOUTH BRUNDIDGE ST
TROY, AL  36081

As of the petition filing date, the claim is:  $639.99

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.644**  Nonpriority creditor's name and mailing address

s2006   **FAMILY PAWN WARRENSBURG**
7750 E HIGHWAY AB
COLUMBIA, MO  65201

As of the petition filing date, the claim is:  $21.73

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

$179.16

s2577   **FARMERS & BUILDER SUPPLY**
        **PO BOX 367**
        **BLACKSHEAR, GA  31516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$166.20

s2127   **FARMERS GRAIN AND MILLING**
        **3167 COUNTY LINE ROAD**
        **ANDREWS, SC  29510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$441.54

s1772   **FARNSWORTH`S FIREARMS**
        **504 CHURCH ST**
        **VONORE, TN  37885-2316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

$281.54

s2242   **FARR, VICTOR KENYON II**
        **THE MARKSMAN**
        **3017 BARBER ROAD**
        **NORTON, OH  44203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.46 |
|---|---|---|---|

**s2399**    FARRELLS GUNS & REPAIRS
9 DONAHOO DR
LINDALE, GA  30147

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.03 |
|---|---|---|---|

**s2866**    FAT DOG FIREARMS
5897 HWY 36 N
BELLVILLE, TX  77418

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 |
|---|---|---|---|

**s2104**    FAULCONER HARDWARE
197 MADISON ROAD
ORANGE, VA  22960-1399

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 |
|---|---|---|---|

**s3578**    FAULKNER HAYNES & ASSOC , INC.
PO BOX 600122
RALEIGH, NC  27675-6122

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,005.00 |

**s2721**

FAUSTI USA INC
3509 SHANNON PARK DR STE 113
FREDERICKSBURG, VA  22408

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,698.08 |

**s3650**

FERADYNE OUTDOORS
CARBON EXPRESS
101 MAIN STREET
SUPERIOR, WI  54880

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111,060.90 |

**s3693**

FERADYNE OUTDOORS, LLC RAGE
101 MAIN STREET
SUPERIOR, WI  54880

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,955.64 |

**s3567**

FIELD LOGIC, INC
101 MAIN STREET
SUPERIOR, WI  54880

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.657** Nonpriority creditor's name and mailing address

**s2597** FINISHING TOUCH MARINE DIST
168 LONG STREET CIRCLE
OXFORD, GA 30054

As of the petition filing date, the claim is:     $83.32

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.658** Nonpriority creditor's name and mailing address

**s3508** FIOCCHI OF AMERICA
6930 N FREMONT RD
OZARK, MO 65721-8752

As of the petition filing date, the claim is:     $821,764.60

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.659** Nonpriority creditor's name and mailing address

**s2375** FIRE & ICE TRADING CO
PO BOX 371
MARION, NC 28752

As of the petition filing date, the claim is:     $2,586.51

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.660** Nonpriority creditor's name and mailing address

**s1898** FIRING LINE INC
1532 S FRONT ST
PHILADELPHIA, PA 19147-5518

As of the petition filing date, the claim is:     $941.06

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**19-11301**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.661**    Nonpriority creditor's name and mailing address

s2411    **FIRST CHOICE MARINE INC**
**1201 NW PAMELA BLVD**
**GRAIN VALLEY, MO 64029**

As of the petition filing date, the claim is:      $3,370.57

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.662**    Nonpriority creditor's name and mailing address

s3568    **FIRST SAMCO INC**
**FIRST SAMCO FOBUS USA**
**780 HAUNTED LANE**
**BENSALEM, PA 19020**

As of the petition filing date, the claim is:      $7,587.35

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.663**    Nonpriority creditor's name and mailing address

s2520    **FIRSTCHOICE FIREARMS INC**
**1205 STADIUM VIEW DR**
**MURRAY, KY 42071**

As of the petition filing date, the claim is:      $737.25

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.664**    Nonpriority creditor's name and mailing address

s1985    **FISH TALES MARINA**
**700 LAKE FOREST DR**
**NEW LONDON, NC 28127-7609**

As of the petition filing date, the claim is:      $67.53

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 |

**3.665**

s2436

**FISHERMANS HEADQUARTERS**
**2754 US HWY 641 NORTH**
**BENTON, KY  42025**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $45.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.666**

s1820

**FITS INC**
**3191 TERRACE AVE STE A**
**SLIDELL, LA  70458**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $10.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.667**

s2762

**FIVE GUNS**
**298 COMMERCE PARK DR STE D**
**RIDGELAND, MS  39157**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $112.89

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.668**

s2478

**FIVE POINT FIREARMS LLC**
**40 MACK WALTERS RD**
**SHELBYVILLE, KY  40065**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $123.70

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.00 |
|---|---|---|---|
| s2764 | FIVE RINGS ARMORY<br>500 N OAKLAND ST<br>CARBONDALE, IL  62901 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   CUSTOMER DEPOSIT<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,178.84 |
|---|---|---|---|
| s3482 | FLAMBEAU PRODUCTS CORP<br>FLAMBEAU OUTDOORS<br>NW 5581<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485-5581 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,219.33 |
|---|---|---|---|
| s3638 | FLIR MARITIME US, INC.<br>FLIR - RAYMARINE<br>RAYMAINE<br>ATTN: CREDIT DEPT.<br>NASHUA, NH  03063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,153.70 |
|---|---|---|---|
| s3477 | FLITZ INTERNATIONAL LTD<br>821 MOHR AVE<br>WATERFORD, WI  53185-4249 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.72 |
|---|---|---|---|

**s3037**
FLORENCE GUN SHOP
539 HIGHWAY 101
FLORENCE, OR 97439

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.40 |
|---|---|---|---|

**s3132**
FLORIDA GUN BROKER
MTC DISTRIBUTORS LLC
7360 LAKE WORTH ROAD
LAKE WORTH, FL 33467

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|

**s2193**
FLORIDA SURVIVALIST
1121 MAIN STREET
DUNEDIN, FL 34698

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.64 |
|---|---|---|---|

**s2642**
FMJ ARMORY / WGF / LHT
WEST GEORGIA FIREARMS LLC
2221 WEST POINT ROAD
LAGRANGE, GA 30240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219,549.85 |
|---|---|---|---|

s3715    FMK FIREARMS, INC.
1025 A ORTEGA WAY
PLACENTIA, CA  92870

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.77 |
|---|---|---|---|

s3244    FMZ LLC
7062 NW 50 ST
MIAMI, FL  33166

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.12 |
|---|---|---|---|

s2024    FN - EMP
PO BOX 24257
COLUMBIA, SC  29224-4257

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.20 |
|---|---|---|---|

s1656    FN AMERICA, LLC
PO BOX 24257
COLUMBIA, SC  29224-4257

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $896,833.01 |
|---|---|---|---|

s3575    FNH AMERICA, LLC
7950 JONES BRANCH DR # 602N
MCLEAN, VA  22102-3302

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.00 |
|---|---|---|---|

s1673    FOOTHILLS JEWELRY & LOAN INC
2619 1ST AVE SW
HICKORY, NC  28602-1912

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.72 |
|---|---|---|---|

s2358    FORD MACHINE SHOP AND MARINE
PO BOX 1030
ROBBINSVILLE, NC  28771

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.33 |
|---|---|---|---|

s1736    FOREST PARK ENTERPRISES
3339 W LAKE RD
ERIE, PA  16505-3647

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.08 |
|---|---|---|---|

s3188 **FORT LIBERTY FIREARMS**
8401 E HWY 36 STE C
AVON, IN  46123

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|---|---|---|---|

s3107 **FORTITUDE FIREARMS INC**
518 N MAIN ST 4
HIAWASSEE, GA  30546

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.70 |
|---|---|---|---|

s2364 **FOUR SEASONS GUNS**
16828 HWY 62 SOUTH
ORANGE, TX  77630

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s1904 **FOX JEWELRY & LOAN**
519 W BAY ST
JACKSONVILLE, FL  32202-4408

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.689**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                                         $5.00

s2968   **FOXHOLE FIREARMS**
**19451 S TAMIAMI TRAIL #13**
**FORT MYERS, FL  33908**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.690**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                                         $27.76

s2823   **FOXWORTH PAWN AND TRADE**
**PO BOX 939**
**FOXWORTH, MS  39483**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.691**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                                         $17.90

s2016   **FRANKLIN GUN SHOP LLC**
**1214 LAKEVIEW DRIVE SUITE 700**
**FRANKLIN, TN  37067-3032**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.692**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                                         $2.95

s2618   **FRED`S FIREARMS**
**1220 EAST F STREET, SUITE D-1**
**OAKDALE, CA  95361**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.693** Nonpriority creditor's name and mailing address

s1872 FREDS HOBBIES & GUNS INC
349A W WASHINGTON ST
SEQUIM, WA  98382-3341

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$119.90

---

**3.694** Nonpriority creditor's name and mailing address

s2770 FREEDOM FIREARMS
711 WEST STONE DR
KINGSPORT, TN  37660

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$38.58

---

**3.695** Nonpriority creditor's name and mailing address

s2522 FRESNO FIREARMS LTD
6121 N BLACKSTONE
FRESNO, CA  93710

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$296.19

---

**3.696** Nonpriority creditor's name and mailing address

s3713 FROGLUBE
251 SW WILSHIRE BLVD
BOX 517
BURLESON, TX  76028

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$15,230.68

---

Debtor Name                                             Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.       **Amount of Claim**

| | | |
|---|---|---|
| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $153.99 |
| s2019 | FRONTIER FIREARMS LLC<br>1218 GALLAHER RD<br>KINGSTON, TN 37763-4204 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $880.76 |
| s2825 | FULL METAL JACKET FIREARMS<br>103 RIO RANCHO BLVD NE<br>STE B-5<br>RIO RANCHO, NM 87124 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $9.95 |
| s2786 | FULL SPECTRUM FIREARMS MFG<br>4708 N MARTY<br>FRESNO, CA 93722 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $826.44 |
| s2757 | FUN GUNS<br>3701 FRANKLIN AVE<br>WACO, TX 76710 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

**s2108**    FUQUAY GUN & GOLD
1602 NORTH MAIN STREET
FUQUAY VARINA, NC 27526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.67 |
|---|---|---|---|

**s1761**    FUR FIN & FEATHERS
23501 MARSH RD
MARDELA SPRINGS, MD 21837-2051

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.15 |
|---|---|---|---|

**s1705**    FURDOCK MOTORS & TRD PT
102 104 S MAIN ST
FOREST CITY, PA 18421-1434

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.35 |
|---|---|---|---|

**s2663**    G & D FARMS INC
14170 TANNER WILLIAMS RD
WILMER, AL 36587

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.49 |
|---|---|---|---|

**s3103**　　G & F PRECIOUS METALS
4 COURTHOUSE SQUARE
CARTHAGE, NC 28327

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.55 |
|---|---|---|---|

**s2744**　　G & G ENTERPRISES
102 JOHNSON ST
KINGSTON, TN 37763

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.92 |
|---|---|---|---|

**s2037**　　G & R MARINE UNLIMITED LLC
PO BOX 619
SOUTH WINDSOR, CT 06074

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.90 |
|---|---|---|---|

**s2512**　　G & S HUNTERS LLC
438 MAIN ST
PATERSON, NJ 07501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.68 |
|---|---|---|---|
| s2847 | G & S HUNTING UNLIMITED INC<br>4785 SHERRY LN<br>COCOA, FL 32926 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,996.00 |
|---|---|---|---|
| s3689 | G OUTDOORS, INC.<br>ADDRESS UNAVAILABLE AT TIME OF FILING<br>CHINO, CA 91710 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.03 |
|---|---|---|---|
| s3060 | G&G ENTERPRISES OF GEORGETOWN<br>4869 COUNTY LINE RD<br>ANDREWS, SC 29510 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.16 |
|---|---|---|---|
| s2633 | G&R OUTDOOR ARMORY LLC<br>PO BOX 1014<br>MCCRORY, AR 72101 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $152,129.54 |
| s3728 | **G-2 RESEARCH, INC**<br>**G2 RESEARCH LLC.**<br>**PO BOX 526**<br>**WINDER, GA  30680** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| **3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1.50 |
| s3166 | **G2A**<br>**6263 E MAIN ST**<br>**MESA, AZ  85205** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| **3.715** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $10,922.04 |
| s3460 | **G96 PRODUCTS COMPANY INC**<br>**85 5TH AVENUE BLDG # 6**<br>**PATERSON, NJ  07524** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| **3.716** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $23.26 |
| s2062 | **G-96 PRODUCTS**<br>**85 5TH AVE SUITE 6**<br>**PATERSON, NJ  07524-1112** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| **3.717** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00 |

**s2454**    **GA FIRING LINE**
**2727 CANTON RD HWY 5 #410**
**MARIETTA, GA  30066**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.718**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $110.90

**s3247**    **GA PAWN**
**PO BOX 482**
**CLARKSVILLE, GA  30523**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.719**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $13,034.15

**s3594**    **GALCO INTERNATIONAL LTD**
**2019 W QUAIL AVE**
**PHOENIX, AZ  85027-2696**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.720**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $315.96

**s1929**    **GARDENSWARTZ SPORTS**
**780 MAIN AVE**
**DURANGO, CO  81301-5433**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,157,536.15 |
|-------|---|---|---|

**s3536**   GARMIN USA, INC.
PO BOX 842603
KANSAS CITY, MO 64184-2603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.76 |
|-------|---|---|---|

**s1649**   GARRETT JEWELRY & LOAN
PO BOX 126
MINERAL WELLS, TX 76068

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 |
|-------|---|---|---|

**s2473**   GARRETTS GUN PAWN
GARRETTS COMMERCIAL INC
1037 WHITE HALL RD
ANDERSON, SC 29625

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.97 |
|-------|---|---|---|

**s1965**   GAT GUNS INC
970 DUNDEE AVE
DUNDEE, IL 60118

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-----------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.30 |

**s1685** GATLIN GUN SHOP
140 GATLIN RD
OXFORD, AL  36203-9732

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.72 |

**s2980** GATOR OUTFITTERS
PO BOX 955
BREAUX BRIDGE, LA  70517

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.63 |

**s2105** GATOR TAIL
PO BOX 401
LOREAUVILLE, LA  70552

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 |

**s1674** GAVINS ENTERPRISE
120 ANJALI CT
CONWAY, SC  29526

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,567.50 |

s3733    **GENERAC POWER SYSTEMS**
**29330 NETWORK PLACE**
**CHICAGO, IL  60673-1293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |

s2623    **GENERAL PAWN AND TRADE**
**PO BOX 2446**
**SILVER CITY, NM  88062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,262.99 |

s2328    **GEORGIA GUN STORE INC**
**130 JOHN W MORROW PKWY STE C**
**GAINESVILLE, GA  30501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.99 |

s2851    **GET GUNS NOW INC**
**6000 STILLWATER BLVD NORTH**
**OAKDALE, MN  55128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.99 |

**s2557**   GIBSONS PRODUCTS
411 S MAIN ST
WEATHERFORD, TX  76086

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.734** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.57 |

**s2634**   GILA OUTDOOR
3660 W MAIN STREET
THATCHER, AZ  85552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.735** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.87 |

**s2014**   GILBERT`S GUN SHOP LLC
2282 LOUISVILLE RD
FRANKFORT, KY  40601-9636

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.736** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.07 |

**s1640**   GILLES SALES & SERVICE
795 VT RT 14 SOUTH
EAST MONTPELIER, VT  05651

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

s2819   GILLS CREEK MARINA
790 FOX CHASE ROAD
WIRTZ, VA  24184

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.10 |
|---|---|---|---|

s1842   GILMER PAWN SHOP INC
1105 US HWY 271 NORTH
GILMER, TX  75644-2202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|

s1797   GLASSMASTERS
3800 HWY 190 WEST
LIVINGSTON, TX  77351

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.41 |
|---|---|---|---|

s3177   GLATZE MILITUM LLC
321 NE 167TH STREET
NORTH MIAMI BEACH, FL  33162

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.33 |
|---|---|---|---|
| s1703 | GLEN HARBOR MARINA<br>PO BOX 32<br>WATKINS GLEN, NY 14891-0032 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.30 |
|---|---|---|---|
| s1796 | GLENNS ARCHERY & TACKLE<br>33094 BAKER RD<br>LISBON, OH 44432-9443 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,120.80 |
|---|---|---|---|
| s3600 | GLOCK INC<br>PO BOX 369<br>SMYRNA, GA 30081-0369 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.10 |
|---|---|---|---|
| s3601 | GLOCK INC-STOCKING DEALER PROG<br>PO BOX 369<br>SMYRNA, GA 30081-0369 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred      Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.745** **Nonpriority creditor's name and mailing address**

s2486  **GLOCKSTORE**
4770 RUFFNER ST
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$265.40

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.746** **Nonpriority creditor's name and mailing address**

s2527  **GLOSS MOUNTAIN GUNS**
1756 CECIL ST
WAYNOKA, OK 73860

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$22.58

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.747** **Nonpriority creditor's name and mailing address**

s2833  **GODWIN FAMILY ENTERPRISES LLC**
7704 MATTHEWS MINT HILL RD
CHARLOTTE, NC 28227

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$57.45

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.748** **Nonpriority creditor's name and mailing address**

s2312  **GODWIN IKE GROCERY INC**
7273 COUNTY LINE ROAD
PELHAM, GA 31779

**As of the petition filing date, the claim is:**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$12.90

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.16 |
|---|---|---|---|

s1780   **GODWINS FUR & OUTDOOR SUP**
**215 IVEY ST**
**RAEFORD, NC  28376-8798**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,497.34 |
|---|---|---|---|

s1824   **GOLD & SILVER PAWN**
**501-H GENERAL SCREVEN RD**
**HINESVILLE, GA  31313**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.03 |
|---|---|---|---|

s1863   **GOLD COAST OUTFITTERS**
**6755 BUTTERNUT DRIVE**
**WEST OLIVE, MI  49460-9578**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,835.44 |
|---|---|---|---|

s3521   **GOLD EAGLE CO**
**1478 PAYSPHERE CIRCLE**
**CHICAGO, IL  60674**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.17 |
|---|---|---|---|

s2970   GOLD N CONNECTION LLC
4525 NW 8TH AVE
OAKLAND PARK, FL  33309

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.50 |
|---|---|---|---|

s2324   GOLD N GUN
1336 HIRAM ACWORTH HWY STE 101
DALLAS, GA  30157

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.52 |
|---|---|---|---|

s2007   GOLDEN DAWN
43 E JEFFERSON STREET
JEFFERSON, OH  44047-1115

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.80 |
|---|---|---|---|

s2934   GOLDEN EAGLE PAWN LLC
1836 HWY 46 SOUTH
DICKSON, TN  37055

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.58 |
|---|---|---|---|

**s2153**  **GOLDEN ISLES PAWN**
**3 E COFFEE STREET**
**HAZLEHURST, GA  31539**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.50 |
|---|---|---|---|

**s1936**  **GOLDSBOROUGHS MARINE**
**709 W MAIN ST**
**CRISFIELD, MD  21817-1011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.24 |
|---|---|---|---|

**s3054**  **GONZO TACTICAL**
**345 COUNTY ROAD 143**
**SCOTTSBORO, AL  35768**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.09 |
|---|---|---|---|

**s2725**  **GOODIES & GIFTS PAWN 2**
**121 RED BANK RD**
**GOOSECREEK, SC  29445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.10 |
|---|---|---|---|

s2128   **GOODIES & GIFTS WHOLESALE**
**1069 BROUGHTEN ST**
**ORANGEBURG, SC  29115**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 |
|---|---|---|---|

s1668   **GOODLETTSVILLE GUN SHOP**
**602 S MAIN**
**GOODLETTSVILLE, TN  37072-1734**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s2925   **GORDON`S GUN SMOKE**
**114 N MERRITT ST**
**ODIN, IL  62870**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.46 |
|---|---|---|---|

s2850   **GOTTA HAVE GUNS**
**2144 N BELTLINE RD STE H**
**MESQUITE, TX  75150**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.99 |
|---|---|---|---|

s2720   GPS 4 US
13431 BEACH AVENUE
MARINA DEL REY, CA 90292

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

s2064   GRAF`S RELOADING SUPER CENTER
4132 SOUTH CLARK STREET
MEXICO, MO 65265

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.50 |
|---|---|---|---|

s2876   GRAHAM`S GUN SHOP
PO BOX 126
DE KALB JUNCTION, NY 13630

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.93 |
|---|---|---|---|

s1955   GRAND POINTE MARINE INC
7086 CREYTS RD
DIMONDALE, MI 48821-9412

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 264 of 571

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.71 |

**s2657**

GRANDMAS GUNROOM
PO BOX 529
EUREKA SPRINGS, AR  72632

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.48 |

**s2892**

GRANGER GUN AND PAWN
529 WEST 13TH ST
ATOKA, OK  74525

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.20 |

**s1959**

GREAT POND MARINA
PO BOX 405
BELGRADE LAKES, ME  04918-0405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.21 |

**s2564**

GREENWOOD GUNS & GEAR INC
142B CROSSCREEK CONNECTOR
GREENWOOD, SC  29649

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.81 |
| s2097 | GROCE HOME & AUTO<br>105 W BUCK<br>CALDWELL, TX  77836-1701 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.67 |
| s2541 | GROSS, CLIFTON RAY<br>98 OLD RT 5<br>BRADFORD, VT  05033 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.10 |
| s1684 | GROVE MARINA<br>PO BOX 1483<br>CORBIN, KY  40702-1483 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,544.44 |
| s3669 | GROVTEC US, INC.<br>PO BOX 1910<br>FAIRVIEW, OR  97024 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.47 |
|---|---|---|---|

**s2029**  GRUNDMANS SPORTING GOODS INC
75 WILDWOOD AVE
RIO DELL, CA  95562-1729

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $127,298.60 |
|---|---|---|---|

**s3514**  GSM LLC
PO BOX 535189
GRAND PRAIRIE, TX  75053-5189

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.06 |
|---|---|---|---|

**s2131**  GT MARINE INC
12122 B CAROL LANE
PRINCESS ANNE, MD  21853

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.80 |
|---|---|---|---|

**s3140**  GTI
1321 TECHNOLOGY DR STE 101
BARNWELL, SC  29812

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.781** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.52

s2763 | GUERRILLA ARMAMENT
1939 LEJEUNE BLVD UNIT 200
JACKSONVILLE, NC  28546

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.782** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.04

s2746 | GUN & SPORT NORTH
346 UNIT 3 SOUTH BROADWAY
SALEM, NH  03079

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.783** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.12

s2711 | GUN BROTHERS ARMS
101 W CHEROKEE
MEDFORD, OK  73759

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.784** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,106.91

s2747 | GUN CENTRAL
6010 GATEWAY E BLVD
EL PASO, TX  79905

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,441.51

s2241 | **GUN CONNECTION-MD**
**11433 PULASKI HWY UNIT 3/4**
**WHITE MARSH, MD  21162**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $21.39

s2671 | **GUN CULTURE**
**2029 W ASHLAND AVE**
**VISALIA, CA  93277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1.47

s2367 | **GUN DEPOT LLC**
**1210 N TOWNSEND AVE**
**MONTROSE, CO  81401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.788** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,535.75

s2566 | **GUN EFFECTS**
**15313 GALE AVE**
**CITY OF INDUSTRY, CA  91745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.789 | Nonpriority creditor's name and mailing address |
| s2041 | GUN SHAK<br>5401 CR 7500<br>LUBBOCK, TX  79424-6581 |

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$23.94

---

| | |
|---|---|
| 3.790 | Nonpriority creditor's name and mailing address |
| s2481 | GUN SHOP INCORPORATED, THE<br>4938 STOCKTON HILL RD<br>KINGMAN, AZ  86409 |

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$174.32

---

| | |
|---|---|
| 3.791 | Nonpriority creditor's name and mailing address |
| s2287 | GUN SPORT LTD<br>2701 N DIXIE BLVD<br>ODESSA, TX  79762 |

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$111.98

---

| | |
|---|---|
| 3.792 | Nonpriority creditor's name and mailing address |
| s2172 | GUN TRADERS<br>3201 B POTTSVILLE PIKE<br>READING, PA  19605 |

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$60.87

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.25 |
|---|---|---|---|

s2962    GUN-MART INC
4502 SOUTH AVE R R 4
BROCKVILLE, ON  K6V5T4
CANADA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.36 |
|---|---|---|---|

s1857    GUNN`S GUNS
324 W BENDER
HOBBS, NM  88240-1219

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.00 |
|---|---|---|---|

s2689    GUNRUNNER ARMS
GUNRUNNER INC
93244 HWY 99 SOUTH
JUNCTION CITY, OR  97448

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.89 |
|---|---|---|---|

s2360    GUNRUNNERS INC
120 EAST MAIN
ADA, OK  74820

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.38 |
|---|---|---|---|

s2804    **GUNS & GOLD**
**2100 CAPITAL CIRCLE SE**
**TALLAHASSEE, FL 32301**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.41 |
|---|---|---|---|

s2853    **GUNS & MORE LLC**
**500 STATE STREET STE 1**
**BENNETTSVILLE, SC 29512**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.91 |
|---|---|---|---|

s2126    **GUNS 4 U**
**9876 CO RD 8890**
**WEST PLAINS, MO 65775**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.80 |
|---|---|---|---|

s3072    **GUNS AMMO COMPANY**
**612 LAFAYETTE BLVD STE 200**
**FREDERICKSBURG, VA 22401**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.02 |
|---|---|---|---|

s2778   GUNS AND MORE
19 EAST MAIN ST
THOMASVILLE, NC 27360

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,209.28 |
|---|---|---|---|

s2714   GUNS AND RANGE INC
1016 CLARE AVE UNIT 1
WEST PALM BEACH, FL 33401

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s2343   GUNS GOLD AND CASH LLC
302 S CAROL MALONE BLVD UNIT 1
GRAYSON, KY 41143

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.64 |
|---|---|---|---|

s2344   GUNS OF DISTINCTION
73360 HIGHWAY 111 SUITES 5 & 6
PALM DESERT, CA 92260

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.805** Nonpriority creditor's name and mailing address

s2017   **GUNS PLUS**
**1503 N BRAGG BLVD**
**SPRING LAKE, NC  28390-2710**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$590.99

---

**3.806** Nonpriority creditor's name and mailing address

s2828   **GUNS PRICED RIGHT**
**100 BETTIS RD STE #1**
**DRAVOSBURG, PA  15034**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$154.39

---

**3.807** Nonpriority creditor's name and mailing address

s2039   **GUNSLINGERS GUN SHOP**
**1750 GRAND AVE**
**GLENDORA, CA  91740**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$697.80

---

**3.808** Nonpriority creditor's name and mailing address

s2805   **GUNSLINGERS**
**B & N ARMS LLC**
**1107 E 24T ST**
**ANDERSON, IN  46018**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

$277.68

---

Debtor Name                                             19-11301

                                                  Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.       **Amount of Claim**

| | | |
|---|---|---|
| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $230.93 |
| s2333 | **GUNSMITHING LTD**<br>**2530 POST RD 3 LACEY PL**<br>**SOUTHPORT, CT  06890** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:  CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $2.95 |
| s2959 | **GUNZ INC**<br>**5616 BARRETT LANE**<br>**LOUISVILLE, KY  40272** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:  CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $753.01 |
| s3201 | **GYM RATZ NUTRITION**<br>**15290 CHRISTY LN**<br>**WALDORF, MD  20601** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:  CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $48.21 |
| s2521 | **H & L MARINE**<br>**801 MAY RD**<br>**SALUDA, SC  29138** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:  CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor Name

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.57 |
|---|---|---|---|

s1709    **H & S SPORTING GOODS**
**708 SANDERS AVE**
**PRINCETON, WV 24740-3556**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.83 |
|---|---|---|---|

s2268    **H2O SPORTS**
**1789 REEVES STREET**
**DOTHAN, AL 36303**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.80 |
|---|---|---|---|

s3014    **HAGAN ACE HARDWARE MACCLENNY**
**1022 BLANDING BLVD**
**ORANGE PARK, FL 32065**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.68 |
|---|---|---|---|

s2898    **HAGERSTOWN MOPED & HOBBIES**
**443 S BURHANS BLVD**
**HAGERSTOWN, MD 21740**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.39 |
|---|---|---|---|

s2082    HAGLUNDS ALL OUTDOORS LLC
4999 E M-72
HARRISVILLE, MI  48740

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.98 |
|---|---|---|---|

s2247    HALE MARINE SERVICES
PO BOX 6097
SAVANNAH, GA  31414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.52 |
|---|---|---|---|

s1931    HALL MARINE COLUMBIA
7459 BROAD RIVER RD
IRMO, SC  29063-9667

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.54 |
|---|---|---|---|

s1728    HALL MARINE
651 EWING RD
OWENSBORO, KY  42301-8749

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                               Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.88 |
|---|---|---|---|

s1456   HALL WEAPON SYSTEMS
2415 2ND AVE
KEARNEY, NE  68847

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 |
|---|---|---|---|

s1970   HALLEY, JERRY W
HC 7 BOX 172
DONIPHAN, MO  63935

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.50 |
|---|---|---|---|

s1760   HAMILTON GUN & PAWN
RTE 49 BOX 258
RAWL, WV  25691-0258

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.04 |
|---|---|---|---|

s2234   HAMPTON GUN & PAWN
6344 MARKET ST
RUSSELLVILLE, AR  72802

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**
_____
Debtor Name

_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.39 |
|---|---|---|---|

**s2022**

HANCKEL MARINE
2445 SAVANNAH HWY
CHARLESTON, SC  29414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,307.10 |
|---|---|---|---|

**s3490**

HANDI-MAN MARINE
1271 CONTRACT DRIVE
GREEN BAY, WI  54304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

**s2293**

HANDY 2 HAVE
605 CRITCHER
TAOS, NM  87571

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.52 |
|---|---|---|---|

**s2156**

HARD TO FIND MAGS & CLIPS
PO BOX 22974
BULLHEAD CITY, AZ  86439

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.829**  Nonpriority creditor's name and mailing address

s1623  HARDENS GUNSHOP INC
PO BOX 435
NEWTON, AL  36352-0435

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$26.25

---

**3.830**  Nonpriority creditor's name and mailing address

s3660  HARDLINE PRODUCTS
7766 SW JACK JAMES DRIVE
STUART, FL  34997

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$697.95

---

**3.831**  Nonpriority creditor's name and mailing address

s2336  HARLAN PAWN SHOP
106 S MAIN ST
HARLAN, KY  40831

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$711.44

---

**3.832**  Nonpriority creditor's name and mailing address

s2999  HARPERS FERRY ARMORY
301 N MILDRED ST
RANSON, WV  25438

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$369.96

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,959.13 |
|---|---|---|---|
| s3468 | HARRIS ENGINEERING INC<br>999 BROADWAY<br>BARLOW, KY 42024 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.70 |
|---|---|---|---|
| s2194 | HARRY BECKWITH GUNS/RANGE INC<br>12130 S HWY 441<br>MICANOPY, FL 32667 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.99 |
|---|---|---|---|
| s2363 | HAWGHEAD MARINE AND TACKLE<br>1160 FAHS STREET<br>YORK, PA 17404 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,985.08 |
|---|---|---|---|
| s3606 | HAYNES MANUALS, INC.<br>CLYMER - HAYNES REPAIR MANUALS<br>859 LAWRENCE DR<br>NEWBURY PARK, CA 91320 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

**Part 2:**　　All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $820.93 |

**s1915**　　HAYS CITY GOLD & SILVER
2201 VINE ST
HAYS, KS  67601-2401

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $12,500.00 |

**s3746**　　HEAD DOWN PRODUCTS LLC
333 BUTLER INDUSTRIAL DR
DALLAS, GA  30132

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $413,698.65 |

**s3659**　　HECKLER & KOCH, INC
PO BOX 601193
CHARLOTTE, NC  28260-1193

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: UNKNOWN |

**s3439**　　HECKLER AND KOCH, INC.
C/O MOORE & VAN ALLEN PLLC
DAVID B WHEELER, TRUDY H ROBERTSON
REID E DYER
78 WENTWORTH STREET
CHARLESTON, SC  29401

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Basis for the claim:  LITIGATION
NON-PAYMENT OF GOODS RECEIVED

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name            Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.841**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $154.29

s2173   **HELLEMS & SON**
**4948 ELLISVILLE DR**
**LOUISA, VA 23093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.842**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $322.94

s3165   **HENNESSEY OUTDOOR ELECTRONICS**
**16103 RED SHALE HILL RD**
**PEKIN, IL 61554**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.843**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $88.73

s1270   **HENRY MCCOY GOODWIN JR INC**
**PO BOX 1220**
**LAKE PANASOFFKEE, FL 34785**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.844**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $10,958.00

s3725   **HENRY RAC HOLDING CORPORATION**
**107 WEST COLEMAN STREET**
**RICE LAKE, WI 54868**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $410,235.00 |
|---|---|---|---|

s3542    HENRY RAC HOLDING CORPORATION
DBA HENRY REPEATING ARMS, CO.
107 WEST COLEMAN STREET
RICE LAKE, WI 54868

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.99 |
|---|---|---|---|

s2258    HENRYS SPORTING GOODS
1514 HWY 17 N
MT PLEASANT, SC 29464

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,372.32 |
|---|---|---|---|

s3518    HERITAGE MFG INC
PO BOX 864802
ORLANDO, FL 32886-4802

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.94 |
|---|---|---|---|

s3179    HESSELING & SONS
2818 ELIDA RD SUITE A
LIMA, OH 45805

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.849** Nonpriority creditor's name and mailing address

s3186

HIBBERD ARMORY
49 SOUTH MIAMI AVE
CLEVES, OH 45002

As of the petition filing date, the claim is: $98.54

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.850** Nonpriority creditor's name and mailing address

s3038

HICKORY HILL FARM & GARDEN
611 OLD PHOENIX RD
EATONTON, GA 31024

As of the petition filing date, the claim is: $125.87

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.851** Nonpriority creditor's name and mailing address

s2283

HIGH CALIBER GUN AND PAWN
1075 S MEMORIAL DR
PRATTVILLE, AL 36067

As of the petition filing date, the claim is: $5.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.852** Nonpriority creditor's name and mailing address

s2988

HIGH CALIBER MERCANTILE LLC
PO BOX 429
STRAWN, TX 76475

As of the petition filing date, the claim is: $83.31

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |
|---|---|---|---|

s1995

HIGH COUNTRY GUNS & KNIVES
555 WHITE SPAR RD
PRESCOTT, AZ  86303-4627

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.10 |
|---|---|---|---|

s2550

HIGH COUNTRY OUTFITTERS INC
96 E MIDLAND TRAIL
LEXINGTON, VA  24450

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 |
|---|---|---|---|

s2842

HIGH COUNTRY TACTICAL/HCTAC
1873 TYNECASTLE HWY STE 2
BANNER ELK, NC  28604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.56 |
|---|---|---|---|

s2578

HIGH DESERT GUNS AND AMMO
15885 MAIN ST SUITE 220
HESPERIA, CA  92345

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**     **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | |
|---|---|---|
| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $150.27 |
| s2544 | **HIGH DESERT GUNS LLC**<br>**2559 PRECISION DRIVE UNIT 1**<br>**MINDEN, NV 89423** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $25.05 |
| s1787 | **HIGH TECH HAND GUNS**<br>**9012 PERRY HWY**<br>**PITTSBURGH, PA 15237-5360** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $20.00 |
| s2044 | **HIGH TECH OUTDOORS & ARCHERY**<br>**3688 RICHMOND RD**<br>**KESWICK, VA 22947** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $31.40 |
| s2509 | **HIGHER POWER OUTFITTERS INC**<br>**1826 TAMIAMI TRAIL**<br>**PUNTA GORDA, FL 33950** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:   CUSTOMER DEPOSIT** |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.861 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.39 |

**3.861** Nonpriority creditor's name and mailing address

**s2122** HIGHLANDER OUTFITTERS
1844 HWY 29 W
BURNET, TX  78611

As of the petition filing date, the claim is:            $1.39

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.862** Nonpriority creditor's name and mailing address

**s2054** HIGHRIDGE FARM & RANCH SUPPLY
16575 S E HWY 42
WEIRSDALE, FL  32195

As of the petition filing date, the claim is:            $6.48

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.863** Nonpriority creditor's name and mailing address

**s2246** HIGHS SHOOTING SUPPLY
3731 S E POWELL ROAD
LATHROP, MO  64465

As of the petition filing date, the claim is:            $17.94

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.864** Nonpriority creditor's name and mailing address

**s3681** HILCO
LEADER SPORTS - HILCO
PO BOX 643792
PITTSBURGH, PA  15264-3792

As of the petition filing date, the claim is:            $624.40

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.865   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.10 |
| s1752   HILL FARM SUPPLY<br>PO BOX 232<br>SPARTA, GA  31087-0232 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.866   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.81 |
| s3138   HILL TOP PACKAGE<br>PO BOX 200<br>GRANDIN, MO  63943 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.867   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
| s2094   HILLIARD GUN AND REPAIR SHOP<br>241888 CR 121<br>HILLIARD, FL  32046 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.868   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.94 |
| s1613   HILLS SERVICE CENTER<br>5658 POINTE DR<br>EAST CHINA, MI  48054-4169 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

s2294    HILTON HEAD BOAT HOUSE
405 SQUIRE POPE RD
HILTON HEAD, SC  29926

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.89 |
|---|---|---|---|

s1726    HINKLE MARINE
PO BOX 377
WESTON, WV  26452-0377

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.11 |
|---|---|---|---|

s2381    HIRAMS GUNS & SPIRITS
660 S MAGNOLIA AVE
EL CAJON, CA  92020

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.50 |
|---|---|---|---|

s2584    HI-TEC MARINE INC
1333 N EAST AVE
PANAMA CITY, FL  32401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,282.89 |
|---|---|---|---|
| s3163 | HITS & MISSES<br>6750 W PEORIA AVE STE 129<br>PEORIA, AZ  85345 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.80 |
|---|---|---|---|
| s1639 | HI-WAY SPORT SHOP<br>253 RT 31 N<br>WASHINGTON, NJ  07882-1531 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,421.20 |
|---|---|---|---|
| s3464 | HKS TOOL PRODUCTS INC<br>7841 FOUNDATION DR<br>FLORENCE, KY  41042-3048 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,924.22 |
|---|---|---|---|
| s3469 | HOGUE COMBAT GRIPS<br>PO BOX 91360<br>HENDERSON, NV  89009-1360 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.84 |
|---|---|---|---|

s1722　HOLLY BAY MARINA
PO BOX 674
LONDON, KY 40743-0674

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.82 |
|---|---|---|---|

s2554　HOLLY SPRINGS TACTICAL
1928-1 BACHELOR RD
MOORESBORO, NC 28114

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $130,686.00 |
|---|---|---|---|

s3778　HOLOSUN TECHNOLOGIES
PO BOX 93031
CITY OF INDUSTRY, CA 91715

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2695　HONEYCUTT PAWN & VARIETY
103 S EAST RAILROAD ST
WALLACE, NC 28466

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.881** Nonpriority creditor's name and mailing address

s3523  HONEYWELL SAFETY PRODUCTS USA,
HONEYWELL - HOWARD LEIGHT
PO BOX 418430
BOSTON, MA  02241-8430

As of the petition filing date, the claim is:    $67,993.30

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.882** Nonpriority creditor's name and mailing address

s2288  HOOK LINE & SINKER
112 SANDY LANE
OAKLEY, CA  94561

As of the petition filing date, the claim is:    $738.31

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.883** Nonpriority creditor's name and mailing address

s3039  HOOK LINE AND PADDLE
435 EASTWOOD ROAD
WILMINGTON, NC  28403

As of the petition filing date, the claim is:    $212.28

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.884** Nonpriority creditor's name and mailing address

s1940  HOPEWELL MARINE & SVC
101 S MAIN ST
HOPEWELL, VA  23860-3914

As of the petition filing date, the claim is:    $137.02

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |

s847   HOPKINS GAME FARM
PO BOX 218
KENNEDYVILLE, MD  21645

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.47 |

s1922   HOPPYS MARINE
31499 HWY 27
HAINES CITY, FL  33844-8579

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,078.39 |

s3619   HORIZON GLOBAL AMERICAS INC
HORIZON - CEQUENT - FULTON
PO BOX 774615
CHICAGO, IL  60677-4006

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,238.51 |

s3615   HORIZON GLOBAL AMERICAS INC
HORIZON - CEQUENT - WESBAR
PO BOX 774615
4615 SOLUTION CENTER
CHICAGO, IL  60677

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $741,112.26

s3579 **HORNADY CARTRIDGE AMMO**
**HORNADY - AMMO**
**3625 W OLD POTASH HWY**
**PO BOX 1848**
**GRAND ISLAND, NE  68802-1848**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,996.17

s3734 **HORNADY MANUFACTURING SECURITY**
**SNAP SAFE**
**PO BOX 1848**
**GRAND ISLAND, NE  68802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,738.00

s3749 **HORNADY MANUFACTURING**
**FRONTIER CARTRIDGE**
**PO BOX 1848**
**GRAND ISLAND, NE  68802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    TRADE PAYABLE

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.36

s2224 **HOS`S BAIT & TACKLE**
**PO BOX 78**
**SHERRODSVILLE, OH  44675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:    CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.34 |
|---|---|---|---|

s3131    HOT SHOT SHOOTING RANGE
1873 N NOVA ROAD
DAYTONA BEACH, FL  32117

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.58 |
|---|---|---|---|

s2661    HOW SWEET IT IS INC
3601 STOCKYARD RD
EDEN, MD  21822

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.39 |
|---|---|---|---|

s3073    HRABBQ
PO BOX 1797
MARS HILL, NC  28754

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,349.44 |
|---|---|---|---|

s3635    HUBBELL WIRING DIVISION
HUBBELL WIRING DEVICE
25404 NETWORK PLACE
CHICAGO, IL  60673

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

**3.897**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                              $2.95

**s1715**  HUDSONS OUTBOARD INC                                      Check all that apply.
50 BRIDGE RD
SALISBURY, MA  01952-2405                                            ☐ Contingent
                                                                     ☐ Unliquidated
                                                                     ☐ Disputed

Date or dates debt was incurred                                      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                     Is the claim subject to offset?
                                                                     ☑ No
                                                                     ☐ Yes

---

**3.898**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                            $894.57

**s3167**  HUDSONS OUTFITTERS & FIREARMS                             Check all that apply.
1486 S HANOVER ST
POTTSTOWN, PA  19465                                                 ☐ Contingent
                                                                     ☐ Unliquidated
                                                                     ☐ Disputed

Date or dates debt was incurred                                      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                     Is the claim subject to offset?
                                                                     ☑ No
                                                                     ☐ Yes

---

**3.899**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                            $230.14

**s2053**  HUMPHREY`S RIDGE MARINA                                   Check all that apply.
435 HUMPHREY`S RIDGE RD
STOKESDALE, NC  27357                                                ☐ Contingent
                                                                     ☐ Unliquidated
                                                                     ☐ Disputed

Date or dates debt was incurred                                      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                     Is the claim subject to offset?
                                                                     ☑ No
                                                                     ☐ Yes

---

**3.900**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is:                            $153.99

**s2005**  HUNTER`S EDGE/JAMIE BULGER                                Check all that apply.
191 KELLEY ROAD
BAINBRIDGE, GA  39817                                                ☐ Contingent
                                                                     ☐ Unliquidated
                                                                     ☐ Disputed

Date or dates debt was incurred                                      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                     Is the claim subject to offset?
                                                                     ☑ No
                                                                     ☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,605.08 |
|---|---|---|---|

s3661   HUNTER`S SPECIALTIES
PO BOX 310497
DES MOINES, IA  50331-0497

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.66 |
|---|---|---|---|

s2120   HUNTER`S SUPPLY & PISTOL RANGE
3514 KIRKMAN
LAKE CHARLES, LA  70607

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.52 |
|---|---|---|---|

s2532   HUNTERS HAVEN LLC
106 N MISSOURI ST
MACON, MO  63552

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.26 |
|---|---|---|---|

s2795   HUNTERS IN SIGHT FIREARMS LLC
PO BOX 29
ORTONVILLE, MI  48462

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.905** Nonpriority creditor's name and mailing address

s2750  HUSKINS GUNS & AMMO
103 E MAIN ST
WILBURTON, OK  74578

As of the petition filing date, the claim is:  $17.21
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.906** Nonpriority creditor's name and mailing address

s2536  HUSTONS CUSTOM GUNS & GUN RPR
1141 W FREMONT ST
STOCKTON, CA  95203

As of the petition filing date, the claim is:  $25.94
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.907** Nonpriority creditor's name and mailing address

s2967  HUX CUSTOMS
134 EAST LINDEN STE C
CHUBBUCK, ID  83202

As of the petition filing date, the claim is:  $14.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.908** Nonpriority creditor's name and mailing address

s2927  HYPERION ARMS AND AMMO LLC
PO BOX 538
FISHERS, NY  14453

As of the petition filing date, the claim is:  $51.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

| | | |
|---|---|---|
| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.45 |

**s2662**    **I DEAL JEWELRY & PAWN**
**3593 NORTHCREST RD**
**DORAVILLE, GA  30340**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.08 |

**s3641**    **IDEAL DIVISON**
**PLEWS - IDEAL DIVISION**
**PO BOX 102976**
**ATLANTA, GA  30368-2976**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.60 |

**s2965**    **IFISH BOATS**
**4795 WALKING HORSE ROAD**
**MEGGETT, SC  29449**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,214.36 |

**s3545**    **IMMI**
**IMMI - INDIANA MARINE**
**ACCOUNTS RECEIVABLE**
**18881 IMMI WAY**
**WESTFIELD, IN  46074**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.67 |
|---|---|---|---|
| s3457 | IMPACT TELECOM<br>MATRIX TELECOM D/B/A<br>PO BOX 660344<br>DALLAS, TX  75266-0344 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.78 |
|---|---|---|---|
| s3242 | IMPERIAL GUNWORX LLC<br>134 EAST DIVISION ST<br>SPARTA, MI  49345 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.35 |
|---|---|---|---|
| s1690 | I-M-S SERVICES<br>40 MAINE AVENUE REAR<br>EAST HAMPTON, MA  01027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.10 |
|---|---|---|---|
| s2809 | INDEPENDENCE GUNS & AMMO<br>8205 KEATS AVE<br>YUCCA VALLEY, CA  92284 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name                                                                 Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.917** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.95 |

s2101   INDIAN PASS MARINE SVC
2380 HUGHWAY C 30
PORT ST JOE, FL  32456

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.918** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.15 |
|---|---|---|---|

s1627   INDIANA ARMS & AMMO INC
750 W INDIANA AVE
SOUTH BEND, IN  46613-1858

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.919** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.64 |
|---|---|---|---|

s3246   INEZ GUN TACKLE & TOBACCO INC
PO BOX 1317
INEZ, KY  41224

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **3.920** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,049.56 |
|---|---|---|---|

s3726   INLAND MFG - MKS
8611-A NORTH DIXIE DRIVE
DAYTON, OH  45414-2403

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.09 |

**3.921**

s1906   **INMAN GUN LLC**
**13060 ASHEVILLE HWY**
**INMAN, SC  29349-7526**

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$7.09

---

**3.922**

s2207   **INSTANT MONEY PAWN**
**2650 N COLLEGE AVE**
**FAYETTEVILLE, AR  72703**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$938.58

---

**3.923**

s2110   **INTERLAKEN GUNS & AMMO**
**8268 MAIN STREET**
**INTERLAKEN, NY  14847**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$694.44

---

**3.924**

s2441   **INTERPOL SOLUTIONS LLC**
**PO BOX 322**
**TOBACCOVILLE, NC  27050**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$240.04

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $973.23 |
|---|---|---|---|

s2482    IOWA OUTDOORS STORE, THE
         1597 3RD AVE NW
         FORT DODGE, IA  50501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.50 |
|---|---|---|---|

s3217    IPATRIOT LLC
         37A YOUNG HARRIS STREET
         BLAIRSVILLE, GA  30512

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.25 |
|---|---|---|---|

s2421    IRON HORSE PRO SHOP INC
         6733 HWY 22
         PANAMA CITY, FL  32404

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s3232    IRON MOUNTAIN OUTDOORS
         1506 IRON MOUNTAIN RD
         ASHEBORO, NC  27205

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name _____                                          Case Number (if known)

| ██ **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.66 |

s3194    **IRON SIGHTS OCEANSIDE**
618 AIRPORT RD
OCEANSIDE, CA 92058

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.40 |

s3168    **IRONSIDE OUTFITTERS**
2616 BEARCO LOOP
LA GRANDE, OR 97850

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.50 |

s2707    **ISLAND MARINE SERVICE**
101 BOATYARD LN
GREENPOND, SC 29446

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.56 |

s3611    **ITW - EVERCOAT FIBERGLASS**
ACCOUNT 30406
PO BOX 92140
CHICAGO, IL 60675-2140

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,252.78 |
|---|---|---|---|

s3663  ITW PERMATEX
ITW - SPRAY NINE
PO BOX 2174
CAROL STREAM, IL 60132-2174

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,777.19 |
|---|---|---|---|

s3643  ITWPERFORMANCE POLYMERS
PHILADELPHIA RESIN
PO BOX 75323
CHICAGO, IL 60675-5323

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.98 |
|---|---|---|---|

s2698  IV GUNS & AMMO
PO BOX 1014
CAVE JUNCTION, OR 97523

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.49 |
|---|---|---|---|

s1816  IVEYS OUTDOOR & FARM SUP
108 N WESTOVER BLVD
ALBANY, GA 31707-2951

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,265.42 |

s3706    IWI US, INC
1441 STONERIDGE DRIVE
MIDDLETOWN, PA 17057

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.938    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $10.00

s2736    J & B GUN SALES & SERVICE
PO BOX 1750
FULTON, TX 78358

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.939    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1,262.11

s2542    J & D FIREARMS INC
1975 ANDERSON ANTHONY RD
LEAVITTSBURG, OH 44430

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.940    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $824.39

s2485    J & H PRODUCTS
209 NORTHSTONE PLACE
FAYETTEVILLE, NC 28303

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,338.15 |
|---|---|---|---|

s2221   **J & J AUTO UPHOLSTERY**
3739 SOUTH NEW HOPE RD
GASTONIA, NC  28056

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.50 |
|---|---|---|---|

s1843   **J & J MARINE REPAIR**
2530 BADIN RD
ALBEMARLE, NC  28001-7818

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.46 |
|---|---|---|---|

s2235   **J & L COINS & JEWELRY LLC**
PO BOX 1363
GREAT BEND, KS  67530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.24 |
|---|---|---|---|

s2259   **J & S GUN PARTS**
7707 MARTIN WAY E
OLYMPIA, WA  98516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52.59 |
| s1983 | J LC MARINE<br>385 HERSHEY RD<br>ELIZABETHTOWN, PA 17022-9795 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $469.99 |
| s3106 | J&C THUMB GUNNERY<br>478 S SANDUSKY RD SUITE B<br>SANDUSKY, MI 48471 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.92 |
| s3095 | J&J FIREARMS<br>PO BOX 265<br>WYALUSING, PA 18853 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67.07 |
| s2545 | J&K ISLAND MAGIC OF HAWAII LLC<br>74-5565 LUHIA STREET STE B2<br>KAILUA KONA, HI 96740 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.35 |
|---|---|---|---|

**s2817** J&S GUNS & AMMO
195 PERRY HILL RD
ACUSHNET, MA 02743

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|

**s557** JACK CONCANNON ENTPR
PO BOX 1676
SEAFORD, DE 19973

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.04 |
|---|---|---|---|

**s2077** JACKMAN HARDWARE
598 MAIN STREET
JACKMAN, ME 04945

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.72 |
|---|---|---|---|

**s1947** JACKS BOATS & TRAILERS
449 N BYRON BUTLER PKWY
PERRY, FL 32347

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.953** Nonpriority creditor's name and mailing address

s3206

JACOB KNIGHT
5041 LEMON GROVE DR
FORT WORTH, TX  76135

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $5.64

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.954** Nonpriority creditor's name and mailing address

s2506

JAKES CLAYS
PO BOX 1852
MIDLAND, TX  79706

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $169.74

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.955** Nonpriority creditor's name and mailing address

s3703

JAMES I FREUDENBERG DBA JIF
JIF MARINE PRODUCTS LLC
JIF MARINE, LLC
566 N BINGHAM STREET
MEMPHIS, TN  38112

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $2,416.82

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.956** Nonpriority creditor's name and mailing address

s2050

JAMES K OUTDOORS
661 RIVER RD
FORT LAWN, SC  29714

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:    $5.25

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.05 |
|---|---|---|---|

s1810  JARRETT BAY BOAT WORKS
530 SENSATION WEIGH
BAUFORT, NC 28516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.30 |
|---|---|---|---|

s1886  JARRETT RIFLES INC
383 BROWN RD
JACKSON, SC 29831-3503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.90 |
|---|---|---|---|

s2403  JAX TACTICAL GUNS
1539 BENTIN DR N
JACKSONVILLE BEACH, FL 32250

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.02 |
|---|---|---|---|

s3035  JBS PAWN LLC
1820 S MAIN ST
HARRISONBURG, VA 22801

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.37 |

s1854    JC SERVICES
893 SC HWY 391
PROSPERITY, SC  29127-7050

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.962    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $120.92

s2669    JC`S OUTDOORS
114 SHORE ROAD
GILBERT, SC  29054

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.963    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $450.00

s1747    JEFFERSON ARMORY
5505 BUSINESS 50 W
JEFFERSON CITY, MO  65109

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.964    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        $0.02

s3207    JEFFREY TESCH
417 GREAT OAK DRIVE
WAITE PARK, MN  56387

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                  page 313 of 571

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.59 |

**s1912**

JEFFS GUNS
1580 TEXAS ST
NATCHITOCHES, LA 71457-3432

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

**s2150**

JEFFS MAINSTREAM FIREARMS AND
MARINE INC / MAINSTREAM
154 LAFAYETTE ST
WINONA, MN 55987

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

**s2175**

JENSEN MARINE
1234 MERRICK RD
COPIAGUE, NY 11726

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

**s1944**

JERRYS MARINE INC
3905 S HWY 27
SULPHUR, LA 70665

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                      **Amount of Claim**

---

| 3.969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $600.95 |
|-------|----|----|----|
| s3673 | **JET TECHNOLOGIES, INC**<br>PO BOX 2848<br>ELKHART, IN  46515-2848 | Check all that apply. <br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                   **Basis for the claim:   TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $801.09 |
|-------|----|----|----|
| s1641 | **JEWELERS LOUPE INC, THE**<br>1304 RICHLAND AVE W<br>AIKEN, SC  29801-3230 | Check all that apply. <br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                   **Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00 |
|-------|----|----|----|
| s1636 | **JIMS FIREARMS INC**<br>5760 SIEGEN LN STE A<br>BATON ROUGE, LA  70809-4176 | Check all that apply. <br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                   **Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.51 |
|-------|----|----|----|
| s1882 | **JIMS GUN SHOP INC**<br>46 BAY STREET<br>WINSLOW, ME  04901 | Check all that apply. <br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                   **Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.55 |
|---|---|---|---|

s2269   JIMS PAWN SHOP
3711 EAST HIGHLAND
JONESBORO, AR 72401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.97 |
|---|---|---|---|

s1750   JIMS SPORTS HEAVEN
131 N MAIN ST
OCONOMOWOC, WI 53066-5201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,087.24 |
|---|---|---|---|

s2272   JJ`S PAWN SHOP INC
5640 COLLEGE ST
BEAUMONT, TX 77707

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.84 |
|---|---|---|---|

s1855   JJS NACOGDOCHES PAWN
720 E MAIN ST
NACOGDOCHES, TX 75961-5149

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.64 |
|---|---|---|---|
| s2814 | JMS CUSTOM GUNWORKS<br>298 LYTTON FARM RD<br>TROUTMAN, NC  28166 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.98 |
|---|---|---|---|
| s2113 | JOE GUN INC<br>152 E SAGINAW ROAD STE 6<br>SANFORD, MI  48657 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|
| s2147 | JOE`S GUN & PAWN<br>802 S MISSISSIPPI AVE<br>ATOKA, OK  74525 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.11 |
|---|---|---|---|
| s2176 | JOE`S TRACTOR SALES<br>724 JOE MOORE RD<br>THOMASVILLE, NC  27360 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.02 |

| 3.981 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.02 |
|---|---|---|---|

**3.981**

**s1971**   **JOHN CANTEY**
PO BOX 5935
COLUMBIA, SC  29250-5935

**As of the petition filing date, the claim is:**   $7.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.982**

**s3045**   **JOHNS BAIT BOLTS & BULLETS**
PO BOX 175
SOLON, ME  04979

**As of the petition filing date, the claim is:**   $151.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.983**

**s2508**   **JOHNS SPORTING GOODS**
PO BOX 172
LINCOLN, MT  59639

**As of the petition filing date, the claim is:**   $149.99
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.984**

**s3258**   **JOHNSON FIREARMS INC**
4031 NW 2ND AVE
MIAMI, FL  33127

**As of the petition filing date, the claim is:**   $13,824.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s2170    JOHNSONS SPORTING GOODS LLC
         3003 WEBSTER RD
         SUMMERSVILLE, WV  26651

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s3210    JOPLIN CENTERFIRE LLC
         6923 W EVERGREEN LN
         JOPLIN, MO  64801

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $701.84 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s2074    JOT EM DOWN
         3425 US HWY 84 W
         BLACKSHEAR, GA  31516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.18 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s2382    JPC KEYHOLE MARINA
         PO BOX 608
         GILLETTE, WY  82717

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                          Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    Amount of Claim

| | | |
|---|---|---|
| **3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |

**s2137**    JT GUNS & TACTICAL
565 A DANDELION DR
SYLVA, NC  28779

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.990**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $22.39

**s2340**    JUST GUNS
3530 AUBURN BLVD SUITE 8
SACRAMENTO, CA  95821

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.991**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $47.12

**s586**    K & K SPORTS
PO BOX 1526
FORSYTH, MT  59327

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.992**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $544.92

**s3218**    K & R FIREARMS & SPORTING GOOD
269 154TH AVE
EDGERTON, MN  56128

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2651    **K&S CUSTOMS**
**10389 ROCHESTER COZADDALE RD**
**GOSHEN, OH 45122**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,199.96 |
|---|---|---|---|

s3513    **KA-BAR KNIVES,INC**
**200 HOMER STREET**
**OLEAN, NY 14760**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195,274.96 |
|---|---|---|---|

s3525    **KAHR ARMS**
**130 GODDARD MEMORIAL DRIVE**
**WORCHESTER, MA 01603**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,869.17 |
|---|---|---|---|

s3466    **KAI USA LTD**
**KERSHAW CUTLERY CO**
**18600 SW TETON AVE**
**TUALATIN, OR 97062**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.77 |

s2466    KAMO GUN WORKS
PO BOX 1662
OMAK, WA 98841

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.98 |

s2754    KARMON KERR/ELLETT BROTHERS
8432 STERLING ST.SUITE 101
IRVING, TX 75063

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.54 |

s3032    KAUFMANS GUN AND GOLD EXCHANGE
990 N DALEVILLE AVE
DALEVILLE, AL 36322

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1000 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.99 |

s2018    KEAKEA ENTERPRISES
59 ENTRANCE ROAD
MT STORM, WV 26739

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

<div style="text-align:right">Case Number (if known)</div>

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

<div style="text-align:right">Amount of Claim</div>

---

**3.1001**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $56.46

**s2009**    **KEG COUNTY PAWN SHOP**
**1200 HWY 100**
**CENTERVILLE, TN  37033-1077**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1002**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $279,660.00

**s3541**    **KEL-TEC CNC INDUS. INC**
**PO BOX 236009**
**COCOA, FL  32923-6009**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1003**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $256.20

**s2117**    **KEN`S PAWN AND JEWELRY**
**KENS LOAN & JEWELRY INC**
**608 12TH AVE S**
**NAMPA, ID  83651**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1004**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $229.84

**s3012**    **KEN`S SPORTING GOODS**
**PO BOX 290**
**CRESCENT, OR  97733**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.71 |
|---|---|---|---|

**s1672**   **KENS BAYOU ARCHERY INC**
**1604 1/2 GAUSE BLVD W**
**SLIDELL, LA  70460-5772**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.1006 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.50 |
|---|---|---|---|

**s2132**   **KENS TRADING CO**
**93 MAGNOLIA DR**
**TIFTON, GA  31794**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.1007 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $218.26 |
|---|---|---|---|

**s3093**   **KENTUCKY PAWN AND GUN LLC**
**220 LEE CLAY AVE**
**MOREHEAD, KY  40351**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.1008 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.01 |
|---|---|---|---|

**s1834**   **KERLEYS HUNTING & OUTFITTING**
**20301 STEVENS CREEK BLVD**
**CUPERTINO, CA  95014-2260**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1009** Nonpriority creditor's name and mailing address

**s2142**  KERR BROTHERS GUNS
323 VIRGINIA AVE
CUMBERLAND, MD  21502

As of the petition filing date, the claim is:                                          $28.45

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1010** Nonpriority creditor's name and mailing address

**s2997**  KESSELRING TACTICAL SUPPLY
1340 BOUSLOG RD STE 103
BURLINGTON, WA  98233

As of the petition filing date, the claim is:                                          $97.02

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1011** Nonpriority creditor's name and mailing address

**s2857**  KEV`S KAYAKS LLC
100 FISH HATCHERY ROAD
RICHMOND, NH  03470

As of the petition filing date, the claim is:                                          $60.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1012** Nonpriority creditor's name and mailing address

**s2632**  KEYES TRADING POST
PO BOX 183
SMYRNA MILLS, ME  04780

As of the petition filing date, the claim is:                                          $2.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**19-11301**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1013**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:       $89,075.00

**s3540**    **KEYSTONE SPORTING ARMS**
**KEYSTONE-CRICKETT**
**155 SODOM ROAD**
**MILTON, PA  17847**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1014**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:       $345.17

**s3043**    **KIMBERS COUNTRY MARKET**
**PO BOX 67**
**BLAINE, KY  41124**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1015**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:       $334.04

**s2858**    **KIMO VISTA LTD**
**4250 E MAIN SUITE G**
**FARMINGTON, NM  87402**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1016**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:       $26.30

**s1658**    **KINARD, KRISTINA**
**267 COLUMBIA AVE**
**CHAPIN, SC  29036**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1017** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.75

**s1711** | KINGERY MARINE
8655 MAINEVILLE RD
MAINEVILLE, OH 45039-8614

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1018** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00

**s1934** | KLEBER BROS INC
1616 WILLIAM FLYNN HWY
GLENSHAW, PA 15116-1737

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1019** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.01

**s2300** | KNESEK GUNS INC
1204 KNESEK LANE
VAN BUREN, AR 72956

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1020** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.68

**s1800** | KNIGHTDALE PAWN
EAST RALEIGH JEWELRY & LOAN
823 N SMITHFIELD RD
KNIGHTDALE, NC 27545-7717

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1021 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.51 |
|---|---|---|---|

s3197   KNOT MARINE
4895 BEAVER RD
UNION, KY 41091

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1022 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,812.29 |
|---|---|---|---|

s3453   KOBAYASHI CONSUMER PRODUCTS,LL
KOBAYASHI - HEATMAX
HEATMAX INC, GRABBER INC
PO BOX 1911
DALTON, GA 30722

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1023 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.50 |
|---|---|---|---|

s3180   KODIAK FIREARMS LLC
502 S 8TH ST
COLORADO SPRINGS, CO 80905

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1024 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.69 |
|---|---|---|---|

s2820   KOVERS BY MIKE
128 LAZY BROOK DRIVE
CHAPIN, SC 29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1025 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.68 |
| --- | --- | --- | --- |

s1783   KUBERS FEED MILL
912 41ST AVE
MENOMINEE, MI  49858-1322

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1026 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $412.90 |
| --- | --- | --- | --- |

s2886   KW DEFENSE INC
1640 N BROADWAY AVE
STOCKTON, CA  95205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1027 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.62 |
| --- | --- | --- | --- |

s2639   KYLE COREY
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.10 |
| --- | --- | --- | --- |

s2192   L & J SUPPLY INC
2101 A WEST MAIN ST
JEFFERSONVILLE, PA  19403

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 329 of 571

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.31 |

s1979   L L BEAN INC
G HARTMELL HUNT/FISH STORE
95 MAIN ST
FREEPORT, ME  04032

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.08 |

s2184   L OPPLEMAN INC
909-911 MAIN STREET
LYNCHBURG, VA  24504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,345.63 |

s3560   L-3 E O TECH
L-3 COMMUNICATIONS EO TECH
23484 NETWORK PLACE
CHICAGO, IL  60673-1234

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.75 |

s2395   LADS GUN SCHOOL
PO BOX 477
KERNVILLE, CA  93238

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.10 |
|---|---|---|---|
| s1811 | LAFAYETTE TRADING POST<br>210 S 2ND ST<br>ODESSA, MO 64076-1248 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.48 |
|---|---|---|---|
| s2902 | LAKE HARTWELL OUTDOOR CENTER<br>5503 HWY 24<br>ANDERSON, SC 29625 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|
| s1956 | LAKE L B J MARINELAND<br>PO BOX 52<br>KINGSLAND, TX 78639-0052 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.53 |
|---|---|---|---|
| s1676 | LAKE STOP<br>PO BOX 578<br>BUFFALO, WY 82834-0578 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.64 |

s1950  LAKE VIEW DOCK
PO BOX 3010
BRISTOL, TN  37625-3010

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1038 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.19 |

s2158  LAKELANDS PAWN AND GUN LLC
1421 BYPASS 72 NE
GREENWOOD, SC  29649

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1039 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.95 |

s2998  LAKES REGION ARMS & AMMO LLC
484 PROVINCE RD STE 35
LACONIA, NH  03246

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1040 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 |

s3022  LAKES TRADING CO
708 SOUTH LAKE STREET
FOREST LAKE, MN  55025

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1041 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.63 |

s2204    **LAKESHORE OUTFITTERS
6398 BLUE STAR HWY
SAUGATUCK, MI  49453**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1042 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.25 |

s2085    **LAKESIDE MARINA & RESORT
107 CYPRESS SHORES RD
EUTAWVILLE, SC  29048**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1043 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.68 |

s1827    **LAKESIDE MARINE
110 CORNISH CIR
ADDISON, PA  15411-2219**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1044 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.35 |

s2873    **LAKEVIEW OUTDOORS
63176 HWY 10 E
BOGALUSA, LA  70427**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1045 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.11 |
|---|---|---|---|

s1939   LAKEWOOD MARINE
PO BOX 279
SURVEYOR, WV  25932-0279

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1046 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,485.77 |
|---|---|---|---|

s3702   LANCER ENTERPRISES BB&T
ROSENTHAL & ROSENTHAL
PO BOX 733909
DALLAS, TX  75373-3909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1047 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,497.35 |
|---|---|---|---|

s3716   LANTAC LLC
LANTAC USA
1300FORUM WAY S SUITE B
FORT WORTH, TX  76140

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1048 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.46 |
|---|---|---|---|

s2490   LARRYS GUNS AND AMMO
101 S STATE STREET
BUNNELL, FL  32110

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

3.1049 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.99

s2045 | **LARRYS PAWN & MUSIC**
**PO BOX 375**
**DEMING, NM  88030**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1050 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.52

s3465 | **LASER PRINT PLUS**
**1261 1ST STREET SE SUITE A**
**COLUMBIA, SC  29209**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,830.57

s3786 | **LAW ENFORCEMENT TARGETS INC.**
**DBA ACTION TARGET**
**8802 WEST 35W SERVICE DR NE**
**BLAINE, MN  55449-6740**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.66

s1682 | **LAWRENCE MARINE**
**2507 BEAUMONT AVE**
**LIBERTY, TX  77575-5903**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,321.20 |
|---|---|---|---|

s2010    **LAX FIRING RANGE INC**
**234 HINDER AVE**
**INGLEWOOD, CA  90301-1526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.30 |
|---|---|---|---|

s3198    **LEGACY INDOOR RANGE & ARMORY**
**101 ROUTE 130 THE PRESIDENTIAL**
**CENTER SUITE 324**
**CINNAMINSON, NJ  08077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

s2940    **LEGACY SPORTS INTL, INC**
**4674 AIRCENTER CIRCLE**
**RENO, NV  89502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1056 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,515.39 |
|---|---|---|---|

s3564    **LENCO MARINE SOLUTIONS, LLC**
**4700 S E MUNICIPAL CT**
**STUART, FL  34997**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.84 |
|---|---|---|---|

s1688    LEO HAMEL FINE JEWELERS
1851 SAN DIEGO AVE STE 130
SAN DIEGO, CA  92110

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.30 |
|---|---|---|---|

s1909    LESTER SPORTS & VARIETY
PO BOX 1294
BRYSON CITY, NC  28713-1294

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $123,121.45 |
|---|---|---|---|

s3547    LEUPOLD MOUNTS
PO BOX 4985
BEAVERTON, OR  97076-4985

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $735,893.14 |
|---|---|---|---|

s3614    LEUPOLD
PO BOX 4985
BEAVERTON, OR  97076-4985

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1061 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 |
|---|---|---|---|

**s2782**    LEXINGTON OUTDOOR
4730 B AUGUSTA ROAD
LEXINGTON, SC  29073

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1062 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,090.67 |
|---|---|---|---|

**s3717**    LIBERTY AMMUNITION
2083 58TH AVE. CIR. STE B
BRADENTON, FL  34203

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1063 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.85 |
|---|---|---|---|

**s2960**    LIBERTY FIREARMS AND SURVIVAL
700 S JOHN RODES UNIT D4
MELBOURNE, FL  32904

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1064 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.47 |
|---|---|---|---|

**s3082**    LIBERTY SUPPLY LLC
1414 GILBERT ST
CHARLES CITY, IA  50616

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1065 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,768.68 |
|---|---|---|---|

**s3495**     LIFE INDUSTRIES CORP
BOAT LIFE IND
4060 BRIDGE VIEW DR
N.CHARLESTON, SC  29405

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1066 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |
|---|---|---|---|

**s2435**     LIGHTFIELD CORP
PO BOX 162
ADELPHIA, NJ  07710

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1067 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,486.61 |
|---|---|---|---|

**s3646**     LIGHTFIELD CORPORATION
PO BOX 162
ADELPHIA, NJ  07710

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1068 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.04 |
|---|---|---|---|

**s2352**     LINCOLN CITY SPORTING GOODS IN
800 SE HWY 101
LINCOLN CITY, OR  97367

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name                                                                Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1069 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,305.86 |
|---|---|---|---|

**s3624**
LIPPERT COMPONENTS
TAYLOR MADE PRODUCTS
88704 EXPEDITE WAY
CHICAGO, IL 60695-1700

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1070 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.87 |
|---|---|---|---|

**s1977**
LITTLE HARDWARE CO
1400 S MINT ST
CHARLOTTE, NC 28203-4136

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.09 |
|---|---|---|---|

**s2068**
LITTLE RIVER PAWN
1326 HWY 17 NORTH
LITTLE RIVER, SC 29566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.80 |
|---|---|---|---|

**s2579**
LIVECCHIS GUN SALES
10580 RAILROAD AVE
NORTH COLLINS, NY 14111-1506

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1073** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $1.00

**s2248**    **LOAD UP AMMUNITION**
3319 GORDON HWY
GROVETOWN, GA  30813

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1074** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $2,151.49

**s3492**    **LOBO STAR, INC**
**LOBOSTAR - WINDLINE**
14601 S BROADWAY
GARDENA, CA  90248-1811

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1075** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $28.00

**s2418**    **LOCK N LOAD**
3711 TAMPA RD STE 107
OLDSMAR, FL  34677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1076** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $22.65

**s3127**    **LOCK N LOAD**
3711 TAMPA ROAD SUITE 107
OLDSMAR, FL  34677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1077 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.99 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s1889    LOCK STOCK & BARREL GUN SHOP
2085 ALAMEDA DR
ONTARIO, OR  97914-4154

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.06 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s2496    LOCK STOCK & BARREL GUNS
1123 JENSEN BEACH BLVD
JENSEN BEACH, FL  34957

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.97 |
|--------|--------------------------------------------------|------------------------------------------------|-------|

s1706    LOCK STOCK & BARREL
514 BOHANNON RD
GRANTVILLE, GA  30220-1714

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.51 |
|--------|--------------------------------------------------|------------------------------------------------|---------|

s1883    LOCKS PHILADELPHIA GUN EXCHANG
6700 ROWLAND AVE
PHILADELPHIA, PA  19149-2621

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                19-11301

Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.1081** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $93.63 |
| s1992 | LOGAN COUNTY HARDWARE<br>706 KEOKUK ST<br>LINCOLN, IL  62656-2125 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1082** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,877.12 |
| s3496 | LOGISTICS CORPORATION<br>PO BOX 481931<br>CHARLOTTE, NC  28269 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1083** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12.90 |
| s2260 | LONE STAR GUN RANGE<br>49040 HIGHWAY 69 SOUTH<br>LUMBERTON, TX  77657 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1084** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16.31 |
| s2414 | LONE STAR OUTFITTERS<br>107 WEST SABINE<br>CARTHAGE, TX  75633 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1085 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.93 |
|---|---|---|---|

s2000   **LONG SHOT GUN SHOP INC**
**299 HOFFLANDER ROAD**
**DORNSIFE, PA  17823-0122**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1086 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.36 |
|---|---|---|---|

s1729   **LONGHORN TRADING COMPANY**
**1091 HWY 95**
**BULL HEAD CITY, AZ  86429**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1087 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.24 |
|---|---|---|---|

s1664   **LONGS SPORTING GOODS & PAWN SH**
**510 B MORGAN MILL RD**
**MONROE, NC  28110-3512**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1088 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.00 |
|---|---|---|---|

s1698   **LONGS STORE**
**3865 NC HIGHWAY 210 E**
**HARRELLS, NC  28444-8916**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:   CUSTOMER DEPOSIT

**Last 4 digts of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1089** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.33

s2582 | LOOKOUT MOUNTAIN OUTDOORS
17232 N CAVE CREEK RD
PHOENIX, AZ  85032

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1090** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.10

s2826 | LORD OF WAR FIREARMS
1693 W BROADWAY ST STE 3000
OVIEDO, FL  32765

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1091** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.91

s2151 | LOS ANGELES GUN CLUB
C/O ELIAS YIDONOY JR
5522 VISTA CANADA PLACE
LA CANADA, CA  91011

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1092** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.24

s1665 | LOST MINE ARCHERY
1002 BUCKHORN RD
WEDGEFIELD, SC  29168-9531

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1093 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

s2776   **LOST N THE 50S PAWN & GUN**
**1002 4TH ST**
**MENA, AR 71953**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1094 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.21 |
|---|---|---|---|

s3009   **LOST RIVER OUTFITTERS LLC**
**13357 STATE RD 259**
**MATHIAS, WV 26812**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1095 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,534.15 |
|---|---|---|---|

s2203   **LOST TARGET SHOOTING SUPPLIES**
**62 PACE RD**
**BENNINGTON, VT 05201**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1096 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.19 |
|---|---|---|---|

s2034   **LOUISIANA ARCHERY & SPORTS CTR**
**2870 HWY 28 E**
**PINEVILLE, LA 71360**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1097**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $179.94

s3240    **LOVIN EQUIPMENT & SALES INC**
PO BOX 1060
ROBBINSVILLE, NC  28771

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1098**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $59.90

s2976    **LPW ENTERPRISES INC**
112 MILL RIDGE ROAD
DOTHAN, AL  36303

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1099**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $43,855.60

s3684    **LWRC INTERNATIONAL LLC**
ADDRESS UNAVAILABLE AT TIME OF FILING
CAMBRIDGE, MD  21613

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1100**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $235.38

s2571    **LYMAN GUN & PAWN**
202 SPARTANBURG HWY
LYMAN, SC  29365

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.41 |
|---|---|---|---|

**s2549**   M & M MARINE UPHOLSTERY
220 ST PETERS CHURCH RD
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.65 |
|---|---|---|---|

**s2330**   M & W MARINE
1529 BISHOP BRANCH RD
PENDLETON, SC  29670

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.55 |
|---|---|---|---|

**s2167**   M & W MARINE
705 OLD BUSH RIVER RD
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,352.40 |
|---|---|---|---|

**s3546**   M&L MARINE, INC.
PO BOX 301
HILLVIEW, KY  40129

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,720.96 |

**s3479**   **MACE SECURITY INT**
**4400 CARNEGIE AVE**
**CLEVELAND, OH  44103**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.1106   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $2,883.80

**s2654**   **MACHINE GUN TOURS**
**12550 W COLFAX AVE STE 103**
**LAKEWOOD, CO  80215**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.1107   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $247.93

**s3236**   **MADISON ARMORY**
**840 N 2ND E #2**
**REXBURG, ID  83440**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.1108   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $12.75

**s2459**   **MADISON COUNTY CO-OP**
**323 W FULTON**
**CANTON, MS  39046**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

                                                                          **Amount of Claim**

---

| | |
|---|---|
| **3.1109**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $138,615.00 |

**s3719**    MAGLULA LTD.
GAD FEINSTEIN RD
PARK REHOVOT #236
REHOVOT, 76385
ISRAEL

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.1110**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $4,387.46 |

**s3502**    MAGMA PRODUCTS INC
3940 PIXIE AVENUE
LAKEWOOD, CA 90712

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.1111**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $8.99 |

**s2229**    MAGNUM FIREARMS OF BAYTOWN
2103 N MAIN
BAYTOWN, TX 77520

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | |
|---|---|
| **3.1112**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $259,786.30 |

**s3472**    MAGNUM RESEARCH INC
12602 33RD AVE SW
PILLAGER, MN 56473

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,838,916.71 |
|---|---|---|---|
| s3695 | MAGPUL INDUSTRIES CORPORATION<br>PO BOX 664017<br>DALLAS, TX 75266-4017 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,056,488.56 |
|---|---|---|---|
| s3562 | MAGTECH AMMUNITION CO. INC.<br>NW6252<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6252 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.07 |
|---|---|---|---|
| s1643 | MAHONEYS SPORTSMANS PARADISE<br>830 SUNSET DR<br>JOHNSON CITY, TN 37604-3034 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.19 |
|---|---|---|---|
| s2060 | MAIN STREET ARMS<br>405 KILLIAN HILL RD NW<br>LILBURN, GA 30047 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |

s3187  **MAIN STREET MUSIC & LOAN**
**302 MAIN ST**
**NORTH WILKESBORO, NC  28659**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.75 |

s3134  **MAIRES TAXIDERMY BAIT & TACKLE**
**356 HWY 144 EAST**
**GLENNVILLE, GA  30427**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.98 |

s2516  **MALLORY & SON INC**
**25511 E 350 RD**
**CHELSEA, OK  74016**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.06 |

s2587  **MALONES MARINE & REPAIR LLC**
**1201 SOUTH 3RD ST**
**IRONTON, OH  45638**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.1121  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 |

s2932   MAN CAVE ARCHERY LLC
6420 HWY 8
BENTLEY, LA  71407

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1122  Nonpriority creditor's name and mailing address

s3157   MAN CAVE
675 EAST COURT ST
MARION, NC  28752

As of the petition filing date, the claim is:    $1,089.51

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1123  Nonpriority creditor's name and mailing address

s2265   MANDAN SPORTING GOODS
BRANIC SPORTING GOODS
210 MAIN ST E
MANDAN, ND  58554

As of the petition filing date, the claim is:    $45.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1124  Nonpriority creditor's name and mailing address

s2905   MANLEY FIREARMS
PO BOX 69
GENEVA, IN  46740

As of the petition filing date, the claim is:    $24.48

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

**3.1125**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$389.81**

s2023    MANN MARINE                                    Check all that apply.
101 OLD LINVILLE RD
KERNERSVILLE, NC  27284                        ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1126**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$51.49**

s2230    MANTIQUES                                    Check all that apply.
513 EAST MAIN STREET
FLORENCE, CO  81226                            ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1127**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$370.29**

s2551    MARENGO GUNS INC                            Check all that apply.
20014 E GRANT HWY
MARENGO, IL  60152                            ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1128**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                **$323.98**

s2107    MARINE CANVAS                                Check all that apply.
710 VERMILLION RD
VERMILLION, OH  44089                        ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.1129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,877.40 |
|---|---|---|---|

s3493    **MARINE DEVELOPMENT & RESEARCH**
**515 EAST 41ST STREET**
**PATERSON, NJ  07504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.55 |
|---|---|---|---|

s3013    **MARINE DISCOUNT CENTER**
**2449 WALDEN GROVE**
**DOVER, FL  33527**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

s3214    **MARINE ELECTRONICS OF TENNESEE**
**4503 S GARDEN RD**
**KNOXVILLE, TN  37919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.79 |
|---|---|---|---|

s2143    **MARINE ENGINE REPAIR**
**441 LYMAN LAKE RD**
**LYMAN, SC  29365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**
Debtor Name

19-11301
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1133** Nonpriority creditor's name and mailing address

s1781  MARINE SERVICES
PO BOX 31
SYRACUSE, OH  45779-0031

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$37.45

---

**3.1134** Nonpriority creditor's name and mailing address

s2460  MARINE TOOLING TECH
PO BOX 2564
HIGH POINT, NC  27261

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$54.54

---

**3.1135** Nonpriority creditor's name and mailing address

s3113  MARINEFLY.COM
786 WILSON RD
NEWBERRY, SC  29108

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,550.23

---

**3.1136** Nonpriority creditor's name and mailing address

s3629  MARINETECH PRODUCTS
1360 EAST COUNTY ROAD E
VADNAIS HEIGHTS, MN  55110

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,714.58

---

**Ellett Brothers, LLC**
_____
Debtor Name

19-11301
_____
Case Number (if known)

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.21 |
|---|---|---|---|
| s2712 | MARK`S MARINE<br>357 WHITING DRIVE<br>HARTWELL, GA  30643 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.82 |
|---|---|---|---|
| s1700 | MARKS MARINE INC<br>3847 AVON RD<br>GRIMESLAND, NC  27837-9208 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.79 |
|---|---|---|---|
| s2086 | MARSH CREEK MARINE<br>PO BOX 396<br>HAMPSTEAD, NC  28443 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.07 |
|---|---|---|---|
| s1921 | MARTINS PERFORMANCE<br>9345 MACEDONIA CHURCH RD<br>PROSPERITY, SC  29127-8701 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.56 |
|--------|--------------------------------------------------|-----------------------------------------------|---------|

s1579  MARTYS PAWN & ARCADE CENTER
828 E MAIN ST
PRICE, UT  84501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.99 |
|--------|--------------------------------------------------|-----------------------------------------------|--------|

s3221  MARVINS BAIT & TACKLE
210 CRAIGE ST
GASTON, NC  27832

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.18 |
|--------|--------------------------------------------------|-----------------------------------------------|---------|

s2813  MASON FEED STORE
PO BOX 418
MASON, TX  76856

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.54 |
|--------|--------------------------------------------------|-----------------------------------------------|--------|

s2206  MASSEYS GUN SHOP & RANGE LLC
1 MASSEY WAY
BROWNSVILLE, TX  78521

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.1145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.29 |

s2690    MASTER GUNS
         PO BOX 879
         NEWPORT, NC  28570

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $971.94 |

s3595    MASTER LOCK 15849
         PO BOX 677799
         DALLAS, TX  75267-7799

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |

s2189    MASTER REPAIR INC
         4446 SE COMMERCE AVE
         STUART, FL  34997

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.25 |

s2398    MASTODON AMMO & CAMO LLC
         195 HIGHLAND LAKES RD
         HIGHLAND LAKES, NJ  07422

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

_____

Debtor Name

_____

Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.46 |
|---|---|---|---|
| s2803 | MATTOON PAWN & LOAN<br>513 DEWITT AVE<br>MATTOON, IL 61938 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.96 |
|---|---|---|---|
| s1702 | MAVILLAS<br>575 13TH ST<br>HAMMONTON, NJ 08037-8619 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.85 |
|---|---|---|---|
| s2188 | MAXON SHOOTERS SUPPLIES<br>75 E BRADROCK DR<br>DES PLAINES, IL 60018 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|
| s2831 | MAYODAN OUTDOOR SPORTS<br>400 WEST MAIN ST<br>MAYODAN, NC 27027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,226.20 |
|---|---|---|---|

s3587   MAYVILLE ENGINEERING CO INC
        BOX 681079
        CHICAGO, IL  60695-2079

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.01 |
|---|---|---|---|

s1847   MC`S
        1359 RUSH CHAPEL RD
        ADAIRSVILLE, GA  30103-4963

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.13 |
|---|---|---|---|

s2897   MCCUNN SPECIALTY FIREARMS
        74980 RICHLAND ROAD
        MASSENA, IA  50853

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.98 |
|---|---|---|---|

s1989   MCCURRYS OUTBRD REPAIR
        112 RODDY LANE
        ANDERSON, SC  29625

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.     **Amount of Claim**

| | | |
|---|---|---|
| 3.1157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.54 |

s1629  MCDONALD`S GUNS
1757 S 600 E
MARION, IN  46953-9594

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1158  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $115.17

s2519  MCDOUGALL FIREARMS LLC
PO BOX 682
ANTWERP, OH  45813

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1159  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $606.19

s3533  MCGARD INC
3875 CALIFORNIA RD
ORCHARD PARK, NY  14127-4198

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1160  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $4.28

s3029  MCMANUS JEWELRY & PAWN LLC
4260 FARMERS BRIDGE RD
HEPHZIBAH, GA  30815

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1161** Nonpriority creditor's name and mailing address

s1924 **MCMILLAN MARINE**
**10140 WASHINGTON BLVD N**
**LAUREL, MD 20723-1904**

As of the petition filing date, the claim is:    $36.55

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1162** Nonpriority creditor's name and mailing address

s3050 **MCNEAL MARINE**
**359 YAWN RD**
**HAZLEHURST, GA 31539**

As of the petition filing date, the claim is:    $33.54

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1163** Nonpriority creditor's name and mailing address

s3517 **MEC-GAR USA INC**
**905 MIDDLE STREET**
**MIDDLETOWN, CT 06457**

As of the petition filing date, the claim is:    $574.80

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1164** Nonpriority creditor's name and mailing address

s2322 **MEESE INC/BOAT SUPERMARKET**
**1745 CRAGMONT ST**
**MADISON, IN 47250**

As of the petition filing date, the claim is:    $10.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.45 |
|---|---|---|---|

s2535    MEGA PAWN
1008 WEST OGLETHORPE HWY
HINESVILLE, GA 31313

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,697.10 |
|---|---|---|---|

s3552    MEGAWARE KEELGUARD
3974 AIRPORT ROAD
OGDEN, UT 84405

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,320.00 |
|---|---|---|---|

s2409    MERCURY MARINE / MOTORGUIDE
1016 N MONROE STREET
LOWELL, MI 49331

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.91 |
|---|---|---|---|

s3494    MERUS REFRESHMENT SERVICES,INC
MERUS REFRESHMENT (GREENVILLE)
108-A PARK PLACE CT
GREENVILLE, SC 29607

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.22 |
|---|---|---|---|

s2370   MESA EMPORIUM
1409 LUBBOCK HWY
LAMESA, TX 79331

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.60 |
|---|---|---|---|

s3162   MICHAEL A PHILLIPS
104 ASHSTON MANOR
ANNISTON, AL 36207

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

s1792   MICHAEL STEWART
42727 WATERTOWER RD
BELMONT, OH 43718-9647

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.39 |
|---|---|---|---|

s895   MICHAEL WARREN REMUND
PO BOX 348
WEBSTER, WI 54893

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.13 |

**s2393**   MICHAELS GUN SHOP & REPAIR
6108 ABNER RD
ASHEBORO, NC  27205

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1174   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $61,357.86

**s3504**   MICHIGAN WHEEL
DRAWER #4 2148
PO BOX 5935
TROY, MI  48007-5935

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1175   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $2.00

**s1630**   MICHI-GUN SALES
31516 HARPER AVE
ST CLAIR SHORES, MI  48082

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1176   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       $76.00

**s3057**   MID STATE GUNS AND TACK
976 VT ROUTE 12 SOUTH
RANDOLPH, VT  05060

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.44 |
|---|---|---|---|

s2701   MIDLANDS OUTDOORS
2042 CLARA BROWN ROAD
PROSPERITY, SC  29127

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s1841   MIKES GUN SHOP
355 ANDERSON AVE
FAIRVIEW, NJ  07022-1258

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.72 |
|---|---|---|---|

s2222   MIKES GUNS
2458 BOSTON POST RD
GUILFORD, CT  06437

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |
|---|---|---|---|

s1893   MIKES OKEECHOBEE GUNS LLC
105 SW PARK ST
OKEECHOBEE, FL  34972

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1181** Nonpriority creditor's name and mailing address

s2171   MIKON CORPORATION
PO BOX 1222
MARIETTA, GA  30061

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$170.90

---

**3.1182** Nonpriority creditor's name and mailing address

s1793   MILL CREEK MARINE
216 LAKE MARION LN
VANCE, SC  29163-9555

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$54.96

---

**3.1183** Nonpriority creditor's name and mailing address

s2449   MILLEN BAY STATION
505 US HWY 25N
MILLEN, GA  30442

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$11.35

---

**3.1184** Nonpriority creditor's name and mailing address

s2493   MILLER CANVAS LLC
1231 COMMUNITY DR
SUMMERTON, SC  29148

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$1.81

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.03 |
|---|---|---|---|

s1686    MILLER MARINE
7217 CAMPGROUND RD
DENVER, NC  28037

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.44 |
|---|---|---|---|

s2972    MILLERS SPORTING GOODS
1576B CHICHESTER AVE
LINWOOD, PA  19061

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.15 |
|---|---|---|---|

s1740    MILLTOWN MARINE
PO BOX 541
GRAYLING, MI  49738-0541

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.24 |
|---|---|---|---|

s3200    MIL-SPEC ARMORY INC
1584 MERIDIAN AVE
SAN JOSE, CA  95125

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.80 |
|---|---|---|---|

**s1973**  **MINDEN PAWN & GUN**
**101 SHEPPARD ST**
**MINDEN, LA  71055-4204**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

**s2649**  **MINUTEMAN PAWN LLC**
**953 S STATE STREET**
**OREM, UT  84097**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,658.48 |
|---|---|---|---|

**s3688**  **MISSION FIRST TACTICAL**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**HORSHAM, PA  19044**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117,426.55 |
|---|---|---|---|

**s3507**  **MKS SUPPLY, INC.**
**8611-A NORTH DIXIE DR**
**DAYTON, OH  45414**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.97 |
|---|---|---|---|

s2236   **MO MONEY PAWN**
**1152 EAST INDIAN SCHOOL RD**
**PHOENIX, AZ  85014**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.18 |
|---|---|---|---|

s3256   **MOBILE TACTICS,INC**
**4306 ARNOLD AVE.**
**NAPLES, FL  34104**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,311.53 |
|---|---|---|---|

s3736   **MOJACK DISTRIBUTORS, LLC**
**MOJACK - SCENT CRUSHER**
**WICHITA, KS  67226**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,292.92 |
|---|---|---|---|

s3454   **MOJO OUTDOORS**
**PO BOX 9490**
**MONROE, LA  71211-9490**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.1197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.63 |
|---|---|---|---|

s1957   **MOLOKAI FISH & DIVE**
**PO BOX 446**
**HOOLEHUA, HI  96729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.75 |
|---|---|---|---|

s3145   **MOLON LABE ARMORY 2**
**80 MILLER AVENUE SUITE 102**
**CROSSVILLE, TN  38555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.01 |
|---|---|---|---|

s1975   **MOODY ENTERPRISES LLC**
**950 S CENTRAL AVE**
**CANONSBURG, PA  15317-1423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

s3243   **MOORE GUNS LLC**
**114 MORLAKE DR SUITE 203**
**MOORESVILLE, NC  28117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

**All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.1201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.89 |

**s3759**

MORGAN, COHEN & BACH LLC
7225 N MONA LISA ROAD STE 200
TUCSON, AZ 85741

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.1202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

**s1680**

MORRIS COUNTY MARINE
PO BOX 64
KENVIL, NJ 07847-0064

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.1203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |

**s1951**

MORRISTOWN MARINE LLC
2905 CHEROKEE PARK RD
MORRISTOWN, TN 37814-6304

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **3.1204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.86 |

**s2492**

MOSQUITO CREEK OUTFITTERS
3000 MOSQUITO RD
PLACERVILLE, CA 95667

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.40 |
|---|---|---|---|

s2611　MOSS FIREARMS LLC
49 RED OAK LANE
JASPER, GA  30143

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,090.16 |
|---|---|---|---|

s3519　MOTION WATER SPORTS, INC.
MOTION WATER SPORTS - NASH
7926 BRACKEN PLACE S E
SNOQUALMIE, WA  98065

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.81 |
|---|---|---|---|

s1825　MOTO WORKS
838 OLD EKRON RD
BRANDENBURG, KY  40108-1161

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.14 |
|---|---|---|---|

s3015　MOTOR CITY GUN WORKS INC
2910 PRYNNE ST
KEEGO HARBOR, MI  48320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.1209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.26 |

**s1849** MOUNTAIN CITY PAWN & EXCHANGE
111 VILLAGE SQUARE LANE
MOUNTAIN CITY, TN 37683-2008

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.18 |

**s1952** MOUNTAIN COVE MARINA
PO BOX 277
KODAK, TN 37764

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |

**s1831** MOUNTAIN JACKS TRADING
101 CASTLE ST
HOUSTON, MS 38851

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,278.76 |

**s2002** MOUNTAIN MAN SUPPLIES
1650 S SCHOOL ST
FAYETTEVILLE, AR 72701-7149

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| **3.1213**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      $296.23 |

**s2290**    MOUNTAINEER GUN SALES LLC
        659 POINT MARION RD
        MORGANTOWN, WV 26505

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1214**  Nonpriority creditor's name and mailing address           As of the petition filing date, the claim is:      $1.00

**s2191**    MOUNTAINEER PAWN SHOP
        12513 HWY 226 S
        SPRUNE PINE, NC 28777

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1215**  Nonpriority creditor's name and mailing address           As of the petition filing date, the claim is:      $67.29

**s1815**    MR G`S GUN SHOP LLC
        313 E MAIN
        EAST PRAIRIE, MO 63845-1612

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1216**  Nonpriority creditor's name and mailing address           As of the petition filing date, the claim is:      $18.54

**s1848**    MR PAWN
        4230-10 LAWRENCEVILLE HWY
        LILBURN, GA 30047

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                                              Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |
|---|---|---|---|

s2961   MR POWERLIGHT
838 VILLA RICA HWY
DALLAS, GA  30157

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,249.81 |
|---|---|---|---|

s3461   MTM MOLDED PRODUCTS
PO BOX 13117
DAYTON, OH  45413

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,002.56 |
|---|---|---|---|

s3551   MUSTANG SURVIVAL INC.
SAFARILAND - MUSTANG SURVIVAL
1215 OLD FAIRHAVEN PARKWAY
BELLINGHAM, WA  98225

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,100.30 |
|---|---|---|---|

s2684   MYGREENOUTDOORS.COM
PO BOX 3296
MILFORD, CT  06460

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $197.56 |

| s1653 | **MYRTLE BEACH INDOOR SHOOTING**<br>PO BOX 1534<br>CONWAY, SC  29528 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $109.10 |

| s3155 | **MYRTLE BEACH PAWN**<br>1007 BROADWAY ST<br>MYRTLE BEACH, SC  29577 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $17.20 |

| s3658 | **NAMSUNG AMERICA, INC.**<br>NAMSUNG ELECTRONICS - DUAL<br>PO BOX 504869<br>ST. LOUIS, MO  63150-4869 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $75.00 |

| s2700 | **NAPLES BOAT MART**<br>829 AIRPORT ROAD N<br>NAPLES, FL  34104 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 |
|---|---|---|---|

s2504   NAPLES MARINA & EXCURSIONS
        28651 NORTH DIESEL DR
        DONITA SPRINGS, FL  34135

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s3443   NAVICO, INC.
        C/O K & L GATES, LLP
        JENNIFER H THIEM; TARA C SULLIVAN
        134 MEETING STREET, SUITE 500
        CHARLESTON, SC  29401

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION
                       NON-PAYMENT OF GOODS RECEIVED

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,743,684.04 |
|---|---|---|---|

s3608   NAVICO/SIMROD
        PO BOX 951188
        DALLAS, TX  75395-1188

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.04 |
|---|---|---|---|

s2758   NEIGHBORHOOD PAWN & MONEY
        509 COLLEGE STREET WEST
        FAYETTEVILLE, TN  37334

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.30 |
|---|---|---|---|

s1805    NELSON REPAIR SERVICE
7041 L H NELSON DR
BEAUFORT, SC  29906-6245

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.38 |
|---|---|---|---|

s2830    NEVADA GUN DISTRIBUTORS LLC
PO BOX 61229
BOULDER CITY, NV  89006

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 |
|---|---|---|---|

s1660    NEVADA GUN EXCHANGE
1819 N CARSON ST
CARSON CITY, NV  89701-1216

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.84 |
|---|---|---|---|

s3176    NEW AMERICAN ARMS
4190 DOMINION BOULEVARD
GLEN ALLEN, VA  23060

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.69 |
|---|---|---|---|

s2438  NEW FRONTIER ARMORY
150 EAST CENTENNIAL PRKWY
SUITE 110
NORTH LAS VEGAS, NV  89084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.69 |
|---|---|---|---|

s3068  NEW FRONTIER OUTFITTERS
9280 RIDGE PIKE
PHILADELPHIA, PA  19128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.00 |
|---|---|---|---|

s2589  NEW RIVER MARINE
694 GARDNER RD
BERREN SPRINGS, VA  24313

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.10 |
|---|---|---|---|

s3577  NEWBERRY COUNTY TREASURER
PO BOX 206
NEWBERRY, SC  29108-0206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1237** Nonpriority creditor's name and mailing address

s1802

NEWMAN`S PAWN SHOP INC
231 N CALDWELL DR
HAZLEHURST, MS  39083-2711

As of the petition filing date, the claim is:  $77.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1238** Nonpriority creditor's name and mailing address

s3612

NGK SPARK PLUGS INC
PO BOX 514757
TERMINAL ANNEX
LOS ANGELES, CA  90051

As of the petition filing date, the claim is:  $1,586.15

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1239** Nonpriority creditor's name and mailing address

s2682

NICHOLS GUNS
10525 LEOPARD ST
CORPUS CHRISTI, TX  78410

As of the petition filing date, the claim is:  $1.02

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1240** Nonpriority creditor's name and mailing address

s3753

NIGHT FISION LLC.
2015 BAILEY ST.
DEARBORN, MI  48124

As of the petition filing date, the claim is:  $1,376.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.01 |

**s3604**   NIKON INC
DEPARTMENT 2032
DENVER, CO  80291-2032

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1242**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          $32.87

**s2079**   NOBLES & ASSOC LLC
562 COLUMBIA STREET
BOGALUSA, LA  70427

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1243**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          $96.69

**s2605**   NORRIS DAM MARINA
PO BOX 1587
NORRIS, TN  37828

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1244**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          $25,578.24

**s3603**   NORTH AMERICAN ARMS INC
2150 SOUTH 950 EAST
PROVO, UT  84606-6285

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.62 |
|---|---|---|---|

s2811   NORTH COURTENAY BOAT CENTER
4045 NORTH COURTENAY PARKWAY
MERRITT ISLAND, FL  32953

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.90 |
|---|---|---|---|

s2179   NORTH EAST OUTDOORS
821 COMMERCIAL AVE SE
NEW PHILADELPHIA, OH  44663

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.54 |
|---|---|---|---|

s1918   NORTH PLEASANTBURG GUN & PAWN
502 E BLUE RIDGE DR
GREENVILLE, SC  29609-3508

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.38 |
|---|---|---|---|

s3159   NORTH RIDGE OUTFITTERS
PO BOX 2152
PRIEST RIVER, ID  83856

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

s2680     **NORTH TEXAS MARINE**
2520 EAST HWY 82
GAINESVILLE, TX 76240

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.19 |
|---|---|---|---|

s3052     **NORTH TEXAS PAWN & GUN INC**
214 E HWY 82
NOCONA, TX 76255

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

s2065     **NORTHERN BOAT COVERS & CANVAS**
223 WINDSOR DR
PRUDENVILLE, MI 48651

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.23 |
|---|---|---|---|

s2443     **NORTHERN GUNS-N-AMMO LLC**
11601 INDIAN RESERVE RD
OSSINEKE, MI 49766

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.49 |
|---|---|---|---|

s2369  NORTHERN MARINE ELECTRONICS
82 BIRCH AVENUE
LITTLE SILVER, NJ 07739

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.1254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.95 |
|---|---|---|---|

s2451  NORTHSTAR CUSTOM FIREARMS
417 N BLYTHE ST
GALLATIN, TN 37066

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.1255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.50 |
|---|---|---|---|

s1775  NORTHWEST DOCK SUP L L C
795 SR 161
EATONVILLE, WA 98328

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.1256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,404.18 |
|---|---|---|---|

s3463  NOSLER INC.
NOSLER BULLETS
PO BOX 671
BEND, OR 97702

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1257** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,342.50

s3712  NOVESKE RIFLEWORKS LLC
PO BOX 607
594 NE E ST.
GRANTS PASS, OR 97526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1258** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $85.17

s2376  NP GUNS LLC
4520 HWY 95
FORT MOHAVE, AZ 86426

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1259** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $8.96

s3203  NUTES TRADING POST
17 MAIN STREET
UNION, NH 03887

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1260** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,123.44

s2501  NWE/NEX WAVE ELECTRONICS
1070 NORTH STATE ST
UKIAH, CA 95482

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1261** Nonpriority creditor's name and mailing address

**s3220**
NWP OF BUTTE INC
503 S VISTA AVE
BOISE, ID 83705

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$302.40

---

**3.1262** Nonpriority creditor's name and mailing address

**s3756**
OAKS WHOLESALE
OAKS INTERNATIONAL TRADING INC
259 GUS HIPP BLVD
ROCKLEDGE, FL 32955

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

$12,026.00

---

**3.1263** Nonpriority creditor's name and mailing address

**s3063**
OAKWOOD ARMS
421 W BEDFORD EULESS RD
HURST, TX 76053

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$165.55

---

**3.1264** Nonpriority creditor's name and mailing address

**s2365**
OAKWOOD BAIT & TACKLE
5422 MCEVER RD
OAKWOOD, GA 30566

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

$96.38

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1265** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.41

s3019    OAKWOOD BAIT AND TACKLE
5422 MCEVER ROAD
OAKWOOD, GA  30566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1266** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00

s2741    OCALA GUNS & AMMO LLC
7073 SE MARICAMP RD
OCALA, FL  34472

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1267** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.93

s2548    OGC TACTICAL LLC
1625 KAHAI ST
HONOLULU, HI  96819

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1268** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.90

s1651    OKEFENOKEE SPORTSMAN INC
4359 SECOND ST N
FOLKSTON, GA  31537-2000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| 3.1269   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s3223   OL` TIME GUN SHOP
MICHAEL JONES
10038 ST RD 52
HUDSON, FL  34669 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed |

$594.48

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| 3.1270   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2310   OLD ORCHARD MARKET INC
12000 US ROUTE 20 WEST
LENA, IL  61048 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed |

$19.35

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| 3.1271   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s2232   OLD RIVER OF RIDGECREST LLC
6384 HIGHWAY 84 EAST
RIDGECREST, LA  71334 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed |

$39.76

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| 3.1272   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s1635   OLD SOUTH PAWN SHOP LLC
107 ST CATHERINE ST
NATCHEZ, MS  39120-3624 | Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed |

$208.91

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1273** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.03 |
| s3075 OLD TYMERS GUN & PAWN<br>1150 W JEFFERSON ST<br>BROOKSVILLE, FL  34601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1274** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.29 |
| s1933 OLSON BROTHERS MARINE<br>6819 ERIE RD<br>DERBY, NY  14047-9518 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1275** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.60 |
| s2678 OMALLEY ARMS LLC<br>PO BOX 114<br>HENRIETTA, TX  76365 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1276** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.19 |
| s2935 OMEGA SURVIVAL SUPPLY<br>300 WARREN ST<br>DAYTON, OH  45402 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| 3.1277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |

s3020    **ON SIGHT ARMORY**
**919 MICHIGAN STREET**
**NILES, MI  49120**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.1278    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $4.62

s1790    **ON TARGET LTC LLC**
**PO BOX 7140**
**GRANBURY, TX  76049**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.1279    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $691.99

s2305    **ON TARGET SHOOTING RANGE**
**4 BUSBEE VIEW RD**
**ASHEVILLE, NC  28803**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

3.1280    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $201.80

s3161    **ON TARGET**
**711 NORTH JACKSON ST**
**GREENCASTLE, IN  46135**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.99 |
|---|---|---|---|

**s3024**    ON THE SQUARE GUNS AND AMMO
101A N MAIN ST
SPRINGTOWN, TX  76082

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.18 |
|---|---|---|---|

**s2526**    ON TRACK PRO SHOP
15032 S ARCHER AVE
LOCKPORT, IL  60441

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.01 |
|---|---|---|---|

**s2602**    ONE WORLD SALES
6089 LAWYERS HILL RD
ELKRIDGE, MD  21075

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.95 |
|---|---|---|---|

**s2427**    OREILLY`S
1326 WILSON RD
NEWBERRY, SC  29108

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,531.75 |
| --- | --- | --- | --- |

s3605    **ORION SIGNAL PRODUCTS**
**PO BOX 1047**
**EASTON, MD  21601-9038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.98 |
| --- | --- | --- | --- |

s3172    **ORLANDO FFL**
**306 OCOEE APOPKA RD STE 3**
**OCOEE, FL  34761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.47 |
| --- | --- | --- | --- |

s2200    **ORS MARINE**
**212 WILSON DR**
**NICHOLASVILLE, KY  40356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,842.51 |
| --- | --- | --- | --- |

s3559    **OTIS TECHNOLOGY**
**6987 LAURA ST**
**LYONS FALLS, NY  13368-1802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $243.80 |

s3002  OUACHITA ARMS
25914 HWY 10 STE B
ROLAND, AR  72135

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1290  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: $21.19

s2339  OURTOWN PAWN
946 AL HWY 14
ELMORE, AL  36025

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1291  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: $19.59

s2444  OUTBACK SHOOTING RANGE
6019 SIMMONS RD
ASH, NC  28420

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.1292  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: $199.90

s1764  OUTBACK SPORTING GOODS
61141 COUNTY RD 35
GENOA, CO  80818-9121

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |
|---|---|---|---|

**s3097**  OUTBOARD MOTOR SHOP
333 KENNEDY STREET
OAKLAND, CA 94606

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.95 |
|---|---|---|---|

**s1862**  OUTBOARD PERFORMANCE
4571 HWY 1
FRANKLINTON, NC 27525

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 |
|---|---|---|---|

**s2061**  OUTCAST WATERSPORTS
10808 US 92 E
TAMPA, FL 33610

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.72 |
|---|---|---|---|

**s2907**  OUTDOOR FACTORY OUTLET
127 WEST MANLIUS ST
EAST SYRACUSE, NY 13057

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1297** Nonpriority creditor's name and mailing address

s3033  OUTDOOR LIQUIDATORS
PO BOX 488
LEBANON, GA 30146

As of the petition filing date, the claim is:    $212.23

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1298** Nonpriority creditor's name and mailing address

s2210  OUTDOOR RECREATION
688 FORT STEWART RD BLDG 8325
FT STEWART, GA 31314

As of the petition filing date, the claim is:    $75.42

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1299** Nonpriority creditor's name and mailing address

s1859  OUTDOOR SPECIALTIES
1333 EAST PRIEN LAKE RD
LAKE CHARLES, LA 70601

As of the petition filing date, the claim is:    $28.96

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1300** Nonpriority creditor's name and mailing address

s2111  OUTDOOR SPORTSMAN INC
4969 WEST LANE
STOCKTON, CA 95210

As of the petition filing date, the claim is:    $70.90

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.81 |
|---|---|---|---|

s2874  OUTFITTERS RX PAWN AND LOAN
922 HWY 425 N
MONTICELLO, AR  71655

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.38 |
|---|---|---|---|

s2559  OVER & UNDER ADVENTURES INC
6855 BEACH DR SW #3
OCEAN ISLE BEACH, NC  28469

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.82 |
|---|---|---|---|

s3109  OVERWATCH DEFENSE
32 WEST BROADLEAF DR
HENDERSONVILLE, NC  28739

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.64 |
|---|---|---|---|

s2046  OZARK SHOOTERS
759 US HWY 65
WALNUT SHADE, MO  65771-9237

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

**3.1305** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    $20.00

**s1727**   P & J MARINA                                            Check all that apply.
          100 NE 23RD AVE
          GAINESVILLE, FL  32609-3639                               ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

          Date or dates debt was incurred                           Basis for the claim:   CUSTOMER DEPOSIT

          Last 4 digts of account number
                                                                    Is the claim subject to offset?
                                                                    ☑ No
                                                                    ☐ Yes

---

**3.1306** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                     $6.40

**s1974**   P & P ENTERPRISES INC                                   Check all that apply.
          361 CROWN LANE
          MONCKS CORNER, SC  29461                                  ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

          Date or dates debt was incurred                           Basis for the claim:   CUSTOMER DEPOSIT

          Last 4 digts of account number
                                                                    Is the claim subject to offset?
                                                                    ☑ No
                                                                    ☐ Yes

---

**3.1307** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    $14.95

**s618**    PACHELLA ARMS                                           Check all that apply.
          44 N READING AVE
          BOYERTOWN, PA  19512                                      ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

          Date or dates debt was incurred                           Basis for the claim:   CUSTOMER DEPOSIT

          Last 4 digts of account number
                                                                    Is the claim subject to offset?
                                                                    ☑ No
                                                                    ☐ Yes

---

**3.1308** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                   $157.07

**s2901**   PACIFIC MILITARY ARMS & SERVIC                          Check all that apply.
          5521 SCOTTS VALLEY DR STE 250
          SCOTTS VALLEY, CA  95066                                  ☐ Contingent
                                                                    ☐ Unliquidated
                                                                    ☐ Disputed

          Date or dates debt was incurred                           Basis for the claim:   CUSTOMER DEPOSIT

          Last 4 digts of account number
                                                                    Is the claim subject to offset?
                                                                    ☑ No
                                                                    ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.00 |
|---|---|---|---|

s2410  PALM BEACH SHOOTING CENTER
501 INDUSTRIAL ST
LAKE WORTH, FL  33461

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

s3123  PALM VALLEY MARINE & GUN
7749 NORMANDY BLVD #145-340
JACKSONVILLE, FL  32221

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.86 |
|---|---|---|---|

s1677  PALMETTO PRODUCTIONS
PO BOX 2971
OKEECHOBEE, FL  34973-2971

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.44 |
|---|---|---|---|

s3173  PALO OUTDOORS
1204 1ST ST
PALO, IA  52324

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $286.45 |

s2145   **PAMPS OUTBOARD, INC**
        **412 SOUTH TAYLOR ST**
        **GREEN BAY, WI  54303**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.1314   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $75.00

s3094   **PANGA MARINE CORP**
        **1520 NORTHGATE BLVD**
        **SARASOTA, FL  34234**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.1315   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $219.36

s3160   **PAPA FOXTROT TACTICAL LLC**
        **2303 HWY 1115**
        **GALIVANTS FERRY, SC  29544**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

3.1316   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $7.58

s2599   **PAPAS GUN SHOP**
        **2225 HWY 221 N**
        **DOUGLAS, GA  31533**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:   CUSTOMER DEPOSIT**

**Last 4 digts of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 401 of 571

Debtor Name                                                                      Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.41 |
|---|---|---|---|

s1754     PARADISE MARINE CENTER
          PO BOX 2439
          GULF SHORES, AL  36547-2439

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred              Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,543.55 |
|---|---|---|---|

s3784     PARKER COMPOUND BOWS, INC.
          C/O PARNELL & PARNELL, PA
          CHARLES PARNELL
          641 SOUTH LAWRENCE ST.
          PO BOX 2189
          MONTGOMERY, AL  36104

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred              Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |
|---|---|---|---|

s1625     PARKERS RIFLE SHOP
          PO BOX 102
          BELMONT, OH  43718-0102

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred              Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.74 |
|---|---|---|---|

s1721     PARKERS ROD & GUN RACK
          7364 S 6TH ST
          KLAMATH FALLS, OR  97603-7121

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred              Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          Amount of Claim

| | | |
|---|---|---|
| 3.1321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.67 |

s3061   PARMA ARMORY FIREARMS, LLC
5301 HAUSERMAN RD
PARMA, OH 44130

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1322   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $23.45

s2674   PAT`S ARCHERY
12601 HWY 75
OKMULGEE, OK 74447

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1323   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $138.40

s2660   PATHFINDERS TRI STATE FIREARMS
153 GLADE RD
CUMBERLAND GAP, TN 37724

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1324   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $21.90

s2647   PATHFINDERS
525 OAK AVE
NORTON, VA 24273

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $767.59 |
| **s2643** | **PATRIOT ARMS**<br>**89 HILLTOP VILLAGE CENTER**<br>**EUREKA, MO 63025** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $110,515.35 |
| **s3724** | **PATRIOT ORDNANCE FACTORY, INC**<br>**1492 W VICTORY LANE**<br>**PHOENIX, AZ 85027** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE PAYABLE |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,297.72 |
| **s2914** | **PAVLIC ASSOCIATES FIREARMS**<br>**1570 RED LION RD**<br>**BEAR, DE 19701** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| 3.1328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3.96 |
| **s2868** | **PAWN COUNTRY INC**<br>**302 EAST PINE STREET**<br>**FITZGERALD, GA 31750** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** CUSTOMER DEPOSIT |
| | **Last 4 digts of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1329**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $164.10

s1804  PAWN EXPRESS INC
621 BOLL WEEVIL CIR STE 1A
ENTERPRISE, AL  36330-2702

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1330**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $68.53

s2215  PAWN IT INC
1730 OXFORD ST
WORTHINGTON, MN  56187

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1331**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $3.84

s2250  PAWN MAX
8816 HWY 431N
ALBERTVILLE, AL  35950

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1332**  Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $140.32

s2513  PAWN PRO INC
8175 WASHINGTON ST
COVINGTON, GA  30014

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.70 |
|---|---|---|---|

s2979 PAWN SHOP PLUS
1910 WEST PINE ST
HATTIESBURG, MS 39401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.44 |
|---|---|---|---|

s2070 PAWN SOUTH INC
603 CHURCH STREET - HWY 501
CONWAY, SC 29526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.58 |
|---|---|---|---|

s2547 PAWN SOUTH
1818 OLEANDER DR
WILMINGTON, NC 28403

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.19 |
|---|---|---|---|

s3111 PAWN WORLD
885 SMOKEY PARK HWY
CANDLER, NC 28715

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1337** Nonpriority creditor's name and mailing address

s2791 **PAWNDEROSA GUN & PAWN**
**1969 S US HWY 17**
**CRESCENT CITY, FL  32112**

As of the petition filing date, the claim is:  $19.95

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1338** Nonpriority creditor's name and mailing address

s3549 **PEARCE GRIP INC**
**PO BOX 40367**
**FT WORTH, TX  76140**

As of the petition filing date, the claim is:  $6,223.41

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1339** Nonpriority creditor's name and mailing address

s3741 **PELICAN PRODUCTS - MARINE**
**PO BOX 848867**
**LOS ANGELES, CA  90084**

As of the petition filing date, the claim is:  $7,461.63

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1340** Nonpriority creditor's name and mailing address

s2406 **PELTOR/3M**
**C/O STUART WHITE**
**5 SOMERLEAF WAY**
**SIMPSONVILLE, SC  29681**

As of the petition filing date, the claim is:  $3,020.39

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.95 |
|---|---|---|---|

s2380    PENINSULA GUNS & TACTICAL
360 EL CAMINO REAL
SAN BRUNO, CA 94066

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.20 |
|---|---|---|---|

s3213    PERFORMANCE EAST ARMORY LLC
604 CORPORATE DRIVE
GOLDSBORO, NC 27534

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.94 |
|---|---|---|---|

s1786    PERSONAL DEFENSE & HANDGUN
SAFETY CENTER INC
301 TRYON RD
RALEIGH, NC 27603-3529

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 |
|---|---|---|---|

s1935    PETERS SPORTING GOODS
3250 EAGLE VALLEY RD
MILL HALL, PA 17751-0224

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,759.60 |
|---|---|---|---|

s3623

PETERSON MFG COMPANY
ANDERSON MARINE
PO BOX 410032
KANSAS CITY, MO  64141-0032

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,069.20 |
|---|---|---|---|

s3711

PHALANX DEFENSE SYSTEMS
PHALANX DEFENSE - STEALTH
1125 NE 8TH AVE
GAINESVILLE, FL  32601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.34 |
|---|---|---|---|

s1696

PHIL LYNE
PO BOX 714
COTULLA, TX  78014-0714

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56,892.00 |
|---|---|---|---|

s3515

PHOENIX ARMS
4231 E BRICKELL STREET
ONTARIO, CA  91761-7626

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.59 |
| --- | --- | --- | --- |
| s2768 | PIEDMONT TECHNICAL COLLEGE<br>PO BOX 1497<br>GREENWOOD, SC  29648 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |
| --- | --- | --- | --- |
| s1961 | PIER 47 MARINA<br>PO BOX 59<br>WILDWOOD, NJ  08260-0059 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.21 |
| --- | --- | --- | --- |
| s1984 | PINEGROVE MARINE INC<br>8282 E FLEENER RD<br>BLOOMINGTON, IN  47408-9201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.80 |
| --- | --- | --- | --- |
| s2355 | PINELAND SPORTING GOOD STORE<br>959 W VETERANS HWY<br>JACKSON, NJ  08527 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,007.35 |
|--------|--------------------------------------------------|------------------------------------------------|-----------|

s2078   PINEOS TRUE VALUE
        PO BOX 113
        MACHIAS, ME 04654

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.62 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s1720   PIONEER ARMS
        PO BOX 615
        HAZELWOOD, NC 28738

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|--------|--------------------------------------------------|------------------------------------------------|-------|

s2083   PIRATE PAWN
        PO BOX 1582
        WINFIELD, AL 35594

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.78 |
|--------|--------------------------------------------------|------------------------------------------------|---------|

s2598   PIRIE MARINE
        53 SUNSET PARK RD
        ELLSWORTH, ME 04605

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

| | | |
|---|---|---|
| 3.1357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.31 |

**s2621**

PITTMAN BUILDING SUPPLY INC
3578 HWY 4
JAY, FL  32565

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.00 |

**s2495**

PIXLEY AUTO PARTS & FARM SUPPL
PO BOX 576
PIXLEY, CA  93256

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.30 |

**s3642**

PLANO SYNERGY/ENVOLVED ING.
AMERISTEP
PO BOX 71675
CHIGAGO, IL  60694-1675

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,708.30 |

**s3471**

PLANO SYNERGY/PLANO
PLANO
PO BOX 71675
CHICAGO, IL  60694-1675

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.51 |
| s2574 | PLATINUM MARINE<br>4738 WASHINGTON RD<br>EVANS, GA  30809 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.84 |
| s1758 | PLAZA PAWN & GUN<br>365 JACKSON PLAZA<br>SYLVA, NC  28779-5458 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.79 |
| s2728 | PLAZA PAWN NORTH<br>1770 US 441 NORTH<br>WHITTIER, NC  28789 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.1364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.19 |
| s1650 | PLEASANT SPORTING<br>16 CARLISLE AVE<br>TURNERS FALLS, MA  01376-1519 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.44 |
|--------|---|---|---|

s1930  PLEASURE CRAFT MARINE
PO BOX 369
LITTLE MOUNTAIN, SC  29075-0369

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.51 |
|--------|---|---|---|

s3628  PLEWS/EDELMANN DIV
PLEWS - LUBRIMATIC
PO BOX 772948
CHICAGO, IL  60677-0248

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.29 |
|--------|---|---|---|

s2299  PMT DEALS LLC
PO BOX 135
LANCASTER, SC  29721

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.87 |
|--------|---|---|---|

s2092  POHILL MARINE
2161 CATTLE CREEK ROAD
ROWESVILLE, SC  29133

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1369** Nonpriority creditor's name and mailing address

s2672   POINT BLANK SPORTING GOODS
        407 N JACKSON RD
        PHARR, TX  78577

As of the petition filing date, the claim is:                    $168.04

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1370** Nonpriority creditor's name and mailing address

s3531   POLYFORM U S LTD
        7030 S 224TH
        KENT, WA  98032

As of the petition filing date, the claim is:                    $15,642.72

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1371** Nonpriority creditor's name and mailing address

s2055   PONTOTOC AMERICAN ARMS
        301 W OXFORD STREET
        PONTOTOC, MS  38863

As of the petition filing date, the claim is:                    $14.95

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1372** Nonpriority creditor's name and mailing address

s1617   POOR BOYS GUN & PAWN SHOP
        516 BROADWAY ST
        PAINTSVILLE, KY  41240-1390

As of the petition filing date, the claim is:                    $47.03

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.1373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |
|---|---|---|---|

s3062    POORBOYS LLC
         214 SW735 ST
         STEINHATCHEE, FL  32359

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.99 |
|---|---|---|---|

s3231    POPPIES GUN & PAWN LLC
         5850 SOUTH MAIN ST
         SALISBURY, NC  28147

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

s1941    PORT TRONICS
         1904 PIEDMONT HWY
         GREENVILLE, SC  29605-4830

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.44 |
|---|---|---|---|

s2426    POWELLS GUNS & AMMO
         15175 RIVER ROAD
         SUTHERLIN, VA  24594

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1377** Nonpriority creditor's name and mailing address

s3625    POWER PRODUCTS-ANCOR
23287 NETWORK PLACE
CHICAGO, IL  60673-1232

As of the petition filing date, the claim is:    $8,741.20

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1378** Nonpriority creditor's name and mailing address

s3789    POWER PRODUCTS-BEP
23287 NETWORK PLACE
CHICAGO, IL  60673-1232

As of the petition filing date, the claim is:    $2,026.76

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1379** Nonpriority creditor's name and mailing address

s3565    POWER PRODUCTS-BLUE SEA SYSTEMS
28265 NETWORK PLACE
CHICAGO, IL  60673-1282

As of the petition filing date, the claim is:    $7,452.22

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1380** Nonpriority creditor's name and mailing address

s3790    POWER PRODUCTS-MARINCO
23287 NETWORK PLACE
CHICAGO, IL  60673-1232

As of the petition filing date, the claim is:    $17,557.29

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.00 |

s1763  POWER SOURCE MARINE INC
10909 E US HIGHWAY 92 UNIT D
SEFFNER, FL  33584-3238

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.19 |

s1704  PRAIRIE CREEK PAWN INC
701 BURLINGTON DR
MUNCIE, IN  47302-2825

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.57 |

s2099  PRAIRIE GROVE HARDWARE LLC
PO BOX 187
PRAIRIE GROVE, AR  72753-0975

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.90 |

s1594  PRAIRIE SPORTING GOODS
359 E ENTERPRISE DR UNIT 8
PUEBLO WEST, CO  81007

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:    All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.1385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.16 |
| s685 | PRATT OUTBOARD & MARINE<br>10062 US HWY 67<br>BEARDSTOWN, IL 62618 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.64 |
| s1642 | PRECISION ARCHERY<br>77 FERRY DR<br>BRIDGE CITY, TX 77611-4103 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.58 |
| s2816 | PRECISION ONE AMMUNITION<br>2071 WAMBOW CREEK RD<br>CHARLESTON, SC 29492 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.98 |
| s2912 | PRECISION SHOOTING LLC<br>6533 MAHONING AVE<br>AUSTINTOWN, OH 44515 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.47 |
|---|---|---|---|

**s2958**   PRECISION TACKLE LLC
712 S MAIN STREET
NORTHEAST, MD  21901

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,524.16 |
|---|---|---|---|

**s3757**   PREMIER BODY ARMOR, LLC
1552 UNION RD STE E
GASTONIA, NC  28054-5523

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.39 |
|---|---|---|---|

**s1779**   PREMIER MARINE
4781 NORTH CONGRESS AVE
BOYNTON, FL  33426

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,016.06 |
|---|---|---|---|

**s3021**   PREMIER SHOOTING & TRAINING
4845 PREMIER WAY
WEST CHESTER, OH  45069

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1393** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$1,536.31**

s2978 PRESCRIBED FIREARMS
944 BIG HORN AVE
WORLAND, WY  82401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1394** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$50,000.00**

s3473 PRICE WATERHOUSE COOPERS LLP
PO BOX 932011
ATLANTA, GA  31193-2011

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1395** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$26.25**

s2146 PRICES FURNITURE
100 W MAIN ST
DILLON, SC  29536

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1396** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$607.50**

s1993 PRIESTERS SMALL ENGINE INC
1750 HIGHWAY 64
BARNWELL, SC  29812-5454

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,542.92 |
|---|---|---|---|

s1586    PRIMO`S FEED LLC
1347 WEST OAKLAWN
PLEASANTON, TX  78064

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.98 |
|---|---|---|---|

s2860    PRIVATE SECTOR ARMS
3012 HARRISON BLVD
OLYMPIA, WA  98502

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.56 |
|---|---|---|---|

s2538    PRK ARMS
1401 N CLOVIS AVE SUITE 101
FRESNO, CA  93727

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,625.21 |
|---|---|---|---|

s3530    PRO CHARGING SYSTEMS, LLC
PRO CHARGING SYSTEMS U S.A.
1551 HEIL QUAKER BLVD
LA VERGNE, TN  37086

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name                                                                                    Case Number (if known)

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    Amount of Claim

---

| 3.1401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.64 |
|---|---|---|---|

s2169   PRO GUN & INDOOR RANGE
2406 SKYLINE DR
MARION, IL 62959

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.93 |
|---|---|---|---|

s2237   PROGRESSIVE PAWN
827 W 12TH STREET
ALMA, GA 31510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,016.26 |
|---|---|---|---|

s3707   PROMETHEUS GROUP LLC
BROWNING TRAIL CAMERAS
DBA BROWNING TRAIL CAMERAS
PO BOX 130100
BIRMINGHAM, AL 35213-0100

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.62 |
|---|---|---|---|

s2517   PRONTO INC
5790 HWY 90
THEODORE, AL 36582

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
| --- | --- | --- |
| **3.1405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,356.85 |

| 3.1405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,356.85 |
| --- | --- | --- | --- |
| s3534 | PROSPEC ELECTRONICS<br>3325 S.MORGANS POINT ROAD<br>MT PLEASANT, SC 29466 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.99 |
| --- | --- | --- | --- |
| s3010 | PROTECTIVE BUNKERS<br>279 SAN JACINTO RIVER RD<br>LAKE ELSINORE, CA 92532 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
| --- | --- | --- | --- |
| s2751 | PROVENCAL ONE STOP<br>PO BOX 670<br>PROVENCAL, LA 71468 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.82 |
| --- | --- | --- | --- |
| s2613 | PRYOR MOUNTAIN GUNS<br>PO BOX 267<br>BRIDGER, MT 59014 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.79

**s2042** | **PSS RANGE & TRAINING CORP**
2203 SHANANDOAH VALLEY AVE NE
ROANOKE, VA  24012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.87

**s2915** | **PURE PERFORMANCE MARINE**
5835 LANIER ISLANDS PKWY
BUFORD, GA  30518

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,536.49

**s3653** | **PYE BARKER FIRE & SAFETY INC**
PO BOX 69
ROSWELL, GA  30077-0069

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,315.48

**s3785** | **PYRAMEX SAFETY**
PO BOX 1000
DEPT 324
MEMPHIS, TN  38148-0324

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1413** Nonpriority creditor's name and mailing address

s3480    QUAKER BOY INC
195 W MAIN ST
SPRINGVILLE, NY 14141-1017

As of the petition filing date, the claim is:    $170.00

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1414** Nonpriority creditor's name and mailing address

s2703    QUALITY PAWN LLC
7433 HWY 72 WEST
MADISON, AL 35758

As of the petition filing date, the claim is:    $150.95

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1415** Nonpriority creditor's name and mailing address

s2308    QUICK CASH PAWN
153 N SLAPPEY BLVD SUITE 102
ALBANY, GA 31707

As of the petition filing date, the claim is:    $88.13

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.1416** Nonpriority creditor's name and mailing address

s2015    QUICK CASH SUPER PAWN
412 11TH AVE SW
MAGEE, MS 39111-8881

As of the petition filing date, the claim is:    $11.89

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.16 |

s1803    QUIK PAWN INC
7835 E GOLF LINKS RD
TUCSON, AZ 85730-1131

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1418    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $58.48

s2076    R & J MARINE
142 CROSSROAD
BLOOMSBURG, PA 17815

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1419    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $1,890.86

s2233    R & K GUNS & SPORTING SUPPLIES
PO BOX 783
GILCHRIST, OR 97737

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1420    Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $48,070.22

s3672    R & R DESIGN INC
1112 S VIRGINIA STREET
PO BOX 220
TERRELL, TX 75160

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.56 |
|---|---|---|---|

s726    **R L HEARN MARINE**
525 BUCKEYE TRAIL
AUSTIN, TX 78746

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.05 |
|---|---|---|---|

s2199    **R W H GUNS**
1009 N LAKE PARK BLVD UNIT A5
CAROLINA BEACH, NC 28428

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.21 |
|---|---|---|---|

s718    **R&S REPAIRS**
3962 GRANDVIEW RIDGE RD
BUFFALO, WV 25033-7404

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 |
|---|---|---|---|

s1143    **R2 FIREARMS LLC**
KEVIN ROTH
512 NATHAN AVE
MITCHELL, SD 57301

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:    CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                              Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

| | | |
|---|---|---|
| **3.1425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,984.34 |

s3652    **RADIANS**
**ADDRESS UNAVAILABLE AT TIME OF FILING**
**MEMPHIS, TN  38175**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred            Basis for the claim:  **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1426**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $369.88

s2774    **RAM ARMS INC**
**3158 HILLSBOROUGH RD**
**DURHAM, NC  27705**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred            Basis for the claim:  **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1427**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $3,815.56

s2723    **RAMPART RANGE INC**
**800 W JOHNSON ST**
**POCAHONTAS, IL  62275**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred            Basis for the claim:  **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1428**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $845.09

s2298    **RANCH AND HOME**
**845 N COLUMBIA CENTER BLVD**
**KENNEWICK, WA  99336**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred            Basis for the claim:  **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
| --- | --- | --- |
| 3.1429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56.05 |

s2008   **RANDALL`S UPHOL**
**200 BLACK MOUNTAIN AVE**
**BLACK MOUNTAIN, NC  28711-3452**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| | | |
| --- | --- | --- |
| 3.1430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,595.87 |

s2274   **RANDYS GUNS**
**176 KELLI DRIVE**
**MARSHALL, NC  28753**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| | | |
| --- | --- | --- |
| 3.1431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $159.55 |

s2569   **RANGE USA OF JACKSON**
**2310 N HIGHLAND AVE SUITE A**
**JACKSON, TN  38305**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| | | |
| --- | --- | --- |
| 3.1432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $130.67 |

s2890   **RANGER FIREARMS OF TEXAS INC**
**1308 AUSTIN HIGHWAY SUITE 500**
**SAN ANTONIO, TX  78209**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

**Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,374.93 |
|---|---|---|---|
| s3690 | RAPALA USA<br>DEPT CH 17253<br>PALATINE, IL 60055-7253 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,479.18 |
|---|---|---|---|
| s3750 | RAVIN CROSSBOWS LLC<br>3535 TOWER AVE<br>SUPERIOR, WI 54880-5334 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.90 |
|---|---|---|---|
| s3234 | RAYS BAIT & TACKLE<br>317 W MEADOW ROAD<br>EDEN, NC 27288 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|
| s2316 | RAYS GUN SHOP<br>49 STANTON HILL RD<br>SALEM, NY 12865 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

| | | |
|---|---|---|
| 3.1437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.17 |

**s1817**    RAYS SPORTS SHOP
46046 STATE HWY 28
FLEISCHMANNS, NY 12430-0028

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1438    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $112.30

**s2408**    RE PEETZ ENTERPRISE
816 UNION ST SOUTH
CONCORD, NC 28025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1439    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $82.08

**s3065**    REACTION ARMORY
306 HANCOCK ST
SAGINAW, MI 48602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1440    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2.00

**s2529**    REBEL YELL GUNS
105 JOHNSON DRIVE
RIPLEY, MS 38663

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.1441**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $17.45

s2338    **RED BARN FEED & SUPPLY**
**12948 OKEECHOBEE BLVD**
**LOXAHATCHEE, FL 33470**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1442**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $129.90

s2963    **RED DESERT INC**
**PO BOX 189**
**HANKSVILLE, UT 84734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1443**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $412.45

s2622    **RED DOT FIREARMS LLC**
**990 W HILL FIELD RD**
**LAYTON, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1444**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $6.00

s2096    **RED OAK GUN & PAWN INC**
**PO BOX 494**
**VICCO, KY 41773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.97 |
|---|---|---|---|

s2644    **RED ROCK FIREARMS**
6226 E LAKE HELLUMS RD
ENID, OK  73701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.06 |
|---|---|---|---|

s2913    **RED WHITE & BLUED**
1412 REYNOLDS ST
GOLDTHWAITE, TX  76844

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.55 |
|---|---|---|---|

s1692    **REDNECK OUTDOOR SPORTS**
2334 WIRE RD
AIKEN, SC  29805

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.18 |
|---|---|---|---|

s2683    **REEVES HARDWARE CO**
PO BOX 488
HIGHLANDS, NC  28741

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

---

**Part 2:** <u>All Creditors with NONPRIORITY Unsecured Claims</u>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| **3.1449** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.53 |

**s2949**   REIDSVILLE SPORTING ARMS
111 GILMER ST
REIDSVILLE, NC  27320

As of the petition filing date, the claim is:  $29.53

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1450**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $147.64

**s2080**   REITER`S MARINA
9203 STATE RTE 3
SANDY CREEK, NY  13145

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1451**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $1,590.97

**s2881**   RELOADED LLC
2211 C SECOND LOOP RD
FLORENCE, SC  29501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1452**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $107,653.18

**s3589**   REMINGTON AMMO-PROMO
DEPT 200
PO BOX 4365
HOUSTON, TX  77210-4365

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.1453    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

3.1453    Nonpriority creditor's name and mailing address · As of the petition filing date, the claim is: · $262,227.25

s3591    REMINGTON AMMO-STANDR
REMINGTON - AMMO STD
DEPT 200
PO BOX 4365
HOUSTON, TX  77210-4365

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1454    Nonpriority creditor's name and mailing address · As of the petition filing date, the claim is: · $170,260.63

s3511    REMINGTON ARMS CO, LLC
BUSHMASTER
DEPT 200
PO BOX 4365
HOUSTON, TX  77210-4365

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1455    Nonpriority creditor's name and mailing address · As of the petition filing date, the claim is: · $542,488.77

s3590    REMINGTON ARMS GUNS
REMINGTON - GUNS
DEPT 200
PO BOX 4365
HOUSTON, TX  77210-4365

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1456    Nonpriority creditor's name and mailing address · As of the petition filing date, the claim is: · $10,140.45

s3620    REMINGTON
DEPT. 200
PO BOX 4365
HOUSTON, TX  77210-4365

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.40 |
|---|---|---|---|

**s3191**

RENEGADE GUNS LLC
PO BOX 483
SHELTON, WA  98584

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.18 |
|---|---|---|---|

**s2641**

RESCUESTUFF INC
962 WASHINGTON STREET
PEEKSKILL, NY  10566

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.26 |
|---|---|---|---|

**s2658**

RHINE GROUP LLC
315 SW MAPLE ST STE D
ANKENY, IA  50023

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.86 |
|---|---|---|---|

**s2025**

RHINEHART OUTDOOR EQUIP
3000 US HWY 70W
BLACK MTN, NC  28711-8767

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.14 |
|---|---|---|---|

s2558   RHONDA`S GUNS & AMMUNITION, IN
        22093 WEST ROAD
        WOODHAVEN, MI  48183

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.33 |
|---|---|---|---|

s1737   RICHS OUTDOOR WORLD II
        12860 HARRISON ST
        SUMMERVILLE, PA  15864-9204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.00 |
|---|---|---|---|

s625    RICHTERS ARMS & AMMO
        PO BOX 194
        UTICA, NE  68456

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.46 |
|---|---|---|---|

s2159   RICK`S SPORTING GOODS LLC
        1326 NEWARK ROAD
        MT. VERNON, OH  43050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**     **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.05 |

s2227     **RICKS GUN AND PAWN LLC**
**536 ROWLANDSVILLE ROAD**
**CONOWINGO, MD  21918**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.82 |

s2213     **RICKS PAWN & TRADE**
**2364 CONNELLY SPRINGS RD**
**GRANITE FALLS, NC  28630**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.73 |

s2350     **RICKS SPORTS LLC**
**6363 N MONROE ST**
**MONROE, MI  48162**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.75 |

s1719     **RIFLE RIDGE GUN SHOP**
**PO BOX 325**
**CODY, WY  82414-0325**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

**Basis for the claim:**   CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.35 |
|---|---|---|---|

**s2472**　RIGHT TO BEAR ARMS
1225 US HWY 1
VERO BEACH, FL  32962

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $154,243.75 |
|---|---|---|---|

**s3777**　RILEY DEFENSE, INC.
C/O LORD LAW FIRM, PLLC
HARRISON A LORD; KEVIN G SWEAT
1057 EAST MOREHEAD STREET, SUITE 120
CHARLOTTE, NC  28204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,638.40 |
|---|---|---|---|

**s3744**　RIO AMMUNITION INC
ADDRESS UNAVAILABLE AT TIME OF FILING
IRVING, TX  75039

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 |
|---|---|---|---|

**s3088**　RIO AMMUNITION
433 E LAS COLINAS BLVD
SUITE 900
IRVING, TX  75039

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.67 |
|---|---|---|---|

s2984     RIO GENORATOR
          1735 E 3RD ST
          TRUTH OR CONSEQUENCE, NM 87901

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.60 |
|---|---|---|---|

s2257     RIVER HAWK PRDUCTS, INC
          708 HARALSON DRIVE
          LILBURN, GA 30047

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.59 |
|---|---|---|---|

s2318     RIVER POINT BOAT WORKS
          301 MARTIN CREEK DR
          BEAUFORT, NC 28516

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.03 |
|---|---|---|---|

s1829     RIVERFIELDS
          2465 I-40 WEST
          AMARILLO, TX 79109-1852

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1477** Nonpriority creditor's name and mailing address

s2882   RIVERS EDGE GUN & PAWN INC
1204 NORTH 18TH
OZARK, AR  72949

As of the petition filing date, the claim is:   $99.98

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1478** Nonpriority creditor's name and mailing address

s3212   RIVERS EDGE TACTICAL
JEREMY M POZDERAC
1276 COLUMBIA RD
VALLEY CITY, OH  44280

As of the petition filing date, the claim is:   $7.59

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1479** Nonpriority creditor's name and mailing address

s1836   RIVERSIDE MARINA
PO BOX 810
BELLAIRE, MI  49615-0810

As of the petition filing date, the claim is:   $2.76

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1480** Nonpriority creditor's name and mailing address

s2829   RIVERTOWN AUCTION II
2705 HWY 501 E
AYNOR, SC  29511

As of the petition filing date, the claim is:   $8.78

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.37 |

s2926

RIVERTOWN GUN AND BOW DEPOT
1301 B HWY 501
CONWAY, SC 29526

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $793.04 |
|---|---|---|---|

s3048

RIVERTOWN GUN DEPOT LLC
1301-B HWY 501
CONWAY, SC 29526

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.09 |
|---|---|---|---|

s1738

RIVETTS MARINE RECREAT
PO BOX 601
OLD FORGE, NY 13420-0601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.26 |
|---|---|---|---|

s2607

RJ FIREARMS LLC
3522 28TH ST S
WISCONSIN RAPIDS, WI 54494

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name
                                                                                          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1485** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:        $9.99

s2583  RJ´S GUN SALES                                   Check all that apply.
       2417 N ASPEN AVE                                 ☐ Contingent
       BROKEN ARROW, OK  74012                          ☐ Unliquidated
                                                        ☐ Disputed

       Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

       Last 4 digts of account number
                                                        Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**3.1486** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:        $4.29

s2993  RK86 LLC                                         Check all that apply.
       7910 REICHS FORD RD                              ☐ Contingent
       FREDERICK, MD  21704                             ☐ Unliquidated
                                                        ☐ Disputed

       Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

       Last 4 digts of account number
                                                        Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**3.1487** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:        $13.95

s2588  RMI OUTDOORS                                     Check all that apply.
       REDWOOD MARINE INC                               ☐ Contingent
       1240 BROADWAY                                    ☐ Unliquidated
       EUREKA, CA  95501                                ☐ Disputed

       Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

       Last 4 digts of account number
                                                        Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**3.1488** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:        $18.89

s2769  R-N-R GUNS                                       Check all that apply.
       14947 SOUTH STATE RD 59                          ☐ Contingent
       JASONVILLE, IN  47438                            ☐ Unliquidated
                                                        ☐ Disputed

       Date or dates debt was incurred                  Basis for the claim:   CUSTOMER DEPOSIT

       Last 4 digts of account number
                                                        Is the claim subject to offset?
                                                        ☑ No
                                                        ☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.86 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s1860   **ROB COOK MARINE SVS INC**
**18739 US HWY 12**
**NEW BUFFALO, MI  49117-8973**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.19 |
|--------|--------------------------------------------------|------------------------------------------------|---------|

s3016   **ROBERT ED KRAMER**
**1019 HUDSON RD**
**CAMBRIDGE, MD  21613**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s2058   **ROBERT`S BUY SELL & TRADE**
**109 E MAIN**
**ATKINS, AR  72823**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.99 |
|--------|--------------------------------------------------|------------------------------------------------|--------|

s2471   **ROCK SPRINGS GUNS AND GEAR LLC**
**121 ROCK SPRING RD**
**SILVERSTREET, SC  29145**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Ellett Brothers, LLC**
_____
Debtor Name

_____
Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.90 |

**3.1493** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.90

s3051  **ROCK`S PAWN & GUN**
**1679 OLD GOLDEN HWY**
**BROKEN BOW, OK  74728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1494** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92.19

s1954  **ROCKDALE BOAT MART**
**1410 WOLOHAN DRIVE**
**ASHLAND, KY  41102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1495** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $932.99

s1312  **ROCKIN RICK GUNS**
**7615 RED ROCK CIR**
**LARKSPUR, CO  80118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1496** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,568.24

s2992  **ROCKLIN ARMORY INC**
**4800 GRANITE DR STE B3**
**ROCKLIN, CA  95677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $765.13 |
|---|---|---|---|

**s2043**  ROCKPROOF BOATS
407 MTN RD
MARYSVILLE, PA  17053

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |
|---|---|---|---|

**s2910**  ROCKWALL FAST CASH INC
1901 S GOLIAD STE 1
ROCKWALL, TX  75087

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,140.52 |
|---|---|---|---|

**s3499**  ROD SAVER/PRECISIONCUT, INC.
PO BOX 3106
OLATHE, KS  66063

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.44 |
|---|---|---|---|

**s2575**  RODS BARRELS & STRING HILL
1300 N US 281 STE 110
MARBLE FALLS, TX  78654

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.65 |
|--------|------------------------------------------------|------------------------------------------------|--------|

s2387    ROGERS PRODUCTS INC
1291 SOUTH PARK DR
KERNERSVILLE, NC 27284

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.78 |
|--------|------------------------------------------------|------------------------------------------------|-------|

s1725    ROGERSVILLE MARINE
8788 HWY 11 W
MOORESBURG, TN 37811-2443

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.78 |
|--------|------------------------------------------------|------------------------------------------------|--------|

s859    ROSEMARIE APPLEGATE
12386 W TEXAS DR
LAKEWOOD, CO 80228

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.80 |
|--------|------------------------------------------------|------------------------------------------------|--------|

s2975    ROSS ARMORY LLC
PO BOX 363
SIX MILE, SC 29682

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 448 of 571

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.99 |
|---|---|---|---|

s2530    ROUTE 66 PAWN & GUNS
1734 E MAIN ST #7
MESA, AZ  85203

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.47 |
|---|---|---|---|

s1654    ROYS LOANS INC
121 CENTRAL AVE
OAK HILL, WV  25901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.94 |
|---|---|---|---|

s2726    RPK INDUSTRIES
518 BROWNS LANE
DO NOT SELL
CROYDON, PA  19021

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.99 |
|---|---|---|---|

s2664    RTB GUNS LLC
204 EAST MAIN ST
LOCUST, NC  28097

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 449 of 571

Debtor Name          Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93,391.84 |
|---|---|---|---|

s3780    RUAG AMMOTEC USA, INC
5402 E DIANA ST
TAMPA, FL 33610

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.00 |
|---|---|---|---|

s841    RUBYS INN INC
PO BOX 640011
BRYCE CITY, UT 84764

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,347.93 |
|---|---|---|---|

s621    RUNZOS OUTDOOR SPORTS
27533 STATE ROUTE 62
BELOIT, OH 44609

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,711.95 |
|---|---|---|---|

s3101    RUSSELL MARINE PRODUCTS LLC
805 N HAVERHILL RD
EL DORADO, KS 67042

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.43 |
|---|---|---|---|
| s3000 | **S&D COMMODITIES CORP**<br>**505 RATHBUN AVE**<br>**STATEN ISLAND, NY 10312** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.98 |
|---|---|---|---|
| s2461 | **S&K ARMS COMPANY LLC**<br>**4400 N MIDLAND DR STE 640**<br>**MIDLAND, TX 79707** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,763.39 |
|---|---|---|---|
| s3648 | **SAFARILAND LLC**<br>**BIANCHI**<br>**PO BOX 403619**<br>**ATLANTA, GA 30384-3619** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.50 |
|---|---|---|---|
| s3593 | **SAFARILAND LLC**<br>**BREAK FREE**<br>**PO BOX 406351**<br>**ATLANTA, GA 30384-6351** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.50 |
|---|---|---|---|
| s3470 | SAFARILAND LLC<br>KLEENBORE<br>PO BOX 406351<br>ATLANTA, GA  30384-6351 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.89 |
|---|---|---|---|
| s2400 | SAFES UNLIMITED<br>3361 ORCHARD LAKE RD<br>KEEGO HARBOR, MI  48320 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 |
|---|---|---|---|
| s2693 | SAINS<br>PO BOX 1704<br>TONOPAH, NV  89049 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.87 |
|---|---|---|---|
| s2278 | SAMS GUN & PAWN SHOP<br>2323 VOLUNTEER PARKWAY<br>BRISTOL, TN  37620 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.82 |
|---|---|---|---|

s3181    SAMS PAWN SHOP
216 E BROADWAY
ALTON, IL  62002

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.89 |
|---|---|---|---|

s2919    SAN JUAN TRADING POST
PO BOX 3473
PAGOSA SPRINGS, CO  81147

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

s3152    SANA DEALS INC
45 BAY 28 ST #B6
BROOKLYN, NY  11214

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.72 |
|---|---|---|---|

s2560    SANDLAPPER CYCLES
50 A STEVE FREE RD
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.99 |
|---|---|---|---|

**s2424**

SANDY RUN OUTDOORS
1714 OLD STATE RD
GASTON, SC  29053

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.83 |
|---|---|---|---|

**s2396**

SANDY SPRINGS GUN CLUB & RANGE
8040 ROSWELL RD
SANDY SPRINGS, GA  30350

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.33 |
|---|---|---|---|

**s2872**

SANGER HARDWARE
620 S STEMMONS ST
SANGER, TX  76266

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.92 |
|---|---|---|---|

**s2855**

SANPETE SHOOTING SPORTS
49 W MAIN ST
MT PLEASANT, UT  84647

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

19-11301

Debtor Name                                                Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                           **Amount of Claim**

---

| 3.1529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.33 |

s2668

SATILLA PAWN
PO BOX 87
FOLKSTON, GA  31537

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.92 |

s2991

SAUNDERS MARINE PRODUCTS
1072 WINCHESTER LANE
AIKEN, SC  29803

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $816,168.70 |

s3581

SAVAGE ARMS RIFLES
PO BOX 860304
MINNEAPOLIS, MN  55486-0304

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 |

s2334

SAVAGE GUNWORKS LLC
101 SAVAGE HILL PLACE
SIMPSONVILLE, SC  29680

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1533**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              $32.56

s2864    SC FARM GARDEN WILDLIFE                                      Check all that apply.
1714 US HWY 321 BYPASS N
WINNSBORO, SC 29180                                                ☐ Contingent
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

Date or dates debt was incurred                                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                  Is the claim subject to offset?
                                                                  ☑ No
                                                                  ☐ Yes

---

**3.1534**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              $14.78

s2783    SCB GUNS AND AMMO                                          Check all that apply.
1 HINKLE STREET
THOMASVILLE, NC 27360                                              ☐ Contingent
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

Date or dates debt was incurred                                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                  Is the claim subject to offset?
                                                                  ☑ No
                                                                  ☐ Yes

---

**3.1535**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              $174,480.00

s3699    SCCY INDUSTRIES                                            Check all that apply.
ADDRESS UNAVAILABLE AT TIME OF FILING
DAYTONA BEACH, FL 32114                                            ☐ Contingent
                                                                  ☐ Unliquidated
                                                                  ☐ Disputed

Date or dates debt was incurred                                    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

                                                                  Is the claim subject to offset?
                                                                  ☑ No
                                                                  ☐ Yes

---

**3.1536**    Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                              $34.78

s1782    SCDNR FISHERIES REGION 1                                   Check all that apply.
2751 HWY 72 EAST
ATTN FINANCE SECTION                                               ☐ Contingent
ABBEVILLE, SC 29620                                                ☐ Unliquidated
                                                                  ☐ Disputed

Date or dates debt was incurred                                    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                                                  Is the claim subject to offset?
                                                                  ☑ No
                                                                  ☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

19-11301

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.90 |
|---|---|---|---|

s1864

SCENIC SPORTS
PO BOX 656
WILLISTON, ND  58802

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.34 |
|---|---|---|---|

s1798

SCHARF ENTERPRISES INC
231 THELMA AVE
GLEN BURNIE, MD  21061-3913

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.35 |
|---|---|---|---|

s3055

SCHEELS CORP OFFICE
4550 15TH AVE S
FARGO, ND  58103

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,056.77 |
|---|---|---|---|

s3555

SCHMITT & ONGARO MARINE PRODUC
1001 RANCK MILL ROAD
LANCASTER, PA  17602

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,122.62 |
|--------|--------------------------------------------------|-----------------------------------------------|-----------|
| s2109 | SCHOFIELD ACE HARDWARE<br>155 S CASHUA DR<br>FLORENCE, SC 29502 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.94 |
|--------|--------------------------------------------------|-----------------------------------------------|---------|
| s3116 | SCOOTS PLACE<br>1714 U S HIGHWAY 52 N<br>ALBEMARLE, NC 28001 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.29 |
|--------|--------------------------------------------------|-----------------------------------------------|--------|
| s2880 | SCOTT MECHANICAL & MARINE<br>324 CLARDY RD<br>LIBERTY, SC 29657 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|--------|--------------------------------------------------|-----------------------------------------------|-------|
| s3025 | SCOTT SHOOTING SPORTS<br>PO BOX 127<br>CAMPBELL, MO 63933 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.85 |

**s2511**    SCOTTSDALE GUNS
9393 N 90TH ST STE 121
SCOTTSDALE, AZ  85258

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $707.49 |

**s3456**    SCOTTY INC.
2065 HENRY AVE. WEST
SIDNEY, BC  V8L-5Z6
CANADA

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.25 |

**s2337**    SEA COAST MARINE
7519 EASTSIDE RD
CHINCOTEAGUE, VA  23336

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,609.74 |

**s3682**    SEA DOG CORP
PO BOX 479
EVERETT, WA  98206

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1549**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $60.07

**s1735**    **SEA MARK BOATS**
13991 NC HIGHWAY 210
ROCKY POINT, NC  28457-8523

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1550**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $98,161.08

**s3644**    **SEASTAR SOLUTIONS**
DEPT CH 17092
PALATINE, IL  60055-7092

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1551**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $187.95

**s2704**    **SECOND AMENDMENT SPORTS INC**
2523 MOHAWK ST
BAKERSFIELD, CA  93308

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1552**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $2,152.23

**s1791**    **SECOND AMENDMENT SPORTS**
2523 MOHAWK ST
BAKERSFIELD, CA  93308-6002

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1553** Nonpriority creditor's name and mailing address

**s3662** SECURITY EQUIPMENT CORP
SECURITY EQUIPMENT SABRE
PO BOX #797090
ST LOUIS, MO 63179-7000

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$54,397.62

---

**3.1554** Nonpriority creditor's name and mailing address

**s1888** SECURITY SPORT GOODS INC
2220 MEMORIAL DR
ALEXANDRIA, LA 71301-3611

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$4.87

---

**3.1555** Nonpriority creditor's name and mailing address

**s2928** SEE THROUGH CANOE
9846 INDIAN KEY TRAIL
SEMINOLE, FL 33776

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$56.24

---

**3.1556** Nonpriority creditor's name and mailing address

**s2581** SEGARS SPORTS II LLC
2956 GA HWY 68 NORTH
SANDERSVILLE, GA 31082

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$19.08

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**    

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1557**    Nonpriority creditor's name and mailing address

s1670    **SELECT AG SERVICES INC**
**PO BOX 6896**
**SANTA MARIA, CA  93456**

As of the petition filing date, the claim is:    $12.71

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1558**    Nonpriority creditor's name and mailing address

s2553    **SELECT PAWN LLC**
**1826 W MORRIS BLVD**
**MORRISTOWN, TN  37813**

As of the petition filing date, the claim is:    $676.79

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1559**    Nonpriority creditor's name and mailing address

s2614    **SELF DEFENSE SOLUTIONS LLC**
**PO BOX 606**
**TELLICO PLAINS, TN  37385**

As of the petition filing date, the claim is:    $9.97

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1560**    Nonpriority creditor's name and mailing address

s2047    **SEMINOLE HUNTING SUPPLIES**
**6046 WEST TENNESSEE ST**
**TALLAHASSEE, FL  32304**

As of the petition filing date, the claim is:    $7.99

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                                  Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.99 |
|---|---|---|---|

**s2428**     SEMPER FI MFG INC
3859 S VALLEY VIEW BLVD #2
LAS VEGAS, NV  89103

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.05 |
|---|---|---|---|

**s1662**     SEVEN SEAS CORP
127 HENRY ST
GREENVILLE, SC  29609-4436

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.90 |
|---|---|---|---|

**s2995**     SGA CROSBY
5911 FM 2100
CROSBY, TX  77532

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 |
|---|---|---|---|

**s2856**     SGI GUNS
224 BRANCH VALLEY DR
DALLAS, GA  30132

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,035.40 |
|---|---|---|---|
| s3500 | SHAKESPEARE<br>PO BOX 978855<br>DALLAS, TX 75397-8855 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.35 |
|---|---|---|---|
| s2216 | SHAKEYS GUN SHOP<br>202 E MARKET ST STE 1<br>ORWIGSBURG, PA 17961 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.94 |
|---|---|---|---|
| s1788 | SHARP SHOOTING INDOOR RANGE<br>1200 N FREYA WAY<br>SPOKANE, WA 99202-4562 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,436.82 |
|---|---|---|---|
| s2413 | SHARPS SHOOTING SUPPLY<br>3002 WEST HWY 4<br>HEALY, KS 67850 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.74 |
|---|---|---|---|

**s2491**

SHEBOYGUN`S SHOOTERS SUPPLY
1822 N 12TH ST
SHEBOYGAN, WI  53081

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.43 |
|---|---|---|---|

**s3147**

SHEEPDOG POLICE SUPPLY
815 N HOMESTEAD BLVD #251
HOMESTEAD, FL  33030

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.26 |
|---|---|---|---|

**s3090**

SHELBY TAUBERSCHMIDT
267 COLUMBIA AVENUE
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.12 |
|---|---|---|---|

**s3026**

SHELLITO`S GUN SHOP
227 S MAIN ST
SMITH CENTER, KS  66967

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | |
|---|---|
| 3.1573 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.01 |

s2273   SHELTER DISTRIBUTORS INC
6310 CORSAIR ST
COMMERCE, CA  90040

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1574   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $14.04

s1851   SHEPARDS BAIT & PAWN SHOP
1006 WEST JACKSON ST
THOMASVILLE, GA  31792-6337

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1575   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $182.10

s3721   SHI INTERNATION CORP
PO BOX 952121
DALLAS, TX  75395-2121

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1576   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $586.29

s2349   SHILOH SHOOTING RANGE LLC
12703 SHILOH CHURCH RD
HOUSTON, TX  77066

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.29 |

s1896   SHOOTER SUPPLY
820 BUTTE ST
CRESCENT CITY, CA  95531-2644

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.83 |

s2437   SHOOTERS GUNS AND AMMO
247 NORTH KAY AVE
KUNA, ID  83634

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.80 |

s2765   SHOOTERS INC
913 BURLINGTON DR UNIT 5
BISMARCK, ND  58504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.25 |

s2759   SHOOTERS MART LLC
204 B S 11TH
BLUE SPRINGS, MO  64015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.76 |
|---|---|---|---|

s2032  SHOOTERS OF JACKSONVILLE INC.
5085 UNIVERSITY BLVD WEST
JACKSONVILLE, FL  32216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.30 |
|---|---|---|---|

s2217  SHOOTERS SPORTING GOODS
213 HWY 641 N
CAMDEN, TN  38320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.45 |
|---|---|---|---|

s2118  SHOOTERS SUPPLY
15435 PIKE 139
BOWLING GREEN, MO  63334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.91 |
|---|---|---|---|

s2563  SHOOTERS
2515 HOWARD ST
MULBERRY, FL  33860

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.98 |
|---|---|---|---|
| s2432 | SHOOTERS<br>PO BOX 251<br>HOMER, GA  30547 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.05 |
|---|---|---|---|
| s2635 | SHOOTIN SHACK GUNS<br>3443 LAGUNA BLVD STE 116<br>ELK GROVE, CA  95758 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.90 |
|---|---|---|---|
| s808 | SHOOTING STARS FIREARMS LLC<br>6793 COLUMBIANA RD<br>NEW MIDDLETOWN, OH  44442 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.97 |
|---|---|---|---|
| s3211 | SHOOTING STARS GUN RANGE LLC<br>810 DIVISION ST<br>MUSCATINE, IA  52761 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.96 |
|---|---|---|---|

s2552    SHOOTZ AND LATTERS
1 WAYNE AVENUE
SUFFERN, NY 10901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.59 |
|---|---|---|---|

s2755    SHOPPERS SUPPLY
2880 SOUTH ALMA SCHOOL RD
CHANDLER, AZ 85286

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.15 |
|---|---|---|---|

s805    SHORE SPORTSMAN
8232 OCEAN GATEWAY
EASTON, MD 21601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.89 |
|---|---|---|---|

s2270    SHORELINE SHOOTERS SUPPLY INC
3129 FAIRFIELD ST
MUSKEGON, MI 49441

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.28 |

s2694   SHOTGUN JOHNNY`S
5529 SUNFIELD WAY
SALIDA, CA  95368

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1594**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $934.94

s2861   SHOTS LLC
3140 AIRWAY AVE
KINGMAN, AZ  86409

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1595**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $132.22

s3150   SIBLEY AUTO AND AG SUPPLY INC
2895 HWY 65 S
EUDORA, AR  71640

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1596**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $5,638.82

s2572   SIERRA AUCTION MANAGEMENT INC
3570 NW GRAND AVE
PHOENIX, AZ  85019

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,870.08 |
|---|---|---|---|
| s3582 | SIERRA BULLETS, LLC<br>PO BOX 734176<br>DALLAS, TX  75373-4176 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,294.48 |
|---|---|---|---|
| s3529 | SIGHTRON INC<br>100 JEFFERY WAY SUITE A<br>YOUNGSVILLE, NC  27596 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $843.00 |
|---|---|---|---|
| s2849 | SILENCERCO LLC<br>5511 SOUTH 6055 WEST<br>SALT LAKE CITY, UT  84118 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.00 |
|---|---|---|---|
| s2197 | SILVER SPRINGS PAWN & GUN INC<br>5300 E SILVER SPRINGS BLVD #C<br>SILVER SPRINGS, FL  34488 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.00 |
|---|---|---|---|

s2675    SILVER STAMPEDE COIN & LOAN
2416 HWY 44 WEST
INVERNESS, FL 34453

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.02 |
|---|---|---|---|

s3170    SIMON ARMORY
910 HWY 100 SUITE 604
PORT ISABEL, TX 78578

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s1832    SIMPSONVILLE GUN & PAWN
206 NORTH EAST MAIN STREET
SIMPSONVILLE, SC 29681-2404

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,986.85 |
|---|---|---|---|

s3561    SIMS VIBRATION LABS
SIMS VIBRATION - LIMBSAVER
50 W ROSE NYE WAY
SHELTON, WA 98584

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 473 of 571

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.41 |
|---|---|---|---|

s2877    SITTING DOG GUN & KNIFE WORKS
45 WALL ST
OXFORD, NJ  07863

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.58 |
|---|---|---|---|

s2275    SIVIKS
9913 WILLIAMSON RD
MEADVILLE, PA  16335

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.21 |
|---|---|---|---|

s2450    SKIP'S III PROPELLER SERVICE
7169 CROSS COUNTY
N CHARLESTON, SC  29418

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.90 |
|---|---|---|---|

s2766    SKITTS MOUNTAIN OUTDOORS LLC
7054 HOLLY SPRINGS RD
CLERMONT, GA  30527

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1609** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.68 |

**3.1609** — Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $23.68

s2888    SKYFLYS GUNS
680 HICKS LN
BENNETT, NC  27208-8274

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1610** — Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $82.58

s1927    SLIMS FISH CAMP
PO BOX 407
BELLE GLADE, FL  33430-0250

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1611** — Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $144.03

s3252    SMILEYS ARMORY LLC
12967 NASH HWY
CLARKSVILLE, MI  48815

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1612** — Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $1,200,578.94

s3651    SMITH & WESSON CORP
PO BOX 95000-3890
PHILADELPHIA, PA  19195-0001

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1613** Nonpriority creditor's name and mailing address

s3735 SMITH & WESSON PERFORMANCE CEN
PO BOX 2208
SPRINGFIELD, MA 01102

As of the petition filing date, the claim is:

Check all that apply.
- Contingent
- Unliquidated
- Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- Yes

$101,769.40

---

**3.1614** Nonpriority creditor's name and mailing address

s2289 SMITH BROTHERS PAWN & GUN
200 EAST MAIN
ANTLERS, OK 74523

As of the petition filing date, the claim is:

Check all that apply.
- Contingent
- Unliquidated
- Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- Yes

$548.44

---

**3.1615** Nonpriority creditor's name and mailing address

s3059 SMITH HUNTING SUPPLY & ACCESSO
PO BOX 9023
ST AUGUSTINE, FL 32085

As of the petition filing date, the claim is:

Check all that apply.
- Contingent
- Unliquidated
- Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- Yes

$53.66

---

**3.1616** Nonpriority creditor's name and mailing address

s1661 SMITH MACHINE
240 BOOKMAN MILL RD
IRMO, SC 29063-9019

As of the petition filing date, the claim is:

Check all that apply.
- Contingent
- Unliquidated
- Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- Yes

$4.28

---

Debtor Name

Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,956.76 |

s3467    SMITH`S PRODUCTS
SMITH`S CONSUMER PRODUCTS
747 MID-AMERICA BLVD
HOT SPRINGS, AR 71913

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1618    Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:         $137.98

s2317    SML MARINE ELECTRONICS
5200 BURNT CHIMNEY ROAD
WIRTZ, VA 24184

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1619    Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:         $429.34

s1814    SMOKE-N-GUNS
322 S MAIN ST STE A
COTTONWOOD, AZ 86326-3905

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1620    Nonpriority creditor's name and mailing address         As of the petition filing date, the claim is:         $93.22

s2166    SMOKEY MOUNTAIN BOAT REPAIRS
1110 HWY 360
VONROE, TN 37885

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

<div style="background:black;color:white">Part 2:</div> **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $534.15 |

**s2837** | **SMOKY MOUNTAIN GUNS & AMMO LLC**
**PO BOX 4430**
**SEVIERVILLE, TN  37864**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:    CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1622** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9.67

**s3004** | **SMOKY MOUNTAIN PAWN & GUN**
**1371 EAST MAIN ST**
**BRYSON CITY, NC  28713**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:    CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $13.29

**s2226** | **SOLD USA**
**PO BOX 516**
**SNEADS FERRY, NC  28460**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:    CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $58.63

**s1865** | **SOLO ARCHERY**
**1741 PHILEMA ROAD S**
**ALBANY, GA  31701-4706**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digts of account number**

Basis for the claim:    CUSTOMER DEPOSIT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.76 |
|---|---|---|---|

s1981　SONNY LEES GARAGE
393 OLIVER HWY
NEWINGTON, GA 30446-2817

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.80 |
|---|---|---|---|

s2906　SORSENS CORNER MARKET INC
323 NORTH C STREET
EDGAR, NE 68935

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.06 |
|---|---|---|---|

s2430　SOUND SOLUTIONS
2315 25TH AVE
GULFPORT, MS 39501

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.99 |
|---|---|---|---|

s2835　SOUTH CAROLINA GUN COMPANY LLC
242 WEST WADE HAMPTON STE E
GREER, SC 29651

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:　CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 |

s2887  SOUTH EASTERN ARMAMENT COMPANY
79 E WINDSOR BLVD SUITE A
WINDSOR, VA  23487

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.32 |

s3248  SOUTH GA OIL DISTRIBUTORS LLC
657 SYLVIA DR
ASHBURN, GA  31714

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,619.78 |

s2231  SOUTH SHORE SPORTSMAN INC
9 LANSDOWNE AVE
MERRICK, NY  11566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| 3.1632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 |

s2263  SOUTHEASTERN DOCK & PLATFORM
PO BOX 2666
BLUFFTON, SC  29910

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                 **Amount of Claim**

---

**3.1633**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $75.00

s1937   SOUTHEASTERN MARINE INC          Check all that apply.
3819 WILLIAMSBURG RD                   ☐ Contingent
RICHMOND, VA 23231-2621                ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                       Is the claim subject to offset?
                                       ☑ No
                                       ☐ Yes

---

**3.1634**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $210.31

s1695   SOUTHERN GUN WORKS             Check all that apply.
109 CHERRY ST                          ☐ Contingent
SUFFOLK, VA 23434-5306                 ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                       Is the claim subject to offset?
                                       ☑ No
                                       ☐ Yes

---

**3.1635**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $129.80

s2650   SOUTHERN HARDWARE FEED & SEED   Check all that apply.
126 W CYPRESS ST                       ☐ Contingent
LUDOWICI, GA 31316                     ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                       Is the claim subject to offset?
                                       ☑ No
                                       ☐ Yes

---

**3.1636**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:          $2.33

s3005   SOUTHERN HARDWARE PAWN          Check all that apply.
PO BOX 864                             ☐ Contingent
RICHMOND HILL, GA 31324                ☐ Unliquidated
                                       ☐ Disputed

Date or dates debt was incurred        Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

                                       Is the claim subject to offset?
                                       ☑ No
                                       ☐ Yes

---

Debtor Name

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |

**3.1637** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95

s1770   SOUTHERN PAWN & JEWELRY INC
PO BOX 1619
VERONA, MS  38879-0349

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1638** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.01

s2277   SOUTHERN SHOOTERS INC
51 NEW HUTCHINSON MILL RD
LAGRANGE, GA  30240

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1639** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00

s2417   SOUTHERN TRADING COMPANY
400 N SCOTT STREET
BAINBRIDGE, GA  39817

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1640** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $647.21

s3130   SOUTHPORT WATER SPORTS INC
4888 COASTAL DR SE
SOUTHPORT, NC  28461

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 |
|---|---|---|---|

**s3229**    SPAR FIREARMS
6108 CARLISLE PIKE SUITE 100
MECHANICSBURG, PA 17050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.25 |
|---|---|---|---|

**s2964**    SPARTAN FIREARMS
7101 HWY 2 & 52 W
MINOT, ND 58703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.54 |
|---|---|---|---|

**s2659**    SPARTANBURG ARMS
2811 REIDVILLE RD STE 25
SPARTANBURG, SC 29301

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.91 |
|---|---|---|---|

**s2168**    SPECIALITY ARMS INC
7065 HWY 90
GRAND RIDGE, FL 32442

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 483 of 571

Debtor Name

Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | | |
|---|---|---|---|
| **3.1645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.95 |
| s2691 | SPEEDY MART<br>6697 WASHINGTON RD<br>APPLING, GA  30802 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.47 |
| s2601 | SPEEGLE`S MARINA<br>6786 COUNTY ROAD 813<br>CULLMAN, AL  35057 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.99 |
| s2420 | SPENCERS FIREARMS<br>14402 HWY 41 SUITE A<br>MADERA, CA  93636 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.03 |
| s1932 | SPLASH BOAT RENTALS<br>916 SANDBAR RD<br>CHAPIN, SC  29036-9490 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.40 |
| --- | --- | --- | --- |

s3674  SPORT DIMENSION, INC
SPORT DIMENSION - BODY GLOVE
DBA BODYGLOVE WETSUITS
966 SANDHILL AVE
CARSON, CA  90746

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,664.75 |
| --- | --- | --- | --- |

s3701  SPORT MARINE TECH
11552 MASSEY ROAD
PILOT POINT, TX  76258

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.01 |
| --- | --- | --- | --- |

s1844  SPORT WORLD BOAT CENTER
11909 NORTH STATE HWY 5
SUNRISE BEACH, MO  65079

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.24 |
| --- | --- | --- | --- |

s1881  SPORTS HUT
231 N MAIN ST
ALTURAS, CA  96101

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.96 |
|---|---|---|---|

s2320  SPORTSMAN CORNER LLC
765 DIXIANA DR
OWENSBORO, KY  42303-6418

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.28 |
|---|---|---|---|

s3190  SPORTSMANS COVE
13621 FAIRVIEW DR
GRABILL, IN  46741

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.96 |
|---|---|---|---|

s2737  SPORTSMANS ELITE LLC
4520 DONIPHAN DRIVE
EL PASO, TX  79922

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.12 |
|---|---|---|---|

s3017  SPORTSMANS GUN & INDOOR RANGE
4276 N JACKSON ST
GLASGOW, KY  42141

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Amount of Claim**

---

**3.1657** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $428.20

s2546    SPORTSMANS SHACK    Check all that apply.
         PO BOX 1423    ☐ Contingent
         WAYCROSS, GA  31502    ☐ Unliquidated
                               ☐ Disputed

         Date or dates debt was incurred    Basis for the claim:  CUSTOMER DEPOSIT

         Last 4 digts of account number
                                            Is the claim subject to offset?
                                            ☑ No
                                            ☐ Yes

---

**3.1658** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $3.12

s1999    SPORTSMANS SHANTY    Check all that apply.
         420 CHANDLER RD    ☐ Contingent
         JACKSON, NJ  08527-4324    ☐ Unliquidated
                                    ☐ Disputed

         Date or dates debt was incurred    Basis for the claim:  CUSTOMER DEPOSIT

         Last 4 digts of account number
                                            Is the claim subject to offset?
                                            ☑ No
                                            ☐ Yes

---

**3.1659** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $66.49

s1838    SPORTSMEN`S CENTER    Check all that apply.
         PO BOX L    ☐ Contingent
         FORT HOOD, TX  76544-0330    ☐ Unliquidated
                                      ☐ Disputed

         Date or dates debt was incurred    Basis for the claim:  CUSTOMER DEPOSIT

         Last 4 digts of account number
                                            Is the claim subject to offset?
                                            ☑ No
                                            ☐ Yes

---

**3.1660** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $64.00

s1644    SPORTSMENS CENTER    Check all that apply.
         69 US HWY 130    ☐ Contingent
         BORDENTOWN, NJ  08505-9999    ☐ Unliquidated
                                       ☐ Disputed

         Date or dates debt was incurred    Basis for the claim:  CUSTOMER DEPOSIT

         Last 4 digts of account number
                                            Is the claim subject to offset?
                                            ☑ No
                                            ☐ Yes

---

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |
|--------|--------------------------------------------------|------------------------------------------------|-------|

s3122   SPORTSMENS STOP LLC
        2733 CH 330
        NEVADA, OH  44849

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.91 |
|--------|--------------------------------------------------|------------------------------------------------|---------|

s2446   SPOTTED DOG PAWN SHOP
        PO BOX 696
        COLUMBIA, LA  71418

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.21 |
|--------|--------------------------------------------------|------------------------------------------------|---------|

s3747   SPOTTERS INC
        SPOTTERS INC - FLYING FISHERMA
        FLYING FISHERMAN
        PO BOX 545
        ISLAMORADA, FL  33036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.57 |
|--------|--------------------------------------------------|------------------------------------------------|---------|

s2948   SPRING GUNS AND AMMO II
        26115 NORTH INTERSTATE 45
        SPRING, TX  77380

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1665** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $39,607.41 |

s3617   **SPRINGFIELD INC.**
**420 W MAIN ST.**
**GENESEO, IL  61254-1524**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1666** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $971.63 |

s2875   **SPRINGS ARMORY**
**2462 WAYNOKA RD**
**COLORADO SPRINGS, CO  80915**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1667** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $31,640.90 |

s3613   **SPX FLOW US LLC**
**SPX FLOW - JOHNSON PUMP**
**PO BOX 277886**
**ATLANTA, GA  30384-7886**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1668** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12.90 |

s3121   **SPYDER ARMS LLC**
**8254 ALEXANDRIA PIKE**
**ALEXANDRIA, KY  41001**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.75 |

**s2205**    ST CROIX OUTDOORS
1298 198TH ST
ST CROIX FALLS, WI  54024

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.58 |
|---|---|---|

**s3158**    ST LUCIE GUNS INC
492 NW CONCOURSE PLACE
PORT ST LUCIE, FL  34986

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.34 |
|---|---|---|

**s3632**    STACK-ON PRODUCTS CO
PO BOX 95021
PALATINE, IL  60095-0021

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |
|---|---|---|

**s2456**    STALLION FIREARMS
813 A FLIGHTLINE BLVD SUITE 10
DELAND, FL  32724

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.1673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.57 |
| s2057 | STANLEY FIREARMS<br>PO BOX 115<br>BLUE RIDGE, GA  30513 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.72 |
| s1960 | STANLEYS MARINE<br>433 RT 46<br>BELVIDERE, NJ  07823 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,470.48 |
| s3488 | STAR BRITE<br>4041 S W 47TH AVENUE<br>FT.LAUDERDALE, FL  33314 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |
| s2063 | STARBOARD CORP-MARINE WORKS<br>199 PANDORA DR<br>HARRODSBURG, KY  40330 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.86 |
|---|---|---|---|
| s2573 | STATE LINE PAWN LLC<br>2229 HWY 17 NORTH<br>LITTLE RIVER, SC  29566 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.35 |
|---|---|---|---|
| s1916 | STEVES JEWELRY<br>PO BOX 914<br>FLATWOODS, KY  41139-0914 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.50 |
|---|---|---|---|
| s1652 | STEVES PAWN SHOP<br>1007 BROADWAY ST<br>MYRTLE BEACH, SC  29577 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.03 |
|---|---|---|---|
| s1990 | STEWARTS PAWN<br>421 HWY 12 E<br>KOSCIUSKO, MS  39090 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

**Part 2:**　　All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,053.00 |

s3743　STICKY HOLSTERS INC
　　　　STICKY HOLSTERS INC
　　　　NAPLES, FL  34104

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.95 |

s3112　STOCK & BARREL GUN CLUB
　　　　18832 LAKE DR E
　　　　CHANHASSEN, MN  55317

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.94 |

s1086　STOCKDALE GUNS
　　　　318 N MAIN ST STE 4
　　　　OWENTON, KY  40359

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.38 |

s1878　STOCKERS SHOP
　　　　5199 MAHONING AVE NW
　　　　WARREN, OH  44483-1400

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.45 |
|---|---|---|---|

s3066 STONEHOUSE GUNS AND AMMO
247 W STATE ST
QUARRYVILLE, PA 17566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,082.75 |
|---|---|---|---|

s2556 STOUT GUN & AMMO
361 DAVIS MILL RD
PARSONS, TN 38363

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.96 |
|---|---|---|---|

s2281 STOUTS GUN SHOP & REPAIR LLC
5452 COUNTY ROAD 26
BELLEFONTAINE, OH 43311

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

s2346 STRAIGHT SHOOTIN FIREARMS INC
225 WENDY PL
BENSON, NC 27504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.75 |
|---|---|---|---|

s2385 STRAIGHTLINE TACTICAL
327 S MAGNOLIA AVE
ANAHEIM, CA 92804

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $124,529.48 |
|---|---|---|---|

s3475 STREAMLIGHT INC.
PO BOX 74007450
CHICAGO, IL 60674-7450

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,512.55 |
|---|---|---|---|

s2685 STRIP GUN CLUB
2235 LAS VEGAS BLVD S
LAS VEGAS, NV 89104

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.20 |
|---|---|---|---|

s1755 STROMBERGS E-FISH-HUNT
1200 FIRST ST.
HAVRE, MT 59501-0608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.24 |

s3056   STRYKE RYTE OUTDOORS
837 WEST ADAMS ST
PITTSFIELD, IL  62363

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| | | |
|---|---|---|
| 3.1694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.99 |

s2518   STURGEON BAY OUTDOORS LLC
2853 COUNTY RD S
STURGEON BAY, WI  54235

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| | | |
|---|---|---|
| 3.1695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,145,043.03 |

s3556   STURM RUGER & COMPANY INC
1 LACEY PL
SOUTHPORT, CT  06890

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

| | | |
|---|---|---|
| 3.1696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,820,790.52 |

s3618   STURM RUGER RIFLES
1 LACEY PL
SOUTHPORT, CT  06890

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1697** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $77,130.32

s3781    STYRKA LLC
2835 COLUMBIA STREET
TORRANCE, CA  90503-3804

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1698** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $381.41

s1871    SUBURBAN SPORTING GOODS
2306 W NORTH AVE
MELROSE PARK, IL  60160-1117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1699** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $10.03

s2031    SUE´S WORLD OF CANVAS
1079 NEWBERRY RD
ADDISON, PA  15411

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1700** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $9.75

s1858    SUMNER OUTDOORS
PO BOX 672
HENDERSONVILLE, TN  37075-0672

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name                                                  Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.1701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.49 |
|---|---|---|---|

s2011    **SUNBURST MARINE WEST**
**101 WATER ST**
**BOYNE CITY, MI  49712**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred               Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.37 |
|---|---|---|---|

s3083    **SUNSET BEACH IRON TRADERS LLC**
**5036 MILL BRANCH RD**
**ASH, NC  28420**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred               Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.87 |
|---|---|---|---|

s2035    **SUPER SAVE PAWN**
**2627 N CHURCH STREET**
**BURLINGTON, NC  27217**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred               Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.70 |
|---|---|---|---|

s2326    **SUPERIOR OUTDOORS**
**6235 G 5 RD**
**ESCANABA, MI  49829**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred               Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1705** Nonpriority creditor's name and mailing address

s1743    SUPERIOR SHOOTERS SUPPLY LTD
1705 WINTER ST
SUPERIOR, WI  54880-1528

As of the petition filing date, the claim is:    $177.95

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1706** Nonpriority creditor's name and mailing address

s2397    SUPERIOR TROLLING MOTOR
116 BANKS AVE
LAFAYETTE, LA  70506

As of the petition filing date, the claim is:    $100.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1707** Nonpriority creditor's name and mailing address

s1768    SURGIN MARINE
409 VENDOLA DR
SAN RAFAEL, CA  94903-2932

As of the petition filing date, the claim is:    $32.28

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1708** Nonpriority creditor's name and mailing address

s1776    SUTTON CO
PO BOX 444
NAPLES, NY  14512-0444

As of the petition filing date, the claim is:    $63.41

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.10 |
|---|---|---|---|

s2955   SUTTON LAKE MARINA
286 LAUREL HEIGHTS
SUTTON, WV 26601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,105.00 |
|---|---|---|---|

s3788   SWAGGER LLC
208 N WHEELER AVE.
GRAND ISLAND, NE 68801

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.43 |
|---|---|---|---|

s2567   SWAMP FOX ARMORY LLC
9331 GARNERS FERRY RD
HOPKINS, SC 29061

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.17 |
|---|---|---|---|

s2240   SWAN LAKE STORE
658 42ND STREET
ALLEGAN, MI 49010

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.99 |

s2724   SWAP SHOP
134 ARBOR LANE
GALAX, VA  24333

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.42 |

s3627   SWIMWAYS
PO BOX 418214
BOSTON, MA  02241

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.00 |

s2625   SWUB TACTICAL
36 S HWY 17-92
DEBARY, FL  32713

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.05 |

s3058   SYLVANIA SPORTSMAN
287 WARMOUTH RD
SYLVANIA, GA  30467

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.21 |
|---|---|---|---|
| s3195 | SYNERGY FIREARMS LLC<br>329 OAK ST STE 201<br>GAINESVILLE, GA  30501 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95 |
|---|---|---|---|
| s1795 | T & K MARINE<br>6025 PHILLIPS RICE RD<br>CORTLAND, OH  44410-9682 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.18 |
|---|---|---|---|
| s2161 | T & L SALES<br>259 SALUDA ISLAND RD<br>PROSPERITY, SC  29127 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,513.82 |
|---|---|---|---|
| s3503 | T & R MARINE CORP<br>3309 EAST US HWY 27<br>PERRY, FL  32347 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name                                                                                    Case Number (if known)

**Part 2:**     All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| **3.1721**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     $1,000.00 |

**s1710**    **T & T GUNNERY**
**3778 MERRICK RD**
**SEAFORD, NY  11783-2817**

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1722**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $18.86

**s2244**    **T & T GUNWORKS**
**15615 POCOTALIGO RD**
**VARNVILLE, SC  29944**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1723**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $49.83

**s2951**    **T & T PAWN LLC**
**15 BAKER RD 4A**
**NEWNAN, GA  30265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1724**    Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $848.29

**s1914**    **T & T TACTICAL**
**2180 JERICHO TURNPIKE**
**GARDEN CITY PARK, NY  11040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

## Part 2:  All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.27 |
|---|---|---|---|

s2468   **T 3 OUTDOORS**
1737 GORNTO RD
VALDOSTA, GA  31601-8408

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.43 |
|---|---|---|---|

s2971   **T LEE`S**
PO BOX 762
JEFFERSON, GA  31044

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,128.50 |
|---|---|---|---|

s2160   **T M ENTERPRISES INC**
26103 WILSON RD
HENRYETTA, OK  74437

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219,142.96 |
|---|---|---|---|

s3739   **T R IMPORTS INC**
ADDRESS UNAVAILABLE AT TIME OF FILING
FT WORTH, TX  76244

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1729** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.25

**s2214** | T&T BOATWRENCH
6895 HWY 9
INMAN, SC 29349

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1730** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,952.14

**s3742** | TACKLEWEBS INC
1019 ALBAMONTE CT
OVIEDO, FL 32765

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1731** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,102.67

**s3630** | TACO METALS INC
PO BOX 693840
MIAMI, FL 33162

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1732** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.38

**s3078** | TACTICAL PERFORMANCE
4231 PACIFIC ST UNIT 33
ROCKLIN, CA 95677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s2748    TACTICAL SAFETY INSTITUTE
18408 NACOGDOCHES FM 2252
STE 1 & 2
SAN ANTONIO, TX 78266

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.61 |
|---|---|---|---|

s3196    TACTICAL SPEED SHOP LLC
23 E LURAY SHOPPING CENTER
LURAY, VA 22835

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.06 |
|---|---|---|---|

s3174    TAILGATES PAWN & GOLD LLC
116 W 2ND ST
VENUS, TX 76084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.79 |
|---|---|---|---|

s1808    TAKE AIM INC
1865 61ST ST
SARASOTA, FL 34243-2232

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**19-11301**

Debtor Name

Case Number (if known)

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.72 |
|---|---|---|---|

s2251    **TALESPINNERS OUTDOORS**
**19 EAST REEDS RD**
**LAFAYETTE, GA  30728**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.88 |
|---|---|---|---|

s1679    **TALKINGTON GUN SHOP**
**22199 ENERGY HWY**
**NEW MARTINSVILLE, WV  26155**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.13 |
|---|---|---|---|

s2943    **TALLEY`S TACTICAL TT**
**306 N FRANKLIN BLVD**
**NAMPA, ID  83687**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,170.00 |
|---|---|---|---|

s3727    **TANNERITE**
**36366 VALLEY ROAD**
**PLEASANT HILL, OR  97455**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name                                              Case Number (if known)

**Part 2:**    **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.      **Amount of Claim**

---

| 3.1741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,051.95 |
|---|---|---|---|

**s1907**   **TARGET MASTERS WEST**
**122 MINNIS CIR**
**MILPITAS, CA 95035-3113**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.46 |
|---|---|---|---|

**s2603**   **TARGET OPPORTUNITY**
**419 PAGE PLACE RD**
**STATESBORO, GA 30458**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.95 |
|---|---|---|---|

**s1734**   **TARGETMASTER INDOOR SHOOTING C**
**1717 S JUPITER RD**
**GARLAND, TX 75042-7719**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim: **CUSTOMER DEPOSIT**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,798.00 |
|---|---|---|---|

**s3666**   **TAYLOR`S & CO**
**304 LENOIR DRIVE**
**WINCHESTER, VA 22603**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.94

**s1876** | TAYLORS TRADING POST
730A UPPER TEMPLE RD
BIGLERVILLE, PA  17307

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1746** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $703.98

**s2891** | TC`S GUN SHOP
PO BOX 594
DAVIS, WV  26260

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1747** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.63

**s2081** | TEDS HUNTING & FISHING
5314 UNION RD
GASTONIA, NC  28056

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,006.93

**s3649** | TEMPRESS PRODUCTS LP
TEMPRESS INC
5052 SHARP ST.
DALLAS, TX  75247-6018

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 |

s2254  **TEN PERCENT FIREARMS**
**1277 KERN ST**
**TAFT, CA 93268**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,962.00 |

s3640  **TEN POINT CROSSBOW TECHNOLOGIES**
**C/O PARNELL & PARNELL, PA**
**CHARLES PARNELL**
**641 SOUTH LAWRENCE ST.**
**PO BOX 2189**
**MONTGOMERY, AL 36104**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |

s3053  **TENNESSE WILDLIFE RESOURCES**
**TWRA PO BOX 40747**
**ATTN GLEN MOATES**
**NASHVILLE, TN 37204**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.55 |

s2073  **TERRY WALDEN GUNSMITH**
**1862 16TH MODEL ROAD**
**MANCHESTER, TN 37355**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.90 |
|---|---|---|---|
| s2021 | TERRY`S OUTBOARD REPAIR<br>2328 FORREST AVENUE<br>GADSDEN, AL  35904-2039 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.45 |
|---|---|---|---|
| s2740 | TERRYS GUN & PAWN<br>107 W CLEVELAND<br>GUTHRIE, OK  73044 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.90 |
|---|---|---|---|
| s3209 | TEXAS SAWDUST & GUNS<br>4302 STILLBROOKE DR<br>HOUSTON, TX  77035 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.39 |
|---|---|---|---|
| s2123 | TEXAS SECURITY EQUIP INC<br>600-A S VALLEY MILLS DRIVE<br>WACO, TX  76711 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |

**3.1757** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$75.00**

s2904 **TEXAS WATERCRAFT & MARINE**
**10621 SOUTH PADRE ISLAND DR**
**CORPUS CHRISTI, TX  78418**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1758** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$277,472.93**

s3489 **T-H MARINE SUPPLIES INC**
**200 FINNEY RD SQ**
**HUNTSVILLE, AL  35824-2205**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1759** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$520.16**

s1890 **THE A W PETERSON GUN SHOP INC**
**4255 W OLD US HIGHWAY 441**
**MOUNT DORA, FL  32757-3299**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1760** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: **$14.95**

s2056 **THE AMMO DUMP INC**
**422 SPRING STREET**
**FARMINGTON, NH  03835**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.45 |

s1730  THE AMMO DUMP
4040 EASTON DR #1
BAKERSFIELD, CA  93309-9417

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.13 |

s1812  THE ARCHERY SHOP
328 INDUSTRIAL RD
SUMMERVILLE, SC  29483-3407

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,186.10 |

s2477  THE ARMORY
3001 N NAVARRO ST
VICTORIA, TX  77901

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.09 |

s1628  THE ARMORY
5313 INDIAN RIVER RD, UNIT 112
VIRGINIA BEACH, VA  23464-5366

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name                                                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.79 |
|--------|--------------------------------------------------|-----------------------------------------------|--------|

s1819      THE ARMS CACHE
           PO BOX 78
           COOLIN, ID 83821-0078

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|--------|--------------------------------------------------|-----------------------------------------------|--------|

s2777      THE BEST OF THE WEST
           PO BOX 1150
           CODY, WY 82414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.59 |
|--------|--------------------------------------------------|-----------------------------------------------|--------|

s2989      THE BUCKHORN BOAT DOCTOR
           7027 NC HWY 42 W
           LUCAMA, NC 27851

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,662.87 |
|--------|--------------------------------------------------|-----------------------------------------------|-----------|

s2357      THE BULLET HOLE INDOOR RANGE
           1642 CALEB DR SE
           BROOKHAVEN, MS 39601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| **3.1769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,161.18 |
| **s3570** | THE CIT GROUP COMM SERV DAC<br>DAC TECHNOLOGIES<br>100 GAMBLE ROAD SUITE ONE<br>LITTLE ROCK, AR  72211 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.68 |
| **s3202** | THE COP SHOP INC<br>803 E BALTIMORE ST<br>BALTIMORE, MD  21202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.16 |
| **s2379** | THE FOUNDRY<br>5650 HWY 49 S STE 204<br>HARRISBURG, NC  28075 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.1772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.27 |
| **s1891** | THE GOLD MINER INC<br>4351 HANCOCK BRIDGE PKWY<br>FORT MYERS, FL  33903-4252 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1773** Nonpriority creditor's name and mailing address

**s3098**   THE GUN CLEANERS OF CENTRAL OH
11963 GREEN CHAPEL RD
JOHNSTOWN, OH  43031

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$257.11

---

**3.1774** Nonpriority creditor's name and mailing address

**s2952**   THE GUN CLEANERS-HLYWD PARK
16111 SAN PEDRO AVE STE #103
HOLLYWOOD PARK, TX  78232

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1.48

---

**3.1775** Nonpriority creditor's name and mailing address

**s2594**   THE GUN GROVE LLC
708 PATTON ST
MACON, MO  63552

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$100.00

---

**3.1776** Nonpriority creditor's name and mailing address

**s2384**   THE GUN ROOM INC
705 BRISKIN LANE
LEBANON, TN  37087

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$42.00

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.50 |
|---|---|---|---|

**s977**

THE GUN ROOM
16369 YALE AVE
KIDDER, MO  64649

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.90 |
|---|---|---|---|

**s1835**

THE GUN ROOM
2500 GLADIOLA ST
PUEBLO, CO  81005-2825

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.11 |
|---|---|---|---|

**s1632**

THE GUN RUNNER
PO BOX 31
PLAUCHEVILLE, LA  71362-2000

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.62 |
|---|---|---|---|

**s1634**

THE GUN SHOP
1614 EASTERN BLVD
BALTIMORE, MD  21221-2103

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 517 of 571

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.70 |
|---|---|---|---|
| s2638 | THE HUNTERS EDGE LLC<br>407 HWY 11 SOUTH<br>ELLISVILLE, MS  39437 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.97 |
|---|---|---|---|
| s2620 | THE HUNTING CORNER LLC<br>1100 HWY 24 & 36 SUITE 14<br>MONROE CITY, MO  63456 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.74 |
|---|---|---|---|
| s2568 | THE KAYAK FISHING STORE<br>33 LOLA LN<br>CAPE MAY, NJ  08204 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.08 |
|---|---|---|---|
| s2394 | THE MANGY MOOSE MERCANTILE<br>PO BOX 1742<br>PLAINS, MT  59859 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.31 |

**s2483**   THE OLD FISHING HOLE GUN SHOP
THE OLD FISHING HOLE LLC
81 BRIDGE ST #3
MORRISVILLE, VT  05661

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.07 |
|---|---|---|---|

**s2429**   THE OUTPOST SPORTS & PAWN LLC
410 OAK ST EXT
FOREST CITY, NC  28043

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.00 |
|---|---|---|---|

**s2307**   THE OUTPOST
1031 RT 32 UNIT 1
UNCASVILLE, CT  06382

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.19 |
|---|---|---|---|

**s2983**   THE PATRIOTS BUNKER
119 USHER PLACE
RINCON, GA  31326

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.09 |

s1626   THE PAWN SHOP
434 W 7TH ST
WALSENBURG, CO  81089-2216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1790   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $4.95

s2180   THE PAWN SHOP
909 S MADISON ST
WHITEVILLE, NC  28472

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1791   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $56.85

s3070   THE PEACEMAKERS ARMORY
8835 GREAVES LANE UNIT 3
SCHERTZ, TX  78154

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1792   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $189.11

s1732   THE PISTOL PARLOR
2601 E 7TH AVE
FLAGSTAFF, AZ  86004-3952

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1793** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.26

**s2981** | THE PISTOL RACK
27836 HWY H
MARSHALL, MO  65340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1794** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.92

**s2626** | THE RAINBOW TRADING POST
490 WEST GRAND AVE
RAINBOW CITY, AL  35906

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1795** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $647.00

**s2405** | THE RUNNERS HIGH
11209 S DIXIE HWY
MIAMI, FL  33156

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1796** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.49

**s2252** | THE SHOOTHOUSE
202 DRY OAK RD
BELTON, SC  29627

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.90 |
|---|---|---|---|

s2012   THE SPORTSMAN LTD
6184 OCEAN GATEWAY STE A
TRAPPE, MD  21673-2005

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.12 |
|---|---|---|---|

s2354   THE SPORTSMANS DEN
666 SOUTHERN ARTERY
QUINCY, MA  02169

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.19 |
|---|---|---|---|

s1801   THE SUBURBAN ARMORY
1008 MACDADE BLVD
COLLINGDALE, PA  19023-4018

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.77 |
|---|---|---|---|

s3153   THE TAC SHACK PEORIA
8919 N UNIVERSITY
PEORIA, IL  61615

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1801** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.80 |

**3.1801**  Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $171.80

s2843   THE TAC SHACK
        1100 EAST JACKSON AVENUE
        960
        MONMOUTH, IL  61462

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1802**  Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $36.19

s2129   THE TACKLE BOX
        210 S GEORGETOWN HWY
        JOHNSONVILLE, SC  29555

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1803**  Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $78.30

s2761   THE TRADING POST LLC
        21429 YORK RD
        FREELAND, MD  21053

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1804**  Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — $30.00

s2745   THE TURQUOISE JUNCTION
        125 N MAIN ST
        GUNNISON, CO  81230

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name                                       Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

| | | |
|---|---|---|
| **3.1805** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $17,084.94 |

s3622   THE WISE COMPANY, INC
WISE COMPANY - BOAT SEATS
79 SOUTH SECOND ST.
MEMPHIS, TN  38103

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1806**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $2,229.57

s3573   THERMACELL REPELLANTS INC
26 CROSBY DRIVE
BEDFORD, MA  01730

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1807**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $648.94

s2937   THOMPSON SHOOTING SPORTS
1380 CR 4 SE
ALEXANDRIA, MN  56308

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** CUSTOMER DEPOSIT

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1808**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** $8,036.68

s3633   TIE DOWN ENGINEERING INC
605 STONEHILL DR SW
ATLANTA, GA  30336-2615

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** TRADE PAYABLE

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.10 |
|---|---|---|---|

s2895   TIFT COUNTY TRADE AND PAWN LLC
PO BOX 249
BROOKFIELD, GA  31727

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.22 |
|---|---|---|---|

s2524   TIM MERRILL CO INC
45 STATE PARK RD
DOVER FOXCROFT, ME  04426

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.30 |
|---|---|---|---|

s2794   TIM`S SHOOTING ACADEMY OF WEST
17777 COMMERCE DR
WESTFIELD, IN  46074

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.1812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.64 |
|---|---|---|---|

s388   TIMBERLINE ARCHERY
520 CORTE AMINO
FOUTAIN, CO  80817

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1813** Nonpriority creditor's name and mailing address

s1751   **TIMS GUNS & RANGE**
3761 RECKER HWY
WINTER HAVEN, FL  33880

As of the petition filing date, the claim is:    $40.62

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1814** Nonpriority creditor's name and mailing address

s2138   **TIMS SPORTING GOODS**
PO BOX 3226
SILVER CREEK, MS  39663

As of the petition filing date, the claim is:    $8.99

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1815** Nonpriority creditor's name and mailing address

s2903   **TIPPECANOE SPORT SHOP**
145 TEAL RD WEST
LAFAYETTE, IN  47909

As of the petition filing date, the claim is:    $234.12

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1816** Nonpriority creditor's name and mailing address

s2313   **TIPWOOD ENTERPRISES, LC**
1270 MEADOW LAKE ROAD
VIRGINIA BEACH, VA  23451

As of the petition filing date, the claim is:    $95.20

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |

**3.1817**

s2945

TITAN TACTICAL SUPPLY
PO BOX 1777
WINDSOR, CA  95492

As of the petition filing date, the claim is:                           $17.90

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1818**

s3089

TL GOLD PAWN & GUN
921 W LIBERTY AVENUE
LYONS, GA  30436

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                           $14.95

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1819**

s2865

TL GOLD PAWN & GUN
PO BOX 1513
REIDSVILLE, GA  30453

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                           $596.80

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1820**

s3124

TL GOLD PAWN AND GUN
289 E PARKER ST
BAXLEY, GA  31513

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:                           $303.85

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**Ellett Brothers, LLC**

Debtor Name

19-11301

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.95

**s2419** | TMBC DBA CABELA`S
# 1 BASS PRO DRIVE
FOXBORO, MA  02035

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,228.71

**s2416** | TMBC DBA CABELA`S
5000 BASS PRO BLVD
MACON, GA  31210

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.36

**s2586** | TNT OUTFITTERS
147 DOVE LANE
SPOUTSPRING, VA  24593

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1824** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.13

**s2295** | TOM CAT SPORTING GOODS LLC
PO BOX 176
KOOSKIA, ID  83539

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1825** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.78

s2165 | TOM`S SERVICE CENTER LLC
216 LOBLOLLY LANE
LEESVILLE, SC 29070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1826** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00

s2920 | TOMAHUND MARINE
16061 OLD TOMAHUND DR
WILLIAMSBURG, VA 23185

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1827** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.25

s2162 | TOMICK FIREARMS
1198 CR 621 EAST SUITE 1
LAKE PLACID, FL 33852

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1828** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.39

s1753 | TOMS GUN SHOPPE INC
894 S SEMINARY ST
GALESBURG, IL 61401-6055

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1829** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.68

**s1895** TOMS SPORTING GOODS
2036 BUFFALO TRL
MORRISTOWN, TN 37814-4334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1830** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.06

**s2261** TONY`S GUNS & AMMO
40924 B HEARNE ROAD
NEW LONDON, NC 28127

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1831** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.53

**s3156** TOON TIME LLC
485 WILSON HALL RD
SUMTER, SC 29150

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1832** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90

**s2692** TOOTH AND NAIL ENTERPRISES
133 SOUTH MAIN
GRAVOIS MILLS, MO 65037

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.97 |

**s1903**
**TOP BRASS SPORTS INC**
**4788 NAVY RD**
**MILLINGTON, TN  38053-1904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 |

**s3003**
**TOP DOLLAR PAWN & GUN LLC**
**51 WESTBANK EXPY**
**GRETNA, LA  70053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.78 |

**s1966**
**TOP DOLLAR PAWN SHOP**
**3421 WASHINGTON ST**
**VICKSBURG, MS  39180-5059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.53 |

**s3233**
**TOP GUN INDOOR PISTOL RANGE**
**1123 HWY 1 SOUTH**
**LUGOFF, SC  29078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1837**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $224.75

**s2716**    TOP GUN
519 FARRAGUT ST SUITE B
LAREDO, TX  78040

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1838**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1.01

**s2356**    TOPLINE
570 GARFIELD ST
LANDER, WY  82520

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1839**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $15.91

**s2687**    TOWN & COUNTRY TRADING CENTER
1713 MARION AVE
MATTOON, IL  61938

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1840**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $249,000.09

**s3764**    TOWN OF CHAPIN
PO BOX 183
CHAPIN, SC  29036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1841** Nonpriority creditor's name and mailing address

s3458 **TR & Z USA TRADING**
**2499 MAIN STREET**
**STRATFORD, CT  06615**

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$354,995.98

---

**3.1842** Nonpriority creditor's name and mailing address

s3687 **TRAC OUTDOOR PRODUCTS**
**6536 HIDDEN HOLLOW TRL**
**BRENTWOOD, TN  37027-6302**

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$22,160.49

---

**3.1843** Nonpriority creditor's name and mailing address

s2374 **TRACTOR & AUTO SUPPLY CO INC**
**PO BOX 642**
**DUNN, NC  28335**

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

---

**3.1844** Nonpriority creditor's name and mailing address

s2121 **TRADING PLACE PAWN & SALES INC**
**1412 S BROAD STREET**
**MONROE, GA  30655**

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$428.90

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1845** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $3.59

**s2679**    TRADING POST LLC
264 WEST GRAND AVE
WISCONSIN RAPIDS, WI  54495

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1846** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $48.97

**s2893**    TRAIL BOSS GUNS AND GEAR/TBG
124 W FRY BLVD
SIERRA VISTA, AZ  85635

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1847** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $495.39

**s3740**    TRANE U S INC.
PO BOX 406469
ATLANTA, GA  30384-6469

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1848** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $406.87

**s2464**    TRAVERSE BAY MARINE
228 US 31 SOUTH
TRAVERSE CITY, MI  49685

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1849** Nonpriority creditor's name and mailing address

s3537   TRC RECREATION, LP
PO BOX 539
WICHITA, TX 76307

As of the petition filing date, the claim is:                                                $1,623.50

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1850** Nonpriority creditor's name and mailing address

s2540   TREELINE SPORTS INC
1447 W MAIN ST
NORRISTOWN, PA 19403

As of the petition filing date, the claim is:                                                    $4.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1851** Nonpriority creditor's name and mailing address

s2730   TRIBAL PAWN SHOP
PO BOX 1985
CHEROKEE, NC 28719

As of the petition filing date, the claim is:                                                   $16.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1852** Nonpriority creditor's name and mailing address

s3149   TRIGGER TIME LLC
PO BOX 652
SPENCER, WV 25276

As of the petition filing date, the claim is:                                                   $40.93

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.66 |
|---|---|---|---|
| s3230 | TRIHUNT ENTERPRISES LLC<br>1114 NORTHWAY<br>DARIEN, GA  31305 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.77 |
|---|---|---|---|
| s2846 | TRIHUNT ENTERPRISES LLC<br>4334 SMITH RD SE<br>TOWNSEND, GA  31331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.00 |
|---|---|---|---|
| s2048 | TRIPLE G GUN GALLERY INC<br>9351 HWY 150<br>GREENVILLE, IN  47124 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|
| s2266 | TRIPLE H OUTFITTERS LLC<br>225 W 500 S<br>ORANGEVILLE, UT  84537 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.49 |

s3538    TRI-STAR
1816 LINN STREET
N KANSAS CITY, MO  64116-3627

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.00 |

s2822    TRITAC SHOOTING SOLUTIONS
1400 SUNNYVIEW RD NE
SALEM, OR  97301

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.95 |

s2666    TRIVETTES GUNSMITHING
2476 SPRING MEADOW RD
LENOIR, NC  28645

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.1860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 |

s2434    TROJAN ARMS & GUNSMITHING
112 W MARKET ST
TROY, IL  62294

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 537 of 571

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
|---|---|---|---|

**s2706**  TROJAN ARMS & TACTICAL INC
10981 NOKESVILLE RD
MANASSAS, VA  20110

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.10 |
|---|---|---|---|

**s2900**  TROPHY ROOM TAXIDERMY & FUR
PO BOX 24
SARATOGA, WY  82331

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,833.99 |
|---|---|---|---|

**s3697**  TROY INDUSTRIES INC
151 CAPITAL DRIVE
WEST SPRINGFIELD, MA  01089

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.00 |
|---|---|---|---|

**s2924**  TROY PARSONS/FREEDOM FIREARMS
PO BOX 179
EAST MACHIAS, ME  04630

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name                                                                      Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279,399.01 |
|---|---|---|---|

s3647     TRUGLO INC
          525 INTERNATIONAL PARKWAY
          RICHARDSON, TX  75081-4413

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.18 |
|---|---|---|---|

s1023     TUCKAHOE SPORTSMAN
          22145 SHORE HWY
          DENTON, MD  21629

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.69 |
|---|---|---|---|

s1759     TWIN CITIES MARINE
          PO BOX 126
          TWO RIVERS, WI  54241-0126

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.99 |
|---|---|---|---|

s2800     TWIN COUNTY MOTORSPORTS
          2800 N WESLEYAN BLVD
          ROCKY MOUNT, NC  27804

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.23 |
|---|---|---|---|

s2922   TWIN LAKE OUTFITTERS LLC
29245 HWY 58
SOUTH HILL, VA  23970

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.41 |
|---|---|---|---|

s2543   TWIN RIVER TACKLE
1637 HWY 43 SOUTH
DEMOPOLIS, AL  36732

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.27 |
|---|---|---|---|

s2155   TWO BADGE GUN SHOP
1835 OREGON AVE
KLAMATH, OR  97601

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.90 |
|---|---|---|---|

s2038   TWO JACKS PAWN SHOP
5407 HWY 62 W
EUREKA SPRINGS, AR  72632

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|
| s3119 | U BUILD RIFLE COMPANY<br>7075 E PANORAMA DR<br>CAVE CREEK, AZ  85331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,519.33 |
|---|---|---|---|
| s3585 | UMAREX USA INC<br>UMAREX USA<br>FORT SMITH, AR  72916 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.59 |
|---|---|---|---|
| s2840 | UNCLE SAMS FIREARMS<br>4702 N BLACKSTONE AVE<br>FRESNO, CA  93726 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.1876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,667.19 |
|---|---|---|---|
| s3683 | UNICORD<br>12010 S PAULINA STREET<br>CALUMET PARK, IL  60827 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Debtor Name

**Part 2:**  **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.1877** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **s2368** | UNIQUE BOAT PRODUCTS<br>7651 BAGDAD RD<br>BAGDAD, KY  40003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$6.22

Date or dates debt was incurred       **Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1878** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **s3544** | UNITED PARCEL SERVICE<br>PO BOX 7247-0244<br>PHILADELPHIA, PA  19170 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$77,157.89

Date or dates debt was incurred       **Basis for the claim:   TRADE PAYABLE**

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1879** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **s2488** | UNITED STATES SHOOTING ACADEMY<br>6500 EAST 66TH ST NORTH<br>TULSA, OK  74117 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$2.15

Date or dates debt was incurred       **Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.1880** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| **s1845** | UNIVERSAL JEWELRY PAWN & GUN I<br>990 W BRANDON BLVD<br>BRANDON, FL  33511-4906 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$574.75

Date or dates debt was incurred       **Basis for the claim:   CUSTOMER DEPOSIT**

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 542 of 571

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1881** Nonpriority creditor's name and mailing address

s2616   **UP IN ARMS**
PO BOX 1047
CALIENTE, NV 89008

As of the petition filing date, the claim is:   $30.46

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1882** Nonpriority creditor's name and mailing address

s2894   **UPLAND OUTFITTERS**
11880 OLD 2243 W STE 202
LEANDER, TX 78641

As of the petition filing date, the claim is:   $18.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1883** Nonpriority creditor's name and mailing address

s3762   **UPS SLC**
LOCKBOX 577
CAROL STREAM, IL 60132-0577

As of the petition filing date, the claim is:   $29.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1884** Nonpriority creditor's name and mailing address

s2469   **US FIREARMS COMPANY LLC**
590 S MARY AVE
SUNNYVALE, CA 94087

As of the petition filing date, the claim is:   $50.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.73 |
|---|---|---|---|

s1773    US PROP SERVICE
844 S MAIN ST
TROUTMAN, NC  28166-8514

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.91 |
|---|---|---|---|

s2781    USA GUNS AND PAWN INC
6345 HWY 92
ACWORTH, GA  30102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.66 |
|---|---|---|---|

s1748    USA MARINE INC
200 SW CUTOFF RTE 20
WORCESTER, MA  01604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.46 |
|---|---|---|---|

s1996    USA SUPER PAWN LLC
401 S WASHINGTON ST
MARYVILLE, TN  37804-5812

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 544 of 571

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.50 |
|---|---|---|---|

s2140      UTRAMATIC FEEDERS
           PO BOX 550
           HOCKLEY, TX  77447

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.99 |
|---|---|---|---|

s1879      VALLEY GUN INC
           2728 CHESTER AVE
           BAKERSFIELD, CA  93301-2017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.55 |
|---|---|---|---|

s2628      VALLEY GUN WORKS
           10657 W MAIN RD
           NORTH EAST, PA  16428

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.96 |
|---|---|---|---|

s2699      VALUE TRADE LLC
           246 MAIN ST
           HINTON, WV  25951

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

<div style="background:black;color:white;display:inline-block;">**Part 2:**</div> **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.1893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,764.84 |

s2637    **VAN DYKES STORE**
PO BOX 122
ELLSINORE, MO  63937

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 |

s3224    **VANDALIA TACTICAL SUPPLY LLC**
312 N DIXIE DRIVE
VANDALIA, OH  45377

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.00 |

s1638    **VANNS GUNS & RELOADS**
246 BRADFORD RD
PLATTSBURGH, NY  12901-9739

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.15 |

s2652    **VELOCITY POWERBOATS**
3401 DAWN COURT
LAKE MARY, FL  32746

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 546 of 571

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1897**   Nonpriority creditor's name and mailing address

s2996   VETERANS GUN CO
304 MARY ST
WAYCROSS, GA 31501

As of the petition filing date, the claim is:   $20.78

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1898**   Nonpriority creditor's name and mailing address

s2116   VILLAGE TRADING POST CO LLC
3115 SUTTON AVE
MAPLEWOOD, MO 63143

As of the petition filing date, the claim is:   $182.15

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1899**   Nonpriority creditor's name and mailing address

s2667   VINEYARDMART
687 BETHEL RD
CHESAPEAKE CITY, MD 21915

As of the petition filing date, the claim is:   $1,168.79

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1900**   Nonpriority creditor's name and mailing address

s2315   VINNIES GUNS
1344 MAGNOLIA AVE
ROHNERT PARK, CA 94928

As of the petition filing date, the claim is:   $10.00

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|
| s1897 | W M CASTLEBERRY JR<br>PO BOX 2005<br>VALDOSTA, GA 31604-2005 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,308.99 |
|---|---|---|---|
| s3596 | W R CASE & SONS CUTLERY CO.<br>PO BOX 536494<br>PITTSBURGH, PA 15253-5906 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.55 |
|---|---|---|---|
| s2772 | WACKY RIGGERS<br>1315 KEPLEY RD<br>SALISBURY, NC 28147 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.1904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 |
|---|---|---|---|
| s2389 | WACKY WORM INC<br>1222 INTERCHANGE ROAD<br>GILBERT, PA 18331 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: CUSTOMER DEPOSIT | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Debtor Name

19-11301

Case Number (if known)

**Part 2:**   All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| 3.1905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $92.56 |

s2154   **WADES EASTSIDE GUN SHOP INC**
**13570 BELRED RD**
**BELLEVUE, WA  98005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1906   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:   $42.22

s1766   **WAILEA SUPPLY**
**PO BOX 1916**
**KIHEI, HI  96753-1916**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1907   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:   $975.55

s3169   **WAKE ZONE MARINE LIMITED**
**2466 RICH HILL ROAD**
**CENTERBURG, OH  43011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1908   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:   $344.82

s1809   **WALKER MARINE**
**9700 COUNTY RD 33**
**ASHVILLE, AL  35953-4306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1909** Nonpriority creditor's name and mailing address

s3705

WALTHER ARMS INC
DEPT. #5566
PO BOX 11407
BIRMINGHAM, AL  35246-5566

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                     $399,000.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1910** Nonpriority creditor's name and mailing address

s3216

WARRIOR MANUFACTURING LLC
12274 PANOLA RD
SUMMERTON, SC  29148

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                     $627.39

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1911** Nonpriority creditor's name and mailing address

s2848

WAR-STORE
9702 GAYTON RD STE 500
HENRICO, VA  23238

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                     $55.99

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.1912** Nonpriority creditor's name and mailing address

s2630

WATERCRAFT PLUS LLC
5990 COLLEGE STREET
BEAUMONT, TX  77707

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:                     $394.10

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.92 |
|---|---|---|---|

**s1757**    WAYNE BERGQUIST GUNS/GUNSMITH
5760 SHIRLEY ST STE 21
NAPLES, FL  34109-1821

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.1914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.15 |
|---|---|---|---|

**s3007**    WAYNE WHITE PROPANE
PO BOX 668
FAIRFIELD, IL  62837

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.1915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.90 |
|---|---|---|---|

**s2717**    WE PAWN SC
82 CLOVERLEAF DR STE 104
LONGS, SC  29568

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.1916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.49 |
|---|---|---|---|

**s3040**    WEAPONS INC
13161 S MEMORIAL DRIVE STE B
BIXBY, OK  74008

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

<div align="right">19-11301</div>

Debtor Name

<div align="right">Case Number (if known)</div>

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

<div align="right">**Amount of Claim**</div>

| | | |
|---|---|---|
| 3.1917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,100.00 |

s3602   **WEATHERBY INC AMMO**
13183 COLLECTIONS CENTER DR
CHICAG0, IL  60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1918   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $239,141.95

s3481   **WEATHERBY INC**
13183 COLLECTIONS CENTER DR
CHICAGO, IL  60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1919   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $69.95

s1707   **WEAVERS GUN SHOP**
300 SALEM ST
BLOOMFIELD, MO  63825-8539

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.1920   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $50.36

s3144   **WEBB ARMS LLC**
60 MILITARY ROAD STE B
MARION, AR  72364

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name

**Part 2:**    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.20 |
|---|---|---|---|

s2480    WEDO PAWN
5115-D N TRYON ST
CHARLOTTE, NC  28213

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.22 |
|---|---|---|---|

s3768    WELLS FARGO FINANCIAL LEASING
PO BOX 10306
DES MOINES, IA  50306-0306

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $697.78 |
|---|---|---|---|

s1967    WELLS HARDWARE & SUPPLY
PO BOX 996
CORDELE, GA  31010

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.96 |
|---|---|---|---|

s1892    WELSH PAWN SHOP INC
32 E DERENNE AVE
SAVANNAH, GA  31405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.1925** Nonpriority creditor's name and mailing address

s1614    **WENAHA CUSTOM FIREARMS**
**5689 RIVERVIEW LANE**
**DEER PARK, WA  99006**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10.51

---

**3.1926** Nonpriority creditor's name and mailing address

s1833    **WESLEY K LEWIS**
**5060 ROSEVILLE ROAD**
**NORTH HIGHLANDS, CA  95660**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7.00

---

**3.1927** Nonpriority creditor's name and mailing address

s2867    **WEST HOUSTON FIREARMS**
**1439 BLALOCK RD**
**HOUSTON, TX  77055**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$18.28

---

**3.1928** Nonpriority creditor's name and mailing address

s3760    **WEST RIVER BUSINESS PARK PARTNERSHIP**
**1685 50TH AVE. NE**
**SAUK RAPIDS, MN  56379**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,298.24

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1929** Nonpriority creditor's name and mailing address

s3809 **WEST RIVER BUSINESS PARK PARTNERSHIP, LLP**
**C/O REVERMANN LAW**
**CLAUDIA M REVERMANN**
**1623 DIVISION STREET**
**WAITE PARK, MN  56387**

Date or dates debt was incurred    4/1/2019; 5/1/2019; 6/1/2

Last 4 digts of account number    5248

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   MINNESOTA LEASE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,842.98

---

**3.1930** Nonpriority creditor's name and mailing address

s3185 **WESTBORN GUN SHOP INC**
**21721 ECORSE ROAD**
**TAYLOR, MI  48180**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$207.39

---

**3.1931** Nonpriority creditor's name and mailing address

s2066 **WESTERN FIREARMS INC**
**6621 ATLANTIC AVE**
**BELL, CA  90201**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$311.62

---

**3.1932** Nonpriority creditor's name and mailing address

s2304 **WET N WILD RENTALS**
**344 CROCKETT RD**
**COLUMBIA, SC  29212**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8.82

---

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.95

s3128 | WHEELER ACE HARDWARE
153 LEGION DR
WARRENTON, GA  30828

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1934** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.09

s2665 | WHERRELL MACHINE LLC
107 SW 2ND ST
OKEECHOBEE, FL  34974

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1935** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.54

s1900 | WHISPERING PINES OUTPOST
N 4200 M 95
IRON MOUNTAIN, MI  49801-9999

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1936** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.78

s2457 | WHITE KNOLL GOLD & PAWN
5520 A PLATT SPRINGS RD
LEXINGTON, SC  29073

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.00 |
|---|---|---|---|

**s1631**   WHITE MARSH ARMS INC
9603 DEERECO RD SUITE 400
TIMONIUM, MD  21093

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.99 |
|---|---|---|---|

**s2040**   WHITE PINE MARINE
519 HIGHWAY 25-32
WHITE PINE, TN  37890

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 |
|---|---|---|---|

**s1624**   WHITE SAND`S GUN AND AMMO
1280 B PINEY GROVE RD
GREENEVILLE, TN  37743-5306

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.35 |
|---|---|---|---|

**s1647**   WHITETAIL GUNSHOP
2964 S MECHANICSBURG RD
SHIRLEY, IN  47384-9630

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

19-11301

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2775    **WHITLEYS GUN AND AMMO LLC**
**11466 HWY 109**
**PARIS, AR 72855**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2844    **WIDE EURPS GUNS**
**312 W ASHMORE ST**
**ASHMORE, IL 61912**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.40 |
|---|---|---|---|

s1671    **WIEBKE FUR CO INC**
**110 ROSE ST**
**LA CROSSE, WI 54603**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.1944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.59 |
|---|---|---|---|

s2003    **WILBORN GUNS**
**505 MAIN AVE NW**
**CULLMAN, AL 35055-2848**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:  CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1945** Nonpriority creditor's name and mailing address

s1986  WILD INDIAN GUN CO INC
2305 US HIGHWAY 13 N
GOLDSBORO, NC  27534-7315

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$130.97

---

**3.1946** Nonpriority creditor's name and mailing address

s3227  WILD SIDE PAWN AND GUN
4260 SE FEDERAL HWY
STUART, FL  34997

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$41.23

---

**3.1947** Nonpriority creditor's name and mailing address

s2448  WILD WILL`S GUNS LLC
1709 WEST ANDREW JOHNSON HWY
MORRISTOWN, TN  37814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$10.79

---

**3.1948** Nonpriority creditor's name and mailing address

s2377  WILDER CITI PAWN & GUN
PO BOX 2192
GLENWOOD, AR  71943

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

$29.99

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1949** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $29.54

**s1998**    WILDERNESS SPORTS INC
107 E DIVISION ST
ISHPEMING, MI  49849-2008

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1950** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $9,094.94

**s3527**    WILDLIFE RESEARCH CENTER INC
14485 AZURITE ST. NW
RAMSEY, MN  55303

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1951** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $70.95

**s2609**    WILDMAN ARMS
25502 INTERSTATE N 30
BRYANT, AR  72022

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.1952** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $183.09

**s2089**    WILDWOOD SAW & WORK WEAR
908 S FORTUNA BLVD
FORTUNA, CA  95540

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,770.00 |
|---|---|---|---|

**s3675**     WILEY X INC
DEPT 34574
PO BOX 39000
SAN FRANCISCO, CA  94139

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.41 |
|---|---|---|---|

**s2801**     WILLIAMS GUN GEAR
7000 US HWY 271 NORTH
POWDERLY, TX  75473

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,078.00 |
|---|---|---|---|

**s3694**     WINDHAM WEAPONRY INC
PO BOX 1900
WINDHAM, ME  04062

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.50 |
|---|---|---|---|

**s3164**     WINDING BROOK INDOOR SHOOTING
11547 LAKERIDGE PKWY
ASHLAND, VA  23005

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.1957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.40 |
|---|---|---|---|

s2854 WING PAWN LLC
5715 MENAUL BLVD NE
ALBUQUERQUE, NM 87110

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.91 |
|---|---|---|---|

s3023 WISE MARINE SERVICE
650 PATTERSON RD
SALISBURY, NC 28147

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.90 |
|---|---|---|---|

s2149 WITHERS SPORTS SUPPLY
7122 S SIWELL RD
BYRAM, MS 39272

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.07 |
|---|---|---|---|

s2319 WOLFE MARINE
215 FRANCES MILL RD
WINDSOR, NC 27983

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor Name

Case Number (if known)

**Part 2:** All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | |
|---|---|
| **3.1961** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $71.22 |

s2731 WOODLAND PARK RANGE II LLC
163 E MAIN ST
SUITE 264
LITTLE FALLS, NJ  07424

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1962** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: $29.95

s2792 WOODMOUSE
265 S COLLEGE ST
CARLISLE, PA  17013

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1963** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: $478.42

s3077 WOODS BOATHOUSE & POWERSPORTS
2107 WHITE HALL BLVD
FAIRMONT, WV  26554

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1964** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: $85.80

s1488 WOODS FORK OUTDOORS LLC
3425 WOODS FORK RD
HIGHLANDVILLE, MO  65669

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.1965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.39 |
|---|---|---|---|

s1943  WOOTENS MARINE
3249 N CHURCH ST.
ROCKY MOUNT, NC  27804

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,216.00 |
|---|---|---|---|

s3487  WORTH COMPANY
PO BOX 88
STEVENS POINT, WI  54481

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,511.90 |
|---|---|---|---|

s3226  WORTH-A-SHOT INC
8424 VETERANS HWY SUITES 10-12
MILLERSVILLE, MD  21108

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.1968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,845.56 |
|---|---|---|---|

s3723  WOW WORLD OF WATERSPORTS WIRE
PO BOX 30052
OMAHA, NE  68197-1152

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.67 |
|---|---|---|---|

s2815    WRIGHTS GUN REPAIR
1404 POINT WINDY DR
JACKSON GAP, AL  36861

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.05 |
|---|---|---|---|

s2303    WV WILD OUTDOORS LLC
506 FIREHOUSE RD
BIRCH RIVER, WV  26610

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.52 |
|---|---|---|---|

s3042    X 3 FIREARMS
3981 ATLANTA HWY STE 7
LOGANVILLE, GA  30052

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.1972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,586.36 |
|---|---|---|---|

s3745    XPRODUCTS,LLC
1110 WEST 17TH STREET
VANCOUVER, WA  98660

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name                                                                                                          Case Number (if known)

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

| | | |
|---|---|---|
| 3.1973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.60 |

s2243     X-RING SUPPLY LLC          Check all that apply.
          2201 OGLETOWN RD
          NEWARK, DE  19711            ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

          Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

          Last 4 digts of account number

                                        Is the claim subject to offset?
                                        ☑ No
                                        ☐ Yes

---

3.1974     Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $1,760.01

s3571     XS SIGHT SYSTEMS INC          Check all that apply.
          2401 LUDELLE STREET
          FORT WORTH, TX  76105          ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

          Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

          Last 4 digts of account number

                                        Is the claim subject to offset?
                                        ☑ No
                                        ☐ Yes

---

3.1975     Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $206.88

s2585     XTREME RANCHES INC            Check all that apply.
          711 N SMITH
          HEBBRONVILLE, TX  78361        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

          Date or dates debt was incurred          Basis for the claim:   CUSTOMER DEPOSIT

          Last 4 digts of account number

                                        Is the claim subject to offset?
                                        ☑ No
                                        ☐ Yes

---

3.1976     Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $34,821.28

s3616     XYLEM                         Check all that apply.
          26717 NETWORK PLACE
          CHICAGO, IL  60673-1267        ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

          Date or dates debt was incurred          Basis for the claim:   TRADE PAYABLE

          Last 4 digts of account number

                                        Is the claim subject to offset?
                                        ☑ No
                                        ☐ Yes

---

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.1977**   Nonpriority creditor's name and mailing address

s2292   YANKEE TRADERS GUN & PAWN LLC
11005 A ALABAMA HWY 157
CULLMAN, AL 35057

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13.39

---

**3.1978**   Nonpriority creditor's name and mailing address

s1691   YARDARM MARINE PROD INC
2100 HANCEL PARKWAY
MOORESVILLE, IN 46158

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$21.54

---

**3.1979**   Nonpriority creditor's name and mailing address

s2297   YATESVILLE BAIT & TACKLE
62 ROLLINGHILLS
LOUISA, KY 41230

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$57.56

---

**3.1980**   Nonpriority creditor's name and mailing address

s1633   YOUNG HARDWARE
112 E 6TH ST
HOPKINSVILLE, KY 42240-3402

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   CUSTOMER DEPOSIT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$190.31

---

**Ellett Brothers, LLC**

19-11301

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.1981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.74 |
|---|---|---|---|

s3486    YOUNGS MFG
PO BOX 30
MOUNTAIN GROVE, MO 65711-0030

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,641.49 |
|---|---|---|---|

s3031    ZAPPYSALES DBA SPORTS FAN DEPO
3621 W BELMONT AVE UNIT 4
CHICAGO, IL 60618

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.35 |
|---|---|---|---|

s1648    ZEPHYR COVE MARINA
PO BOX 12309
ZEPHYR COVE, NV 89448-4309

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   CUSTOMER DEPOSIT

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.1984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,370.28 |
|---|---|---|---|

s3767    ZEV TECHNOLOGIES
1051 YARNELL PLACE
OXNARD, CA 93033

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.1985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.80 |
|---|---|---|---|

s3737    ZOOM VIDEO COMMUNICATIONS,INC.
         PO BOX 398843
         SAN FRANCISCO, CA  94139-8843

Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:    TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 THIRD AVENUE<br>ATTN: JONATHAN L. FLAXER, ESQ.<br>MICHAEL S. WEINSTEIN, ESQ.<br>NEW YORK, NY 10017 | s3651 | |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 THIRD AVENUE<br>ATTN: JONATHAN L. FLAXER, ESQ.<br>MICHAEL S. WEINSTEIN, ESQ.<br>NEW YORK, NY 10017 | s3483 | |
| HOLLAND & HART LLP<br>MATTHEW J. OCHS<br>555 SEVENTEENTH STREET, SUITE 3200<br>P.O. BOX 8749<br>DENVER, CO 80201-8749 | s3695 | |
| MCGUIRE, CRADDOCK & STROTHER, P.C.<br>J. MARK CHEVALLIER<br>2501 N. HARWOOD, SUITE 1800<br>DALLAS, TX 75201 | s3553 | |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>MARC J. PHILLIPS, ESQ.<br>1105 NORTH MARKET STREET,<br>SUITE 1500<br>WILMINGTON, DE 19801 | s3695 | |
| PARKER BOWS<br>PO BOX 105<br>MINT SPRING, VA 24463-0105 | s3784 | |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>JACOB A. ADLERSTEIN; ELIZABETH R. MCCOLM<br>JACQUELINE P. RUBIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | s2702 | |
| RILEY DEFENSE<br>2975 INTERSTATE ST<br>CHARLOTTE, NC 28208 | s3777 | |
| SANDBERG PHOENIX & VON GONTARD P.C.<br>SHARON L. STOLTE<br>4600 MADISON AVENUE, SUITE 1000<br>KANSAS CITY, MO 64112 | s3536 | |
| TENPOINT CROSSBOW TECHNOLOGIES<br>PO BOX 1391<br>INDIANA, PA 15701 | s3640 | |
| UNITED SPORTING COMPANY, ACUSPORT<br>JAMES NAUMANN, MAINTENANCE ASSOCIATE<br>ONE HUNTER PLACE<br>BELLEFONTAINE, OH 43311 | s4389 | |
| WEST RIVER BUSINESS PARK PARTNERSHIP<br>1685 50TH AVE. NE<br>SAUK RAPIDS, MN 56379 | s3809 | |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>PAULINE K. MORGAN, ESQ.; M. BLAKE CLEARY, ESQ.<br>MICHAEL S. NEIBURG, ESQ.; IAN J. BAMBRICK, ESQ.<br>1000 NORTH KING STREET, RODNEY SQUARE<br>WILMINGTON, DE 19801 | s2702 | |

**Ellett Brothers, LLC**

Debtor Name

Case Number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of Claim Amounts** |
|---|---|---|
| **5a. Total Claims from Part 1** | 5a. | $900,605.91 |
| **5b. Total Claims from Part 2** | 5b. + | $31,063,298.33 |
| | | **PLUS UNKNOWN** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $31,963,904.24 |
| | | **PLUS UNKNOWN** |

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Ellett Brothers, LLC | |
| United States Bankruptcy Court for the: | District of | **Delaware** |
| | | (State of) |
| Case Number (if known): | 19-11301 | Chapter | 11 |

☐ Check if this is an amended filing

## Official Form 206G

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 1 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>FIRE ALARMS & SPRINKLERS | A1 SPRINKLER SYSTEMS & INTERGRATION<br>2383 NORTHPOINT DRIVE<br>MIAMISBURG, OH  45342 |
| | State the term remaining | EXPIRES: 7/1/2024 | |
| | List the contract number of any government contract | | |
| 2. 2 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SECURITY SERVICES | AMERICAN SECURITY OF GREENVILLE, LLC<br>PO BOX 486<br>GREENVILLE, SC  29602 |
| | State the term remaining | EXPIRES: 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2. 3 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS BROKER | AON RISK SOLUTIONS<br>40 WEST BROAD STREET, SUITE 210<br>GREENVILLE, SC  29601 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 4 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>PREVENTATIVE MAINENANCE | APPLIED MECHANICAL SYSTEMS, INC.<br>ACCOUNTS RECEIVABLE<br>5598 WOLF CREEK PIKE<br>DAYTON, OH  45426 |
| | State the term remaining | EXPIRES: 7/31/2019 | |
| | List the contract number of any government contract | | |
| 2. 5 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS EXECUTIVE SUPPLEMENTAL DISABILITY INSURANCE | ARMADACARE<br>230 SCHILLING CIRCLE, SUITE 140<br>HUNT VALLEY, MD  21031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|----------------------|-------------------------|----------|

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS EXECUTIVE SUPPLEMENTAL INSURANCE | ARMADACARE 230 SCHILLING CIRCLE, SUITE 140 HUNT VALLEY, MD  21031 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT WIRELESS SERVICE ACCT: 287022832459 | ATT ATT MOBILITY PO BOX 6463 CAROL STREAM, IL  60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ALARM/FIRE FOR NEWBERRY, SC WAREHOUSE ACCT:803 M67-7657 657 | ATT PO BOX 105503 ATLANTA, GA  30348 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT INTERNET SERVICE IN CHAPIN, SC ACCT: 126460744 | ATT PO BOX 5014 CAROL STREAM, IL  60197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT PASSWORD RESET SOFTWARE FOR NETWORK | AVATIER CORP 4733 CHABOT DRIVE, SUITE 201 PLEASANTON, CA  94588 |
| | State the term remaining | EXPIRES: SEPTEMBER 28, 2019 | |
| | List the contract number of any government contract | | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS HRA/HAS/FSA ADMINISTRATION | BENEFIT COORDINATORS, INC. PO BOX 197 IRMO, SC  29063 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS MEDICAL INSURANCE | BLUECROSS BLUESHIELD MAILING CODE AX-G50 4101 PERCIVAL ROAD COLUMBIA, SC  29229 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN7844-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN7866-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN7958-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN8102-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CN1337-01 | CAROLINA OFFICE 820 GRACERN ROAD COLUMBIA, SC  29210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 18 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> CN7840-01 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CAROLINA OFFICE <br> 820 GRACERN ROAD <br> COLUMBIA, SC  29210 |
| 2. 19 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> CN8756-01 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CAROLINA OFFICE <br> 820 GRACERN ROAD <br> COLUMBIA, SC  29210 |
| 2. 20 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> CN7842-01 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CAROLINA OFFICE <br> 820 GRACERN ROAD <br> COLUMBIA, SC  29210 |
| 2. 21 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> TECHNICAL KNOWLEDGE BASE TRAINING <br><br> **State the term remaining** <br> EXPIRES: FEBRUARY 9, 2020 <br><br> **List the contract number of any government contract** | CBT NUGGETS <br> CBT NUGGETS LLC <br> 1550 VALLEY RIVER DRIVE <br> EUGENE, OR  97401 |
| 2. 22 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> TEGILE DR STORAGE SYSTEM <br><br> **State the term remaining** <br> EXPIRES: DECEMBER 9, 2019 <br><br> **List the contract number of any government contract** | CDW <br> 120 S RIVERSIDE PLAZA <br> CHICAGO, IL  60606 |
| 2. 23 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> INTERNET SERVICES BELLEFONTAINE <br><br> **State the term remaining** <br> EXPIRES: JULY 16, 2021 <br><br> **List the contract number of any government contract** | CENTURY LINK <br> 931 14TH STREET <br> #900 <br> DENVER, CO  80202 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 24 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> INTERNET SERVICE IN BELLEFONTAINE, OH ACCT: 89250058 <br><br> **State the term remaining** <br> EXPIRES: JULY 18, 2021 <br><br> **List the contract number of any government contract** | CENTURYLINK <br> PO BOX 2961 <br> PHOENIX, AZ 85062 |
| 2. 25 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CONTRACT <br> LANDSCAPE SERVICES <br><br> **State the term remaining** <br> EXPIRES: 12/31/2019 <br><br> **List the contract number of any government contract** | CHAPMAN LANDSCAPE SC, LLC <br> PO BOX 933 <br> CHAPIN, SC 29036 |
| 2. 26 | **State what the contract or lease is for and the nature of the debtor's interest** <br> ASSOCIATE INSURANCE BENEFITS EMPLOYEE ASSISTANCE PROGRAM, COMPANY PAID LIFE, AD&D AND DISBILITY, AND VOLUNTARY LIFE, AD&D, AND DISABILITY INSURANCES <br><br> **State the term remaining** <br> EXPIRES: DECEMBER 31, 2019 <br><br> **List the contract number of any government contract** | CIGNA GROUP INSURANCE <br> 11016 RUSHMORE DR SUITE 300 <br> CHARLOTTE, NC 28277 |
| 2. 27 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CONTRACT <br> BUILDING MAINTENANCE <br><br> **State the term remaining** <br> EXPIRES: 6/18/2020 <br><br> **List the contract number of any government contract** | CINTAS <br> PO BOX 63083 <br> CINNANATI, OH 45263 |
| 2. 28 | **State what the contract or lease is for and the nature of the debtor's interest** <br> EQUIPMENT LEASE <br> WIRELESS NEWTORK EQUIPMENT SOUTH CAROLINA LOCATIONS <br><br> **State the term remaining** <br> EXPIRES: 12/20/2021 <br><br> **List the contract number of any government contract** | CISCO SYSTEMS CAPITAL CORP <br> LEASE PROCESSING CENTER <br> 1111 OLD EAGLE SCHOOL ROAD <br> WAYNE, PA 19087 |
| 2. 29 | **State what the contract or lease is for and the nature of the debtor's interest** <br> IT CONTRACT <br> CISCO LEASE FOR WIRELESS ACCESS POINTS (RF) FOR ALL LOCATIONS <br><br> **State the term remaining** <br> EXPIRES: DECEMBER 20, 2021 <br><br> **List the contract number of any government contract** | CISCO SYSTEMS CAPITAL CORPORATION <br> 1111 OLD EAGLE SCHOOL ROAD <br> WAYNE, PA 19087 |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 30 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MERAKI ACCESS POINTS (WIRELESS NETWORK) ALL SITES 5 YEAR LEASE WITH 10 YEAR SUPPORT | CISCO SYSTEMS CAPITAL CORPORATION<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087 |
| | State the term remaining | EXPIRES: MARCH 20, 2020 | |
| | List the contract number of any government contract | | |
| 2. 31 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CITRIX DESKTOP SOFTWARE FOR THIN CLIENTS | CITRIX<br>CITRIX SYSTEMS, INC.<br>851 WEST CYPRESS CREEK ROAD<br>FT LAUDERDALE, FL  33309 |
| | State the term remaining | EXPIRES: MAY 16, 2020 | |
| | List the contract number of any government contract | | |
| 2. 32 | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL REAL PROPERTY LEASE<br>PROPERTY ADDRESS: 3015 SOUTH 1030 WEST, SALT LAKE CITY, UT 84119; DEPT #542 | COLFIN 2017-10 INDUSTRIAL OWNER, LLC<br>C/O COLFIN COBALT I-II OWNER, LLC<br>13727 NOEL ROAD, SUITE 750<br>DALLAS, TX  75240 |
| | State the term remaining | EXPIRES: APRIL 30, 2023 | |
| | List the contract number of any government contract | | |
| 2. 33 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MOTOROLA PSION RF SCANNERS FOR DISTRIBUTION | DATACOM SYSTEMS<br>DATA COM<br>PO BOX 692<br>IRMO, SC  29063 |
| | State the term remaining | EXPIRES: DECEMBER 20, 2019 | |
| | List the contract number of any government contract | | |
| 2. 34 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS DENTAL INSURANCE | DELTA DENTAL OF SOUTH CAROLINA<br>REGIONAL CLIENT SERVICES ASSOCIATE<br>1320 MAIN STREET, SUITE 650<br>COLUMBIA, SC  29201 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 35 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>DEMATIC MANAGED SERVICES FOR SOFTWARE | DEMATIC CORP<br>507 PLYMOUTH AVE NE<br>GRAND RAPIDS, MI  49505 |
| | State the term remaining | EXPIRES: JANUARY 30, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

█ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 36 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>*.ELLETTBROTHERS.COM<br>**State the term remaining**<br>EXPIRES: SEPTEMBER 11, 2019<br>**List the contract number of any government contract** | DIGICERT<br>2801 NORTH THANKSGIVING WAY #500<br>LEHI, UT 84043 |
| 2. 37 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>*.MARINEFLY.COM<br>**State the term remaining**<br>EXPIRES: FEBRUARY 26, 2020<br>**List the contract number of any government contract** | DIGICERT<br>2802 NORTH THANKSGIVING WAY #500<br>LEHI, UT 84044 |
| 2. 38 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>DIGITAL CERTIFICATE<br>**State the term remaining**<br>EXPIRES: MARCH 8, 2020<br>**List the contract number of any government contract** | DIGICERT<br>2803 NORTH THANKSGIVING WAY #500<br>LEHI, UT 84045 |
| 2. 39 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>*.JERRYSSPORTSCENTER.COM<br>**State the term remaining**<br>EXPIRES: MARCH 9, 2020<br>**List the contract number of any government contract** | DIGICERT<br>2804 NORTH THANKSGIVING WAY #500<br>LEHI, UT 84046 |
| 2. 40 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>*.ELLETT.COM<br>**State the term remaining**<br>EXPIRES: MAY 12, 2020<br>**List the contract number of any government contract** | DIGICERT<br>2805 NORTH THANKSGIVING WAY #500<br>LEHI, UT 84047 |
| 2. 41 | **State what the contract or lease is for and the nature of the debtor's interest**<br>IT CONTRACT<br>DIGITAL CERTIFICATE FOR SERVERS<br>**State the term remaining**<br>EXPIRES: JUNE 12, 2020<br>**List the contract number of any government contract** | DIGICERT<br>2806 NORTH THANKSGIVING WAY #500<br>LEHI, UT 84048 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 42 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT *.UNITEDSPORTINGCO.COM | DIGICERT 2807 NORTH THANKSGIVING WAY #500 LEHI, UT 84049 |
| | **State the term remaining** EXPIRES: JUNE 17, 2020 | |
| | **List the contract number of any government contract** | |
| 2. 43 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT *.UNITEDSPORTINGCOMPANIES.COM | DIGICERT 2808 NORTH THANKSGIVING WAY #500 LEHI, UT 84050 |
| | **State the term remaining** EXPIRES: JUNE 26, 2020 | |
| | **List the contract number of any government contract** | |
| 2. 44 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT *.UNITEDSPORTING.COM | DIGICERT 2809 NORTH THANKSGIVING WAY #500 LEHI, UT 84051 |
| | **State the term remaining** EXPIRES: JULY 6, 2020 | |
| | **List the contract number of any government contract** | |
| 2. 45 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT DOCUSIGN SUBSCRIPTION FOR PURCHASING | DOCUSIGN 2810 NORTH THANKSGIVING WAY #500 LEHI, UT 84052 |
| | **State the term remaining** EXPIRES: NOVEMBER 14, 2019 | |
| | **List the contract number of any government contract** | |
| 2. 46 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT DUO TWO FACTOR AUTHENTICATION SOFTWARE | DUO SECURITY 123 N ASHLEY ST #100 ANN ARBOR, MI 48104 |
| | **State the term remaining** EXPIRES: DECEMBER 22, 2019 | |
| | **List the contract number of any government contract** | |
| 2. 47 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT IBM MAINTENANCE AS/400 HARDWARE (CHAPIN AND ASHEVILLE) | DYNAMIX 1905 WOODSTOCK ROAD, SUITE 4150 ROSWELL, GA 30075 |
| | **State the term remaining** EXPIRES: SEPTEMBER 30, 2019 | |
| | **List the contract number of any government contract** | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 48 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>INFORMATION BUILDERS SOFTWARE SUPPORT | EAE GLOBAL TECHNOLOGIES<br>4218 SCENIC VALLEY LN<br>SUGAR LAND, TX  77479 |
| | **State the term remaining** | EXPIRES: 3 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 49 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>SALES DATA COLLECTION | ECOMSYSTEMS, INC<br>PO BOX 112575<br>NAPLES, FL  34108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 50 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>IT NETWORKS | EMERSON NETWORK POWER<br>1630 AUGUSTA ROAD<br>WEST COLUMBIA, SC  29169 |
| | **State the term remaining** | EXPIRES: 5/11/2020 | |
| | **List the contract number of any government contract** | | |
| 2. 51 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE INSURANCE BENEFITS<br>VISION INSURANCE | EYEMED VISION CARE<br>4000 LUXOTTICA PLACE<br>MASON, OH  45040 |
| | **State the term remaining** | EXPIRES: DECEMBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 52 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>IT PROTECTION OF SERVERS | FIRE SYSTEMS INC.<br>PO BOX 38720<br>CHARLOTTE, NC  28278 |
| | **State the term remaining** | EXPIRES: 11/27/2019 | |
| | **List the contract number of any government contract** | | |
| 2. 53 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>SECURITY SERVICES | GENRIC, INC.<br>433 ALLENBY DR<br>MARYSVILLE, OH  43040 |
| | **State the term remaining** | EXPIRES: 3/4/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 54 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETT.BIZ | GODADDY 14455 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85260 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |
| 2. 55 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETTBROTHERS.BIZ | GODADDY 14456 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85261 |
| | State the term remaining | EXPIRES: NOVEMBER 21, 2020 | |
| | List the contract number of any government contract | | |
| 2. 56 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETTBROTHERS.INFO | GODADDY 14457 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85262 |
| | State the term remaining | EXPIRES: NOVEMBER 22, 2020 | |
| | List the contract number of any government contract | | |
| 2. 57 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETTBROTHERS.US | GODADDY 14458 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85263 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |
| 2. 58 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ELLETTMARINE.US | GODADDY 14459 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85264 |
| | State the term remaining | EXPIRES: FEBRUARY 24, 2020 | |
| | List the contract number of any government contract | | |
| 2. 59 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.BIZ | GODADDY 14460 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85265 |
| | State the term remaining | EXPIRES: SEPTEMBER 13, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 60 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.COM | GODADDY 14461 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85266 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 61 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.INFO | GODADDY 14462 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85267 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2020 | |
| | List the contract number of any government contract | | |
| 2. 62 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.NET | GODADDY 14463 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85268 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 63 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.ORG | GODADDY 14464 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85269 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2020 | |
| | List the contract number of any government contract | | |
| 2. 64 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.US | GODADDY 14465 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85270 |
| | State the term remaining | EXPIRES: SEPTEMBER 13, 2020 | |
| | List the contract number of any government contract | | |
| 2. 65 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTCENTER.BIZ | GODADDY 14466 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85271 |
| | State the term remaining | EXPIRES: SEPTEMBER 11, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 66 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT JERRYSSPORTCENTER.INFO | GODADDY 14467 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85272 |
| | **State the term remaining** | EXPIRES: SEPTEMBER 12, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 67 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT JERRYSSPORTCENTER.NET | GODADDY 14468 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85273 |
| | **State the term remaining** | EXPIRES: NOVEMBER 29, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 68 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT JERRYSSPORTCENTER.US | GODADDY 14469 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85274 |
| | **State the term remaining** | EXPIRES: SEPTEMBER 11, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 69 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT MARINEFLY.COM | GODADDY 14470 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85275 |
| | **State the term remaining** | EXPIRES: DECEMBER 19, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 70 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT UNITEDSPORTINC.COM | GODADDY 14471 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85276 |
| | **State the term remaining** | EXPIRES: NOVEMBER 29, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 71 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT UNITEDSPORTINC.NET | GODADDY 14472 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85277 |
| | **State the term remaining** | EXPIRES: NOVEMBER 29, 2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2. 72 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTING.COM | GODADDY 14473 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85278 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 73 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINGCOMPANIES.COM | GODADDY 14474 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85279 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2020 | |
| | List the contract number of any government contract | | |
| 2. 74 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINGCOMPANIES.NET | GODADDY 14475 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85280 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 75 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINGCOMPANIES.ORG | GODADDY 14476 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85281 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2020 | |
| | List the contract number of any government contract | | |
| 2. 76 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINGCOMPANIES.INFO | GODADDY 14477 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85282 |
| | State the term remaining | EXPIRES: SEPTEMBER 13, 2020 | |
| | List the contract number of any government contract | | |
| 2. 77 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINGINC.NET | GODADDY 14478 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ 85283 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 78 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT UNITEDSPORTINGINC.COM | GODADDY 14479 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85284 |
| | State the term remaining | EXPIRES: NOVEMBER 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 79 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT USCDEALS.DEALS | GODADDY 14480 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85285 |
| | State the term remaining | EXPIRES: JANUARY 21, 2020 | |
| | List the contract number of any government contract | | |
| 2. 80 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT USCHOTDEALS.COM | GODADDY 14481 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85286 |
| | State the term remaining | EXPIRES: JANUARY 19, 2020 | |
| | List the contract number of any government contract | | |
| 2. 81 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT USCHOTSHOW.COM | GODADDY 14482 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85287 |
| | State the term remaining | EXPIRES: AUGUST 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 82 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT USCSHO.COM | GODADDY 14483 NORTH HAYDEN ROAD, SUITE 100 SCOTTSDALE, AZ  85288 |
| | State the term remaining | EXPIRES: JANUARY 19, 2020 | |
| | List the contract number of any government contract | | |
| 2. 83 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT EDI VAN | GRACEBLOOD LLC 417 E CAPE SHORES DR LEWES, DE  19958 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 84 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>DBU AS/400 SOFTWARE MAINTENANCE | HELPSYSTEMS / PRODATA<br>6455 CITY WEST PARKWAY<br>EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | EXPIRES: DECEMBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 85 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>DBU AS/400 SOFTWARE MAINTENANCE | HELPSYSTEMS / PRODATA<br>6455 CITY WEST PARKWAY<br>EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | EXPIRES: OCTOBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 86 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH INSURANCE | HEWITT GRANT<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 87 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT | IMMEDION<br>1000 CATAWBA ST<br>SUITE 180<br>COLUMBIA, SC  29201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 88 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>A+, STOREFRONT, CORVU, OPTIO, PM10 | INFOR<br>641 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10011 |
| | **State the term remaining** | EXPIRES: AUGUST 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 89 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>MIDDLEWARE | INFORMATION BUILDERS<br>2 PENN PLAZA<br>NEW YORK, NY  10121 |
| | **State the term remaining** | EXPIRES: MARCH 12, 2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 90 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT<br>AT WILL EMPLOYMENT OFFER | JIM MCCRUDDEN<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 91 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | JOHN MCCARTHY<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 92 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>LANSA COMPOSER SOFTWARE (AS400) | LANSA<br>2001 BUTTERFIELD RD<br>SUITE 102<br>DOWNERS GROVE, IL  60515 |
| | State the term remaining | EXPIRES: DECEMBER 15, 2019 | |
| | List the contract number of any government contract | | |
| 2. 93 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>LANSA INTEGRATOR AND MIDDLEWARE (AS400) | LANSA<br>2001 BUTTERFIELD RD<br>SUITE 102<br>DOWNERS GROVE, IL  60515 |
| | State the term remaining | EXPIRES: APRIL 29, 2020 | |
| | List the contract number of any government contract | | |
| 2. 94 | State what the contract or lease is for and the nature of the debtor's interest | CHAPIN HVAC AGREEMENT | LINC SERVICE FOR TOTAL COMFORT SOLUTIONS<br>346 ORCHARD DRIVE<br>COLUMBIA, SC  29170 |
| | State the term remaining | EXPIRES: 4/2/2020 | |
| | List the contract number of any government contract | | |
| 2. 95 | State what the contract or lease is for and the nature of the debtor's interest | NEWBERRY HVAC AGREEMENT | LINC SERVICE FOR TOTAL COMFORT SOLUTIONS<br>346 ORCHARD DRIVE<br>COLUMBIA, SC  29170 |
| | State the term remaining | EXPIRES: 4/2/2020 | |
| | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 96 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>WAREHOUSE SOFTWARE<br>BELLEFONTAINE | MANHATTAN ASSOCIATES<br>2300 WINDY RIDGE PARKWAY<br>10TH FLOOR<br>ATLANTA, GA  30339 |
| | State the term remaining | EXPIRES: AUGUST 27, 2019 | |
| | List the contract number of any government contract | | |
| 2. 97 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>JANITORIAL SERVICES | MASTERCLEAN JANITORIAL-BRAVO<br>1140 RT 22 E 2ND FLOOR STE 202<br>BRIDGEWATER, NJ  08807 |
| | State the term remaining | EXPIRES: 12/31/2019 | |
| | List the contract number of any government contract | | |
| 2. 98 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE 401K PLAN<br>BROKER | MAUNEY-PITT FINANCIAL MANAGEMENT, INC.<br>310-2 E GRAHAM ST.<br>SHELBY, NC  28150 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 99 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MEDIA AUTOPRICE SOFTWARE FOR ADOBE | MEADOWS PUBLISHING SOLUTIONS<br>1305 REMINGTON ROAD<br>SUITE G<br>SCHAUMBURG, IL  60173 |
| | State the term remaining | EXPIRES: APRIL 4, 2020 | |
| | List the contract number of any government contract | | |
| 2. 100 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>WATER WATER DISPENSER | MERUS WATER SYSTEMS<br>108-A PARK PLACE COURT<br>GREENVILLE, SC  29607 |
| | State the term remaining | EXPIRES: 3/12/2020 | |
| | List the contract number of any government contract | | |
| 2. 101 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE INSURANCE BENEFITS | METLIFE<br>TERRY MCLEMORE, SR BILLING ACCOUNT REP II<br>US GROUP OPERATIONS, BILLING & REMITTANCE<br>18210 CRANE NEST DRIVE<br>TAMPA, FL  33647 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Ellett Brothers, LLC
　　　　Name

Case Number (if known):　19-11301

**▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 102 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CLOUD SERVICES FOR WWW SITES | MICROSOFT AZURE MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA  98052 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 103 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT MICROSOFT ENTERPRISE AGREEMENT | MICROSOFT SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX  78746 |
| | **State the term remaining** | EXPIRES: NOVEMBER 30, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 104 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-RESIDENTIAL REAL PROPERTY LEASE PROPERTY ADDRESS: MILL TOWN SQUARE, 150 EAST PENNSYLVANIA AVENUE, SUITE 530, DOWNINGTOWN, PA 19335; DEPT #401 | MILL TOWN PARTNERS, L P C/O TRIPOINT PROPERTIES, INC. 150 E PENNSYLVANIA AVE, SUITE 510 DOWNINGTOWN, PA  19335 |
| | **State the term remaining** | EXPIRES: SEPTEMBER 30, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 105 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT REMOTE CONTROL OF RFS | MOBI CONTROL ADDRESS UNAVAILABLE AT TIME OF FILING |
| | **State the term remaining** | EXPIRES: FEBRUARY 27, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 106 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT EXTERMINATING SERVICES | MODERN EXTERMINATING CO PO BOX 622 COLUMBIA, SC  29202-0622 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 107 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT MAINTENANCE ON COPIERS IN BELLEFONTAINE | MODERN OFFICE METHODS 7965 N HIGH ST COLUMBUS, OH  42235 |
| | **State the term remaining** | EXPIRES: APRIL 14, 2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2. 108**

| State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.US | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
|---|---|---|
| State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| List the contract number of any government contract | | |

**2. 109**

| State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.US.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
|---|---|---|
| State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| List the contract number of any government contract | | |

**2. 110**

| State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
|---|---|---|
| State the term remaining | EXPIRES: JANUARY 13, 2022 | |
| List the contract number of any government contract | | |

**2. 111**

| State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.XXX | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
|---|---|---|
| State the term remaining | EXPIRES: JANUARY 13, 2022 | |
| List the contract number of any government contract | | |

**2. 112**

| State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.CC | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
|---|---|---|
| State the term remaining | EXPIRES: MAY 25, 2022 | |
| List the contract number of any government contract | | |

**2. 113**

| State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUPRIV.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
|---|---|---|
| State the term remaining | EXPIRES: JANUARY 13, 2032 | |
| List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|--------|----------------------|-------------------------|----------|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2. 114 | State what the contract or lease is for and the nature of the debtor's interest<br>IT CONTRACT<br>ACUSPORT.NET<br><br>State the term remaining<br>EXPIRES: MAY 25, 2022<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| 2. 115 | State what the contract or lease is for and the nature of the debtor's interest<br>IT CONTRACT<br>ELLETTBROTHERSARCHERY.COM<br><br>State the term remaining<br>EXPIRES: OCTOBER 9, 2019<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| 2. 116 | State what the contract or lease is for and the nature of the debtor's interest<br>IT CONTRACT<br>CUSTOMERLINKEXCHANGE.XXX<br><br>State the term remaining<br>EXPIRES: JANUARY 13, 2022<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| 2. 117 | State what the contract or lease is for and the nature of the debtor's interest<br>IT CONTRACT<br>AXISNEXUS.US.COM<br><br>State the term remaining<br>EXPIRES: FEBRUARY 25, 2023<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| 2. 118 | State what the contract or lease is for and the nature of the debtor's interest<br>IT CONTRACT<br>OFFDUTYARMORY.COM<br><br>State the term remaining<br>EXPIRES: APRIL 4, 2022<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| 2. 119 | State what the contract or lease is for and the nature of the debtor's interest<br>IT CONTRACT<br>AXISNEXUS.US<br><br>State the term remaining<br>EXPIRES: FEBRUARY 25, 2023<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 120 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.BIZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 121 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 24, 2030 | |
| | **List the contract number of any government contract** | | |
| 2. 122 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT AXISNEXUS.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 25, 2023 | |
| | **List the contract number of any government contract** | | |
| 2. 123 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.TV | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 124 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.TC | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 125 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 126 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINK.XXX | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: JANUARY 13, 2022 | |
| | List the contract number of any government contract | | |
| 2. 127 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.WS | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: MAY 25, 2022 | |
| | List the contract number of any government contract | | |
| 2. 128 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT AXISNEXUS.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: FEBRUARY 25, 2023 | |
| | List the contract number of any government contract | | |
| 2. 129 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT AXISNEXUS.BIZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: FEBRUARY 25, 2023 | |
| | List the contract number of any government contract | | |
| 2. 130 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ACUSPORT.BZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: MAY 25, 2022 | |
| | List the contract number of any government contract | | |
| 2. 131 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT JERRYSSPORTSCENTER.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | State the term remaining | EXPIRES: SEPTEMBER 17, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

██ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2. 132 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT AXISNEXUS.INFO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 25, 2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 133 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT AXISNEXUS.NET | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 25, 2023 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 134 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.INFO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 135 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT JERRYSSPORTS.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: SEPTEMBER 17, 2019 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 136 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ACUSPORT.US | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: MAY 25, 2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 137 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKSOLUTIONS.ORG | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |

Debtor  **Ellett Brothers, LLC**                                  Case Number (if known):    **19-11301**
  _____
  Name



■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2. 138** State what the contract or lease is for and the nature of the debtor's interest<br><br>IT CONTRACT<br>ELLETTBROTHERSGUNS.COM<br><br>State the term remaining<br>EXPIRES: OCTOBER 9, 2019<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| **2. 139** State what the contract or lease is for and the nature of the debtor's interest<br><br>IT CONTRACT<br>CUSTOMERLINKEXCHANGE.COM<br><br>State the term remaining<br>EXPIRES: OCTOBER 17, 2021<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| **2. 140** State what the contract or lease is for and the nature of the debtor's interest<br><br>IT CONTRACT<br>CUSTOMERLINKEXCHANGE.MOBI<br><br>State the term remaining<br>EXPIRES: OCTOBER 17, 2021<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| **2. 141** State what the contract or lease is for and the nature of the debtor's interest<br><br>IT CONTRACT<br>CUSTOMERLINKEXCHANGE.CO<br><br>State the term remaining<br>EXPIRES: OCTOBER 17, 2021<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| **2. 142** State what the contract or lease is for and the nature of the debtor's interest<br><br>IT CONTRACT<br>CUSTOMERLINKEXCHANGE.NET<br><br>State the term remaining<br>EXPIRES: OCTOBER 17, 2021<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |
| **2. 143** State what the contract or lease is for and the nature of the debtor's interest<br><br>IT CONTRACT<br>CUSTOMERLINKSOLUTIONS.NET<br><br>State the term remaining<br>EXPIRES: OCTOBER 17, 2021<br><br>List the contract number of any government contract | NETWORK SOLUTION<br>NETWORK SOLUTIONS<br>12808 GRAN BAY PKWY, WEST<br>JACKSONVILLE, FL  32258 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 144 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKEXCHANGE.ORG **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| 2. 145 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKEXCHANGE.US **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| 2. 146 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKEXCHANGE.US.COM **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| 2. 147 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKSOLUTIONS.XXX **State the term remaining** EXPIRES: JANUARY 13, 2022 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| 2. 148 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT CUSTOMERLINKEXCHANGE.BIZ **State the term remaining** EXPIRES: OCTOBER 17, 2021 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| 2. 149 | **State what the contract or lease is for and the nature of the debtor's interest** IT CONTRACT ELLETTBROTHERSMARINE.COM **State the term remaining** EXPIRES: OCTOBER 9, 2019 **List the contract number of any government contract** | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 150 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKSOLUTIONS.BIZ | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 151 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKSOLUTIONS.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 152 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKEXCHANGE.INFO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 153 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ELLETT.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: JUNE 27, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 154 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT UNITEDSPORTINGCO.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: FEBRUARY 21, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 155 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT BONITZ-JSC.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL  32258 |
| | **State the term remaining** | EXPIRES: JUNE 18, 2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 156 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT OSHI-JSC.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: JUNE 18, 2020 | |
| | List the contract number of any government contract | | |
| 2. 157 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT SIMMONS-JSC.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: JUNE 18, 2020 | |
| | List the contract number of any government contract | | |
| 2. 158 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |
| 2. 159 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINKSOLUTIONS.MOBI | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: OCTOBER 17, 2021 | |
| | List the contract number of any government contract | | |
| 2. 160 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINK.US.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: NOVEMBER 3, 2020 | |
| | List the contract number of any government contract | | |
| 2. 161 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT CUSTOMERLINK.CO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | State the term remaining | EXPIRES: NOVEMBER 3, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 162 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CUSTOMERLINKSOLUTIONS.INFO | NETWORK SOLUTION NETWORK SOLUTIONS 12808 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: OCTOBER 17, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 163 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT ELLETTBROTHERS.COM | NETWORK SOLUTION NETWORK SOLUTIONS 12809 GRAN BAY PKWY, WEST JACKSONVILLE, FL 32258 |
| | **State the term remaining** | EXPIRES: NOVEMBER 6, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 164 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT PALO ALTO FIREWALL MANAGEMENT AND SECURITY MONITORING | NTT SECURITY DIMENSION DATA NORTH AMERICA, INC. PO BOX 392387 PITTSBURGH, PA 15251 |
| | **State the term remaining** | EXPIRES: MARCH 10, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 165 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE MAILSTREAM MONO PRINTER MODULE & RELATED EQUIPMENT; LOCATION: CHAPIN, SC | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC PO BOX 371887 PITTSBURGH, PA 15250-7887 |
| | **State the term remaining** | EXPIRES: JANUARY 19, 2022 | |
| | **List the contract number of any government contract** | | |
| 2. 166 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT QLIKVIEW BI | QLIKTECH INC 150 N RADNOR CHESTER RD STE E120 RADNOR, PA 19067 |
| | **State the term remaining** | EXPIRES: DECEMBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 167 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CONTACT CENTER SOLUTION | RING CENTRAL CONTACT CENTER RINGCENTRAL INC. DEPT. CH 19585 PALATINE, IL 60055 |
| | **State the term remaining** | EXPIRES: JULY 1, 2021 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known) | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 168 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>TELEPHONE SERVICE | RING CENTRAL OFFICE<br>RINGCENTRAL INC.<br>DEPT. CH 19585<br>PALATINE, IL  60055 |
| | **State the term remaining** | EXPIRES: JULY 1, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 169 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT<br>AT WILL EMPLOYMENT OFFER | ROBERT GEORGE<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 170 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>ALDON LMI CHANGE MANAGEMENT<br>AS400 | ROCKET SOFTWARE<br>77 4TH AVE.<br>WALTHAM, MA  02451 |
| | **State the term remaining** | EXPIRES: AUGUST 25, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 171 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT<br>ICE MAKER PREVENTATIVE<br>MAINTENANCE | RUFUS ORNDUFF REFRIGERATION<br>3820 AUGUSTA ROAD<br>WEST COLUMBIA, SC  29170 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 172 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-RESIDENTIAL REAL PROPERTY<br>LEASE<br>PROPERTY ADDRESS: 8432<br>STERLING ST, SUITE 100, IRVING, TX<br>75063; DEPT #701 | SAVLAN DFW COMMERCE PARK, LLC<br>C/O SAVLAN CAPITAL LLC<br>ATTN: ZUSHA TENENBAUM<br>400 ANSIN BOULEVARD, SUITE A<br>HALLANDALE, FL  33009 |
| | **State the term remaining** | EXPIRES: JULY 31, 2021 | |
| | **List the contract number of any government contract** | | |
| 2. 173 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>VOICE/DATA CIRCUITS | SEGRA<br>SPIRIT COMMUNICATION<br>PO BOX 603030<br>CHARLOTTE, NC  28260 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 174 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MAINTENANCE ON SERVERS | SERVICE EXPRESS, INC 3854 BROADMOOR AVE GRAND RAPIDS, MI 49512 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 175 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ADOBE CREATIVE CLOUD / ACROBAT PRO | SHI / ADOBE SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: JULY 18, 2019 | |
| | List the contract number of any government contract | | |
| 2. 176 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT ARC SERVE BACKUP SOFTWARE FOR WINDOW SERVERS | SHI / ARCSERVE SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: JANUARY 24, 2020 | |
| | List the contract number of any government contract | | |
| 2. 177 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT HELPDESK SOFTWARE MAINTENANCE | SHI / BMC SOFTWARE SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: MARCH 18, 2020 | |
| | List the contract number of any government contract | | |
| 2. 178 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT MIMECAST EMAIL VIRUS AND SPAM FILTER | SHI / MIMECAST SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: MARCH 30, 2020 | |
| | List the contract number of any government contract | | |
| 2. 179 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT PALO ALTO FIREWALLS FOR SITES | SHI / PALO ALTO SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | State the term remaining | EXPIRES: MARCH 15, 2020 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 180 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT NETWORK MANAGEMENT SOFTWARE SOLARWINDS / KIWI / NETFLOW | SHI / SOLARWINDS SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | **State the term remaining** | EXPIRES: FEBRUARY 26, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 181 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT WS FTP PRO SOFTWARE FOR CUSTOMER DOWNLOADS AND INTEGRATION | SHI / WS_FTP PRO SHI 1501 S MOPC EXPRESSWAY, SUITE 400 AUSTIN, TX 78746 |
| | **State the term remaining** | EXPIRES: JUNE 9, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 182 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT VSPHERE VCENTER PRODUCT SUPPORT (DR) | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | EXPIRES: JANUARY 29, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 183 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT PALO ALTO FIREWALL | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | EXPIRES: MARCH 26, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 184 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT CISCO SMARTNET (CORE, NEXUS, UCS) | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | EXPIRES: MAY 20, 2020 | |
| | **List the contract number of any government contract** | | |
| 2. 185 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT EMC STORAGE EXPANSION CER | SIRIUS SIRIUS COMPUTER SOLUTIONS, INC. 10100 REUNION PLACE, SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | EXPIRES: DECEMBER 14, 2019 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 186 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>EMC STORAGE | SIRIUS<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX  78216 |
| | State the term remaining | EXPIRES: DECEMBER 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 187 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>EXAGRID BACKUP DISK SERVER | SIRIUS<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX  78216 |
| | State the term remaining | EXPIRES: SEPTEMBER 14, 2019 | |
| | List the contract number of any government contract | | |
| 2. 188 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>BROCADE SWITCH MAINTENANCE | SIRIUS<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>10100 REUNION PLACE, SUITE 500<br>SAN ANTONIO, TX  78216 |
| | State the term remaining | EXPIRES: OCTOBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 189 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>SECURITY LIGHTING | SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | State the term remaining | EXPIRES: 12/3/2019 | |
| | List the contract number of any government contract | | |
| 2. 190 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>CHAPIN SECURITY MONITORING - AFTER HOURS | SOUTH CAROLINA SECURITY SYSTEM<br>170 LAURELHURST AVE.<br>COLUMBIA, SC  29210-3824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 191 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>NEWBERRY SECURITY MONITORING - AFTER HOURS | SOUTH CAROLINA SECURITY SYSTEM<br>170 LAURELHURST AVE.<br>COLUMBIA, SC  29210-3824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2. 192 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE WALK BEHIND SCRUBBER; LOCATION: CHAPIN, SC - WAREHOUSE | SOUTHEASTERN EQUIPMENT & SUPPLY 1919 OLD DUNBAR ROAD WEST COLUMBIA, SC  29172 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 193 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT INTERNET SERVICE IN CHAPIN, SC ACCT: 202-001789301-001 | SPECTRUM TIME WARNER CABLE PO BOX 70872 CHARLOTTE, NC  28272 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 194 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT INTERNET SERVICE FOR CAFETERIA IN CHAPIN, SC ACCT: 202-911016001-001 | SPECTRUM TIME WARNER CABLE PO BOX 70872 CHARLOTTE, NC  28272 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 195 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT VENDOR EDI OUTSOURCING | SPS COMMERCE PO BOX 205782 DALLAS, TX  75320 |
| | **State the term remaining** | EXPIRES: 3 MONTHS | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 196 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT TOOLBOX SOFTWARE | SPS COMMERCE PO BOX 205782 DALLAS, TX  75320 |
| | **State the term remaining** | EXPIRES: APRIL 1, 2019 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2. 197 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT DATA MANAGEMENT SOFTWARE | STIBOSYSTEMS 3550 GEORGE BUSBEE PARKWAY SUITE 350 KENNESAW, GA  30144 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2. 198** | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>NEXT-GEN ANTIVIRUS | STIGROUP/ENSILO<br>STIGROUP, LTD<br>201 ROCK ROADD, SUITE 2X<br>GLEN ROCK, NJ  07452 |
| | State the term remaining | EXPIRES: JUNE 27, 2020 | |
| | List the contract number of any government contract | | |
| **2. 199** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT<br>AT WILL EMPLOYMENT OFFER | THEODORE RAIMAN<br>267 COLUMBIA AVENUE<br>CHAPIN, SC  29036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2. 200** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT<br>ELEVATOR MAINTENANCE | THYSSENKRUPP ELEVATOR<br>145 WINDHILL ROAD STE 300<br>COLUMBIA, SC  29203 |
| | State the term remaining | EXPIRES: 9/2/2023 | |
| | List the contract number of any government contract | | |
| **2. 201** | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>TL ASHFORD LABEL SOFTWARE (AS400) | TL ASHFORD<br>334 BEECHWOOD ROAD<br>SUITE 302<br>FORT MITCHELL, KY  41017 |
| | State the term remaining | EXPIRES: MARCH 31, 2020 | |
| | List the contract number of any government contract | | |
| **2. 202** | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>HRIS SOFTWARE AND PAYROLL | ULTIMATE SOFTWARE GROUP, INC<br>2000 ULTIMATE WAY<br>WESTON, FL  33326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2. 203** | State what the contract or lease is for and the nature of the debtor's interest | HUMAN RESOURCES AND PAYROLL SYSTEM | ULTIMATE SOFTWARE<br>400 GALLERIA PARKWAY SE, SUITE 800<br>ATLANTA, GA  30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|

Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 204 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>DOCUMENT IMAGING SOFTWARE | VANGUARD SYSTEMS, INC<br>2901 DUTTON MILL RD<br>SUITE 220<br>ASTON, PA  19014 |
| | State the term remaining | EXPIRES: AUGUST 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 205 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>VARSITY SHIPPING SOFTWARE MAINTENANCE | VARSITY LOGISTICS<br>1 PARKWAY NORTH<br>SUITE 400S<br>DEERFIELD, IL  60015 |
| | State the term remaining | EXPIRES: MAY 31, 2020 | |
| | List the contract number of any government contract | | |
| 2. 206 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>WIRELESS SERVICE ACCT: 58842067-00002 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX  75266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 207 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>WIRELESS SERVICE ACCT: 58842067-00001 | VERIZON WIRELESS<br>PO BOX 660108<br>DALLAS, TX  75266 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 208 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>CHAPIN BUILDING UPS POWER BACKUP | VERTIV / EMERSON POWER<br>1630 AUGUSTA ROAD<br>WEST COLUMBIA, SC  29169 |
| | State the term remaining | EXPIRES: AUGUST 30, 2019 | |
| | List the contract number of any government contract | | |
| 2. 209 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT<br>MIMIX DISASTER RECOVERY AS/400 SUPPORT | VISION SOLUTIONS/SYNCSORT<br>VISION SOLUTIONS<br>2 BLUE HILL PLAZA, @1563<br>PEARL RIVER, NY  10965 |
| | State the term remaining | EXPIRES: SEPTEMBER 30, 2019 | |
| | List the contract number of any government contract | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
| --- | --- | --- | --- |
| | Name | | |

## ▇ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 210 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>MIMIX DISASTER RECOVERY AS/400 SUPPORT | VISION SOLUTIONS/SYNCSORT<br>VISION SOLUTIONS<br>2 BLUE HILL PLAZA, @1563<br>PEARL RIVER, NY  10965 |
| | **State the term remaining** | EXPIRES: OCTOBER 31, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 211 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>REMOTE CONTROL | VNC<br>SHI<br>1501 S MOPC EXPRESSWAY, SUITE 400<br>AUSTIN, TX  78746 |
| | **State the term remaining** | EXPIRES: NOVEMBER 13, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 212 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>SSH & FTP FOR ECOMMERCE SITE | WEBCENTER<br>ADDRESS UNAVAILABLE AT TIME OF FILING |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 213 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>CRM | WEBPRESENTED<br>1275 KINNEAR RD<br>COLUMBUS, OH  43212 |
| | **State the term remaining** | EXPIRES: AUGUST 16, 2019 | |
| | **List the contract number of any government contract** | | |
| 2. 214 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE<br>COPIER; LOCATION: BELLEFONTAINE, OH | WELLS FARGO FINANCIAL LEASING<br>LEASING CUSTOMER SERVICE<br>MAC F0005-055<br>800 WALNUT STREET<br>DES MOINES, IA  50309-3605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 215 | **State what the contract or lease is for and the nature of the debtor's interest** | IT CONTRACT<br>BELLEFONTAINE COPIERS | WELLS FARGO FINANCIAL LEASING, INC<br>800 WALNUT<br>4TH FLOOR<br>DES MOINES, IA  50309 |
| | **State the term remaining** | EXPIRES: APRIL 14, 2022 | |
| | **List the contract number of any government contract** | | |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 216 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE 401K PLAN RECORD KEEPER | WELLS FARGO INSTITUTIONAL RETIREMENT AND TRUST MAC D1050-140 401 SOUTH TYRON STREET, TH-14 CHARLOTTE, NC  28202 |
| | State the term remaining | EXPIRES: DECEMBER 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 217 | State what the contract or lease is for and the nature of the debtor's interest | NON-RESIDENTIAL REAL PROPERTY LEASE PROPERTY ADDRESS: 417 GREAT OAK DRIVE, WAITE PARK, MN 56387; DEPT #801 | WEST RIVER BUSINESS PARK PARTNERSHIP 1685 50TH AVE. NE SAUK RAPIDS, MN  56379 |
| | State the term remaining | EXPIRES: AUGUST 31, 2020 | |
| | List the contract number of any government contract | | |
| 2. 218 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT VIDEO CONFERENCING | ZOOM VIDEO COMMUNICATIONS, INC. 55 ALMADEN BLVD 6TH FLOOR SAN JOSE, CA  95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ellett Brothers, LLC** | | |
| United States Bankruptcy Court for the: | | District of | **Delaware** |
| | | | (State of) |
| Case Number (if known): | **19-11301** | Chapter | **11** |

☐ **Check if this is an amended filing**

## Official Form 206H

## SCHEDULE H - CODEBTORS                                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | BONITZ BROTHERS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.2 | BONITZ BROTHERS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.3 | EVANS SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.4 | EVANS SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.5 | JERRY`S SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.6 | JERRY`S SPORTS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |

| Debtor | Ellett Brothers, LLC | Case Number (if known): | 19-11301 |
|---|---|---|---|
| | Name | | |

### Additional Page to List More Codebtors

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.7 | OUTDOOR SPORTS HEADQUARTERS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.8 | OUTDOOR SPORTS HEADQUARTERS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.9 | SIMMONS GUN SPECIALTIES, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.10 | SIMMONS GUN SPECIALTIES, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.11 | SPORTCO HOLDINGS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.12 | SPORTCO HOLDINGS, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |
| 2.13 | UNITED SPORTING COMPANIES, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | BANK OF AMERICA, N A, AS AGENT | ☑ D (s3265) ☐ E/F ☐ G |
| 2.14 | UNITED SPORTING COMPANIES, INC. 267 COLUMBIA AVENUE CHAPIN, SC  29036 | PROSPECT CAPITAL CORPORATION, AS AGENT | ☑ D (s3274) ☐ E/F ☐ G |